UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-20748-LENARD/LOUIS

SERGIO PEREZ

       Plaintiff,

vs.

CITY OF OPA-LOCKA AND
STEVEN BARREIRA,

       Defendants.
_____/

### PLAINTIFF'S NOTICE OF STRIKING JOINT SCHEDULING REPORT

       Plaintiff, Sergio Perez, notice the Court and all parties of their striking the notice of Joint

Scheduling Report [ECF No. 25], as having been filed in error.

       Respectfully submitted this 15th day of July 2022.

                                  /s/Brian H. Pollock, Esq.
                                  Brian H. Pollock, Esq.  (174742)
                                  brian@fairlawattorney.com
                                  FAIRLAW FIRM
                                  135 San Lorenzo Ave.
                                  Suite 770
                                  Coral Gables, FL 33146
                                  Tel:    305.230.4884
                                  *Counsel for Plaintiff*

135 San Lorenzo Avenue, Suite 770, Miami, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*