UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-20748-LENARD/LOUIS

SERGIO PEREZ,

    Plaintiff,

vs.

CITY OF OPA LOCKA AND
STEVEN BARREIRA,

    Defendants.
_____/

## PROPOSED SCHEDULE

This **MATTER** is set for jury trial for the week of July 17, 2023. The Parties propose to adhere to the following schedule:

| | |
|---|---|
| August 19, 2022 | The Parties shall furnish lists with names and addresses of fact witnesses. The Parties are under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| September 2, 2022 | The Parties shall select a mediator and jointly file a proposed order scheduling mediation. |
| September 16, 2022 | The Parties shall file motions to amend pleadings or join Parties |
| December 16, 2022 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k). |
| December 30, 2022 | The Defendants shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k).<br>The Parties shall exchange rebuttal expert witness summaries and reports, as required by Local Rule 16.1(k). |
| March 17, 2023 | The Parties shall complete all discovery, including expert discovery. |

| March 31, 2023 | The Parties shall complete mediation and file a mediation report with the Court. |
|---|---|
| March 31, 2023 | The Parties shall file all dispositive pre-trial motions and memoranda of law. |
| April 3, 2023 | The Parties shall file a joint pre-trial stipulation, as required by Local Rule 16.1(e) and final proposed jury instructions. Joint proposed jury instructions or conclusions of law (for non-jury trials) shall outline: 1) the legal elements of Plaintiff's claims, including damages, and 2) the legal elements of the defenses that are raised. |
| April 21, 2023 | The Parties shall file witness and exhibit lists and all motions in limine. The witness list shall include only those witnesses the Parties actually intend to call at trial and shall include a brief synopsis of their testimony. The exhibit lists shall identify each witness that will introduce each exhibit. |

Dated this 14th day of July 2022.

s/Brian H. Pollock Esq.
Brian Pollock Esq. (174742)
Brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
*Counsel for Plaintiff*

s/Christopher J. Stearns, Esq.
Christopher Stearns, Esq. (557870)
stearns@jambg.com
/s Jonathan H. Railey, Esq.
Jonathan H. Railey, Esq.
railey@jambg.com
Johnson, Anselmo, Murdoch,
Burke, Pier, & Hochman, P.A.
2455 East Sunrise Boulevard
Suite 1000, Fort Lauderdale, FL 33304
Tel: 954.463.0100
*Counsel for Defendants*