UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-20748-LENARD/LOUIS

SERGIO PEREZ,

    Plaintiff,

vs.

CITY OF OPA LOCKA,

    Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S JOINT MOTION
FOR AN EXTENSION OF TIME AND TO CONTINUE TRIAL**

THIS CAUSE, having come before the Court on the Joint Motion for an Extension of Time and to Continue Trial, filed on March 10, 2023, and the Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED:

The Court will issue an updated scheduling Order in accordance with the above.

DONE AND ORDERED in Chambers on this _____ day of March 2023.

                                                                  _____
                                                                  JOAN A. LENARD
                                                                  UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*