UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-20748-LENARD/LOUIS

SERGIO PEREZ,

    Plaintiff,

vs.

CITY OF OPA LOCKA,

    Defendant.
_____/

## AMENDED PROPOSED SCHEDULE

Pursuant to DE 45 and DE 46, the Parties propose to adhere to the following amended schedule: Trial: the two-week calendar commencing November 6, 2023, with a pretrial conference set for on or around October 23, 2023.

| Date | Description |
| --- | --- |
| May 15, 2023 | The Parties shall complete all discovery, including expert discovery. |
| June 16, 2023 | The Parties shall file all dispositive pre-trial motions and memoranda of law. |
| August 18, 2023 | The Parties shall file their motions in limine. Each party is limited to filing one motion in limine. Evidentiary issues must be delineated by Roman numerals. If all evidentiary issues cannot be addressed in a single twenty-page memorandum, a party may file a motion for leave to file an additional motion in limine. |
| October 16, 2023 | The Parties shall file a joint pre-trial stipulation, as required by Local Rule 16.1(e) and final proposed jury instructions. Joint proposed jury instructions or conclusions of law (for non-jury trials) shall outline: 1) the |

| | |
|---|---|
| | legal elements of Plaintiff's claims, including damages, and 2) the legal elements of the defenses that are raised. |
| Five (5) business days before the Pre-trial conference | The Parties shall file witness and exhibit lists. Each witness list shall identify those witnesses whom counsel believes, in good faith, he or she will call in the case. Counsel shall indicate which witnesses will present live testimony and which will be presented through the reading of depositions or the presentation of deposition videos. As to the latter types, counsel shall estimate the amount of time required to read or present the deposition testimony.<br><br>Each exhibit list shall identify those exhibits which counsel believes, in good faith, he or she will introduce in the case. The list shall be presented in the form of a chart, employing the following eight (8) columns: exhibit number; title or description of the exhibit; date; basis for an objection, if any; the name of the identifying witness; the name of any additional witness referring to the exhibit; "admit"; and "deny." The basis for all objections shall be identified by utilizing the codes set forth in Local Rule 16.1(e)(9); the failure to object to an exhibit listed in the chart shall constitute a waiver of said objection.<br>. |

Dated this 23rd day of March 2023.

s/Brian H. Pollock Esq.
Brian Pollock Esq. (174742)
Brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

s/Christopher J. Stearns, Esq.
Christopher Stearns, Esq. (557870)
stearns@jambg.com
Johnson, Anselmo, Murdoch,
Burke, Pier, & Hochman, P.A.
2455 East Sunrise Boulevard
Suite 1000
Fort Lauderdale, FL 33304
Tel:  954.463.0100
*Counsel for Defendant*