UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE #: 1:22-cv-20748-JAL

SERGIO PEREZ,

    Plaintiff,

v.

CITY OF OPA-LOCKA and
STEVEN BARREIRA,

    Defendants.
_____/

## ORDER ON DEFENDANT, CITY OF OPA-LOCKA'S, MOTION TO EXTEND DISPOSITIVE PRE-TRIAL MOTION DEADLINE

THIS CAUSE, having come before the Court on the Defendant, City of Opa-Locka's, motion to extend dispositive pre-trial motion deadline [DE ___] and the Court having been advised of the agreement of counsel in the matter and being otherwise fully advised in the premises, it is:

ORDERED AND ADJUDGED that said motion is GRANTED. The dispositive pre-trial motion deadline is extended through June 23, 2023.

DONE AND ORDERED in chambers at Miami, Florida, this ___ day of _____, 2023.

_____

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE