Section 3.3. - Powers and Duties of the City Manager.

    The Manager shall:

    (1) Be responsible for the appointing, hiring, promoting, supervising and removing of all City employees, except the City Attorney, the City Clerk, and all employees of the Office of the City Attorney and all employees of the Office of the City Clerk.

    (2) Direct and supervise the administration of all departments and offices but not City boards or committees, unless so directed by the Commission from time to time;

    (3) Attend Commission meetings and have the right to take part in discussion, but not the right to vote;

    (4) Ensure that all laws, provisions of this Charter and directives of the Commission, subject to enforcement and/or administration by him/her or by employees subject to his/her direction and supervision, are faithfully executed;

    (5) Prepare and submit to the Commission a proposed annual budget and capital program;

    (6) Submit to the Commission and make available to the public an annual report on the finances and administrative activities of the City as of the end of each fiscal year;

    (7) Prepare such other reports as the Commission may require concerning the operations of City departments, offices, boards and agencies;

    (8) Keep the Commission fully advised as to the financial condition and future needs of the City and make such recommendations to the Commission concerning the affairs of the City as s/he deems to be in the best interests of the City;

    (9) Execute contracts and other documents on behalf of the City as authorized by the Commission;

    (10) Perform such other duties as are specified in this Charter or as may be required by the Commission; and

    (11) Pursue the collection of all allowable fees and taxes and maximize financial reserves as is necessary to sustain the City and the service levels requested by the citizenry. Periodically compare fee structure to similarly sized municipalities to ensure fair and appropriate pricing.

    (Res. No. 12-8434, § 2, 7-18-12)