UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE #: 1:22-cv-20748-JAL

SERGIO PEREZ,

    Plaintiff,

v.

CITY OF OPA-LOCKA and
STEVEN BARREIRA,

    Defendants.
_____/

## DECLARATION OF CORY KROTENBERG

I, Cory Krotenberg, pursuant to 28 U.S.C. § 1746(2), declare under penalty of perjury, as follows:

1. My name is Cory Krotenberg and I have personal knowledge of all facts stated herein.

2. I currently hold the position of Acting Sergeant over investigations and internal affairs within the City of Opa-Locka's (City) Police Department. I have previously held the positions of Detective, Lieutenant, Corporal, and Officer. I have been employed by the City for approximately fifteen years.

3. I am familiar with Plaintiff, Sergio Perez (Plaintiff), because Plaintiff is a City police officer. I am familiar with Plaintiff's allegations in the operative Second Amended Complaint that the City violated his claimed procedural due process rights, violated his claimed First Amendment rights, and retaliated against him for allegedly whistleblowing.

4. As a police Captain, Plaintiff was not subject to any protections or due process rights afforded under the operative Collective Bargaining Agreement ("CBA"). The CBA

exclusively protected the property rights of Officers, Corporals, and Sergeants.

5. The CBA did not apply to Captains or any other member of the City's Police Department's command staff at the time Plaintiff held the position of Captain from February 2021 through January 2022. The CBA currently still does not apply to Captains or any other member of the City's police department's command staff.

6. Any member of the City's police department who accepts a position outside the protections of the CBA is treated as an at-will employee. There are no due process rights afforded to these employees in connection with any claimed adverse action taken against them.

7. Members of the command staff (i.e., Lieutenants, Captains, Chiefs) can pay dues to the union as an arm of law enforcement. These individuals' dues are paid solely as a means to provide them with legal representation if they are involved in a shooting or charged with a crime resulting from a function of their work.

8. The payment of these dues does not afford the members of the command staff any property or due process rights under the CBA that are otherwise afforded to Officers, Corporals, and Sergeants.

9. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and correct

**FURTHER DECLARANT SAYETH NAUGHT**

Executed on 6/22/23

Cory Krotenberg