*Law Offices of*
## Slesnick & Casey, LLP

THE BILTMORE • 1200 ANASTASIA AVENUE
SUITE CCA-100
Coral Gables, Florida 33134-6339

DONALD D. SLESNICK II
CERTIFIED IN LABOR & EMPLOYMENT LAW
CERTIFIED CIRCUIT COURT MEDIATOR
donslesnick@sclip.com

TEL (305) 448-8672
FAX (305) 448-5668

JAMES C. CASEY
jmcasey@sclip.com

September 28, 2021

Mr. John Pate, City Manager                                                     Via E-mail
City of Opa-Locka
780 Fisherman Street
Opa-Locka, Florida 33054

RE:   Captain Sergio Perez
      Whistleblower Protection

Dear Mr. Pate,

Please accept this letter on behalf of our client Captain Sergio Perez of the Opa-Locka Police Department. On September 10th, 2021, I sent Chief Barreira a notice of appearance on behalf of Captain Sergio Perez regarding an internal affairs complaint. Since that time, it has become readily apparent through the nature of the complaints, the nature of the investigation by the Florida Department of Law Enforcement and the complainant(s) themselves that the allegations against my client stem from a particular set of facts, misapprehensions, and falsehoods, that occurred well before the alleged incident that took place in the office of Sergeant Micheal Steel on September 1, 2021.

I have been made aware that Captain Perez attempted to work out a series of issues with Chief Steven Barreira that began with a meeting in the office of Deputy Chief Jenkins on July 27, 2021. Through email communications, Captain Perez outlined some of those issues to Chief Barreira to resolve and dispel his concerns. In what Captain Perez described as a "serious concern about the working environment that is being created", he requested a formal meeting with you via his department email to Chief Barreira on August 2, 2021. That meeting was held in your office on August 4, 2021.

Plaintiff, Perez
000272

Mr. John Pate, City Manager
September 28, 2021
Page Two
Re:   Captain Sergio Perez

Over the course of the last several weeks, my office has identified several witnesses involved in the incident involving Sergeant Steel. By way of the attached affidavit, it has been revealed that, by all accounts, Captain Perez's conduct was observed, allowed, and accepted by Chief Barreira. Furthermore, it is our understanding that Sergeant Steel only reported this alleged incident after the City of Opa-Locka Mayor and elected officials received an anonymous email describing a completely fabricated incident.

During the last City Commission meeting, a business owner's daughter (specifically speaking for the business owner) found it necessary to defame, disparage, and discredit my client, making numerous statements that were false. We have found that this business owner and Sergeant Steel are friends and Steel visits her establishment almost daily.

From our perspective it is obvious that given all the facts and circumstances, set forth above, that the adversarial actions being taken against our client have been done with malicious intent to discredit and defame Captain Perez. Wherefore, by way of this letter, we are asserting Whistleblower Protection for Captain Sergio Perez as prescribed in the City of Opa-Locka ordinances.

Thank you for your attention to this letter and its contents.

Sincerely,

*James C. Casey*
James C. Casey

Attachment

cc:   Captain Sergio Perez