UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE #: 1:22-cv-20748-JAL

SERGIO PEREZ,

    Plaintiff,

v.

CITY OF OPA-LOCKA and
STEVEN BARREIRA,

    Defendants.
_____/

## DECLARATION OF BURNADETTE NORRIS-WEEKS

I, Burnadette Norris-Weeks, pursuant to 28 U.S.C. § 1746(2), declare under penalty of perjury, as follows:

1. My name is Burnadette Norris-Weeks and I have personal knowledge of all facts stated herein.

2. I am the City of Opa-Locka's City Attorney. I have held this position for approximately three and a half years.

3. I am familiar with Plaintiff, Sergio Perez (Plaintiff), because Plaintiff is a City police officer. I am familiar with Plaintiff's allegations in this lawsuit that the City violated his claimed procedural due process rights, violated his claimed First Amendment rights, and retaliated against him for allegedly whistleblowing.

4. In my capacity as City Attorney, I received a letter dated September 28, 2021, authored by James Casey, Esq., titled "Captain Sergio Perez, Whistleblower Protection," and addressed to City Manager John Pate.

5. City Manager Pate forwarded me the September 28, 2021, letter and I subsequently interviewed Plaintiff in the presence of his lawyer, Mr. Casey, about the letter.

6. Outside of my interview with Plaintiff and his lawyer, I never discussed the September 28, 2021, letter with any City employee or official.

7. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and correct

**FURTHER DECLARANT SAYETH NAUGHT**

Executed on: June 23, 2023

/s/*Burnadette Norris-Weeks*
Burnadette Norris-Weeks