DocuSign Envelope ID: 2A391095-5C51-4EDE-8DE8-B6E62FE89138

Print Form



# CITY OF OPA-LOCKA
## PERSONNEL ACTION FORM
### REPORT OF PERSONNEL ACTION

| Name of Reporting Department/Division | Date Prepared |
|---|---|
| Police Department | 01/14/2022 |

| Name of Employee | Employee Number | Effective Date of Action |
|---|---|---|
| Sergio Perez | 000176 | 01/17/2022 |

**TYPE OF ACTION**
- [ ] Original Appointment
- [ ] Reinstatement/Re-hired
- [ ] Re-assignment
- [ ] Promotion
- [x] Demotion
- [ ] Status Change
- [ ] Dismissal
- [ ] Name Change
- [ ] Retirement
- [ ] Death
- [ ] Layoff
- [ ] Resignation
- [ ] Transfer
- [ ] Performance Evaluation
- [ ] Family Medical Leave Act
- [ ] Funding Change
- [ ] Leave of Absence w/o pay
- [ ] Return from Leave of Absence w/o pay
- [ ] Suspension with pay
- [ ] Suspension without pay
- [ ] Return from Suspension
- [ ] Merit Increase
- [ ] Pay Adjustment
- [ ] Other _____

**STATUS**
- [ ] Probationary
- [ ] Permanent
- [ ] Emergency Hire
- [ ] Temporary
- [x] Classified (Non-Exempt)
- [ ] Exempt
- [ ] Senior Mgmt Exempt
- [ ] Trainee
- [ ] Other

### ACTION TAKEN

| FROM | Class Title | TO |
|---|---|---|
| Police Captain | Position No./ Class Code | Police Sergeant |
| | Funding Account | |
| $95,000 per annum | Salary | Step 10 /$68,585.00/ $32.97 per hour |
| | Anniversary Date | |
| | Benefits | |
| | Vacation | |
| Police | Department/Division | Police /Patrol |
| | Longevity | |
| | Salary Range | |

**COMMENTS** The position of Police Captain is an at-will appointed position. This demotion is a decision within management's right, not based on misconduct or conclusion of any ongoing investigation.

**EQUIPMENT ISSUED:**
- [ ] City ID Card
- [ ] Access Card
- [ ] Office Keys Returned
- [ ] Uniform Pants-How Many
- [ ] Assigned Vehicle/Veh # _____
- [ ] Manuals
- [ ] Cellular Phone
- [ ] Uniform Shirts-How Many _____
- [ ] Laptop Computer/ID # _____

**FOR SEPARATION ONLY:**
- [ ] Health Insurance
- [ ] City ID Card Returned
- [ ] Manuals Returned
- [ ] Uniform Pants-How Many _____
- [ ] Other Equipment Returned _____
- [ ] Optional Deduction _____
- [ ] Assigned Vehicle/Veh # _____
- [ ] Office Keys Returned
- [ ] Uniform Shirts-How Many _____
- [ ] Other _____
- [ ] Access Card Returned
- [ ] Cellular Phone Returned

LAST DAY ON PAYROLL _____

Forwarding Address: _____ City _____ State _____

**FINAL CHECK**
- Regular Hours _____
- Annual Leave _____
- Sick Leave _____
- Adm/Comp Time Hours _____
- Other _____
- Total Hours Owed _____

**APPROVING AUTHORITY**

EMPLOYEE SIGNATURE / DATE 1/14/2022

DEPARTMENT DIRECTOR / DATE 1/14/2022

HUMAN RESOURCES DIRECTOR / DATE 1/4/22

CITY MANAGER/ASST CITY MGR / DATE 1/14/2022 — John E. Pate

1. This form must be completed for all personnel actions.
2. On terminations this form must be processed before a final pay check is issued.
3. Department Heads must send completed form back to the Human Resources Office- additional copies can be supplied.