SERGIO PEREZ vs CITY OF OPA LOCKA AND STEVEN BARREIRA
Steel, Michael on 04/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-CV-20748-LENARD/LOUIS

SERGIO PEREZ,

    Plaintiff,

vs.

CITY OF OPA LOCKA AND
STEVEN BARREIRA,

    Defendant.
_____/

DEPOSITION OF MICHAEL ALEX STEEL

TAKEN ON BEHALF OF THE PLAINTIFF

APRIL 20, 2023
10:46 A.M. TO 3:14 P.M.

FAIRLAW FIRM
135 SAN LORENZO AVENUE, SUITE 770
CORAL GABLES, FLORIDA 33146

REPORTED BY:
GABRIELA DELGADO, CER, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



877-291-3376
www.ucrinc.com

```
 1   2021, 2022 lawsuit -- I'm sorry, evaluation because Mr.
 2   Perez filed a lawsuit against the city?
 3        A    No, that was James Wright.
 4        Q    Okay.  I'll ask you that in a second.  But you
 5   personally, Mr. Steel, did you ever --
 6        A    No, I did not.
 7        Q    Let me just ask the question for the record.
 8        A    It's okay.
 9        Q    Did you ever refuse to approve Sergio Perez's
10   2021 to 2022 evaluation because Sergio Perez filed a
11   lawsuit against the city?
12        A    No, absolutely not.
13        Q    Did you ever refuse to approve that evaluation
14   because Sergio Perez contends to be a whistleblower?
15        A    No.
16        Q    Did you ever refuse to approve the 2021, 2022
17   evaluation because Sergio Perez submitted any other
18   alleged complaint to the city?
19        A    No.
20        Q    Did James Wright ever tell you not to refuse -
21   - sorry, not to -- strike that.  It's been a long day
22   for me today.  Did James Wright ever instruct you not to
23   approve the evaluation because Perez filed a lawsuit
24   against the city?
25        A    No.
```

```
 1            MR. POLLOCK:  Objection to the form.
 2   BY MR. RAILEY:
 3       Q    Did anyone at the city ever instruct you not
 4   to approve the evaluation because Perez filed a lawsuit
 5   against the city?
 6            MR. POLLOCK:  Same objection.
 7       A    No.
 8   BY MR. RAILEY:
 9       Q    Did James Wright or anyone at the city ever
10   tell you not to approve the evaluation because Sergio
11   Perez claims to be an alleged whistleblower?
12       A    No.
13            MR. POLLOCK:  Same objection.
14   BY MR. RAILEY:
15       Q    Did James Wright or anyone at the city ever
16   tell you not to approve the evaluation because of any
17   other complaint that Sergio Perez contains -- content he
18   submitted to the city?
19       A    No.
20            MR. POLLOCK:  Same objection.
21   BY MR. RAILEY:
22       Q    Is that a, no?
23       A    No.
24       Q    Did you personally ever take any improper
25   action with respect to Sergio Perez's performance
```

```
 1   evaluation because of any lawsuit that Sergio Perez
 2   filed against the city?
 3        A    No.
 4        Q    Did anyone at the city including James Wright
 5   ever instructed to take any improper action with respect
 6   to Mr. Perez's evaluation because he filed a lawsuit?
 7        A    No.
 8             MR. POLLOCK:  Form.
 9   BY MR. RAILEY:
10        Q    Did James Wright or any other city employee
11   ever instruct you not to approve the evaluation because
12   Sergio Perez was claimed whistleblower or because he
13   submitted any other type of complaint to the city?
14             MR. POLLOCK:  Same objection.
15        A    No.
16   BY MR. RAILEY:
17        Q    And did you personally ever take any improper
18   action with respect to the performance evaluation
19   because Sergio Perez contends to be a whistleblower for
20   because he submitted any other alleged complaint to the
21   city?
22        A    Never.
23        Q    Did you ever instruct Alvin Rogers to reduce
24   Sergio Perez's ratings in any way because Sergio Perez
25   filed a lawsuit against the city?
```



```
 1        A    Never.
 2        Q    Did James Wright or any other city employee
 3   instruct you to reduce Sergio Perez's ratings contained
 4   with his -- within his evaluation because Sergio Perez
 5   filed a lawsuit against the city?
 6        A    No.
 7             MR. POLLOCK:  Object to the form.
 8   BY MR. RAILEY:
 9        Q    Did you instruct Alvin Rogers to include
10   negative -- negative commentary in the narrative section
11   of Sergio Perez's evaluation because Sergio Perez file a
12   lawsuit against the city?
13        A    No.
14        Q    Did James Wright or any other city employee
15   instruct you to tell Alvin Rogers to include negative
16   commentary within the narrative section of Mr. Perez's
17   evaluation because he filed a lawsuit against the city?
18        A    No.
19        Q    Did you ever retaliate against Sergio Perez?
20        A    Never.
21        Q    Did you ever take any improper action
22   associated with Sergio Perez's employment with the city?
23        A    Never.
24        Q    Have you ever filed any retaliatory elements
25   against Mr. Perez?
```