UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-20748-LENARD/LOUIS

SERGIO PEREZ,

    Plaintiff,

vs.

CITY OF OPA LOCKA,

    Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Sergio Perez, through his undersigned counsel and pursuant to Fed. R. Civ. P. 12, Local Rule 7.1, and other applicable Rules and laws, request the Court to grant him an extension of time respond to the Motion for Summary Judgment based upon the lack of opposition and the following good cause:

1. Plaintiff agreed to provide Defendant with an extension of time to file its Motion for Summary Judgment, which the Court granted. [ECF Nos. 50, 51.]

2. Defendant filed its Motion for Summary Judgment on June 23, 2023 [ECF No. 52.]

3. Plaintiff's response thereto is due to be filed on July 7, 2023.

4. Plaintiff requested, and Defendant agreed to provide, an additional 21 days for Plaintiff to file its Response to Defendant's Motion for Summary Judgment.

5. The additional time is necessary because Plaintiff's counsel has been preparing for a trial that is scheduled to commence in *Batista vs. Avant Assurance Inc.*, S.D. Fla. Case No.: 1:22-CV-22671-ALTONAGA on Monday, July 10, 2023, and to last for approximately four days.

6. The result of granting Defendant the extension of time pushed the filing of its Motion for Summary Judgment into the time leading up to the trial preparations in *Batista*.

7. Undersigned counsel for Plaintiff is then scheduled to go on a trip with his family from Friday, July 14, 2023, through and including July 19, 2023.

8. Due to the above schedule, Plaintiff requests that the Court grant him the additional 21 days from today to file his Response to Defendant's Motion for Summary Judgment and its Summary Judgment Facts.

9. Pursuant to Fed. R. Civ. P. 6(b)(1) "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

10. It follows that this Court has the power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936); *also see Clinton v. Jones*, 520 U.S. 681, 706-707 (1997).

11. Accordingly, Plaintiff respectfully requests the Court to grant him an extension of time through July 28, 2023, to file the Response(s) at issue.

WHEREFORE Plaintiff, Sergio Perez, respectfully request the Court to grant him the Extension of Time requested above due to the good cause shown and the agreement of the parties.

## **LOCAL RULE 7.1 CERTIFICATION**

Counsel for the movant conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and represents that defense counsel agreed to the relief requested above.

                                        FAIRLAW FIRM
                                        *Plaintiff's Counsel*

                                        *s/*Brian H. Pollock, Esq.
                                        Brian H. Pollock, Esq.

Respectfully submitted this 7th day of July 2023,

                                        Brian H. Pollock, Esq.
                                        Brian H. Pollock, Esq.
                                        Fla. Bar No. 174742
                                        brian@fairlawattorney.com
                                        FAIRLAW FIRM
                                        135 San Lorenzo Avenue
                                        Suite 770
                                        Coral Gables, FL 33146
                                        Tel:    305.230.4884
                                        *Counsel for Plaintiff*