UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


CASE NO.:1:22-CV-20748-LENARD/LOUIS


SERGIO PEREZ,

        Plaintiff,

vs.

CITY OF OPA-LOCKA AND
STEVEN BARREIRA,

        Defendants.
_____/






DEPOSITION OF STEVEN BARREIRA

TAKEN ON BEHALF OF THE PLAINTIFF

JANUARY 4, 2023
1:32 PM TO 4:25 PM

ALL PARTIES APPEARED REMOTELY
PURSUANT TO
FLORIDA SUPREME COURT ORDER AOSC20-23






REPORTED BY:
CAMILLE WHYTE, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



877-291-3376
www.ucrinc.com

Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

Pages 2..5

**Page 2**

```
1                    APPEARANCES OF COUNSEL
2    ON BEHALF OF THE PLAINTIFF:
3         BRIAN HOWARD POLLOCK, ESQUIRE
          FAIR LAW FIRM
4         135 SAN LORENZO AVENUE SUITE 770
          CORAL GABLES, FLORIDA 33146-1878
5         305-230-4884
          BRIAN@FAIRLAWATTORNEY.COM
6         (REMOTELY VIA ZOOM)
7    ON BEHALF OF THE DEFENDANT:
8         JONATHAN HOWARD RAILEY, ESQUIRE
          JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER &
9         HOCHMAN, P.A.
          2455 EAST SUNRISE BOULEVARD SUITE 1000
10        FORT LAUDERDALE, FLORIDA 33304-3113
          954-463-0100
11        RAILEY@JAMBG.COM
          (REMOTELY VIA ZOOM)
12
     ALSO PRESENT:
13
          SERGIO PEREZ
14        (REMOTELY VIA ZOOM)
15
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
1                     INDEX OF EXHIBITS
2    EXHIBIT            DESCRIPTION              PAGE
3    Plaintiff's
4    EXHIBIT 11    NOTICE OF TAKING DEPOSITION
                   DUCES TECUM                     25
5
     EXHIBIT 12    COMPOSITE                       26
6
     EXHIBIT 13    TEXT MESSAGES                   32
7
     EXHIBIT 14    TEXT MESSAGES                   34
8
     EXHIBIT 15    RECEIPT                         68
9
     EXHIBIT 16    SOCIAL MEDIA POST               98
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
1                    INDEX OF EXAMINATION
2    WITNESS:  Steven Barreira
                                              PAGE
3    DIRECT EXAMINATION
          By Brian Howard Pollock, Esquire      6
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 5**

```
1        VIDEOTAPED DEPOSITION OF STEVEN BARREIRA
2             JANUARY 04, 2023
3        THE COURT REPORTER:  We are now on record.
4    Today's date is January 4th, 2023.  The time is
5    approximately 01:32 p.m.
6        We are here for the deposition of Steven
7    Barreira in the matter of Sergio Perez vs. City of
8    Opa-Locka & Steven Barreira.  The Case Number is
9    1:22-CV-20748-Lenard/Louis in the United States
10   District Court, Southern District of Florida.
11       All parties are here remotely.
12       The Court Reporter today is Camille Whyte with
13   Universal Court Reporting.  Counsels please state
14   your name for the record, starting with Plaintiff.
15       MR. POLLOCK:  Brian Pollock for the Plaintiff,
16   Sergio Perez who is also present with us today.
17       MR. RAILEY:  Jonathan Railey for the City of
18   Opa-Locka.
19       THE COURT REPORTER:  Thank you Counsels.  You
20   may proceed.
21   Thereupon:
22             STEVEN BARREIRA,
23   was called as a witness, and after having been first
24   duly sworn, testified as follows:
25
```

Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023
Pages 6..9

Page 6

1          DIRECT EXAMINATION
2   BY MR. POLLOCK:
3      Q   Hi, Mr. Barreira, good to see you again. Happy
4   New Year.
5      A   Thank you.
6      Q   Before we start off, I wanted to find out
7   whether there was anything that you wanted to correct
8   from the deposition testimony that was previously taken
9   on October 27th, 2022?
10     A   No, sir.  I already spoke with Mr. Railey
11  yesterday, sir.  It's fine.
12     Q   Okay.
13         MR. RAILEY:  Nothing beyond that,
14  Mr. Barreira.
15         THE WITNESS:  No, nothing beyond that.
16  BY MR. POLLOCK:
17     Q   I don't want to know what you talked about. My
18  question was simply whether there was anything you
19  wanted to correct, and it seemed like your answer was
20  no, there's nothing you need to correct?
21     A   Yes, sir.
22     Q   Okay.  And then as a housekeeping matter, you
23  provided some e-mails I think there were three e-mails
24  and a series of text messages to your Counsel who
25  provided them to me yesterday.  Is that correct?

Page 7

1      A   I don't know when he provided them to you,
2   sir.  But yes, I gave those to Mr. Railey.
3      Q   And the e-mails were the sum total of your e-
4   mails that you had with Michael Steele and the text
5   messages you had with him?
6      A   That's all that I could find, yes, sir.
7      Q   All right.  I'll go through those later on.
8   All right.  While you're at the Clay County Sheriff's
9   Office what was the last position that you held?
10     A   Chief of Patrol.
11     Q   It was a Chief of patrol, is what you said?
12     A   Yes, sir.
13     Q   Prior to being the Chief of Patrol what
14  position did you hold?
15     A   Chief of Logistics.
16     Q   At any time after being Chief of patrol, were
17  you -- was your position changed to Road Patrol Deputy?
18     A   No, it was not.  I resigned as a as a Division
19  Chief.
20     Q   When you say resigned as a Division Chief,
21  does that mean that you resigned while you held the
22  position of Division Chief?  Or does it mean that you
23  were a deputy but got to resign one step up?
24     A   No, not technically.  if you want to
25  constitute, when I actually resigned, I was on FMLA from

Page 8

1   the Clay County Sheriff's Office with COVID.
2          And that was a discussion that was had between
3   myself and another one of the directors, which as you
4   are aware, under FMLA law they can't technically demote
5   me or do anything with me, while I was on FMLA.  And I
6   resigned from my position prior to the end of that.  That
7   was a 12-week period.
8      Q   Okay.  So, were they in the process of
9   demoting you while you were on FMLA?
10     A   They gave me an option they -- when the new
11  sheriff came in under the administration, because I came
12  into the Sheriff's Office, an appointed position and had
13  not been a prior employee.  They offered me a deputy's
14  position and which I respectfully declined.
15     Q   Okay.  I know I'm jumping around a little bit
16  I'm just trying to fill in some gaps.  You indicated
17  that in your prior deposition that you contacted the SAC
18  for FDLE in Tampa after speaking with Michael Steele in
19  lieu of opening an Internal Affairs investigation or
20  having it investigated by the Opa- Locka PD?
21     A   I'm not sure exactly.  Did I talk to the SAC
22  in Tampa?  Yes, I did.  Was it after that conversation
23  with Michael Steele in a parking lot?  Yes, it was.
24         When you say prior to initiating an Internal
25  Affairs investigation, as you all know, once you have

Page 9

1   the accusation of a criminal act the criminal
2   investigation has to take precedent anyway.
3          It was at that point determining whether FDLE
4   was going to handle the investigation or we were,
5   because as you know, those investigations have to be
6   separate.
7      Q   Who's the SAC in Tampa that you talked to?
8      A   I can't tell you.
9      Q   Why did you call the SAC -- the SAC in Tampa
10  instead of for South Florida or Miami?
11     A   Well I believe I did talk to the gentleman in
12  Miami and I was either referred to or got the number and
13  ended up talking to the SAC in Tampa.
14     Q   So, the order went, you first called the SAC
15  in Miami, who referred you to Tampa.  Is that what
16  you're saying?
17     A   I believe so, yes.
18     Q   And the SAC in Tampa, you don't recall that
19  person's name?
20     A   No, sir.
21     Q   Does Mark Brutnell, B-R-U-T-N-E-L-L, sound
22  familiar?
23     A   Doesn't bring anything to mind, sir, no.
24     Q   Did you have any prior dealings with the SAC
25  in Tampa before the incident involving Michael Steele?

Page 10

1    A   No, sir.

2    Q   Was an Internal Affairs investigation opened

3 concerning Michael Steele following the September 1,

4 2021 taser incident?

5

6    A   I'm not sure if we already discussed this. But

7 it was an Internal Affairs open, we had a meeting

8 between myself, the City Manager and our IA

9 investigator, it was an overview.

10       And in that meeting we had a conversation that

11 if Officer Steele was found to be unfaithful or

12 departing from the truth then obviously that would be

13 handled and investigated as well.

14   Q   Okay.  So, my question was an IA opened

15 concerning Mr. Steele and I didn't get a yes or no?

16   A   I don't recall.

17   Q   And so, it's fair to say that you also don't

18 recall if any IA opened concerning Michael Steele as a

19 subject had been closed after -- open and closed after

20 September 1, 2021?

21   A   Yes, sir.  I have no idea.

22   Q   Okay.  As the Chief of Police was Michael --

23 are you familiar with the requirements opposed on

24 officers working at the City of Opa-Locka?

25   A   Am I familiar with it?

Page 11

1    Q   Yes.

2    A   Maybe not as familiar as some, I mean, the

3 same as any other Agency you got policies and

4 procedures.  If you're asking me to recall them, I

5 cannot do that, you know, the -- all the rules.

6    Q   Because we're a little over a year since

7 you've been Chief of Police, is that right at

8 Opa-Locka?

9    A   Yes, sir.

10   Q   And so while you're at the City of Opa-Locka

11 as its Chief of Police through October of 2021, you were

12 familiar with the policies and procedures that applied

13 to subordinate officers in that department.  Is that

14 correct?

15   A   If I -- well, Mr. Pollock, with all due

16 respect, sir, I worked there for six months.  I'd say to

17 the best of my abilities, yes, I was familiar with them.

18   Q   And is it true that Michael Steele was

19 required to inform dispatch while he was on duty if he

20 were to be leaving the jurisdiction?

21   A   I have no idea.

22   Q   What the time would you have known while you

23 were the acting Chief?

24   A   If he was required to, I don't know if that

25 was in policy or not.  Sir, I can't answer that.  I

Page 12

1 don't know.

2    Q   If Michael Steele violated the City of Opa-

3 Locka's procedures by leaving the jurisdiction while on

4 duty without notifying the dispatch.  Is that something

5 that should have been referred to Internal Affairs?

6       MR. RAILEY:  Form.

7    A   Something had been referred to.  So, I was in

8 the process of again, my goal was to get the Agency

9 accredited.  So, first off trying to look at a

10 disciplinary policy.

11       It depends on the nature of the violation, the

12 severity of the violation.  I wouldn't say that every

13 single thing gets referred to Internal Affairs.  But if

14 there was some policy and procedure violated looking

15 into it, absolutely sure.

16 BY MR. POLLOCK:

17   Q   Looking into it, meaning you would've referred

18 it to Internal Affairs if it were a violation of the

19 policies and procedures in effect at Opa-Locka in

20 September of 2021?

21   A   Well, when you say me, me as in the Chief or

22 me as in an officer with the Opa-Locka Police

23 Department?

24   Q   Well, you were at the Chief -- you are the

25 Chief at all times between April 16th, 2021 and when you

Page 13

1 resigned in October of 2021.  Is that correct?

2    A   Correct, but if you're -- if, but --

3    Q   No, I was asking you if -- well, as the Chief

4 of Police because you never held any other capacity at

5 the City of Opa-Locka.  Is that right?

6    A   No, sir.  Well, I was trying to -- what I was

7 trying to tell you was, is if you say me as in would I,

8 as the Chief of Police or a, what they -- what I would

9 consider a minor misconduct refer to IA.  No, sir, I

10 would not initiate an IA case.

11       What I would do probably in that situation

12 would be to notify Sergeant Steele's immediate

13 supervisor.

14   Q   Okay.  So, you wouldn't refer him if he left

15 the jurisdiction as the Sergeant in charge without

16 notifying dispatch as the Chief of Police.  Would you

17 also not have referred him to Internal Affairs for not

18 timely reporting an injury?

19       MR. RAILEY:  Objection, form.

20   A   It depends on why he left, sir, first off.  I

21 would think that would be important before you refer to

22 IA.  If you're familiar with Opa-Locka Police Department

23 there is only one Internal Affairs investigator.

24       And if you're familiar with the Opa-Locka

25 Police Department, you also know that there is a vast



Page 14

1  array of investigations that are ongoing.
2        So, what I want to tie that the Internal
3  Affairs up for a situation that you're not really
4  relevant, you know, the initial situation and reasoning
5  behind it. Then no, I wouldn't refer to Internal Affairs
6  and not immediately, no.
7        And as far as the reporting of an injury that
8  was a discussion with the City Manager that I had after
9  that particular date.
10 BY MR. POLLOCK:
11       Q    And then you also have a situation where
12 Michael Steele contends that he was injured while in the
13 line of duty, but did not make a timely report for
14 Workers' Compensation.
15       And so, my question to you is whether that is
16 an offense that would prompt you to report him or
17 request that an Internal Affairs investigation be opened
18 for failing to timely report a Workers' Compensation
19 injury?
20       MR. RAILEY:  Form.
21       A    Well, Mr. Pollock, that really again, depends
22 on the reason why he didn't report it.  There is a
23 history of corruption in that City of Opa-Locka.  There
24 is a history of retribution in the City of Opa-Locka.
25       If that in fact was his rationale behind it,

Page 15

1  you know, by letter of policy, he should have reported
2  it, yes.  Again, totality of the circumstances, we had
3  an active criminal investigation ongoing administrative,
4  you know, a minor misconduct, serious misconduct,
5  administrative things obviously have to take precedent
6  after the criminal investigation was investigated.
7  BY MR. POLLOCK:
8        Q    There was no criminal investigation in which
9  Michael Steele was the subject.  Is that true in
10 September of 2021?
11       A    That he was the subject, no, sir.
12       Q    Okay.  So, there was nothing preventing you
13 from reporting him to IA because of a pending criminal
14 investigation.  Isn't that true?
15       A    Again reporting him to IA, this was the
16 discussion I had between myself and the City Manager
17 concerning his failure to report.  Again, you look at
18 the totality and the circumstances surrounding why he
19 didn't report it.
20       We had the ongoing criminal investigation that
21 was involved, that was a direct relation to that
22 particular incident.  It wasn't a separate violation
23 outside of the incident involving Sergio Perez.
24       It was the same incident that was being looked
25 at through FDLE.  So, at that particular point, you

Page 16

1  don't want to have too many hands in the pot.
2        Q    So, you decided to just put no hands in the
3  pot, right?
4        MR. RAILEY:  Form.
5        A    I wouldn't say that, sir, no.
6  BY MR. POLLOCK:
7        Q    I mean you didn't refer Michael Steele for the
8  three incidents we just talked about of leaving the
9  jurisdiction while on duty as the Sergeant in charge
10 without notifying the dispatch leaving the jurisdiction
11 to get medical attention and not filing a timely
12 Workers' Compensation report.
13       So, when you combine those three that still
14 doesn't rise to the level in your opinion of something
15 that should have been reported to IA.  Is that what
16 you're saying?
17       MR. RAILEY:  Object to the form.
18       A    So, I'm sorry you feel -- I feel like goes IA,
19 could you say that one more time, please, sir?
20       MR. POLLOCK:  Madam Court Reporter --
21       A    Repeat the question.  I'm not sure the
22 question you're asking me.  I'm not sure the question
23 you're asking me, sir.
24       Q    You're saying with the three incidents that
25 didn't rise to the level.  All of that sir, was being

Page 17

1  with the investigation with Sergio Perez through FDLE.
2  Just because an incident is not necessarily immediately
3  being investigated to Internal Affairs does not mean
4  that the incident won't be, that there would be looked
5  into and the outcome of the investigation.  What did
6  FDLE find?  What was the circumstances surrounding that?
7        Again sir, I had a conversation with the City
8  Manager.  He was well aware of that situation in
9  concerning IA.  And if I recall correctly, I think even
10 the City Manager at that point in the discussion that we
11 had might have initiated the IA investigation.
12       I'm not sure on that particular incident I
13 don't know about, I don't know if that included leaving
14 the jurisdiction or not. Not really sure.
15 BY MR. POLLOCK:
16       Q    As the Chief of Police -- you believed that
17 there was corruption in the ranks of the Police
18 Department.  Is that what you're saying?
19       A    I would believe so, yes my personal opinion.
20       Q    Okay.  And so, as the Chief of Police, the
21 highest ranking police -- member of the Police
22 Department in the City of Opa-Locka to whom and when did
23 you report the corruption that you believe was occurring
24 within the City Police Department?
25       A    Late September, no, maybe even prior to that.



Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023                    Pages 18..21

Page 18
1  You said to whom and when?
2      Q    Yes.
3      A    September-ish.  I know I had a sit down
4  meeting with the Miami-Dade Public Corruption in
5  addition to the FDLE conversation.
6      Q    Whom did you meets with at Miami-Dade Public
7  Corruption?
8      A    Couldn't give you a specific date, sir.
9      Q    Was it a woman, Ms. Hartigan?
10     A    I know there was a gentleman there.  I don't
11 know if -- there were more than one, but I don't know
12 who the other individuals were.
13     Q    What did you report?
14     A    What did I report?  We had all allegations of
15 officers selling narcotics out of their vehicle.
16 Officers having sexual relations with victims and
17 witnesses.  That's all I can recall at the moment.
18     Q    So, you're saying that you're the one who
19 reported Hugo Alvarado having sexual relations with
20 victims and witnesses?
21     A    No, sir.
22     Q    Okay.  That's something that --
23     A    I got a phone call from the State Attorney.
24     Q    So, that was something that was already being
25 evaluated by the State Attorney?

Page 19
1      A    I don't know what they were doing with it, but
2  I was notified of it, yes.
3      Q    And as we sit here today, isn't it true that
4  Mr. Alvarado has not been charged with any crime?
5          MR. RAILEY:  Object to form.
6      A    I have no idea.
7          MR. RAILEY:  Mr. Barreira, let me just pause
8      before giving your answers, just so I can place an
9      objection if I need to and the Court Reporter
10     doesn't want us talking over each other.
11         THE WITNESS:  Yes, sir.
12 BY MR. POLLOCK:
13     Q    Okay.  Anything else that you reported?
14 Because that's the question was what did you report to
15 public -- the public corruption unit at the Miami-Dade
16 State Attorney's Office?
17     A    I can't --
18     Q    You indicate that there were allegations of
19 officers selling narcotics out of vehicles and officers
20 having sexual relations with victims and/or witnesses.
21         So, we talked about victims and/or witnesses I
22 believe.  If there's anyone other than Hugo Alvarado I
23 would like to know about it?
24     A    Not that I recall, sir.
25     Q    Okay.  And that wasn't something that you

Page 20
1  reported, that was something that was simply a
2  discussion that you had?
3      A    Yeah, yes sir.
4      Q    Okay.  So, then we go back to allegations of
5  officers selling narcotics out of their vehicles.  What
6  officers did you believe and report, were selling
7  narcotics out of their vehicles?
8      A    Sorry, I can't remember -- I can't remember
9  her name.
10     Q    Okay.  What other corruption do you claim to
11 have reported to the public corruptions unit of the
12 Miami-Dade State Attorney's Office in late September
13 2021?
14     A    Give you the same answer I gave you before.
15 Sir, I don't recall all the details of every bit of that
16 conversation, so I don't recall.
17     Q    I wasn't asking for every bit of the
18 conversation.  I want to know what you reported.  You
19 indicated so far one instance because the other was
20 already being investigated.  So, I want to find out what
21 else you reported to them.
22     A    I don't recall the details of that con --
23 every, I don't recall.
24     Q    Okay.
25     A    I don't recall the discussion.

Page 21
1      Q    Well, what, from our discussion right now, it
2  doesn't seem like you reported to the public corruption
3  unit at the Miami-Dade State Attorney's Office that
4  Mohan Britain was conducting Internal Affairs
5  investigation in an unfair manner, did you?
6          MR. RAILEY:  Form.
7      A    Not sure where that came into play, but no, I
8  don't even know when that, when was that accusation?
9  BY MR. POLLOCK:
10     Q    Well, it's never been made.  I'm just asking
11 you, to clarify that's never been made.
12     A    I made it, well, I was aware of it.  I wasn't
13 aware of it.  Then no, I didn't -- wouldn't report it.
14     Q    Okay.  So, when you say that there's
15 corruption in the Opa-Locka Police Department, you're
16 not saying that there was corruption in the Internal
17 Affairs department that was being run and overseen by
18 Mohan Britain, right?
19     A    So, I'm not sure where you're going, Mr.
20 Pollock.  But I'll say this so in the conversation if
21 you talk about corruption I had received word that Mohan
22 Britain had had conversations with the City Manager and
23 the City Manager was trying to sway the investigation.
24         And I'm not sure if that was the Miami-Dade or
25 with the FDLE.  But he was trying to sway the

Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023          Pages 22..25

Page 22

1 investigation into Sergio Perez's incident or alleged
2 incident.
3         I also received information that Sergio Perez
4 was reaching out to Sergeant Steele and asking him, you
5 know, in reference to this investigation.
6         So, if you're talking about accusations or
7 allegations of misconduct, yes.  Any of them verified
8 any of them proven to be valid or not, I have no idea.
9     Q    Who told you that Sergio Perez was reaching
10 out to Sergeant Steele in reference to the
11 investigation?
12     A    Don't recall.
13     Q    Who told you -- let me strike that -- from
14 whom did you receive word that the City Manager was
15 trying to sway the investigation into Sergio Perez's
16 incident?
17     A    Mr. Britain.
18         THE COURT REPORTER:  I'm sorry to interrupt,
19 but I'm hearing some background noises.  I don't
20 know if that's a television or conversation.
21         MR. RAILEY:  It might be me.  One of my law
22 partners that I share a wall with is in mediation.
23 I apologize I hope it's not too inconvenient.
24         There's nothing I can do though.  I mean, I
25 can try to turn out high volume a little bit, but

Page 23

1 then I'm going to have trouble hearing you all.
2         THE COURT REPORTER:  No, worries I just wanted
3 to know.  No worries.
4         MR. RAILEY:  All right.
5         THE COURT REPORTER:  Thank you.
6 BY MR. POLLOCK:
7     Q    Okay.  And it's true that as we've talked
8 about, you met with Sergeants with Michael Steele before
9 the Internal Affairs investigation had even been
10 initiated, right?
11     A    Yes, sir.
12     Q    And you had substantive conversations with Mr.
13 Steele about what he claimed happened during the
14 incident of September 1st.  Isn't that true?
15     A    You'd have to define substantives.
16     Q    Well, you asked him what happened, and you
17 asked him to see pictures, right?
18     A    I didn't ask him to see pictures I didn't know
19 he had them.
20     Q    But he did show you pictures and represented
21 that those were pictures of his back taken on or after
22 September 1, 2021.  Isn't that true?
23     A    I don't recall if it was his back, but I did
24 see some photographs, yes, sir.
25     Q    And the pictures he was indicating to you were

Page 24

1 of his body and the injuries that he claims to have
2 sustained.  Isn't that right?
3     A    Whether he said that or not, I'm not sure, but
4 that's how I took it.
5     Q    And so, did you direct Mr. Britain to go ahead
6 and retrieve the Taser 7 that Sergio Perez had
7 supposedly utilized on September 1?
8     A    Did I direct him to do that I don't know the
9 content of the conversation that I had in the meeting
10 between myself the City Manager and Mr. Britain.  I
11 don't recall the content of that conversation.
12     Q    Well, my question wasn't about some amorphous
13 conversation.  It was very specific, which was did you
14 request Mohan Britain to retrieve the Taser 7 from
15 Sergio Perez that had apparently been utilized in the
16 September 1, 2021 incident?
17         MR. RAILEY:  Form.
18     A    Don't recall.
19         THE WITNESS:  Sorry.  Sorry, Mr. Railey.
20         MR. RAILEY:  It's, okay.
21     A    Don't recall, sir.
22 BY MR. POLLOCK:
23     Q    Did you direct Mohan Britain to retrieve the
24 taser that was issued to Michael Steele and that he had
25 on him on or about September 1, 2021?

Page 25

1     A    Don't recall, sir.
2     Q    Excuse me.  The text messages that you
3 provided, is there a reason why I don't see any from
4 September 2020 -- September 1, 2021 through November 6,
5 2021, excuse me, not November 6 through December 25th,
6 2021?
7     A    Through December.
8     Q    Sure.  The first text message that I have
9 between you and Mr. Steele is from December 25th, 2021.
10 And I'm questioning why the text messages between you
11 and Mr. Steele from September 1st, 2021 through that
12 date have not been provided?
13         MR. RAILEY:  Form.
14     A    Okay.  You're going to have to be specific,
15 sir what I believe I have on me, I have provided.  If
16 you can give me a specific date range, I can check
17 again, but they're not as frequent as you might think.
18 BY MR. POLLOCK:
19     Q    Well, I'm going to mark as Exhibit 11, the
20 Notice of taking Deposition Duces Tecum.
21         (Thereupon, Plaintiff's Exhibit 11 was entered
22         into the record.)
23     A    That's all I found, sir.  If, you're asking me
24 that's what -- those are all the text messages I found.
25 If there's something that my, I might have overlooked or

Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023          Pages 26..29

Page 26

1 might be missing, sir, I'd be happy to go back and try
2 to find it.
3 BY MR. POLLOCK:
4     Q   I'll show you what I've marked as Plaintiff's
5 Exhibit Number 11, which is the Notice of Taking Depo -
6 - Continued Deposition Duces Tecum for today that was
7 sent out on November 15th, reference Exhibit A.
8        Item Number 1 requested all text messages
9 between you and Mr. Steele between September 2020 --
10 September 1, 2021 through today.  One is e-mails --
11 self- explanatory Number 3 is e-mails between October
12 '21 and your deposition.  Number 4 is WhatsApp messages.
13       And what I can also mark as Exhibit Number 12,
14 which would be a composite exhibit are the text messages
15 that I've gone ahead and reordered since I received them
16 out of order.
17       (Thereupon, Plaintiff's Composite Exhibit 12
18        was entered into the record.)
19 BY MR. POLLOCK:
20    Q   I'll show you the first page of that.  And the
21 first Page is December 25th, 2021.  So, I don't have
22 anything from September 1, 2021 up to December, whatever
23 it is 25th, 2021 at 11:35 a.m.
24       And I'm wondering why I don't, when I've
25 requested them.

Page 27

1     A   Sir, if you're -- if I'm sorry.  I'm just --
2     Q   I'm asking you why I don't.
3     A   Okay.  Well, Mr. Pollock, I read your subpoena
4 and what was required of me.  I looked through my text
5 messages copied it and forwarded it.  If there's
6 something that was overlooked, I'd be happy to go back
7 and check it a second, third time, fourth time.
8       There's nothing I have that is -- there's
9 nothing I have, sir that has not been provided to you.
10 There is no smoking gun or anything that obviously by
11 law you've requested that I have not provided.
12    Q   Well, there's four months of deposition --
13 There's four months of text message I don't have.
14 Because the text message that was sent by you, right the
15 blue is you?
16    A   Yes, sir.
17    Q   So, the text message that you sent sometime
18 before September 25th, 2021 at 11:35 a.m. is not a
19 complete copy of the message that you sent.  So, that
20 means that there were conversations you had with Mr.
21 Steele by text message before December 25th, 2021.  But
22 I don't have them.  You see the problem I'm looking --
23       MR. RAILEY:  Form.
24    A   No, sir, you're filling in a lot of gap and
25 you're making the assumption that is intentionally done

Page 28

1 or that it is not included.
2       That's what I have -- that's what I have on my
3 cell phone.  Maybe there's no text messages, sir because
4 there were no messages.  I don't know why you don't have
5 them.
6 BY MR. POLLOCK:
7     Q   To be frank, sir, I don't care whether it's
8 intentional or not.  I just know that I have a, notice
9 to get the documents and I don't have them, and it's the
10 second time I've requested them.
11       So, we can invite the Judge and we can come
12 back again.  And if I need to examine your phone and
13 have an expert do that, I'm going to go ahead and do it.
14    A   Whatever you need to do --
15    Q   Because this isn't the only gap in messages
16 that we have from the documents that you produced.  Do
17 you understand that, right?
18    A   No, I don't know what you're talking about.
19    Q   Okay.  Because there's obviously a message
20 before December 25th, 2021, which I'm showing you on
21 Page 1 of Exhibit Number 12, right.  You see that
22 there's part of a message up top in blue that you wrote
23 that's cut off?
24    A   I see that, yes, sir.
25    Q   Okay.  Which means there's a first part of

Page 29

1 that blue message that I don't have that's on your
2 phone, right?
3     A   I would assume so, but that doesn't mean you,
4 I don't know why you don't have it.
5       MR. POLLOCK:  John you get anything more than
6 this document from December 25th, 2021 anything
7 that --
8       MR. RAILEY:  I'm not testifying today, Brian.
9 I relay the documents that were provided to me.
10      MR. POLLOCK:  Okay.
11      MR. RAILEY:  If he's telling you're making --
12 let me make something for the record.  You're
13 making an assumption or you're making a very strong
14 statement that you're hinting at some kind of
15 spoliation.
16      I think that's entirely improper first and
17 foremost.  He's told you -- you're not -- you
18 haven't even asked him if text messages exist from
19 September 1, 2021 to December 25th, 2021.  You're
20 stating -- you're withholding text messages from
21 me.
22      So, ask the question to him do the text
23 messages exist first and foremost.
24      MR. POLLOCK:  I don't need to ask.  Because I
25 can see that there's a part of a message that's cut

UNIVERSAL
COURT REPORTING
CLEAR VALUE. EVERY CASE.

Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023                Pages 30..33

Page 30

1  off.  Because I can then go ahead and look through
2  the last messages that were provided, right because
3  the last message --
4        MR. RAILEY:  Well, back to September, right
5  there, September 6th.  They were out of order.
6  That's how they were provided and Mr. Barreira had
7  acknowledged they're out of order.  But you know --
8        MR. POLLOCK:  Of what year because they don't
9  show the year in fact, the ones from September are
10  in consecutive order.  They go back to 2021.
11 BY MR. POLLOCK:
12       Q   And so, the problem is, right we go to
13 November and -- excuse me.  We go to September of 2022
14 and then we go from September 6th to November 6th, 2022,
15 which are the last three pages.
16       Because if we look at this, we're talking
17 about elections on November 4th, of which is Page 62 of
18 64 of Exhibit 12.  Elections were in 2022, isn't that
19 right, Mr. Barreira?
20       A   Yes, sir.
21       Q   Okay.  So, we're not talking about elections
22 in November of 2021.  We're talking about elections in
23 2022, right?
24       A   Yes, sir appears to be so yes.  With what I'm
25 looking at right now.

Page 31

1        Q   Yes, we're looking at Page 62 of Exhibit 12.
2        A   Okay.
3        Q   Which continues how is your relationship with
4  Kelly.  You ask, Mr. Steele writes good and it
5  continues, right?  We're still talking about November of
6  2022?
7        A   Appears to be so, yes, sir.
8        Q   And those are the last three pages.  And we
9  know because it says read 11/17/2022, right?
10       A   Yes, sir.
11       Q   So, when we go back, we do have a gap, it
12 appears from September 6th, 2022 to November 6th, 2022
13 from Pages 61 to 62 of Exhibit 12.
14       MR. RAILEY:  Hold on.
15       THE WITNESS:  Okay.
16       MR. RAILEY:  Can I interject Brian?
17       MR. POLLOCK:  Sure.
18       MR. RAILEY:  I'm going to forward you an e-
19 mail right now that has some, if they're not
20 included in that was my apologies.  There are a
21 couple text messages here from October 21st, 2021.
22       I thought we included them if, we didn't, for
23 whatever reason, they were not.  I'm just going to
24 forward you the e-mail there's nothing privileged
25 in here.  You get that?

Page 32

1        MR. POLLOCK:  It just came through waiting for
2  it to come up.
3        MR. RAILEY:  If that was not provided to you,
4  that it could be because it was sent to me at a
5  different time last week and I was out of the
6  office.  So, that's my apology there that fills in
7  a gap.
8        MR. POLLOCK:  Let's mark those two as Exhibit
9  13.
10       (Thereupon, Plaintiff's Exhibit 13 was entered
11       into the record.)
12       MR. RAILEY:  That's everything else you have,
13  if you don't already have that.
14 BY MR. POLLOCK:
15       Q   Which I don't have, which are text messages
16 October 21 and 22, and November 25th, 2021.  And the
17 text message on November 25th, 2021 is also cut off.
18       A   Did you check the next page, sir?
19       Q   So, it goes from November 25th and there's no
20 text message for about a month, is what it looks like.
21 And then we don't have anything before October 21st from
22 September 1, 2021 to October 1st.
23       So, if you checked your phone to see whether
24 there's any messages between you and Mr. Steele from
25 October 1, from, excuse me, from September 1 of October

Page 33

1  -- from September 1, 2021 through October 21, 2021.
2        A   Yes, sir, I believe I've given all of it so
3  if--
4        Q   So, you can pull out your phone and show us
5  and go back to October, September 1, 2021.
6        A   Mr. Pollock, if you let me, if you give me one
7  second please.
8        THE WITNESS:  Mr. Railey in the initial
9  deposition, prior to that actually paid money to
10  try to get the, to download the cell phone messages
11  and provided those.  Is that the -- it was -- so
12  there is in essence are two sets.  There's the
13  original and then there is this.
14       MR. RAILEY:  Do you want to go off the record
15  and, let me have a brief conversation with him I'll
16  call your cell phone let me try to clarify that.
17       MR. POLLOCK:  Yeah, we can go off record.
18       MR. RAILEY:  All right.
19       THE COURT REPORTER:  We're off the record.
20       (Thereupon, a short discussion was held off
21       record.)
22       (Deposition resumed.)
23 BY MR. POLLOCK:
24       Q   Okay.  What I'll mark now is Exhibit Number
25 14, which are seven pages of text messages I just

Page 34

1  received.
2      (Thereupon, Plaintiff's Exhibit 14 was entered
3      into the record.)
4  BY MR. POLLOCK:
5      Q   First one is September 30th, 2021.  Am I
6  correct that the grayed out information is from Michael
7  Steele?
8      A   Yes, sir.
9      Q   And this is the texturing between you and
10 Michael Steele from September 30th, 2021 through October
11 21, 2021?
12     A   Yes, sir.
13     Q   Okay.  And then we get to the next part of the
14 texturing, which starts October 21, 2021 and goes
15 through November 25th, which is Exhibit 13.  Is that
16 right?
17     A   I would say so, I believe so, yes.
18     Q   Okay.  And then we have the next set of text
19 messages that start on that November 25th, 2021, which
20 is Exhibit 12?
21     A   Appears to be so, yes.
22     Q   Okay.  And then the other text messages that I
23 was referencing go from September 6th, 2022, and then we
24 have a gap until November 6, at 05:36 p.m.
25     My question to you is, are there text messages

Page 35

1  between you and Michael Steele between September 6, 2022
2  and November 6, 2022?
3      A   I do not believe so, sir.
4      Q   You do believe so?
5      A   I do not believe so, sir.  No, not if it
6  wasn't in there that was a direct screenshot September
7  6th and November 6th.
8      Q   Okay.  Are you a member of any fraternal or
9  organizations?
10     A   Yes, sir.
11     Q   Which one?
12     A   The FOP and I'm also a Mason.
13     Q   Michael Steele's, also a Mason, right?
14     A   I learned of that recently, yes.
15     Q   And so, we can look at the text messages that
16 you exchanged with Michael Steele to talk about the
17 lodge that he's in and the lodge that you're in?
18     A   Yes, sir.
19     Q   And you're saying you first learned about that
20 when?
21     A   I'm not sure I have to look at the text
22 message.  I should have the date on it.
23     Q   You said recently, which seems like it's in
24 the recent past.  I wanted to find out to you what's
25 recent?

Page 36

1      A   Whatever the date is on that text message.
2      Q   Okay.  Do you have the images from the text
3  messages that didn't make it into what was produced?  And
4  I'm referencing Page 1 of Exhibit 12, where it looks
5  like an image that Michael Steele sent you and you wrote
6  LOL?
7      A   That's how it came up, sir.  I have no idea.
8  As you can look still, I just pulled it up.  That's not
9  the same date, but you can see it does the same thing.
10     Q   If you click on that, does it download?
11     A   I'm not sure, no, sir.
12     Q   Okay.
13     MR. RAILEY:  For the record, my phone's been
14     doing that too recently I'm not sure why.
15     MR. POLLOCK:  Yeah.
16 BY MR. POLLOCK:
17     Q   Referencing the first page of Exhibit 12.  In
18 your text message to Michael Steele say it's sad to hear
19 the news about the City, the Agency has a lot of great
20 people and has the potential to be so much more.  What
21 news about the City were you referencing?
22     A   I don't recall specific, sir.
23     Q   Do you consider Michael Steele to have been at
24 one of the great people in the City of Opa-Locka ranks?
25     A   One of the great people in Opa-Locka ranks?

Page 37

1      Q   Yes.
2      A   Depends on your -- that be a subjective
3  question.  It depends on what your definition of grade
4  is.  My opinion, I wouldn't say great, no.
5      Q   Why not?
6      A   A lot of good people there.  But it's a
7  subjective.  It's an opinion, what people think is great
8  or not.  There are a lot of really good people there.  I
9  met a lot of good Citizens, a lot of people that work
10 for the City, a lot of people that don't work for the
11 city, business owners, so forth, so.
12     Q   Right.
13     A   It's kind of a general overall statement, sir.
14     Q   Right.  You indicate that the Agency has a lot
15 of great people.  And my first question is whether you
16 believe that Michael Steele, in your opinion is one of
17 those great people in the Police Department -- who was
18 in the Police Department at the City of Opa-Locka?
19     A   I think he was one of the great people, but
20 there were many.
21     Q   Do you consider Michael Steele a friend?
22     A   Now.
23     Q   Now, as of when?
24     A   Well, let me rephrase that depends on what
25 your definition of friend is.  I consider him a good



Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023          Pages 38..41

Page 38

1 acquaintance? Yes. I consider him a trusted friend?
2 No. Got good friends, great friends and people, you
3 know. So, yeah, I consider him a friend since I don't
4 know, I don't have a date.
5    Q    And I'll reference I guess page 2 of the text
6 messages that you shared with me. Hope you're holding
7 up, okay, my friend, I continue praying for you and the
8 family. Hope you'll get up this way, I'll do the same.
9 You see that?
10   A    Okay. I see it.
11   Q    And then December 31st still tells you that
12 Sergio has to turn himself in on Thursday, January 6th?
13   A    That's the text message says, yes, sir.
14   Q    And you said that you need to plan something
15 with him in the future?
16   A    If that's what the text message says, yes,
17 sir.
18   Q    And then Mr. Steele sends you a clip on
19 January 12th. Do you know what that was from?
20   A    I don't believe I ever opened it, but no idea.
21   Q    And then you were watching something on
22 January 14th?
23   A    No idea.
24   Q    Wasn't that the day that John Pate was let go
25 as the City Manager for the City of Opa-Locka?

Page 39

1    A    Not sure.
2    Q    I mean, might Mr. Steele's comment was "Woohoo
3 bye Felicia."
4    A    You'd have to ask, Mr. Steele.
5    Q    I mean, you didn't seem to have a question as
6 to what it was because your response was a thumb up,
7 right?
8        MR. RAILEY: Objection to the form.
9    A    It's a thumbs up emoji. I have no idea.
10 BY MR. POLLOCK:
11   Q    In January 14th, if we look as the day that
12 John Pate was let go from the City of Opa-Locka as a
13 City Manager. Isn't that right?
14   A    I have no idea.
15   Q    You don't know you were watching T.V, you were
16 watching something on January 14th from the City of Opa-
17 Locka. And if we look, I'd probably pull up the news on
18 my other screen and see what was going on the City of
19 Opa-Locka on January 14th. It's probably paid getting
20 let go, right?
21       MR. RAILEY: Form.
22   A    Well, sir, I don't know what I can pull up my
23 Netflix history and figure out what I was watching as
24 well on the 14th. I don't know what I was watching,
25 sir.

Page 40

1        If that was the date, then it could very well
2 be. But I do not recall that, what I was watching that
3 specific day.
4 BY MR. POLLOCK:
5    Q    On January 26th, you got a, call from Audrey
6 Dominguez, right?
7    A    No, idea sir.
8    Q    Isn't that what you said in your texturing
9 with Mr. Steele? You recognize this number? Yes it's
10 Commissioner Dominguez I told you we spoke. That would
11 be Michael Steele and Audrey Dominguez.
12   A    Okay. That doesn't mean I spoke.
13   Q    What e-mail, what -- excuse me. What meeting
14 were you having on February 1st by?
15   A    I believe I had received message that the
16 sitting City Manager, don't remember who that was just
17 wanted to have a talk, just wanted to talk to me.
18   Q    Wanted to have a talk and so who was in
19 attendance you, the sitting City Manager, Mr. Steele and
20 anyone else?
21   A    I don't think Mr. Steele was on that one, but
22 I don't know who else was on it.
23   Q    That was Mr. Wright you had the conversation
24 with?
25   A    As it indicated on the text message, yes, it

Page 41

1 must have been.
2    Q    And why were you asked to send Darryl Daniels
3 information to Mr. Wright?
4    A    Mr. Daniels request grew up with Mr. Wright
5 and asked me to convey his contact information. I guess
6 they hadn't spoken in a while I don't know.
7    Q    And then you were congratulating Mr. Steele
8 for him being promoted to Interim Chief?
9    A    I thought --
10   Q    Is that right?
11   A    I thought it was appropriate.
12   Q    Why did you believe that he would wear the
13 title honorably?
14   A    Because what I knew about him, I thought he
15 would.
16   Q    Has your opinion of Mr. Steele changed since
17 then?
18   A    Not particularly, no.
19   Q    Then we go down and at Page 16 of the text
20 messages marked as Exhibit 12 still requested to send
21 you an e-mail for guidance. And you not only
22 acknowledge receipt, but you indicated that you had
23 responded. Do you see that back and forth?
24   A    Okay. Do you remember what the guidance was
25 for?



Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023 Pages 42..45

Page 42

**Q That's what I'm asking you.**
A Oh I believe that, well, I don't have them in front of me, but I believe if you scroll down, it might have been an issue with Captain Rogers possibly.
**Q Okay. Before I mark these, I just kind of want to go through them with you. All right. This is an e-mail string from February 20th and 21st, 2022. Do you see that?**
A Yes, sir.
**Q Okay. That was so sent to me as scan file too. I'll close that out. Because we're not talking about the same thing because we're talking about messages that went back and forth on February 13th, do you see that?**
A Okay.
**Q The next set of e-mails that I have were exchanged again, February '22, I'm going quickly because it looks to be just attachments for vehicles February 18th is the first date that I see. Is that what you see also?**
A Yes, sir.
**Q Okay. And then the other scanned document that I have was from March 16th, which is a copy of an initial lawsuit that Mr. Steele sent to you.**
A Yes, sir.

Page 43

**Q So, my question to you is referencing back to Exhibit 12, where are the e-mails that you exchanged with Mr. Steele from Sunday, February 13th, that he sent to you for guidance and to which you responded?**
A If my memory serves me correctly, I don't think it actually went through. I think that's the, might be the 18th one that you're looking at.
**Q Because he's asking you about a policy on female hair and we don't have anything that deals with female hair on February 13th.**
MR. RAILEY: Object to the form.
BY MR. POLLOCK:
**Q Are there e-mails that you exchanged with Mr. Steele, before February 18th?**
A No, sir, Mr. Pollock, everything I have that I provided.
**Q Because it, you indicated that you responded, which means you received an e-mail from him on September on, excuse me, on February 13th, 2022, whether right you said you responded, which means you received his e-mail?**
A Okay. If I got it, it ain't nowhere to be found.
**Q Okay. Just want to be sure. And then just moving on a couple pages. You're talking about the policy on, excuse me, he's talking about the policy on**

Page 44

**female hair.**
**You indicated that you put a uniform policy and a disciplinary policy in place. And then on Page 18 of Exhibit 12, you indicate that you kept extra copies of everything. What did you keep extra copies of?**
A Those policies.
**Q Which policies?**
A The policies of the -- what's you call it?
**Q Well, I don't know we only talked about female hair and disciplinary. And you said everything. So, I'm wondering what you were referencing when you said you kept everything?**
A Policy, the disciplinary policy and the, whatever the other policy was that listed on there.
**Q Female hair?**
A No, I think it was uniform policy.
**Q And then you wanted to meet with the City Manager for possibly coming back as a Chief of Police?**
A Before I considered it, yes.
**Q What do you mean before you considered it?**
A With the history I had with the City, my experience with the City, before I ever even contemplated doing that. I wanted to try to see if it was something worth pursuing.
**Q And then on Friday, February 25th, Michael**

Page 45

**Steele sends you some kind of screenshot and you respond, you got raised. What does that mean?**
A It's a Masonic term.
**Q And what does that mean?**
A You make it to a master mason.
**Q And what did you -- what does it mean that you, you know, I travel?**
A Same thing.
**Q It's a Masonic term?**
A Yes, sir. It just means you're a member of a lodge you're a mason essentially.
**Q Then you go back and forth about the different lodges?**
A Yes, sir appears to be so.
**Q And then Steele indicates that he's bringing back a retired officer?**
A Appears to be so, yes.
**Q Who is it his same lodge?**
A I have no idea.
**Q And on March 18th, he sends you an Attorney's name Lopez. Why did he send you an Attorney's name?**
A When all of this kicked off, not knowing any Attorneys down there I had asked a question, but I never reached out to that individual. I'm assuming that's what it's in response to, but I'm not sure.

UNIVERSAL COURT REPORTING
CLEAR VALUE. EVERY CASE.
877-291-3376
www.ucrinc.com

Page 46

1    Q   And then looks like on March 29th, you tell
2  Mr. Steele amongst other things that you consider him a
3  trusted friend?
4    A   I do.
5    Q   And then you go on April 6th and are you
6  texting Michael Steele what to write with regard to
7  Captain Rogers?
8    A   Wouldn't say what to write, like I'm sure
9  you've helped some fellow Attorneys with a legal brief
10 for guiding on a brief.
11         He had asked me concerning an issue we had
12 with Captain Rogers on wording, since he was relatively
13 new to the position, I felt it was appropriate to help
14 him out, give him some guidance.
15         And as you can see as you indicated on the
16 bottom of that text message, the last line says
17 something along those lines.  And that was definitely
18 taken off the fly.
19   Q   And then you're talking with Michael Steele in
20 late April about the process of hiring a new Chief of
21 Police in which you still were under consideration?
22   A   I believe so, yes.
23   Q   And then Michael Steel's telling you about his
24 conversations with members of the commission or the City
25 Manager?

Page 47

1         MR. RAILEY:  Form.
2    A   Looks like the Deputy City Manager maybe, or
3  no, it says the manager told me last week.  So I would
4  assume it was yes.
5  BY MR. POLLOCK:
6    Q   And then you tell Michael Steele on April
7  26th, who's on your panel when you're being interviewed
8  Frank Suzo, Louie Alvarez and George Ellis.
9    A   I want to say that that might have been even
10 after it, but I'm not sure.  So, if it's on here, then
11 yeah, I guess so.  Yes, I'd interviewed hasn't started
12 yet, so, yeah.
13   Q   And then you sent a screenshot of Audrey
14 Dominguez also being there?
15   A   She wasn't on that, sir.
16   Q   And then you asked Michael Steele for a
17 referral to a lawyer on May 19th?
18   A   That was the one that, I was referring to.
19   Q   Why were you asking for a lawyer on May 19th?
20   A   I'm pretty sure that's when you-all sent me
21 the subpoena or pretty close to it, very shortly around
22 that time.
23   Q   And Michael Steele referred you, his lawyer,
24 Stefan Lopez?
25   A   I have no idea, yeah, I guess so according to

Page 48

1  this, never called him.
2    Q   Did you talk to Mr. Steele about your
3  testimony?
4    A   No, sir.
5    Q   Did you ask him any questions about your
6  testimony?
7    A   No, sir.
8    Q   Did you have him -- did you ask him any
9  questions about refreshing your recollection as to when
10 things happened or what happened?
11   A   I asked him about a date.
12   Q   Okay.  What did you ask him about?
13   A   What was the date?
14   Q   What was the date of what?
15   A   The tasing incident.
16   Q   Have you spoken with Michael Steele about his
17 lawsuit against the City and Sergio Perez?
18   A   Have I spoken to him about it, yes.  Has he
19 gotten into a lot of details, no.  I mean, just
20 mentioning it would technically be considered speaking
21 about it.  So, it depends on what you mean?
22   Q   What did he tell you about his lawsuit against
23 the City and Mr. Perez?
24   A   Couldn't give you the details, sir.
25   Q   Did he tell you that his lawyer's withdrawing?

Page 49

1    A   No, I don't believe I've ever heard that, no.
2    Q   You didn't hear that his second -- the second
3  lawyer that he has is now withdrawing from representing
4  him?
5    A   That's between him and his Attorney, sir.
6    Q   And then Mr. Steele told you about how he was
7  let go from the City of Opa-Locka, right?
8    A   Yes, sir.
9    Q   And he told you about the reasons why the City
10 informed him he was being let go, including the report
11 that was generated?
12   A   I don't know anything about a report being
13 generated.  You got to be more specific than that.
14   Q   Well, do you know that there was a report that
15 was generated that precipitated Mr. Steele's firing?
16   A   I would imagine there were a couple of reports
17 out written.  I would hope that there are a couple of
18 reports written that were before somebody is fired.
19 Yes, no, I don't recall any reports or anything like
20 that.
21   Q   And then why would you ask Michael Steele
22 about his relationship with Pastor Joe Kelly?
23   A   No idea.
24   Q   Why would you reach out to Pastor Joe Kelly to
25 try to help Mr. Steele?



Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023                                    Pages 50..53

Page 50

1   A   I didn't reach out to Pastor Joe Kelly,
2   actually.
3   Q   Did you offer to?
4   A   I think I was asked to.
5   Q   Okay.  And so, in response to being asked, did
6   you offer to reach out to him?
7   A   I'm not sure if I offered to reach out to him
8   or not, but I didn't.
9   Q   In according to your e-mail, and a text
10  message November 10th sometime after 12:16 p.m. which is
11  Page 63 of Exhibit 12.
12       I'll go back one page.  How the elections go
13  Mr. Steele tells you, would you be able -- would you be
14  willing to send an e-mail to the desk next week in
15  support and to my character?
16       And then I think you meant, would you be able
17  to help me with that e-mail or make personal phone calls
18  to Taylor Natasha, and Kelly.  And your response was, I
19  can reach out.
20  A   Okay.
21  Q   My question to you is, did you reach out and
22  how -- and if so, how to these commissioners?
23  A   I spoke with Taylor and I also spoke with or
24  contacted, I didn't speak to any of them.  I think
25  Natasha, she's the Vice Mayor.

Page 51

1   Q   Did you actually speak with any of them?
2   A   No, sir.  Not that I recall, no.
3   Q   And then you have steele going on about why he
4   has issues with everybody who complained about him,
5   right?
6   A   That's what it appears to be, so, yes.
7   Q   And you indicated on November 17th that you
8   messaged two of the commissioners?
9   A   Those are the two I just spoke of, sir.
10  Q   And then did you ever provide Mr. Steele I
11  guess we went through that you did?
12  A   No, I did not.  That was the -- if I recall
13  probably that the last message that I received when
14  asking for my address, which I did not provide.
15  Q   Okay.  What were you are communicate -- or how
16  have you had your communications with Mr. Steele -- have
17  you had your communications with Mr. Steele since
18  November 18th, 2022, given just by phone?
19  A   November 8th, 2022, yeah.
20  Q   November 18th?
21  A   Yeah, I think we might have -- I think we
22  might have spoken once since then maybe twice not much.
23  Q   So, you talked about your deposition?
24  A   No, sir.
25  Q   Have you reviewed the transcript of your

Page 52

1   deposition?
2   A   I have.
3   Q   Have you sent a copy to Mr. Steele?
4   A   No, sir, I have not.
5   Q   Did you send a transcript of that deposition
6   to anybody else besides you --?
7   A   No, sir.  No.
8       MR. POLLOCK:  Let's see.  let's take a little
9   bit of a break we've been going for around about an
10  hour or so.  Take about five minutes, give Camille
11  a break for a couple minutes and then we can come
12  back.
13      THE COURT REPORTER:  No problem off the
14  record.
15      (Thereupon, a short discussion was held off
16      record.)
17      (Deposition resumed.)
18  BY MR. POLLOCK:
19  Q   All right.  So, Mr. Barreira did you recommend
20  to City Manager at the time, John Pate, a friend from
21  Jacksonville to investigate the incident between Michael
22  Steele and Sergio Perez?
23  A   Yes.
24  Q   Who was that friend that you recommended
25  investigate?

Page 53

1   A   I'm sorry.
2   Q   Who was that?
3   A   Retired Lieutenant Michael Eason.
4   Q   And his last name was again?
5   A   Eason, E-A-S-O-N.
6   Q   Perfect.  That'll save Camille from asking us
7   later.
8   A   Got it.
9   Q   Mr. Pate agreed with your recommendation.  Is
10  that correct?
11  A   We spoke about it and I felt the need for
12  outside independent Counsel and we talked about FDLE and
13  we also talked about possibly bringing in somebody to
14  investigate.
15      Now, obviously the -- we had to make the
16  distinction between the criminal investigation and the
17  administrative one.
18  Q   Right.  This was -- you were recommending to
19  Mr. Pate to have Michael Eason in conduct the IA
20  involving Sergio Perez.
21  A   And out an outside entity, yes.  Somebody that
22  I trusted, yes, sir.
23  Q   And you knew him from where?
24  A   20 plus years with the Jacksonville Sheriff's
25  Office.  He was a Lieutenant in charge at one point the



Page 54

1  integrity unit of the Sheriff's office.
2      Q   And why didn't you trust Mohan Britain to do
3  the investigation?
4      A   Well, like I had indicated earlier, Mr.
5  Britain had told me that possibly the City Manager being
6  involved in the situation, and I didn't have confidence.
7          My primary objective in that entire thing was
8  to get to the bottom of what happened.  Now, whether he
9  did it or didn't do it whatever it that guilt or
10  innocence isn't determined by me is determined that the
11  outcome of the investigation.
12         I needed to have -- at that point, I needed to
13  have confidence in the outcome of that investigation
14  since we were talking about a staff member.
15     Q   Right.  And so my question is, why didn't you
16  trust Mohan Britain to do the investigation?
17     A   Well, we had -- he had already indicated that
18  the City Manager was trying to influence it.  I just
19  didn't -- I didn't have confidence in his -- in
20  necessarily in his ability, especially at this level.
21     Q   What did he tell you about how the City
22  Manager tried to influence the Internal Affairs
23  investigation involving Sergio Perez?
24     A   What did he tell me I don't -- the specific
25  language I can't tell you.

Page 55

1      Q   Okay.  What about the gist of it?
2      A   The gist of it.  The City Manager's trying to
3  impact an investigation.
4      Q   And that's what Mr. Britain told you?
5      A   I think we already discussed that.  Sir, I
6  don't know the specifics of the conversation.  You
7  wanted me give you the gist of it.  The gist of it is he
8  had indicated that the City Manager was trying to
9  influence the outcome of the investigation.
10     Q   How?
11     A   I don't recall the content of that
12  conversation, sir.
13     Q   How would a City Manager influence an Internal
14  Affairs investigation being conducted by a police
15  department?
16         MR. RAILEY:  Form.
17     A   How?  In a lot of ways, it depends.
18  BY MR. POLLOCK:
19     Q   I mean, I'm unfamiliar with that.  So, can you
20  elaborate for me?
21     A   He's the head of the entire City.  How could
22  he not.  There's multiple ways, sir.
23     Q   I don't know what that means.  He's the head
24  of an entire City, how could he not --
25     A   If you don't --

Page 56

1      Q   -- if he allows the Internal Affairs
2  investigator to conduct the first interview with a
3  witness?  But that's not what happened.
4      A   I lost in that last form.
5      Q   Sure I mean, you said there's lots of ways
6  that he could influence it, right?
7      A   Sorry.  Agree.
8      Q   Just like you being the head of the
9  department, there's lots of ways that you could
10  influence the outcome of Internal Affairs investigation,
11  right?
12         MR. RAILEY:  Form.
13     A   Yeah, making sure it's objective, yes, sir.
14  BY MR. POLLOCK:
15     Q   I mean, making sure it's objective, but also
16  interviewing the witness before Internal Affairs that's
17  another way to influence it.  Isn't that true?
18         MR. RAILEY:  Form.
19     A   Wasn't an interview, sir.  I think we talked
20  about that before.
21  BY MR. POLLOCK:
22     Q   We did.
23     A   It was not an interview.
24     Q   So, and that's because you didn't read him his
25  Garrity, right?

Page 57

1          MR. RAILEY:  Form.
2      A   Read -- he wasn't subject to -- at that point,
3  he wasn't the subject of a criminal investigation.
4  There was no investigation.  I was just trying to get to
5  the bottom of whether there was one or not.
6  BY MR. POLLOCK:
7      Q   Right.  I'm not going to rehash all the
8  ground.
9      A   Okay.
10     Q   And there was an incident involving Michael
11  Steele before being the subject of an Internal Affairs
12  investigation before you resigned, involving his failure
13  to timely notify command staff, right?
14     A   Yes, sir.
15     Q   Was there any discipline that you recommended
16  occur?
17     A   No, sir.
18     Q   And let's see.  In June of 2022, or excuse me
19  June of 2021 starting then Sergio Perez began to
20  complain to you about the money that was being wasted
21  storing contraband that had been confiscated from the
22  Opa-Locka flea market.  Is that right?
23         MR. RAILEY:  Form.
24     A   No.
25  BY MR. POLLOCK:



Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023          Pages 58..61

Page 58

1    Q    No?
2    A    No.
3    Q    Did Mr. Perez recommend ways to save money by
4    auctioning off the contraband that has been -- that was
5    being stored at a cost to the City?
6    A    As we had discussed earlier I had had a
7    conversation concerning the legality of that particular
8    seizure.  I had asked or tasked Captain Perez to
9    investigate that.
10         In addition to that, I had also contacted the
11   City Attorney concerning the legality of that seizure.
12   So, ways to save money, as far as I'm concerned expenses
13   for storage are cheap compared to a lawsuit.
14   Q    So, you test Perez with looking into the
15   legality, not the cost analysis, right?
16   A    I'm not sure exactly I know I had him looking
17   into a lot of it.
18        MR. RAILEY:  Form.
19        THE WITNESS:  Sorry about that, sir.
20   BY MR. POLLOCK:
21   Q    Were there e-mails that you sent to the City
22   Attorney to inquire as to the legality of auctioning off
23   the seized contraband from the flea market?
24   A    I'm pretty sure I had e-mailed them about
25   that.

Page 59

1    Q    Did you get a response?
2    A    Pretty sure.
3    Q    And what was that response?
4    A    Don't recall pretty sure they say, I think
5    they said it was -- yeah, I'm not going to guess I don't
6    know I'm not sure.  I'm not sure if I had gotten a
7    response back prior to me leaving, so.
8    Q    All right.  So, let's back up.  At first you
9    said you're pretty sure then you said you don't want to
10   guess.  And then you said you don't know if you got a
11   response.  So, let's pick from those three options.
12   A    Okay.  I don't recall, sir.  If I did get a
13   response I don't recall what that particular response
14   was.  I know I was getting frustrated that it, they had
15   not responded a little more timely.  But the content of
16   those e-mails I don't recall.
17   Q    Is it true that Sergio Perez was someone whom
18   you did not want at the city of Opa-Locka Police
19   Department and did not pick to be at the City of Opa-
20   Locka Police Department?
21   A    That's two part question, sir.  Did I pick
22   him?  No.  He was already in place when I got there.  Is
23   he somebody that I did not want in the position that he
24   was in?  At first I did not have any issues as time
25   progressed then, yes.

Page 60

1    Q    As time progressed, meaning after Sergio
2    started to complain about the Lexipol Contract, the
3    wasted money at the flea market, and shelving the K9
4    that was purchased?
5        MR. RAILEY:  Form.
6    A    Sir, I believe we've already discussed this.
7    So, the Lexipol contract, I don't think I've ever really
8    had a conversation with Sergio Perez concerning the
9    money that was spent and the agreement, which was in
10   appropriately sent to Lexipol.  Which by the way was put
11   on hold was actually basically nullified until the
12   process could go through in which it did go through in
13   including the oversight.
14        So, that conversation, I don't recall ever
15   having a conversation with him concerning the money.  As
16   a matter of fact, I may even say that I believe the
17   conversation about Lexipol was actually ongoing when I
18   walked into the Opa-Locka Police Department, because
19   that was generated from the City Manager from Chicago
20   who was utilizing Lexipol.
21        As I indicated in my previous testimony, the
22   goal of accreditation with the Agency requires DMS.  So,
23   my original goal was to get DMS for policies and
24   distribution and creation of policies within the police
25   department.

Page 61

1        And well I forgot, what was the second -- what
2    was the other half of that question you said, sir?
3    Concerning my, oh, the K9.  As we had discussed earlier,
4    I had tasked Captain Perez with developing a policy an
5    appropriate policy for the deployment of the K9.  He
6    went up to South Carolina, North Carolina, whatever
7    purchased the dog or went up with the City Manager,
8    acquired the dog, put the dog through training
9    everything was good.
10       While the dog was in training, I had tasked
11   him with creating the policy.  That was not done and it
12   wasn't done to my satisfaction prior to deploying a K9,
13   which, as you know Attorneys love because it creates a
14   tremendous amount of liability.
15       So, since that wasn't done then I did not feel
16   comfortable with deploying the K9 until it was.
17   BY MR. POLLOCK:
18   Q    Did Opa-Locka have an existing K9 unit
19   already?
20   A    I don't believe -- I don't know.  I'm not sure
21   if there was a dog there already or not.  I don't think
22   so.  Maybe in the past, but not then.
23   Q    Am I correct that you're, as we sit here
24   today, you're unaware whether Opa-Locka had another K9
25   unit that was already in service at the time that this



877-291-3376
www.ucrinc.com

Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023          Pages 62..65

Page 62

1   K9, that Sergio went up to one of the Carolinas to
2   purchase?
3       A   No.
4       THE WITNESS:  I'm sorry, John, did you say
5   something?
6       MR. RAILEY:  No, I did not.
7       THE WITNESS:  Okay.  Okay
8       MR. RAILEY:  I think, Brian, I think you cut
9   off, or maybe you guys talked over each other. You
10  might want to re-ask the question.
11      MR. POLLOCK:  Sure.
12  BY MR. POLLOCK:
13      **Q   Just so we get a clear understanding and**
14  **picture of what's going on.  As we sit here today, is it**
15  **a true statement that you are unaware whether Opa- Locka**
16  **had a K9 unit in service already?**
17      A   I'm going to say no.  Because I would not have
18  stopped the deployment of a K9 if we had already had a
19  K9 or a K9 policy.  So, from what I recall, I would say
20  no.
21      **Q   Have you ever been responsible for**
22  **accreditation of a department before?**
23      A   For accreditation of a department solely
24  responsible, no.  Have I been in accreditation -- have I
25  accreditation trained, yes.

Page 63

1       **Q   I mean there are positions in police**
2   **departments where an individual is responsible for**
3   **achieving accreditation of a department.  Isn't that**
4   **right?**
5       A   No, sir there's usually an accreditation
6   manager who assists the executive in getting the Agency
7   accredited in maintaining accreditation standards.
8       But actually accreditation is the
9   responsibility of the entire Agency pretty much because
10  it falls under its got different parameters so yes.
11      **Q   Well, there's one individual who's responsible**
12  **for making sure that the department has the policies,**
13  **procedures, and documentation in place.**
14      **So, what -- when the evaluators come in and**
15  **the mock evaluators come in, they can pass those**
16  **evaluations, right?**
17      A   That will be accreditation supervisor or even
18  just an accreditation officer, somebody assigned to
19  assist the assessors when they come in to do either the
20  mock or the accreditation survey, yes.
21      **Q   And it's true that you've never held either of**
22  **those positions right?**
23      A   Held, I'm trained as an assessor.
24      **Q   Right.  But my question was whether you've**
25  **actually held the position of an accreditation**

Page 64

1   supervisor or manager --
2       A   The actual accreditation
3       **Q   -- in a police or military organization?**
4       A   No, sir.
5       **Q   Okay.**
6       A   Most Chiefs have, most the chiefs that I know
7   haven't either.
8       **Q   And so, besides bringing up the issue of the**
9   **flea market, besides bringing up the issue of Lexipol,**
10  **Mr. Perez also brought up the issue -- let me strike**
11  **that.  Did you enter into an agreement for Lexis search?**
12      A   Lexis?
13      **Q   Yeah.**
14      A   You mean the car company Lexus?
15      **Q   L-E-X-I-S, to run background checks.**
16      A   About LexisNexis?
17      **Q   Yes.**
18      A   Yes, I believe I did.
19      **Q   And what was the difference between LexisNexis**
20  **inaccurate?**
21      A   Don't know, couldn't give you the -- couldn't
22  give you specifics.  I do know that the LexisNexis, I
23  believe was free.
24      **Q   And would that have been an important factor**
25  **in agreeing to utilize LexisNexis in that it was free?**

Page 65

1       A   That be an important factor?
2       **Q   Yes.**
3       A   It wouldn't be the sole factor.  It's an
4   important factor in every decision.
5       **Q   Right.  But is it also an important factor in**
6   **a City that had financial problems with the way that its**
7   **funds were managed.**
8       MR. RAILEY:  Form.
9       A   But again, my statement stands.  It don't
10  matter if the department is in financial states or not.
11  We got to be a good steward of the public funds so costs
12  are always a consideration.
13  BY MR. POLLOCK:
14      **Q   Okay.  If you instructed Mr. Perez to just**
15  **work from home without being relieved of duty, why would**
16  **his badge, gun and other service issued equipment be**
17  **removed from his possession in September of 2021?**
18      MR. RAILEY:  Form.
19      A   Sir, I believe we already discussed this. When
20  I had that conversation with him in my office, I didn't
21  take his badge and his gun.
22  BY MR. POLLOCK:
23      **Q   Well, I didn't ask whether you did.  I asked**
24  **why was it taken.  Are you saying that his badge gun and**
25  **other service issued equipment were not taken from him**

Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023                Pages 66..69

Page 66

1  in September of 2021?
2        MR. RAILEY:  Form.
3     A   We already talked about that form, sir.
4  BY MR. POLLOCK:
5     Q   Yeah, we talked about --
6     A   We talked about the form, and we also
7  discussed, if you recall, sir, the fact that in a police
8  department -- the property of the police department is
9  the property of the police department.
10        I don't recall anything related to that
11  particular situation under that form or pulling that
12  equipment from him.  But I can tell you it's not
13  uncommon in any police department as long as there's no
14  change in rank pay or anything of that matter.  Work
15  assignments or work locations are really at the pretty
16  much at the needs of the Agency.
17     Q   Right.  But once Mr. Perez was relieved of
18  duty, wasn't he also prevented from work off duty or
19  detail work?
20     A   Okay.  He wasn't -- we already discussed this
21  too, sir.  They're relieving of duty I sent him home to
22  work.  At that point in that conversation he was
23  relieved of duty.
24     Q   Right.  At that point which is -- which we
25  previously looked at as Exhibit 5 and I'll bring it up

Page 67

1  on the screen.  So, you can see it, which you indicated
2  you had never seen before, right?
3     A   Yeah, I don't recall that form at all.
4     Q   And what you're saying is you never relieved
5  Mr. Perez of duty, right?
6     A   I don't recall doing it.  I'm not saying I
7  didn't do it, sir.  I just don't recall doing it.
8     Q   Okay.  So, now we have, you don't recall doing
9  it, which means it could have been done, which is, right
10  that's the difference?
11     A   Sir, if you recall -- I'm sorry.  If you
12  recall my testimony before, sir, same thing I indicated
13  before.  I don't recall.  Saying I did --- don't recall
14  saying I didn't.  All I'm telling you is I don't
15  remember if -- I don't remember ever seen this form.
16        And again, if it, no change in status.  He was
17  sent home in a conversation that we had to work from the
18  house.  I don't recall anything else after that.
19     Q   Would you agree with me that preventing an
20  officer from working off duty jobs or detailed jobs is a
21  change in status?
22     A   No, sir.  Secondary employment is a privilege,
23  not a right.  Your primary employment is your right.
24     Q   I'll mark this as Exhibit 15.  It's a property
25  receipt dated September 10th, 2021.

Page 68

1        (Thereupon, Plaintiff's Exhibit 15 was entered
2        into the record.)
3  BY MR. POLLOCK:
4     Q   Do you see that?
5     A   Yes, sir, appears to be.
6     Q   And it was from Mohan Britian?
7     A   Appears to be.
8     Q   And this is a retrieval of City property, Opa-
9  Locka Police Department.
10     A   That's what it says, sir.
11     Q   We have the type of Case IA21-009.
12     A   If you can read that from that you get better
13  eyesight than I do.
14     Q   That's why I wear glasses.
15     A   All right.
16     Q   And if IA21-009 is the Internal Affairs
17  investigation concerning Sergio Perez.  Does this
18  indicate to you that Mr. Perez had his radio, his Glock
19  and his other service issued equipment confiscated by
20  Mohan Britain on September 10th, 2021?
21     A   If that's what's written on there.
22     Q   And when you send somebody to work from home
23  you don't confiscate their service issued equipment.
24  That happens when you relieve someone of duty, right?
25        MR. RAILEY:  Form.

Page 69

1     A   Relieving them of duty or assigning them.  I
2  can tell you this, if when I sent them home that wasn't
3  there, if that equipment was taken, I can assure you
4  that the City Manager was well aware and approved of it.
5  But I don't recall that again at all.
6  BY MR. POLLOCK:
7     Q   How are you sure that the City Manager was
8  aware and approved of the removal or the impounding of
9  the equipment from Mr. Perez if you can't remember
10  whether you relieved him of duty or just sent him home?
11     A   Sir, if you listen to what I said would be
12  aware.
13     Q   What does that mean he would be aware?
14     A   Not was aware.  Again, I don't have any
15  recollection of this.  I can tell you that if it did
16  happen -- if it happened under me if I initiated, if it
17  was done, then I am certain that the City Manager was
18  aware, would be aware.
19     Q   In other words, if you had instructed Mr.
20  Britain to retrieve the service issued equipment to from
21  Mr. Perez, you would have then you would've also
22  informed Mr. Pate of that occurrence?
23     A   If -- yes.  If I had done it, but again, I
24  don't recall -- I don't recall this.  So, I'm just
25  telling you what my normal practice would be, yes.



Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023          Pages 70..73

Page 70

1    Q.   Okay.  And what you're saying is you don't
2    remember whether it happened or not, you're just as --
3    which is different than denying that you sent Sergio
4    Perez on leave and instructed that his equipment be
5    returned, right?  You're just saying, I don't know
6    whether I did it or not.
7    A.   Okay.  Well, hold on a second.  Initially, we
8    had a conversation in my office.  I sent him to work
9    from home.  If it occurred afterwards I never saw that
10   other form.  I don't recall ever seeing that other form
11   or this form for that matter.
12        But I'm telling you, if it did, which I told
13   him my original testimony, I don't recall whether it was
14   or wasn't.  That would've been my normal practice.  That
15   would've been what I would've done.
16        That's what I had done on any of the other
17   cases, conferred with the City Manager so.
18   Q.   Have you inquired of anybody since the first
19   sitting of your deposition as to how that September 10th
20   form made it into Sergio's file?
21   A.   No, sir.
22   Q.   And then I'll refer back to Exhibit Number 2,
23   which was your letter of resignation to John Pate
24   October 21, 2021.  Do you see that?
25   A.   Yes, sir.

Page 71

1    Q.   At the time, Mr. Pate, I think was in the
2    hospital, right?
3    A.   I have no idea.
4    Q.   Why was the decision made on October -- on or
5    around October 21, 2021 to resign abruptly?
6    A.   Because I'd had my phone.
7    Q.   How did you --
8    A.   I was ready to go.
9    Q.   Because of what?
10   A.   Seemed like as good a day as any, there was
11   nothing in particular combination of a lot of things,
12   sir.
13   Q.   What were those things that culminated in your
14   resignation?
15   A.   I didn't mesh well with the Agency.  I was
16   unable to make -- I was unable to make primary reason.  I
17   was unable to make decisions that I felt were
18   appropriate or in the best interest of the Agency.
19   Q.   And what do -- what ideological and leadership
20   style differences were you referring to in your letter
21   that's appended as Exhibit 2?
22   A.   I don't know.
23   Q.   I mean it's your letter.  What do you mean you
24   don't know?
25   A.   Yeah, I don't know what I was thinking at the

Page 72

1    time it was October 21st, 2021.
2    Q.   You said you didn't mesh well, was one of the
3    reasons you gave us today.  Who did you not mesh well
4    with?
5    A.   Let me see, I didn't trust your client.  Your
6    client didn't buy in into my community policing
7    philosophy.  I had done a couple of walks, neighborhood
8    walks up to that point.  And essentially they wanted him
9    and the Deputy Chief wanted no part of it.
10        I felt like engaging with the community.  I
11   had had a couple of community meetings that they weren't
12   a part of and chose not to be a part of.  I had also had
13   assigned your client situations like Germo, which is a
14   surplus talking about finances, a surplus, government
15   surplus where law enforcement agencies and government
16   agencies can acquire government -- prior government
17   property.
18        And I don't just mean -- I don't mean any just
19   tactical equipment, I'm talking about vehicles,
20   generators, lights, so forth.  I had assigned him to
21   perform that task and he failed to do so.  He did not
22   initiate in that program, bunch of things.  I mean, you
23   know, best I recall I mean.
24   Q.   Why didn't you trust him?
25   A.   Didn't want a part of it.  I didn't trust that

Page 73

1    he had the same ideology that I had of where the Agency
2    was going or where I saw the Agency going, let me say it
3    that way.
4    Q.   I mean what does that mean were you using?  I
5    don't understand same ideology or where the department
6    was going.  That's all sounds great.  But I have no idea
7    what that means.  Can you explain that to us?
8    A.   I already did, sir.  Talk about the community
9    policing aspect of it.
10   Q.   Okay.  So, you didn't trust Sergio because he
11   didn't have the same -- he didn't embrace the concept of
12   community policing the same way you did.  That's what
13   you're saying?
14   A.   Well, sir, have you ever been an executive or
15   in a, -- I'm sure as an Attorney when you run a police
16   agency, when you talk about command level executive
17   leadership your command staff -- your command staff.
18        Your command staff has to have the same vision
19   or at least embrace the same vision that you have for
20   the Agency.  And when they don't, then you have
21   situations where the Agency tends to split and splinter
22   and go into different directions.
23        So, if you're asking about ideology, that's
24   what we're talking about.  I had a philosophy of going
25   the Agency going in this direction.  And, you know, the



Page 74

1  City Manager or the Perez or whoever the Agency is, it
2  just didn't mesh well.  So, I made the decision to
3  leave.
4      Q   So, now you're talking about a difference in
5  ideology.  But what you said before was that you didn't
6  trust Sergio.  And so, what I'm trying to find out is
7  why did you not trust Sergio because trust has a
8  different connotation than a difference in ideological
9  beliefs?
10     A   Well, I can't tell you how many times I'd walk
11 in and Sergio would say -- I understand something, Mr.
12 Pollock.  If I make a decision or if I said something, I
13 stand by what I did, right, wrong or otherwise.
14         If it gets me in trouble, it gets me in
15 trouble.  If it's the right decision, if I feel like it's
16 the right thing to do, I'll do it.  And I'll go up to
17 it.
18         There have been multiple occasions where I had
19 instructed Mr. Perez to perform a certain act, do a
20 certain thing, make a certain whatever.  And because he
21 might not have agreed with the direction or might not
22 agree with what the process was, he'd have a
23 conversation with Mr. Pate, go around me and start
24 talking and talk to Mr. Pate, which would end up having
25 a conversation between me and Mr. Pate.

Page 75

1         And again, I would substantiate where my train
2  of thought was and the purpose for what my actions were.
3  And it would end up happening anyway.  So, after a while
4  you don't trust that he has the same confidence in
5  you as a command staff member should.
6      Q   But we're talking about -- you're talking
7  about different concepts, and each one of them is
8  distinct from trust.  Because what you're talking about
9  is I asked him to do something, he didn't do it, which
10 is either, you know, in a chain of command, in a
11 paramilitary organization insubordination, which is
12 different than trust.  You talked about ideology.
13        So, what I'm -- your statement was I didn't
14 trust Sergio, and I contrast that with Michael Steele as
15 a trusted friend.  So, I'm trying to find out what your
16 -- what you can -- what's trust to you?
17     MR. RAILEY:  Object to the form.
18     A   Sir, define trust.  Yeah, I mean it -- what it
19 sounds like, sir, is it's your interpretation of what
20 trust is.  But I said I didn't trust him to carry out
21 the direction and orders that I had provided to him you.
22 Does that meet your definition of what trust is?  Sir, I
23 have no idea.
24        We, pick words apart all day long, but that's
25 -- I mean, that was pretty much the gist of it, sir.

Page 76

1  BY MR. POLLOCK:
2      Q   Understood.  Okay.  That's fine, by me.  So,
3  you left because you didn't mesh well, you didn't trust
4  Sergio, you didn't have the same ideology as your
5  superiors.  And you also mentioned leadership style.
6  What was the difference in leadership style?
7      A   Well when I started, when Sergeant Steele
8  investigation broke very shortly thereafter, I can't
9  give you the specific date.  But I learned that his off-
10 duty or scheduling something related to his off- duty
11 had suddenly been taken away.
12        When I inquired about it Captain Perez
13 indicated that it was per the City Manager.  When I
14 called the City Manager told me that, yeah, he had said
15 that and that he intended on doing that, but not
16 necessarily with the timing.
17        I guess the timing of that action that seemed
18 very suspect and suspicious to me.  That no real
19 justification was ever provided, I was not even part of
20 that decision.  You talk about ideology and leadership
21 styles, obviously very difficult to run a police agency
22 if, you're, not in the information loop.
23        And then to have items taken now, whether it
24 was justified or not, but that to have those items taken
25 away with no particular, you know, explanation.  I

Page 77

1  thought -- again, I thought was suspect.  But just based
2  on the timing, not necessarily the actions per se, but
3  the timing.
4      Q   And so, you're saying that Sergio Perez didn't
5  go on community walks with you?
6      A   I never said he -- yeah, I never said he never
7  went on with me.  I always said I went on a couple of
8  them and that he did not go on, yes.
9      Q   So, the converse of that is that you also went
10 on a couple of them where Sergio and the rest of the
11 command staff accompanied you, right?
12     A   They might have been one or two, yes.  And I
13 believe I had -- I believe I had to direct -- I believe
14 I have to pretty much absent the, "You're directly
15 ordered to go with me".  I'm pretty sure it was -- if I
16 recall it correctly, it wasn't exactly an embracing the
17 philosophy more so then it was the bosses making it go
18 kind of deal.
19     Q   And so, your testimony is that there were a
20 couple, one or two that you went on with Sergio.  And
21 there's a couple, one or two where you didn't go on with
22 Sergio?
23     MR. RAILEY:  Objection, form.
24 BY MR. POLLOCK:
25     Q   Right?



Page 78

1    A   Give or take, not exact numbers, but yeah.
2    Q   And at the time that Sergio -- sit back up. At
3  the time that you were conducting these, community
4  walks, Sergio was in an administrative position. Isn't
5  that right?
6    A   Administrative position, you're talking about
7  a Captain?
8    Q   Yes, he was an administrative Captain.
9    A   Yes, yeah, he was a captain.
10   Q   Right.  He was a captain, but he was in the
11 administrative department as opposed to being in a
12 patrol or other position where he would frequently
13 liaise with the public.
14       MR. RAILEY:  Form.
15   A   His particular -- he -- I'm sorry.
16 BY MR. POLLOCK:
17   Q   He objected to the form.  You can answer.
18   A   Okay.  I don't care what assignment you're in,
19 in a police department.  At the end of the day, we all
20 represent the department.
21       And if you're a particular staff member, sir I
22 could tell you on 30 years of -- almost 30 years of law
23 enforcement experience, when I was a Chief of Logistics
24 in charge of buildings and facilities and cars, I still
25 had to go out and do community walks.

Page 79

1        When I was the Chief of Patrol, I had to do
2  community walks, such as Chief of Community Affairs I
3  had to do community walks.  When I was on specific task
4  forces, you still had to participate.
5    It -- the -- his particular assignment is
6  irrelevant to the overall responsibility of what we
7  would consider to be an appropriate duty for a command
8  staff member of a police agency.
9    Q   And a community walk the purpose of that is so
10 public gets to know their police force, right?
11   A   Yes, sir.  And to learn and to get firsthand
12 information about what might be going on in the
13 community.
14   Q   And by like August, September of 2021, you'd
15 been with the department for about four months.  Isn't
16 that right?  If you started April 16th, 2021.
17   A   Yeah, give or take, yes sir.
18   Q   I mean, your whole tenure there was six
19 months?
20   A   Give or take.
21   Q   And Sergio has been there many years, right?
22   A   Just because you've been doing it wrong for a
23 long time doesn't mean you're doing it right.
24   Q   I wasn't asking about right or wrong, I was
25 asking about whether Sergio had been a member of the

Page 80

1  police department for many years at Opa-Locka Police
2  Department?
3    A   I can't give you how long he's been there,
4  sir.  I have no idea.  He's been there for a while, from
5  what I've been told.
6    Q   And the majority of his tenure at the Opa-
7  Locka Police Department, he was liaising with the public
8  in the positions that he held.  Isn't that true?
9    A   I have no idea what he did before I got there.
10   Q   Wasn't that important before you passed
11 judgment on whether it was important for him to liaise
12 with the public during your tenure?
13       MR. RAILEY:  Form.
14   A   Do I think his prior experience with dealing
15 the -- with the community had anything to do while I was
16 there?  No, I actually should serve as a benefit.
17       The direction of the Agency is where he had
18 prior duty.  He used to answer calls for service before
19 I got there and if there was a call that had to go out
20 that he needed to answer, he still asked as part of what
21 we do.
22 BY MR. POLLOCK:
23   Q   Okay.  And in your tenure at the Opa-Locka
24 Police Department, you managed to implement how many new
25 policies and procedures?

Page 81

1    A   I couldn't give you account, sir.
2    Q   I mean, you're not proud of a certain
3  accomplishment of how many policies and procedures that
4  you implemented while you were the chief.
5    A   I know I put some things in place for, to
6  initiate some more increased community policing in
7  there.  But I can't give you account of what I did
8  there, specifics.
9    Q   And your trusted friend was fired, right?
10       MR. RAILEY:  Form.
11   A   Go ahead, sir.  That's, we've already talked
12 about that, but go ahead.  And you're talking about
13 trusted friend was fired when, because at the, time he
14 wasn't trusted nor a friend so you're talking about
15 while I was there.
16 BY MR. POLLOCK:
17   Q   You didn't trust Michael Steele when you were
18 -- during the four months of your tenure or six months
19 of your tenure?
20   A   Sir, I didn't trust anybody there.
21   Q   Okay.  Is that why you met him at the
22 clandestine and had clandestine meeting in September of
23 2021?
24       MR. RAILEY:  Form.
25   A   We're talking about clandestine again, sir. It



Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023                    Pages 82..85

Page 82

1  wasn't clandestine, it was in the City.
2  BY MR. POLLOCK:
3      Q    And Mr. Hugo Alvarado, he was an officer who
4  you mentioned was that there was a concern that he had
5  slept with either a witness or a victim in a criminal
6  investigation, right?
7      A    I didn't mention Alvarado's name.  But yeah, I
8  believe he was the one that was involved, yes.
9      Q    And because of that concern, is it true that
10  you did not relieve Hugh Alvarado of duty?
11     A    You're right, I didn't.  And the reason why I
12  didn't, because the City Manager wouldn't let me.
13     Q    Didn't the City Manager also instruct you to
14  take no action as it related to Sergio Perez until the
15  completion of the Internal Affairs investigation?
16         MR. RAILEY:  Form.
17     A    I can't say whether he did say that or not.
18  But I can tell you if he did, it would probably be at
19  the beginning and any action that was taken, it was not
20  counter to that particular directive.
21         Again, if I took any action other than related
22  to the relieving of duty or anything for that matter,
23  the City Manager was well aware of the situation.
24         So, I don't know whether he said that in the
25  beginning or not.  I don't know, the specifics of the

Page 83

1  conversation, but I can assure you that any action that
2  was taken at all was not taken secretively or without
3  his knowledge or proof.
4  BY MR. POLLOCK:
5      Q    Right.  But you understand there's a
6  distinction between the City Manager giving you a
7  directive and you telling the City Manager what you've
8  done?
9      A    Telling the City Manager what I've done, no, I
10  didn't say I necessarily did it before.  I talked to the
11  City Manager.  You're inferring that I did that.
12         I could have had a guy I -- whatever actually
13  we're talking about, I don't know specifically.  But if
14  we're talking about a particular action, I would have
15  the conversation prefer to have the conversation before
16  I took any particular action.
17         And to be honest with you, certainly again, we
18  discussed this in our prior -- in the prior depo, when
19  as a supervisor, if I'm told by one of my subordinates,
20  anything that's counter to either what I've told them or
21  the direction I want them to go in it's my duty to stop
22  that and correct it, would you agree then?
23     Q    In my -- we started this because you indicated
24  that the City Manager told you to not take any adverse
25  action against Hugo Alvarado and you complied.

Page 84

1      A    The City Manager didn't tell me not to take
2  action, but he basically he wouldn't let me relieve him
3  of duty I really couldn't.  No I wasn't -- I don't know
4  what the specific conversation content was.  But I can
5  tell you that I would have but I was not allowed to.
6      Q    So, is it fair to say that you have no
7  specific recollection of the communications that you had
8  during your six-month tenure as the Chief of Police at
9  Opa-Locka?
10         MR. RAILEY:  Form.
11     A    That I have content of any of them you're
12  talking about verbatim?  No, if you're talking about
13  verbatim, sir, no I can't recall every noun and verb,
14  adjective or adverb that we spoke about during my tenure at
15  the Opa-Locka Police Department.
16         Do I remember the -- do I remember everything?
17  No.  Do I remember the -- would my memory serves me some
18  of the conversations?  Yes.
19  BY MR. POLLOCK:
20     Q    You mentioned that about 50% of the department
21  was under investigation.  But it's true that you didn't
22  relieve any of the other members of the department from
23  their duties while you were the Chief of Police other
24  than Sergio Perez, right?
25         MR. RAILEY:  Form.

Page 85

1      A    I know I terminated one I don't -- actually I
2  terminated two, maybe three I'm not sure.  Relieved of
3  duty, I have no idea.  I mean I don't know how many
4  numbers there were.
5  BY MR. POLLOCK:
6      Q    And you terminated who, because we know that
7  there's Robert De Moyer who you terminated and then
8  reinstated, who else?
9      A    Yes, so we had -- we had discussed that.  I
10  can't think of their name --I don't know their names.  I
11  couldn't give you their names.  I know one of them we
12  had uncovered talking about financial responsibility I
13  recovered it.  Indicated that one of the officers was
14  inappropriately charging items to his department issued
15  card and he was terminated.
16     Q    And he --
17     A    I believe he was also criminally charged well,
18  he might have resigned before termination, but he was
19  criminally charged through Miami-Dade.
20     Q    And you were notified about Jack Paleaz being
21  in a fight while off duty and tased by the Doral Police
22  Department?
23     A    Who?
24     Q    Jack -- Jacksonville Paleaz.
25     A    Yes, sir.

Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023          Pages 86..89

Page 86

1    Q   And you didn't suspend him, right?

2    A   Again wouldn't suspend anybody without talking

3  to the City Manager first.  I don't recall that

4  conversation, sir.  I know I did have on his case,

5  unlike Sergio's case, there were two command staff

6  members present at the scene of that incident that I do

7  recall.

8    Q   Two command staff members present at which

9  scene?

10   A   One were Jacksonville -- the Jacksonville

11  incident.  Now, not during the incident, but they were

12  at the scene from what I recall very shortly thereafter.

13   Q   And so, even though he was under

14  investigation, even though Hugo Alvarado was under

15  investigation, neither of them were relieved of duty by

16  you.  Isn't that true?

17   A   Relieved of duty by me I don't even recall

18  relieving your client of duty.  Sir, I told you I don't

19  recall that form.  I sent him home to work.  That's the

20  last thing I recall the last --

21   Q   All right.  You --

22   A   Okay.

23   Q   You met with Michael Steele, somewhere in the

24  City, somewhere near the airport where you made no notes

25  about it, and then within the next three, four days sent

Page 87

1  him home to work, right?

2        MR. RAILEY:  Form.

3    A   Don't know how many days.

4  BY MR. POLLOCK:

5    Q   Well if you -- that's because you don't

6  remember the specific day that you met with Michael

7  Steele.  It could have been September 6th, it could have

8  been September 7th it could have been September 8th,

9  right?

10        MR. RAILEY:  Form.

11   A   Could have been.

12  BY MR. POLLOCK:

13   Q   I mean, it couldn't have been before then

14  because you were on vacation I think you told us.

15   A   Yeah, when I came back, yes, sir.

16   Q   And so, when you came back roundabout

17  September 6th or 7th you then met with Michael Steele,

18  right?

19   A   Not right away, not necessarily in that order,

20  sir.

21   Q   Well, you met with Michael Steele before you

22  came back to work?

23   A   No, sir.

24   Q   Okay.  So, it was in that order, you came back

25  to work and then you met with Michael Steele?

Page 88

1    A   Well, there's a lot of gaps that you got there

2  in the middle there.  First off, when I came back I was

3  at the City Benefits office.

4        As I -- if you go back to my testimony, I was

5  at City Benefits office, got a phone call from Mr. Pate

6  concerning a letter that an anonymous letter that had

7  gone out with a tremendous amount of rumor, just

8  innuendo, non-substantiate, personal opinion type

9  material that had gone out to the commission.

10        He asked me if I had seen it and I told him I

11  had not.  He told me that he sent it to me.  So, I

12  continued with what I was doing.  He called me back very

13  shortly thereafter and we had a discussion.

14        He said did you look at it?  Well, I'm not a

15  rocket scientist, but I'm pretty sure when your boss

16  calls you twice and within a very short period of time

17  concerning a particular item, it might take a little bit

18  of precedent to go look at.

19        So, I stepped outside, went into my vehicle

20  checked it out.  Had a phone conversation with the City

21  Manager concerning what I was about to do.  He had told

22  me to go talk to that he knew -- he was aware that I was

23  talking to Sergeant Steele.

24        And because I got to be honest with you, I

25  mean completely frank, I have never heard of a -- I have

Page 89

1  never worked around any police, executive staff member

2  that was accused of a criminal act, specifically like

3  that.  Because they're supposed to be the creme of the

4  crop and not involved in that kind of thing or a

5  situation, including playing around with a taser or

6  training in a taser, he wasn't authorized to train, nor

7  was he certified to train.

8        So, I did not believe at that point I could

9  not shock at all that incident had occurred.  So, prior

10  to initiating an investigation, giving your client the

11  benefit of the doubt, prior to initiating an

12  investigation I wanted to determine -- I needed to

13  determine whether the accusation even had merit or if it

14  was a part of the other, you know, 20, 30 whatever how

15  many number was on there, subjective, you know,

16  statements.

17        Before I went ahead and initiated

18  investigation against a sitting staff member, I need to

19  know whether it was the accusation was actually made.

20  Not whether the incident occurred or not that's not,

21  that wasn't my place that was an investigation that was

22  going to happen later.

23        I just need to know if the accusation itself,

24  since it was anonymous was valid, or substantiate the

25  allegation not the incident.  And we, like I said I've

UNIVERSAL
COURT REPORTING
CLEAR VALUE. EVERY CASE.

Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023          Pages 90..93

Page 90

1  testified before we sat and met, you know, the whole,
2  the whole thing we had discussed previously.
3  **Q    Right.  And what you testified to FDLE was**
4  **after what viewing the pictures you were convinced that**
5  **Michael Steele had been tased?**
6      A    I don't know if I said I convinced.  I don't
7  recall I mean I didn't hear my testimony.  But I would
8  not tell you that I said that I was convinced that he
9  was tased.  I might have said something along the facts
10 of, based on my experience, it appeared to be a taser.
11      It looked like it had been a taser something
12 along those lines.  Yes if you're asking me based on my
13 experience with tasers and anyone in the Police
14 Department did, it appeared something had happened.
15      My job as the Chief not -- I was one to
16 determine if something had happened and then also what
17 were the circumstances in which it happened.
18 **Q    And before we get off track completely what**
19 **started this conversation was my rendition of events and**
20 **you indicated to me that there were a lot of things that**
21 **I left out.  And you went into that diatribe.**
22 **What I was establishing was from a timeline**
23 **perspective, was that you came back from vacation**
24 **roundabout January 6th or 7th, you then meet with**
25 **Michael Steele near the airport, 6th or 7th or 8th. And**

Page 91

1  **then by September 10th, after meeting with Michael**
2  **Steele, Sergio Perez is sent home and the question in**
3  **your mind is whether he was relieved of duty or directed**
4  **to work from home.  Is that the correct rendition of**
5  **events?**
6      MR. RAILEY:  Form.
7      A    No, not necessarily in that I mean, in the
8  purest of sense, maybe, but no.  I mean, if you say six,
9  seven or eight, I can tell you right now, if you really
10 want to know what the date of the phone call in the
11 meeting with Sergeant Steele, I can tell you, I do
12 recall that it was the day that they had city benefits
13 in the City of Opa-Locka.
14      So, if you go back to City of Opa-Locka
15 records and find out when the benefit the -- my leave
16 slip and the time I returned back, that'll be the exact
17 day. That's the day that I had the phone call from the
18 City Manager.  That's the day that I met with Sergeant
19 Steele.
20      When he -- when Sergeant Steele, when I had
21 that conversation with Sergeant Steele, I can't give you
22 the, I mean with Captain Perez and told him to work from
23 the house.  I don't know how many days afterwards. I
24 don't know if it was a week, two weeks after that
25 particular incident.

Page 92

1      But I can tell you there were a lot of
2  conversations that happened before that conversation
3  ever even transpired.  So, if that's what you're saying,
4  sir then yes.
5  BY MR. POLLOCK:
6  **Q    But I mean the e-mail didn't even come through**
7  **till like September 6th, right?**
8      A    I have no idea.  I don't have the e-mail in
9  front of me, what e-mail?
10 **Q    So, your conversation with Michael Steele**
11 **occurred after the e-mail was sent to the City Manager**
12 **and the city commission, right?**
13      A    Yes, sir.
14 **Q    Okay.  So, between that date there's like less**
15 **than a week before you sent Sergio home.**
16      A    I could send Sergio home right then.  Sir, I
17 have a -- you have a police executive accused of a
18 criminal act period.  Not just a -- and I think that.
19 **Q    Okay.**
20      A    According to your client, there's never been a
21 police executive in Opa-Locka that's been accused of
22 that.  So, it -- I mean that kind of shows the severity
23 and the impact of a potential staff member.  You know,
24 sir, now I know going to the diatribe, but you're asking
25 me a question, sir.

Page 93

1      The -- with the top down, if you have an
2  executive member and there's an issue, if in fact he did
3  commit that act, then it impacts and taints everything
4  else below him.  So, yes there was a little bit of a
5  heightened concern because he was a police executive.
6  So, yes.
7  **Q    So, you read Sergio's depo?**
8      A    I did.
9  **Q    And so you've got an anonymous e-mail that**
10 **rambles about a lot of different issues.  And what you**
11 **grab onto is that there's a potential criminal act**
12 **without letting it run its course and so you send**
13 **somebody home?**
14      A    How would you let it run its course, sir?
15 **Q    Wasn't that the purpose of an Internal Affairs**
16 **investigation, which was what Mr. Pate, directed you to**
17 **have done?**
18      A    And you don't do an Internal Affairs, you're
19 talking about a criminal act.  First off, you have to
20 know the distinction between the criminal act
21 investigations because you talked about Garrity and the
22 Internal Affairs Administrative Act.
23 **Q    Okay.**
24      A    You said Mr. Pate directed me to what now?
25 **Q    Well, didn't he direct you to take no adverse**

Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023                    Pages 94..97

Page 94

1  action against Sergio until the investigation had run
2  its course?
3      A   Until the investigation I -- as I mentioned to
4  you before, sir, he might have said that at the
5  beginning which I didn't.  I complied with whatever it
6  is that he told me.
7          If there was other actions later on that were
8  warranted, anything else that was done.  Again, I'll sit
9  here and tell you it was done with his knowledge and he
10  was the head man he could have changed it.  So, I would
11  assume it be with his consent as well.
12      Q   And so, after you try to put it Sergio and
13  move him to the moldy office in June, then you've got
14  this opportunity where you now can get Sergio out of the
15  department and have him either work from home or be
16  relieved of duty in September, right?
17          MR. RAILEY:  Form.
18      A   Have him work from the moldy office.  Sir,
19  your client was assigned to help address that situation.
20  And I believe your client in the Deputy City Manager
21  advised me that issue had been resolved.
22          Two as I also -- as I had testified before I
23  had had a conversation with the City Manager concerning
24  Sergio Perez's relationship to Deputy Chief Jenkins, and
25  the conversation there was to move Captain Perez from

Page 95

1  his office.
2          So again, as I had indicated earlier,
3  situation like that, the City Manager was well aware.
4  BY MR. POLLOCK:
5      Q   And you'd agree with me that Sergio has higher
6  levels of education than you do.  Is that right?
7      A   I don't know, what is his education level?  I
8  think he has a master's.  So, if he does, then yes, sir.
9  He has a higher formal education.
10      Q   From whom did you receive Sergio Perez's
11  deposition transcript?
12      A   Mr. Railey's office.
13      Q   Did you send a copy of that to Mr. Steele?
14      A   No, sir, I did not.
15      Q   Did you send a copy to anyone else?
16      A   No, sir, I did not.
17      Q   Who's Ruben Barrero?
18      A   I have no idea.
19      Q   He wasn't an officer who worked for the City
20  of Opa-Locka and its police department.
21      A   No idea could be.
22      Q   He was a detective who was assigned to moldy
23  the office during your tenure?
24          MR. RAILEY:  Form.
25      A   If we're talking about that -- if we're

Page 96

1  talking about the moldy issue, sir.  Again Captain Perez
2  and Jenkins were both tasked with looking into that
3  situation.  And I was advised that the -- that issue was
4  resolved.
5  BY MR. POLLOCK:
6      Q   Advised by whom?
7      A   When in fact, it was not.  Sir?
8      Q   Advised by whom when there's ongoing
9  remediation taking place in the office?
10      A   No, sir.  Before that it was advised that it
11  was taken care of.  When I learned that it wasn't taken
12  care of, then we initiated the remediation.
13          I had a conversation also with Mr. Pate
14  concerning moving the detective division out of that
15  area.  But again, was not allowed to.
16      Q   Who told you that the remediation had been
17  completed?
18      A   That would -- I wasn't sure.  I can't tell you
19  if it was either your client or Assistant Deputy
20  Jenkins.
21      Q   And had you ever seen anybody been hit with a
22  hook and loop training taser lead?  Is that correct?
23      A   Hook and loop?
24      Q   Yes.
25      A   No, sir.

Page 97

1      Q   I'm sorry?
2      A   No, sir.
3      Q   No.  And so, do you know -- so, you don't know
4  if it leaves the mark at all, right?
5      A   No, sir.
6      Q   I mean, if you're just wearing, you know, a
7  polo shirt or a uniform issued shirt and you get struck
8  by a hook and loop training lead a halter a velcro lead,
9  you don't know whether going to leave a mark, do you?
10      A   No, sir if possible.
11      Q   And the mark that you saw on the picture that
12  Michael Steele showed you was consistent with being hit
13  by a charged taser lead, right?
14      A   It appeared to be similar to who -- that was
15  close.  It appeared to be -- to me to be a taser, yes,
16  sir.
17      Q   And so, what Michael Steele showed you as his
18  apparent injuries were inconsistent with being with a
19  hook and loop training lead, right?
20      A   What he showed me was inconsistent.  I'll be
21  honest with you, Mr. Pollock.  I don't know what
22  happened.  So, I don't know -- I've already told you I
23  don't know I'm not familiar with the hook and loop so I
24  don't know what particular injury a hook and loop would
25  cause if any.  I don't know.

Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023                    Pages 98..101

Page 98

1      So, I can just -- what I saw, what it appeared
2  to me to be, but what it is obviously leave that to the
3  investigation to find out so.
4      **Q   Let me see if I have -- just give me a second**
5  **let me go through and see if I have anything else.**
6          **Oh, just real quickly actually what I've**
7  **marked as Exhibit 16, which is a post from the Opa-Locka**
8  **Police Department Facebook page.**
9          (Thereupon, Plaintiff's Exhibit 16 was entered
10         into the record.)
11 BY MR. POLLOCK:
12     **Q   Can you see that?**
13     A   Yes, sir.
14     **Q   It says Chief Barreira and his command staff**
15 **continue to conduct regular community walks.  And you**
16 **see Sergio over here?**
17     A   Yes, sir.  He was there.
18     **Q   Okay.  And what you indicated Sergio, there**
19 **were a couple times when Sergio didn't listen to you and**
20 **didn't do community walks.  Did you document those**
21 **instances where you contend he was insubordinate with**
22 **any kind of counseling or memo or e-mail to him?**
23     A   No, I didn't -- you tend not to write up a
24 staff member.  They're either cut it or they don't.
25     So, if -- I can tell you right now, Mr.

Page 99

1  Pollock, if I had had the situation where in which
2  Sergio Perez needed to be disciplined or written up.  Of
3  course, obviously there's exception to every rule.  But
4  for the most part, if you have to write up a staff
5  member they have no business being a staff member.
6      **Q   And you didn't --**
7      A   No, I did not --
8      **Q   So you -- staff member of yours, right?**
9      A   Sorry.
10     **Q   And you didn't want Sergio to be a staff**
11 **member of yours.  Isn't that true?**
12         MR. RAILEY:  Form.
13     A   I believe we already talked about that, sir.
14 At first I didn't have any objection to it at all.  Just
15 like, I'm pretty sure he feels the same way about me.
16 At first he didn't have an objection, and then obviously
17 it ended up being the way it was.
18 BY MR. POLLOCK:
19     **Q   Have you ever given him accommodation?**
20     A   Not sure.
21     **Q   Have you ever given Michael Steele**
22 **accommodation?**
23     A   No.  Not that I recall.
24     **Q   Would you have to review Sergio's personnel**
25 **file to see whether you ever gave him accommodation?**

Page 100

1      A   I don't recall.  I don't believe I gave
2  anybody accommodation the six months I was there.  But
3  if you could produce one that I did, then I don't have a
4  problem.  But I think highlighting good work is a
5  positive thing that any good boss should do.
6          MR. POLLOCK:  I don't think I have anything
7      further at this time.
8          MR. RAILEY:  No questions.  He will read.
9          (Deposition concluded at 04:25 p.m.)
10          (Reading and signing of the deposition by the
11           witness has been reserved.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 101

1                    CERTIFICATE OF REPORTER
2  STATE OF FLORIDA
3  COUNTY OF PASCO
4
5      I, CAMILLE WHYTE, Court Reporter and Notary Public
6  for the State of Florida, do hereby certify that I was
7  authorized to and did digitally report and transcribe
8  the foregoing proceedings, and that the transcript is a
9  true and complete record of my notes.
10
11     I further certify that I am not a relative,
   employee, attorney or counsel of any of the parties,
12 nor am I a relative or employee of any of the parties'
13 attorneys or counsel connected with the action, nor am
14 I financially interested in the action.
15
16 Witness my hand this 6th day of July, 2023.
17
18
19
20
21 CAMILLE WHYTE, COURT REPORTER
   NOTARY PUBLIC, STATE OF FLORIDA
22
23
24
25

**Page 102**

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF PASCO

I, CAMILLE WHYTE, the undersigned authority, certify that STEVEN BARREIRA, appeared before me remotely pursuant to Florida Supreme Court Order AOSC20-23 and was duly sworn on the 4th day of January, 2023.

Witness my hand this 6th day of July, 2023.

_____

CAMILLE WHYTE, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA
Commission No.: HH 262935
Commission Exp: 05/10/2026

**Page 103**

DATE:       July 6, 2023
TO:         Steven Barreira
C/O         Jonathan Howard Railey, Esquire
            Johnson, Anselmo, Murdoch, Burke, Piper &
            Hochman, P.A.
            2455 East Sunrise Boulevard Suite 1000
            Fort Lauderdale, Florida 33304-3113
IN RE:      Sergio Perez vs. City of Opa-Locka & Steven Barreira

CASE NO:  1:22-CV-20748-LENARD/LOUIS

Dear Mr. Barreira,

Please take notice that on January 4, 2023, you gave your deposition in the above-referenced matter. At that time, you did not waive signature. It is now necessary that you sign your deposition. You may do so by contacting your own attorney or the attorney who took your deposition and make an appointment to do so at their office. You may also contact our office at the below number, Monday - Friday, 9:00 AM - 5:00 PM, for further information and assistance.

If you do not read and sign your deposition within thirty (30) days, the original, which has already been forwarded to the ordering attorney, may be filed with the Clerk of the Court.

If you wish to waive your signature, sign your name in the blank at the bottom of this letter and promptly return it to us.

Very truly yours,
Camille Whyte, Court Reporter
Universal Court Reporting
(954)712-2600
I do hereby waive my signature.

_____
Steven Barreira
Cc: via transcript:    Brian Howard Pollock, Esquire
                       Jonathan Howard Railey, Esquire

**Page 104**

Errata Sheet

NAME OF CASE: Sergio Perez vs City of Opa-Locka & Steven Barreira

DATE OF DEPOSITION: 01/04/2023

NAME OF WITNESS: Steven Barreira

Reason Codes:

    1. To clarify the record.

    2. To conform to the facts.

    3. To correct transcription errors.

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

_____



Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

**-**

**--I**
85:10

**0**

**01:32**
5:5
**04**
5:2
**04:25**
100:9
**05:36**
34:24

**1**

**1**
10:3,20 23:22
24:7,16,25 25:4
26:8,10,22 28:21
29:19 32:22,25
33:1,5 36:4
**10th**
50:10 67:25 68:20
70:19 91:1
**11**
25:19,21 26:5
**11/17/2022**
31:9
**11:35**
26:23 27:18
**12**
26:13,17 28:21
30:18 31:1,13
34:20 36:4,17
41:20 43:2 44:4
50:11

**12-week**
8:7
**12:16**
50:10
**12th**
38:19
**13**
32:9,10 34:15
**13th**
42:13 43:3,10,19
**14**
33:25 34:2
**14th**
38:22 39:11,16,19,
24
**15**
67:24 68:1
**15th**
26:7
**16**
41:19 98:7,9
**16th**
12:25 42:23 79:16
**17th**
51:7
**18**
44:3
**18th**
42:19 43:7,14
45:20 51:18,20
**19th**
47:17,19

**1:22-cv-20748-
lenard/louis**
5:9
**1st**
23:14 25:11 32:22
40:14

**2**

**2**
38:5 70:22 71:21
**20**
53:24 89:14
**2020**
25:4 26:9
**2021**
10:4,20 11:11
12:20,25 13:1
15:10 20:13 23:22
24:16,25 25:4,5,6,
9,11 26:10,21,22,
23 27:18,21 28:20
29:6,19 30:10,22
31:21 32:16,17,22
33:1,5 34:5,10,11,
14,19 57:19 65:17
66:1 67:25 68:20
70:24 71:5 72:1
79:14,16 81:23
**2022**
6:9 30:13,14,18,23
31:6,12 34:23
35:1,2 42:7 43:19
51:18,19 57:18
**2023**
5:2,4
**20th**
42:7
**21**
26:12 32:16 33:1
34:11,14 70:24
71:5
**21st**
31:21 32:21 42:7
72:1
**22**
32:16 42:17

**25th**
25:5,9 26:21,23
27:18,21 28:20
29:6,19 32:16,17,
19 34:15,19 44:25
**26th**
40:5 47:7
**27th**
6:9
**29th**
46:1

**3**

**3**
26:11
**30**
78:22 89:14
**30th**
34:5,10
**31st**
38:11

**4**

**4**
26:12
**4th**
5:4 30:17

**5**

**5**
66:25
**50%**
84:20

**6**

**6**



877-291-3376
www.ucrinc.com

25:4,5 34:24 35:1,
2

**61**
31:13

**62**
30:17 31:1,13

**63**
50:11

**64**
30:18

**6th**
30:5,14 31:12
34:23 35:7 38:12
46:5 87:7,17
90:24,25 92:7

---

**7**

**7**
24:6,14

**7th**
87:8,17 90:24,25

---

**8**

**8th**
51:19 87:8 90:25

---

**A**

**a.m.**
26:23 27:18

**abilities**
11:17

**ability**
54:20

**able**
50:13,16

**about**
6:17 16:8 17:13

19:21,23 21:21
22:6 23:8,13
24:12,25 28:18
30:17,21,22 31:5
32:20 35:16,19
36:19,21 41:14
42:12 43:8,24,25
44:9 45:12 46:20,
23 48:2,5,9,11,12,
16,18,21,22 49:6,
9,12,22 51:3,4,23
52:9,10 53:11,12,
13 54:14,21 55:1
56:20 57:20 58:19,
24 60:2,17 64:16
66:3,5,6 72:14,19
73:8,16,23,24 74:4
75:6,7,8,12 76:12,
20 78:6 79:12,15,
24,25 81:12,14,25
83:13,14 84:12,20
85:12,20 86:25
88:21 93:10,19,21
95:25 96:1 99:13,
15

**abruptly**
71:5

**absent**
77:14

**absolutely**
12:15

**accommodation**
99:19,22,25 100:2

**accompanied**
77:11

**accomplishment**
81:3

**according**
47:25 50:9 92:20

**account**
81:1,7

**accreditation**
60:22 62:22,23,24,
25 63:3,5,7,8,17,
18,20,25 64:2

**accredited**
12:9 63:7

**accusation**
9:1 21:8 89:13,19,
23

**accusations**
22:6

**accused**
89:2 92:17,21

**achieving**
63:3

**acknowledge**
41:22

**acknowledged**
30:7

**acquaintance**
38:1

**acquire**
72:16

**acquired**
61:8

**act**
9:1 74:19 89:2
92:18 93:3,11,19,
20,22

**acting**
11:23

**action**
76:17 82:14,19,21
83:1,14,16,25 84:2
94:1

**actions**
75:2 77:2 94:7

**active**
15:3

**actual**
64:2

**actually**
7:25 33:9 43:6
50:2 51:1 60:11,17
63:8,25 80:16
83:12 85:1 89:19
98:6

**addition**
18:5 58:10

**address**
51:14 94:19

**adjective**
84:14

**administration**
8:11

**administrative**
15:3,5 53:17 78:4,
6,8,11 93:22

**adverb**
84:14

**adverse**
83:24 93:25

**advised**
94:21 96:3,6,8,10

**Affairs**
8:19,25 10:2,7
12:5,13,18 13:17,
23 14:3,5,17 17:3
21:4,17 23:9 54:22
55:14 56:1,10,16
57:11 68:16 79:2
82:15 93:15,18,22

**after**
5:23 7:16 8:18,22
10:19 14:8 15:6
23:21 47:10 50:10
60:1 67:18 75:3
90:4 91:1,24 92:11
94:12



Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

**afterwards**
70:9 91:23

**again**
6:3 12:8 14:21
15:2,15,17 17:7
25:17 28:12 42:17
53:4 65:9 67:16
69:5,14,23 75:1
77:1 81:25 82:21
83:17 86:2 94:8
95:2 96:1,15

**against**
48:17,22 83:25
89:18 94:1

**agencies**
72:15,16

**agency**
11:3 12:8 36:19
37:14 60:22 63:6,9
66:16 71:15,18
73:1,2,16,20,21,25
74:1 76:21 79:8
80:17

**agree**
56:7 67:19 74:22
83:22 95:5

**agreed**
53:9 74:21

**agreeing**
64:25

**agreement**
60:9 64:11

**ahead**
24:5 26:15 28:13
30:1 81:11,12
89:17

**ain't**
43:21

**airport**
86:24 90:25

**all**
5:11 7:6,7,8 8:25
11:5,15 12:25
16:25 18:14,17
20:15 23:1,4
25:23,24 26:8
33:2,18 42:6 45:22
52:19 57:7 59:8
67:3,14 68:15 69:5
73:6 75:24 78:19
83:2 86:21 89:9
97:4 99:14

**allegation**
89:25

**allegations**
18:14 19:18 20:4
22:7

**alleged**
22:1

**allowed**
84:5 96:15

**allows**
56:1

**almost**
78:22

**along**
46:17 90:9,12

**already**
6:10 10:6 18:24
20:20 32:13 54:17
55:5 59:22 60:6
61:19,21,25 62:16,
18 65:19 66:3,20
73:8 81:11 97:22
99:13

**also**
5:16 10:17 13:17,
25 14:11 22:3
26:13 32:17 35:12,
13 42:20 47:14
50:23 53:13 56:15
58:10 64:10 65:5

66:6,18 69:21
72:12 76:5 77:9
82:13 85:17 90:16
94:22 96:13

**Alvarado**
18:19 19:4,22
82:3,10 83:25
86:14

**Alvarado's**
82:7

**Alvarez**
47:8

**always**
65:12 77:7

**am**
10:25 34:5 61:23
69:17

**amongst**
46:2

**amorphous**
24:12

**amount**
61:14 88:7

**an**
8:10,12,19,24
10:2,7,9,14 12:22
13:10,18 14:7,16,
17 15:3 17:2 19:8
21:5 28:13 29:13
31:18 36:5 37:7
41:21 42:4,7,23
43:18 45:20,21
46:11 50:14 52:9
53:21 55:3,13,24
56:19,23 57:10,11
61:4,18 63:2,5,18,
23,25 64:11,24
65:1,3,5 67:19
73:14,15 77:16
78:4,8 79:7 82:3
88:6 89:10,11,21
93:1,2,9,15,18

95:19 99:16

**analysis**
58:15

**and**
5:23 6:19,22,24
7:3,4 8:2,3,5,12,14
9:12,18 10:8,10,
13,15,17,19 11:3,
10,12,18 12:14,19,
25 13:24 14:4,6,7,
11,15 15:16,18
16:11 17:5,9,20,22
18:1,16,20 19:3,9,
19,25 20:6 21:17,
22,24 22:4 23:7,
12,16,20,25 24:1,
5,6,10,24 25:9,10,
11 26:1,9,12,13,
15,20,24 27:4,5,7,
24 28:9,11,12,13
29:16,23 30:1,6,
12,13,14 31:4,8
32:5,16,19,21,24
33:4,5,11,13,15
34:9,13,14,18,22,
23 35:1,2,7,12,15,
17,19 36:3,5,20
37:15 38:2,5,7,11,
14,18,21 39:17,18,
23 40:11,18,19
41:2,5,7,19,21,23
42:7,13,22 43:4,9,
23 44:3,10,13,17,
25 45:1,4,6,12,15,
20 46:1,5,15,17,
19,23 47:6,8,13,
16,23 48:17,23
49:5,6,9,21 50:5,9,
15,16,18,21,22,23
51:3,7,10 52:11,22
53:4,11,12,16,21,
23 54:2,6,15 55:4
56:24 57:10,18
59:3,10,19 60:3,9,
23,24 61:1,11



Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

62:13 63:13,14,21
64:8,19,24 65:16,
21,24 66:6,25
67:4,16 68:6,8,16,
19,22 69:4,8 70:1,
4,22 71:19 72:8,9,
12,15,18,21 73:20,
21,22,25 74:6,11,
16,20,23,24,25
75:1,2,3,7,14,21
76:5,15,18,20,23
77:4,8,10,12,19,20
78:2,21,24,25
79:9,11,14,21
80:6,19,23,25
81:3,9,12,22 82:3,
9,11,19 83:7,17,
22,25 84:13 85:6,
7,15,16,20,21
86:1,13,25 87:16,
25 88:10,13,16,24
89:4,17,25 90:1,3,
13,16,18,19,21,25
91:2,15,16,22
92:12,18,23 93:2,
3,9,10,12,18,21
94:9,12,15,20,24
95:5,20 96:2,3,21,
22,23 97:3,7,8,11,
17,19,23,24 98:5,
14,15,18,19 99:6,
10,16 100:10

**and/or**
19:20,21

**anonymous**
88:6 89:24 93:9

**another**
8:3 56:17 61:24

**answer**
6:19 11:25 20:14
78:17 80:18,20

**answers**
19:8

**any**
7:16 9:24 10:18
11:3 13:4 19:4
22:7,8 25:3 32:24
35:8 45:22 48:5,8
49:19 50:24 51:1
57:15 59:24 66:13
69:14 70:16 71:10
72:18 82:19,21
83:1,16,24 84:11,
22 89:1 97:25
98:22 99:14 100:5

**anybody**
52:6 70:18 81:20
86:2 96:21 100:2

**anyone**
19:22 40:20 90:13
95:15

**anything**
6:7,18 8:5 9:23
19:13 26:22 27:10
29:5,6 32:21 43:9
49:12,19 66:10,14
67:18 80:15 82:22
83:20 94:8 98:5
100:6

**anyway**
9:2 75:3

**apart**
75:24

**apologies**
31:20

**apologize**
22:23

**apology**
32:6

**apparent**
97:18

**apparently**
24:15

**appeared**
90:10,14 97:14,15
98:1

**appears**
30:24 31:7,12
34:21 45:14,17
51:6 68:5,7

**appended**
71:21

**applied**
11:12

**appointed**
8:12

**appropriate**
41:11 46:13 61:5
71:18 79:7

**appropriately**
60:10

**approved**
69:4,8

**approximately**
5:5

**April**
12:25 46:5,20 47:6
79:16

**are**
5:3,6,11 8:4 10:23
12:24 14:1 25:24
26:14 30:9,15
31:8,20 32:15
33:12,25 34:25
35:8 37:8 43:2,13
46:5 49:17 51:9,15
58:13 62:15 63:1
65:12,24 66:15
69:7

**area**
96:15

**around**
8:15 47:21 52:9
71:5 74:23 89:1,5

**array**
14:1

**as**
5:23,24 6:22 7:18,
20 8:3,25 9:5
10:13,18,22 11:2,
3,11 12:21,22
13:3,7,8,15,16
14:7 16:9 17:16,20
19:3 23:7 25:17,19
26:4,13 32:8 36:8
37:23 38:25 39:5,
11,12,23 40:25
41:20 42:10 44:18
46:15 48:9 58:6,
12,22 59:24 60:1,
15,21 61:3,13,23
62:14 63:23 66:13,
25 67:24 70:2,19
71:10,21 73:15
75:5,14 76:4 78:11
79:2 80:16,20
82:14 83:19 84:8
88:4 90:15 94:3,
11,22 95:2 97:17
98:7

**ask**
23:18 29:22,24
31:4 39:4 48:5,8,
12 49:21 65:23

**asked**
23:16,17 29:18
41:2,5 45:23 46:11
47:16 48:11 50:4,5
58:8 65:23 75:9
80:20 88:10

**asking**
11:4 13:3 16:22,23
20:17 21:10 22:4
25:23 27:2 42:1
43:8 47:19 51:14
53:6 73:23 79:24,
25 90:12 92:24



**aspect**
73:9

**assessor**
63:23

**assessors**
63:19

**assigned**
63:18 72:13,20
94:19 95:22

**assigning**
69:1

**assignment**
78:18 79:5

**assignments**
66:15

**assist**
63:19

**Assistant**
96:19

**assists**
63:6

**assume**
29:3 47:4 94:11

**assuming**
45:24

**assumption**
27:25 29:13

**assure**
69:3 83:1

**at**
7:8,16 9:3 10:24
11:7,10 12:9,19,
24,25 13:4 15:17,
25 17:10 18:6,17
19:15 21:3 26:23
27:18 29:14 30:16,
25 31:1 32:4 34:24
35:15,21 36:23
37:18 41:19 43:7
52:20 53:25 54:12,

20 57:2 58:5 59:8,
18,19,24 60:3
61:25 66:15,16,22,
24,25 67:3 69:5
71:1,25 73:19
78:2,19 80:1,6,23
81:13,21 82:18
83:2 84:8,14 86:6,
8,12 88:3,5,14,18
89:8,9 94:4 97:4
99:14,16 100:7,9

**attachments**
42:18

**attendance**
40:19

**attention**
16:11

**Attorney**
18:23,25 49:5
58:11,22 73:15

**Attorney's**
19:16 20:12 21:3
45:20,21

**Attorneys**
45:23 46:9 61:13

**auctioning**
58:4,22

**Audrey**
40:5,11 47:13

**August**
79:14

**authorized**
89:6

**aware**
8:4 17:8 21:12,13
69:4,8,12,13,14,18
82:23 88:22 95:3

**away**
76:11,25 87:19

**B**

**B-R-U-T-N-E-L-L**
9:21

**back**
20:4 23:21,23 26:1
27:6 28:12 30:4,10
31:11 33:5 41:23
42:13 43:1 44:18
45:12,16 50:12
52:12 59:7,8 70:22
78:2 87:15,16,22,
24 88:2,4,12 90:23
91:14,16

**background**
22:19 64:15

**badge**
65:16,21,24

**Barreira**
5:1,7,8,22 6:3,14
19:7 30:6,19 52:19
98:14

**Barrero**
95:17

**based**
77:1 90:10,12

**basically**
60:11 84:2

**be**
9:5 10:11,12 11:20
13:12,21 14:17
17:4 22:8,21 25:14
26:1,14 27:6 28:7
30:24 31:7 32:4
34:21 36:20 37:2
40:2,11 42:18
43:7,21,23 45:14,
17 48:20 49:13
50:13,16 51:6
59:19 63:17 65:1,
3,11,16 68:5,7

69:11,13,18,25
70:4 72:12 79:7,12
82:18 83:17 88:24
89:3 90:10 91:16
94:11,15 95:21
97:14,15,20 98:2
99:2,10

**because**
8:11 9:5 11:6 13:4
15:13 17:2 19:14
20:19 27:14 28:3,
15,19 29:24 30:1,
2,8,16 31:9 32:4
39:6 41:14 42:11,
12,17 43:8,17
56:24 60:18 61:13
62:17 63:9 71:6,9
73:10 74:7,20 75:8
76:3 79:22 81:13
82:9,12 83:23 85:6
87:5,14 88:24 89:3
93:5,21

**been**
5:23 8:13 10:19
11:7 12:5,7 16:15
19:4 21:10,11 23:9
24:15 25:12 27:9
36:13,23 41:1 42:4
47:9 52:9 57:21
58:4 62:21,24
64:24 67:9 70:14,
15 73:14 74:18
76:11 77:12 79:15,
21,22,25 80:3,4,5
87:7,8,11,13 90:5,
11 92:20,21 94:21
96:16,21 100:11

**before**
6:6 9:25 13:21
19:8 20:14 23:8
27:18,21 28:20
32:21 42:5 43:14
44:19,20,22 49:18
56:16,20 57:11,12
62:22 67:2,12,13



74:5 80:9,10,18
83:10,15 85:18
87:13,21 89:17
90:1,18 92:2,15
94:4,22 96:10

**began**
57:19

**beginning**
82:19,25 94:5

**behind**
14:5,25

**being**
7:13,16 15:24
16:25 17:3 18:24
20:20 21:17 41:8
47:7,14 49:10,12
50:5 54:5 55:14
56:8 57:11,20 58:5
65:15 78:11 85:20
97:12,18 99:5,17

**beliefs**
74:9

**believe**
9:11,17 17:19,23
19:22 20:6 25:15
33:2 34:17 35:3,4,
5 37:16 38:20
40:15 41:12 42:2,3
46:22 49:1 60:6,16
61:20 64:18,23
65:19 77:13 82:8
85:17 89:8 94:20
99:13 100:1

**believed**
17:16

**below**
93:4

**benefit**
80:16 89:11 91:15

**benefits**
88:3,5 91:12

**besides**
52:6 64:8,9

**best**
11:17 71:18 72:23

**better**
68:12

**between**
8:2 10:8 12:25
15:16 24:10 25:9,
10 26:9,11 32:24
34:9 35:1 49:5
52:21 53:16 64:19
74:25 83:6 92:14
93:20

**beyond**
6:13,15

**bit**
8:15 20:15,17
22:25 52:9 88:17
93:4

**blue**
27:15 28:22 29:1

**body**
24:1

**boss**
88:15 100:5

**bosses**
77:17

**both**
96:2

**bottom**
46:16 54:8 57:5

**break**
52:9,11

**Brian**
5:15 29:8 31:16
62:8

**brief**
33:15 46:9,10

**bring**
9:23 66:25

**bringing**
45:15 53:13 64:8,9

**Britain**
21:4,18,22 22:17
24:5,10,14,23
54:2,5,16 55:4
68:20 69:20

**Britian**
68:6

**broke**
76:8

**brought**
64:10

**Brutnell**
9:21

**buildings**
78:24

**bunch**
72:22

**business**
37:11 99:5

**but**
7:2,23 10:6 12:13
13:2 14:13 18:11
19:1 21:7,20,25
22:19,25 23:20,23
24:3 25:17 27:21
29:3 30:7 36:9
37:6,19 38:20
40:2,21 41:22 42:3
45:23,25 47:10
50:8 56:3,15 59:15
61:22 63:8,24
65:5,9 66:12,17
69:5,23 70:12 73:6
74:5 75:6,20,24
76:9,15,24 77:1,2
78:1,10 81:7,12
82:7,18 83:1,5,13

84:2,4,5,21 85:18
86:11 88:15 90:7
91:8 92:1,6,24
96:15 98:2 99:3
100:2,4

**buy**
72:6

**by**
6:2,16 8:20 12:3,
16 14:10 15:1,7
16:6 17:15 18:25
19:12 21:9,17 23:6
24:22 25:18 26:3,
19 27:10,14,21
28:6 30:11 32:14
33:23 34:4 36:16
39:10 40:4,14
43:12 47:5 51:18
52:18 54:10 55:14,
18 56:14,21 57:6,
25 58:3,20 60:10
61:17 62:12 65:13,
22 66:4 68:3,19
69:6 74:13 76:1,2
77:24 78:16 79:14
80:22 81:16 82:2
83:4,19 84:19
85:5,21 86:15,17
87:4,12 91:1 92:5
95:4 96:5,6,8 97:8,
13 98:11 99:18
100:10

**bye**
39:3

---

**C**

**call**
9:9 18:23 33:16
40:5 44:8 80:19
88:5 91:10,17

**called**
5:23 9:14 48:1
76:14 88:12



Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

**calls**
50:17 80:18 88:16

**came**
8:11 21:7 32:1
36:7 87:15,16,22,
24 88:2 90:23

**Camille**
5:12 52:10 53:6

**can**
18:17 19:8 22:24,
25 25:16 26:13
28:11 29:25 30:1
31:16 33:4,17
35:15 36:8,9 39:22
46:15 50:19 52:11
55:19 63:15 66:12
67:1 68:12 69:2,3,
15 72:16 73:7
75:16 78:17 82:18
83:1 84:4 91:9,11
92:1 94:14 98:1,
12,25

**can't**
8:4 9:8 11:25
19:17 20:8 54:25
69:9 74:10 76:8
80:3 81:7 82:17
84:13 85:10 91:21
96:18

**cannot**
11:5

**capacity**
13:4

**captain**
42:4 46:7,12 58:8
61:4 76:12 78:7,8,
9,10 91:22 94:25
96:1

**car**
64:14

**card**
85:15

**care**
28:7 78:18 96:11,
12

**Carolina**
61:6

**Carolinas**
62:1

**carry**
75:20

**cars**
78:24

**case**
5:8 13:10 68:11
86:4,5

**cases**
70:17

**cause**
97:25

**cell**
28:3 33:10,16

**certain**
69:17 74:19,20
81:2

**certainly**
83:17

**certified**
89:7

**chain**
75:10

**change**
66:14 67:16,21

**changed**
7:17 41:16 94:10

**character**
50:15

**charge**
13:15 16:9 53:25
78:24

**charged**
19:4 85:17,19
97:13

**charging**
85:14

**cheap**
58:13

**check**
25:16 27:7 32:18

**checked**
32:23 88:20

**checks**
64:15

**Chicago**
60:19

**chief**
7:10,11,13,15,16,
19,20,22 10:22
11:7,11,23 12:21,
24,25 13:3,8,16
17:16,20 41:8
44:18 46:20 72:9
78:23 79:1,2 81:4
84:8,23 90:15
94:24 98:14

**chiefs**
64:6

**chose**
72:12

**circumstances**
15:2,18 17:6 90:17

**Citizens**
37:9

**city**
5:7,17 10:8,24
11:10 12:2 13:5
14:8,23,24 15:16
17:7,10,22,24
21:22,23 22:14
24:10 36:19,21,24
37:10,11,18 38:25

39:12,13,16,18
40:16,19 44:17,21,
22 46:24 47:2
48:17,23 49:7,9
52:20 54:5,18,21
55:2,8,13,21,24
58:5,11,21 59:18,
19 60:19 61:7 65:6
68:8 69:4,7,17
70:17 74:1 76:13,
14 82:1,12,13,23
83:6,7,9,11,24
84:1 86:3,24 88:3,
5,20 91:12,13,14,
18 92:11,12 94:20,
23 95:3,19

**claim**
20:10

**claimed**
23:13

**claims**
24:1

**clandestine**
81:22,25 82:1

**clarify**
21:11 33:16

**Clay**
7:8 8:1

**clear**
62:13

**click**
36:10

**client**
72:5,6,13 86:18
89:10 92:20 94:19,
20 96:19

**clip**
38:18

**close**
42:11 47:21 97:15



Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

closed
10:19

combination
71:11

combine
16:13

come
28:11 32:2 52:11
63:14,15,19 92:6

comfortable
61:16

coming
44:18

command
57:13 73:16,17,18
75:5,10 77:11 79:7
86:5,8 98:14

comment
39:2

commission
46:24 88:9 92:12

Commissioner
40:10

commissioners
50:22 51:8

commit
93:3

communicate
51:15

communications
51:16,17 84:7

community
72:6,10,11 73:8,12
77:5 78:3,25 79:2,
3,9,13 80:15 81:6
98:15,20

company
64:14

compared
58:13

Compensation
14:14,18 16:12

complain
57:20 60:2

complained
51:4

complete
27:19

completed
96:17

completely
88:25 90:18

completion
82:15

complied
83:25 94:5

composite
26:14,17

con
20:22

concept
73:11

concepts
75:7

concern
82:4,9 93:5

concerned
58:12

concerning
10:3,15,18 15:17
17:9 46:11 58:7,11
60:8,15 61:3 68:17
88:6,17,21 94:23
96:14

concluded
100:9

conduct
53:19 56:2 98:15

conducted
55:14

conducting
21:4 78:3

conferred
70:17

confidence
54:6,13,19 75:4

confiscate
68:23

confiscated
57:21 68:19

congratulating
41:7

connotation
74:8

consecutive
30:10

consent
94:11

consider
13:9 36:23 37:21,
25 38:1,3 46:2
79:7

consideration
46:21 65:12

considered
44:19,20 48:20

consistent
97:12

constitute
7:25

contact
41:5

contacted
8:17 50:24 58:10

contemplated
44:23

contend
98:21

contends
14:12

content
24:9,11 55:11
59:15 84:4,11

continue
38:7 98:15

continued
26:6 88:12

continues
31:3,5

contraband
57:21 58:4,23

contract
60:2,7

contrast
75:14

conversation
8:22 10:10 17:7
18:5 20:16,18
21:20 22:20 24:9,
11,13 33:15 40:23
55:6,12 58:7 60:8,
14,15,17 65:20
66:22 67:17 70:8
74:23,25 83:1,15
84:4 86:4 88:20
90:19 91:21 92:2,
10 94:23,25 96:13

conversations
21:22 23:12 27:20
46:24 84:18 92:2

converse
77:9

convey
41:5

Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

**convinced**
90:4,6,8

**copied**
27:5

**copies**
44:4,5

**copy**
27:19 42:23 52:3
95:13,15

**correct**
6:7,19,20,25 11:14
13:1,2 34:6 53:10
61:23 83:22 91:4
96:22

**correctly**
17:9 43:5 77:16

**corruption**
14:23 17:17,23
18:4,7 19:15 20:10
21:2,15,16,21

**corruptions**
20:11

**cost**
58:5,15

**costs**
65:11

**could**
7:6 16:19 32:4
40:1 55:21,24
56:6,9 60:12 67:9
78:22 83:12 87:7,
8,11 89:8 92:16
94:10 95:21 100:3

**couldn't**
18:8 48:24 64:21
81:1 84:3 85:11
87:13

**Counsel**
6:24 53:12

**counseling**

**98:22**

**Counsels**
5:13,19

**counter**
82:20 83:20

**County**
7:8 8:1

**couple**
31:21 43:24 49:16,
17 52:11 72:7,11
77:7,10,20,21
98:19

**course**
93:12,14 94:2 99:3

**Court**
5:3,10,12,13,19
16:20 19:9 22:18
23:2,5 33:19 52:13

**COVID**
8:1

**creates**
61:13

**creating**
61:11

**creation**
60:24

**creme**
89:3

**crime**
19:4

**criminal**
9:1 15:3,6,8,13,20
53:16 57:3 82:5
89:2 92:18 93:11,
19,20

**criminally**
85:17,19

**crop**
89:4

**culminated**
71:13

**cut**
28:23 29:25 32:17
62:8 98:24

---

**D**

**Daniels**
41:2,4

**Darryl**
41:2

**date**
5:4 14:9 18:8
25:12,16 35:22
36:1,9 38:4 40:1
42:19 48:11,13,14
76:9 91:10 92:14

**dated**
67:25

**day**
38:24 39:11 40:3
71:10 75:24 78:19
87:6 91:12,17,18

**days**
86:25 87:3 91:23

**De**
85:7

**deal**
77:18

**dealing**
80:14

**dealings**
9:24

**deals**
43:9

**December**
25:5,7,9 26:21,22
27:21 28:20 29:6,
19 38:11

**decided**
16:2

**decision**
65:4 71:4 74:2,12,
15 76:20

**decisions**
71:17

**declined**
8:14

**define**
23:15 75:18

**definitely**
46:17

**definition**
37:3,25 75:22

**demote**
8:4

**demoting**
8:9

**denying**
70:3

**departing**
10:12

**department**
11:13 12:23 13:22,
25 17:18,22,24
21:15,17 37:17,18
55:15 56:9 59:19,
20 60:18,25 62:22,
23 63:3,12 65:10
66:8,9,13 68:9
73:5 78:11,19,20
79:15 80:1,2,7,24
84:15,20,22 85:14,
22 90:14 94:15
95:20 98:8

**departments**
63:2

**depends**
12:11 13:20 14:21



Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

37:2,3,24 48:21
55:17

**deploying**
61:12,16

**deployment**
61:5 62:18

**depo**
26:5 83:18 93:7

**deposition**
5:1,6 6:8 8:17
25:20 26:6,12
27:12 33:9,22
51:23 52:1,5,17
70:19 95:11 100:9,
10

**deputy**
7:17,23 47:2 72:9
94:20,24 96:19

**deputy's**
8:13

**desk**
50:14

**detail**
66:19

**detailed**
67:20

**details**
20:15,22 48:19,24

**detective**
95:22 96:14

**determine**
89:12,13 90:16

**determined**
54:10

**determining**
9:3

**developing**
61:4

**diatribe**
90:21 92:24

**did**
7:14 8:21,22 9:9,
11,24 14:13 17:5,
22 18:6,13,14
19:14 20:6 21:5
22:14 23:20,23
24:5,8,13,23 32:18
41:12 44:5 45:6,21
48:2,5,8,12,22,25
50:3,5,21 51:1,10,
11,12,14 52:5,19
54:9,21,24 56:22
58:3 59:1,12,18,
19,21,23,24 60:12
61:15,18 62:4,6
64:11,18 65:23
67:13 69:15 70:6,
12 71:7 72:3,21
73:8,12 74:7,13
77:8 80:9 81:7
82:10,17,18 83:10,
11 86:4 88:14 89:8
90:14 93:2,8
95:10,13,14,15,16
98:20 99:7 100:3

**didn't**
10:15 14:22 15:19
16:7,25 21:13
23:18 31:22 36:3
39:5 49:2 50:1,8,
24 54:2,6,9,15,19
56:24 65:20,23
67:7,14 71:15
72:2,5,6,24,25
73:10,11 74:2,5
75:9,13,20 76:3,4
77:4,21 81:17,20
82:7,11,12,13
83:10 84:1,21 86:1
90:7 92:6 93:25
94:5 98:19,20,23
99:6,10,14,16

**difference**
64:19 67:10 74:4,8
76:6

**differences**
71:20

**different**
32:5 45:12 63:10
70:3 73:22 74:8
75:7,12 93:10

**difficult**
76:21

**direct**
6:1 15:21 24:5,8,
23 35:6 77:13
93:25

**directed**
91:3 93:16,24

**direction**
73:25 74:21 75:21
80:17 83:21

**directions**
73:22

**directive**
82:20 83:7

**directly**
77:14

**directors**
8:3

**disciplinary**
12:10 44:3,10,13

**discipline**
57:15

**disciplined**
99:2

**discussed**
10:6 55:5 58:6
60:6 61:3 65:19
66:7,20 83:18 85:9
90:2

**discussion**
8:2 14:8 15:16
17:10 20:2,25 21:1
33:20 52:15 88:13

**dispatch**
11:19 12:4 13:16
16:10

**distinct**
75:8

**distinction**
53:16 83:6 93:20

**distribution**
60:24

**District**
5:10

**division**
7:18,20,22 96:14

**DMS**
60:22,23

**do**
8:5 11:5 13:11
20:10 22:24 24:8
28:13,14,16 29:22
31:11 33:14 35:3,
4,5 36:2,23 37:21
38:8,19 40:2
41:23,24 42:7,13
44:20 46:4 49:14
54:2,9,16 63:19
64:22 67:7 68:4,13
70:24 71:19,23
72:21 74:16,19
75:9 78:25 79:1,3
80:14,15,21 84:16,
17 86:6 88:21
91:11 93:18 95:6
97:3,9 98:20 100:5

**document**
29:6 42:22 98:20

**documentation**
63:13

Universal
COURT REPORTING
Clear Value. Every Case.

Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

**documents**
28:9,16 29:9

**does**
7:21,22 9:21 17:3
36:9,10 45:2,4,6
68:17 69:13 73:4
75:22 95:8

**doesn't**
9:23 16:14 19:10
21:2 29:3 40:12
79:23

**dog**
61:7,8,10,21

**doing**
19:1 36:14 44:23
67:6,7,8 76:15
79:22,23 88:12

**Dominguez**
40:6,10,11 47:14

**don't**
6:17 7:1 9:18
10:16,17 11:24
12:1 16:1 17:13
18:10,11 19:1
20:15,16,22,23,25
21:8 22:12,19
23:23 24:8,11,18,
21 25:1,3 26:21,24
27:2,13,22 28:4,7,
9,18 29:1,4,24
30:8 32:13,15,21
36:22 37:10 38:3,
4,20 39:15,22,24
40:16,21,22 41:6
42:2 43:5,9 44:9
49:1,12,19 54:24
55:6,11,23,25
59:4,5,9,10,12,13,
16 60:7,14 61:20,
21 64:21 65:9
66:10 67:3,6,7,8,
13,14,15,18 68:23
69:5,14,24 70:1,5,

10,13 71:22,24,25
72:18 73:5,20 75:4
78:18 82:24,25
83:13 84:3 85:1,3,
10 86:3,17,18
87:3,5 90:6 91:23,
24 92:8 93:18 95:7
97:3,9,21,22,23,
24,25 98:24 100:1,
3,6

**done**
27:25 61:11,12,15
67:9 69:17,23
70:15,16 72:7
83:8,9 93:17 94:8,
9

**Doral**
85:21

**doubt**
89:11

**down**
18:3 41:19 42:3
45:23 93:1

**download**
33:10 36:10

**Duces**
25:20 26:6

**due**
11:15

**duly**
5:24

**during**
23:13 80:12 81:18
84:8,14 86:11
95:23

**duties**
84:23

**duty**
11:19 12:4 14:13
16:9 65:15 66:18,
21,23 67:5,20

86:24 69:1,10
76:10 79:7 80:18
82:10,22 83:21
84:3 85:3,21
86:15,17,18 91:3
94:16

───────────
          **E**
───────────

**e-**
7:3 31:18

**E-A-S-O-N**
53:5

**e-mail**
31:24 40:13 41:21
42:7 43:18,20
50:9,14,17 92:6,8,
9,11 93:9 98:22

**e-mailed**
58:24

**e-mails**
6:23 7:3 26:10,11
42:16 43:2,13
58:21 59:16

**each**
19:10 62:9 75:7

**earlier**
54:4 58:6 61:3
95:2

**Eason**
53:3,5,19

**education**
95:6,7,9

**effect**
12:19

**eight**
91:9

**either**
9:12 63:19,21 64:7
75:10 82:5 83:20

94:15 96:19 98:24

**elaborate**
55:20

**elections**
30:17,18,21,22
50:12

**Ellis**
47:8

**else**
19:13 20:21 32:12
40:20,22 52:6
67:18 85:8 93:4
94:8 95:15 98:5

**embrace**
73:11,19

**embracing**
77:16

**emoji**
39:9

**employee**
8:13

**employment**
67:22,23

**end**
8:6 74:24 75:3
78:19

**ended**
9:13 99:17

**enforcement**
72:15 78:23

**engaging**
72:10

**enter**
64:11

**entered**
25:21 26:18 32:10
34:2 68:1 98:9

**entire**
54:7 55:21,24 63:9



Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

entirely
29:16

entity
53:21

equipment
65:16,25 66:12
68:19,23 69:3,9,20
70:4 72:19

especially
54:20

essence
33:12

essentially
45:11 72:8

establishing
90:22

evaluated
18:25

evaluations
63:16

evaluators
63:14,15

even
17:9,25 21:8 23:9
29:18 44:22 47:9
60:16 63:17 76:19
86:13,14,17 89:13
92:3,6

events
90:19 91:5

ever
38:20 44:22 49:1
51:10 60:7,14
62:21 67:15 70:10
73:14 76:19 92:3
96:21 99:19,21,25

every
12:12 20:15,17,23
65:4 84:13 99:3

everybody
51:4

everything
32:12 43:15 44:5,
10,12 61:9 84:16
93:3

exact
78:1 91:16

exactly
8:21 58:16 77:16

EXAMINATION
6:1

examine
28:12

exception
99:3

exchanged
35:16 42:17 43:2,
13

excuse
25:2,5 30:13 32:25
40:13 43:19,25
57:18

executive
63:6 73:14,16 89:1
92:17,21 93:2,5

exhibit
25:19,21 26:5,7,
13,14,17 28:21
30:18 31:1,13
32:8,10 33:24
34:2,15,20 36:4,17
41:20 43:2 44:4
50:11 66:25 67:24
68:1 70:22 71:21
98:7,9

exist
29:18,23

existing
61:18

expenses
58:12

experience
44:22 78:23 80:14
90:10,13

expert
28:13

explain
73:7

explanation
76:25

explanatory
26:11

extra
44:4,5

eyesight
68:13

—————————

**F**

Facebook
98:8

facilities
78:24

fact
14:25 30:9 60:16
66:7 93:2 96:7

factor
64:24 65:1,3,4,5

facts
90:9

failed
72:21

failing
14:18

failure
15:17 57:12

fair
10:17 84:6

falls
63:10

familiar
9:22 10:23,25
11:2,12,17 13:22,
24 97:23

family
38:8

far
14:7 20:19 58:12

FDLE
8:18 9:3 15:25
17:1,6 18:5 21:25
53:12 90:3

February
40:14 42:7,13,17,
18 43:3,10,14,19
44:25

feel
16:18 61:15 74:15

feels
99:15

Felicia
39:3

fellow
46:9

felt
46:13 53:11 71:17
72:10

female
43:9,10 44:1,9,15

fight
85:21

figure
39:23

file
42:10 70:20 99:25

filing
16:11



Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

**fill**
8:16

**filling**
27:24

**fills**
32:6

**finances**
72:14

**financial**
65:6,10 85:12

**find**
6:6 7:6 17:6 20:20
26:2 35:24 74:6
75:15 91:15 98:3

**fine**
6:11 76:2

**fired**
49:18 81:9,13

**firing**
49:15

**first**
5:23 9:14 12:9
13:20 25:8 26:20,
21 28:25 29:16,23
34:5 35:19 36:17
37:15 42:19 56:2
59:8,24 70:18 86:3
88:2 93:19 99:14,
16

**firsthand**
79:11

**five**
52:10

**flea**
57:22 58:23 60:3
64:9

**Florida**
5:10 9:10

**fly**
46:18

**FMLA**
7:25 8:4,5,9

**following**
10:3

**follows**
5:24

**FOP**
35:12

**for**
5:6,14,15,17 8:18
9:10 11:16 13:8,17
14:3,13,18 16:7
20:17 26:6 29:12
31:22 32:1,20
36:13 37:10 38:7,
25 41:8,21,25
42:18 43:4 44:18
46:10 47:16,19
51:14 52:9,11
53:11 55:20 58:13
60:23 61:5 62:21,
23 63:2,12 64:11
70:11 73:19 75:2
79:7,15,22 80:1,4,
11,18 81:5 82:22
95:19 99:4

**force**
79:10

**forces**
79:4

**foremost**
29:17,23

**forgot**
61:1

**form**
12:6 13:19 14:20
16:4,17 19:5 21:6
24:17 25:13 27:23
39:8,21 43:11 47:1
55:16 56:4,12,18
57:1,23 58:18 60:5
65:8,18 66:2,3,6,

11 67:3,15 68:25
70:10,11,20 75:17
77:23 78:14,17
80:13 81:10,24
82:16 84:10,25
86:19 87:2,10 91:6
94:17 95:24 99:12

**formal**
95:9

**forth**
37:11 41:23 42:13
45:12 72:20

**forward**
31:18,24

**forwarded**
27:5

**found**
10:11 25:23,24
43:22

**four**
27:12,13 79:15
81:18 86:25

**fourth**
27:7

**frank**
28:7 47:8 88:25

**fraternal**
35:8

**free**
64:23,25

**frequent**
25:17

**frequently**
78:12

**Friday**
44:25

**friend**
37:21,25 38:1,3,7
46:3 52:20,24
75:15 81:9,13,14

**friends**
38:2

**from**
6:8 7:25 8:6 10:12
15:13 18:23 21:1
22:13 24:14 25:3,
9,11 26:22 28:16
29:6,18,20 30:9,14
31:12,13,21 32:19,
21,24,25 33:1
34:6,10,23 36:2
38:19 39:12,16
40:5 42:7,23 43:3,
18 49:3,7 52:20
53:6,23 57:21
58:23 59:11 60:19
62:19 65:15,17,25
66:12,18 67:17,20
68:6,12,22 69:9,20
70:9 75:8 80:4
84:22 86:12 88:5
90:22,23 91:4,17,
22 94:15,18,25
95:10 98:7

**front**
42:3 92:9

**frustrated**
59:14

**funds**
65:7,11

**further**
100:7

**future**
38:15

---

**G**

**gap**
27:24 28:15 31:11
32:7 34:24

**gaps**
8:16 88:1



877-291-3376
www.ucrinc.com

Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

**Garrity**
56:25 93:21

**gave**
7:2 8:10 20:14
72:3 99:25 100:1

**general**
37:13

**generated**
49:11,13,15 60:19

**generators**
72:20

**gentleman**
9:11 18:10

**George**
47:8

**Germo**
72:13

**get**
10:15 12:8 16:11
28:9 29:5 31:25
33:10 34:13 38:8
54:8 57:4 59:1,12
60:23 62:13 68:12
79:11 90:18 94:14
97:7

**gets**
12:13 74:14 79:10

**getting**
39:19 59:14 63:6

**gist**
55:1,2,7 75:25

**give**
18:8 20:14 25:16
33:6 46:14 48:24
52:10 55:7 64:21,
22 76:9 78:1
79:17,20 80:3
81:1,7 85:11 91:21
98:4

**given**

**got**
33:2 51:18 99:19,
21

**giving**
19:8 83:6 89:10

**glasses**
68:14

**Glock**
68:18

**go**
7:7 20:4 24:5 26:1
27:6 28:13 30:1,
10,12,13,14 31:11
33:5,14,17 34:23
38:24 39:12,20
41:19 42:6 45:12
46:5 49:7,10 50:12
60:12 71:8 73:22
74:16,23 77:5,8,
15,17,21 78:25
80:19 81:11,12
83:21 88:4,18,22
91:14 98:5

**goal**
12:8 60:22,23

**goes**
16:18 32:19 34:14

**going**
9:4 21:19 23:1
25:14,19 28:13
31:18,23 39:18
42:17 51:3 52:9
57:7 59:5 62:14,17
73:2,6,24,25 79:12
89:22 92:24 97:9

**gone**
26:15 88:7,9

**good**
6:3 31:4 37:6,8,9,
25 38:2 61:9 65:11
71:10 100:4,5

**got**

**7:23 9:12 11:3**
18:23 38:2 40:5
43:21 45:2 49:13
53:8 59:10,22
63:10 65:11 80:9,
19 88:1,5,24 93:9
94:13

**gotten**
48:19 59:6

**government**
72:14,15,16

**grab**
93:11

**grade**
37:3

**grayed**
34:6

**great**
36:19,24,25 37:4,
7,15,17,19 38:2
73:6

**grew**
41:4

**ground**
57:8

**guess**
38:5 41:5 47:11,25
51:11 59:5,10
76:17

**guidance**
41:21,24 43:4
46:14

**guiding**
46:10

**guilt**
54:9

**gun**
27:10 65:16,21,24

**guy**
83:12

**guys**
62:9

---

**H**

**had**
7:4,5 8:2,12 10:7,
10,19 12:7 14:8
15:2,16,20 17:7,11
18:3,14 20:2
21:21,22 23:9,12,
19 24:6,9,15,24
27:20 30:6 40:15,
23 41:22 44:21
45:23 46:11 51:16,
17 53:15 54:4,5,17
55:8 57:21 58:6,8,
10,16,24 59:6,14
60:8 61:3,4,10,24
62:16,18 65:6,20
67:2,17 68:18
69:19,23 70:8,16
71:6 72:7,11,12,20
73:1,24 74:18
75:21 76:11,14
77:13 78:25 79:1,
3,4,25 80:15,17,19
81:22 82:4 83:12
84:7 85:9,12 88:6,
9,10,11,13,20,21
89:9,13 90:2,5,11,
14,16 91:12,17,20
94:1,21,22,23 95:2
96:13,16,21 99:1

**hadn't**
41:6

**hair**
43:9,10 44:1,10,15

**half**
61:2

**halter**
97:8

**handle**



9:4

**handled**
10:13

**hands**
16:1,2

**happen**
69:16 89:22

**happened**
23:13,16 48:10
54:8 56:3 69:16
70:2 90:14,16,17
92:2 97:22

**happening**
75:3

**happens**
68:24

**happy**
6:3 26:1 27:6

**Hartigan**
18:9

**has**
9:2 19:4 27:9
31:19 36:19,20
37:14 38:12 41:16
48:18 49:3 51:4
58:4 63:12 73:18
74:7 75:4 79:21
95:5,8,9 100:11

**hasn't**
47:11

**have**
8:25 9:5,24 10:21
11:21,22 12:5
13:17 14:11 15:1,5
16:1,15 17:11 19:6
20:11 22:8 23:1,15
24:1 25:8,12,14,
15,25 26:21 27:8,
9,11,13,22 28:2,4,
8,9,13,16 29:1,4
31:11 32:12,13,15,

21 33:15 34:18,24
35:21,22 36:2,7,23
38:4 39:4,5,9,14
40:17,18 41:1
42:2,4,16,23 43:9,
15 45:19 47:9,25
48:8,16,18 51:3,
16,21,22,25 52:2,
3,4 53:19 54:6,12,
13,19 59:24 61:18
62:17,21,24 64:6,
24 67:8,9 68:11
69:14,21 70:18
71:3 73:6,11,14,
18,19,20 74:18,21,
22 75:23 76:4,23,
24 77:12,14 80:4,9
83:12,14,15 84:5,
6,11 85:3,18 86:4
87:7,8,11,13 88:25
90:9 92:8,17 93:1,
17,19 94:4,10,15,
18 95:18 98:4,5
99:4,5,14,16,19,
21,24 100:3,6

**haven't**
29:18 64:7

**having**
5:23 8:20 18:16,19
19:20 40:14 60:15
74:24

**he**
7:1 11:19,24
13:14,20 14:12,22
15:1,11,18 17:8
21:25 23:13,19,20,
25 24:1,3,24 37:19
41:12,14 43:3
45:20,21 46:11,12
48:18,22,25 49:3,
6,9,10 51:3 53:25
54:8,17,21,24
55:7,22,24 56:1,6
57:2,3 59:22,23
61:5 66:18,20,22

67:16 69:13 72:21
73:1,10,11 74:20
75:4,9 76:14,15
77:6,8 78:8,9,10,
12,15,17 80:7,8,9,
17,18,20 81:13
82:3,4,8,17,18,24
84:2 85:15,16,17,
18 86:13 88:10,11,
12,14,21,22 89:6,7
90:8 91:3,20 93:2,
5,25 94:4,6,9,10
95:8,9,19,22 97:20
98:17,21 99:15,16
100:8

**he'd**
74:22

**he's**
29:11,17 35:17
43:8,25 45:15
55:21,23 80:3,4

**head**
55:21,23 56:8
94:10

**hear**
36:18 49:2 90:7

**heard**
49:1 88:25

**hearing**
22:19 23:1

**heightened**
93:5

**held**
7:9,21 13:4 33:20
52:15 63:21,23,25
80:8

**help**
46:13 49:25 50:17
94:19

**helped**
46:9

**her**
20:9

**here**
5:6,11 19:3 31:21,
25 47:10 61:23
62:14 94:9 98:16

**Hi**
6:3

**high**
22:25

**higher**
95:5,9

**highest**
17:21

**highlighting**
100:4

**him**
7:5 13:14,17 14:16
15:13,15 22:4
23:16,17,18 24:8,
25 29:18,22 33:15
37:25 38:1,3,15
41:8,14 43:18
46:2,14 48:1,5,8,
11,12,18 49:4,5,10
50:6,7 51:4 53:23
56:24 58:16 59:22
60:15 61:11 65:20,
25 66:12,21 69:10
70:8,13 72:8,20,24
75:9,20,21 80:11
81:21 84:2 86:1,19
87:1 88:10 91:22
93:4 94:13,15,18
98:22 99:19,25

**himself**
38:12

**hinting**
29:14

**hiring**
46:20



Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

**his**
14:25 15:17 23:21,
23 24:1 41:5 43:20
45:18 46:23 47:23
48:16,22,25 49:2,
5,22 53:4 54:19,20
56:24 57:12 65:16,
17,21,24 68:18,19
70:4 76:9,10 78:15
79:5 80:6,14 83:3
85:14 86:4 94:9,11
95:1,7 97:17 98:14

**history**
14:23,24 39:23
44:21

**hit**
96:21 97:12

**hold**
7:14 31:14 60:11
70:7

**holding**
38:6

**home**
65:15 66:21 67:17
68:22 69:2,10 70:9
86:19 87:1 91:2,4
92:15,16 93:13
94:15

**honest**
83:17 88:24 97:21

**honorably**
41:13

**hook**
96:22,23 97:8,19,
23,24

**hope**
22:23 38:6,8 49:17

**hospital**
71:2

**hour**
52:10

**house**
67:18 91:23

**housekeeping**
6:22

**how**
24:4 30:6 31:3
36:7 49:6 50:12,22
51:15 54:21 55:10,
13,17,21,24 69:7
70:19 71:7 74:10
80:3,24 81:3 85:3
87:3 89:14 91:23
93:14

**Hugh**
82:10

**Hugo**
18:19 19:22 82:3
83:25 86:14

---

**I**

**I'D**
11:16 26:1 27:6
39:17 47:11 71:6
74:10

**I'LL**
7:7 21:20 26:4,20
33:15,24 38:5,8
42:11 50:12 66:25
67:24 70:22 74:16
94:8 97:20

**I'M**
8:15,16,21 10:6
16:18,21,22 17:12
21:10,19,24 22:18,
19 23:1 24:3
25:10,19 26:24
27:1,2,22 28:13,20
29:8 30:24 31:18,
23 35:12,21 36:4,
11,14 42:1,17
44:10 45:24,25
46:8 47:10,20 50:7

53:1 55:19 57:7
58:12,16,24 59:5,6
61:20 62:4,17
63:23 67:6,11,14
69:24 70:12 72:19
73:15 74:6 75:13,
15 77:15 78:15
83:19 85:2 88:14,
15 97:1,23 99:15

**I'VE**
26:4,15,24 28:10
33:2 49:1 60:7
80:5 83:9,20 89:25
97:22 98:6

**IA**
10:8,14,18 13:9,
10,22 15:13,15
16:15,18 17:9,11
53:19

**IA21-009**
68:11,16

**idea**
10:21 11:21 19:6
22:8 36:7 38:20,23
39:9,14 40:7 45:19
47:25 49:23 71:3
73:6 75:23 80:4,9
85:3 92:8 95:18,21

**ideological**
71:19 74:8

**ideology**
73:1,5,23 74:5
75:12 76:4,20

**if**
7:24 10:6,11,18
11:4,15,19,24
12:2,13,18 13:2,3,
7,14,22,24 14:25
17:9,13 18:11
19:9,22 21:20,24
22:6,20 23:23
25:15,23,25 27:1,5
28:12 29:11,18

30:16 31:19,22
32:3,13,23 33:6
35:5 36:10 38:16
39:11,17 40:1 42:3
43:5,21 44:23
47:10 50:7,22
51:12 55:25 56:1
59:6,10,12 61:21
62:18 65:10,14
66:7 67:11,15,16
68:12,16,21 69:2,
3,9,11,15,16,19,23
70:9,12 73:23
74:12,14,15 76:22
77:15 78:21 79:16
80:19 82:18,21
83:13,19 84:12
87:5 88:4,10
89:13,23 90:6,12,
16 91:8,9,14,24
92:3 93:1,2 94:7
95:8,25 96:19
97:4,6,10,25 98:4,
5,25 99:1,4 100:3

**if--**
33:3

**image**
36:5

**images**
36:2

**imagine**
49:16

**immediate**
13:12

**immediately**
14:6 17:2

**impact**
55:3 92:23

**impacts**
93:3

**implement**
80:24



Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

**implemented**
81:4

**important**
13:21 64:24 65:1,
4,5 80:10,11

**impounding**
69:8

**improper**
29:16

**in**
5:7,9 8:8,11,16,17,
18,22,23 9:7,9,11,
13,15,18,25 10:10
11:13,25 12:7,19,
21,22 13:1,7,11,15
14:12,23,24,25
15:8,9 16:1,2,9,14
17:8,10,17,22 18:4
20:12 21:5,15,16,
20 22:5,10,22
24:9,15 27:24
28:15,22 30:9,10,
18,22 31:20,25
32:6 33:8,12 35:6,
17,23 36:17,24,25
37:16,17,18 38:12,
15 39:11 40:8,18
41:6 42:2 44:3
45:25 46:19,21
50:5,9,14 53:13,
19,25 54:6,7,13,
19,20 55:17 56:4
57:18 58:10 59:22,
23,24 60:9,12,21
61:10,22,25 62:16,
24 63:1,6,7,13,14,
15,19 64:3,25
65:4,5,10,17,20
66:1,7,13,14,22
67:16,17,21 69:19
70:8 71:1,11,13,
18,20 72:6,22
73:15,25 74:4,8,
11,14 75:4,10

76:6,22 78:4,10,
11,18,19,24 79:12
80:8,23 81:5,6,22
82:1,5,24 83:18,
21,23 85:21 86:23
87:19,24 88:2
89:4,6 90:13,17
91:2,7,10,13 92:8,
21 93:2 94:13,16,
20 96:7,9 99:1

**inaccurate**
64:20

**inappropriately**
85:14

**incident**
9:25 10:4 15:22,
23,24 17:2,4,12
22:1,2,16 23:14
24:16 48:15 52:21
57:10 86:6,11
89:9,20,25 91:25

**incidents**
16:8,24

**included**
17:13 28:1 31:20,
22

**including**
49:10 60:13 89:5

**inconsistent**
97:18,20

**inconvenient**
22:23

**increased**
81:6

**independent**
53:12

**indicate**
19:18 37:14 44:4
68:18

**indicated**
8:16 20:19 40:25

41:22 43:17 44:2
46:15 51:7 54:4,17
55:8 60:21 67:1,12
76:13 83:23 85:13
90:20 95:2 98:18

**indicates**
45:15

**indicating**
23:25

**individual**
45:24 63:2,11

**individuals**
18:12

**inferring**
83:11

**influence**
54:18,22 55:9,13
56:6,10,17

**inform**
11:19

**information**
22:3 34:6 41:3,5
76:22 79:12

**informed**
49:10 69:22

**initial**
14:4 33:8 42:24

**Initially**
70:7

**initiate**
13:10 72:22 81:6

**initiated**
17:11 23:10 69:16
89:17 96:12

**initiating**
8:24 89:10,11

**injured**
14:12

**injuries**
24:1 97:18

**injury**
13:18 14:7,19
97:24

**innocence**
54:10

**innuendo**
88:8

**inquire**
58:22

**inquired**
70:18 76:12

**instance**
20:19

**instances**
98:21

**instead**
9:10

**instruct**
82:13

**instructed**
65:14 69:19 70:4
74:19

**insubordinate**
98:21

**insubordination**
75:11

**integrity**
54:1

**intended**
76:15

**intentional**
28:8

**intentionally**
27:25

**interest**
71:18

**Interim**
41:8

**interject**
31:16

**Internal**
8:19,24 10:2,7
12:5,13,18 13:17,
23 14:2,5,17 17:3
21:4,16 23:9 54:22
55:13 56:1,10,16
57:11 68:16 82:15
93:15,18,22

**interpretation**
75:19

**interrupt**
22:18

**interview**
56:2,19,23

**interviewed**
47:7,11

**interviewing**
56:16

**into**
8:12 12:15,17 17:5
21:7 22:1,15 25:22
26:18 32:11 34:3
36:3 48:19 58:14,
17 60:18 64:11
68:2 70:20 72:6
73:22 88:19 90:21
96:2 98:10

**investigate**
52:21,25 53:14
58:9

**investigated**
8:20 10:13 15:6
17:3 20:20

**investigation**
8:19,25 9:2,4 10:2
14:17 15:3,6,8,14,
20 17:1,5,11 21:5,

23 22:1,5,11,15
23:9 53:16 54:3,
11,13,16,23 55:3,
9,14 56:10 57:3,4,
12 68:17 76:8
82:6,15 84:21
86:14,15 89:10,12,
18,21 93:16 94:1,3
98:3

**investigations**
9:5 14:1 93:21

**investigator**
10:9 13:23 56:2

**invite**
28:11

**involved**
15:21 54:6 82:8
89:4

**involving**
9:25 15:23 53:20
54:23 57:10,12

**irrelevant**
79:6

**is**
5:4,8,12,16 6:25
7:11 9:15 11:7,13,
18 12:4 13:1,5,7,
23,25 14:15,22,24
15:9 16:15 17:2,18
22:22 25:3,9 26:5,
10,11,12,21,23
27:8,10,15,18,25
28:1 30:12,17 31:3
32:17,20 33:11,12,
13,24 34:5,6,9,15,
20,25 36:1 37:4,7,
15,16,25 41:10
42:6,19,23 43:1
45:18 49:3,18
50:10,21 53:9
54:10,15 55:7
57:22 59:17,22
62:14 63:2,8 65:5,

10 66:8,24 67:4,9,
14,20,22,23 68:8,
16 70:1,3 72:13
74:1,6 75:7,9,10,
11,19,20,22 77:9,
19 79:5,9 80:17
81:21 82:9 84:6
91:2,3,4 93:11
94:6 95:6,7 96:22
98:2,7 100:4

**isn't**
15:14 19:3 23:14,
22 24:2 28:15
30:18 39:13 40:8
54:10 56:17 63:3
78:4 79:15 80:8
86:16 99:11

**issue**
42:4 46:11 64:8,9,
10 93:2 94:21
96:1,3

**issued**
24:24 65:16,25
68:19,23 69:20
85:14 97:7

**issues**
51:4 59:24 93:10

**it**
6:19 7:11,18,22
8:20,22,23 9:3
10:7,9,25 11:18
12:11,15,17,18
13:20 14:5,22,25
15:2,19,22,24 18:9
19:1,2,3,23 21:1,
12,13 22:21 23:23
24:4,13 26:2,23
27:5,7 28:1,13
29:4 31:4,9,11
32:1,2,4,19,20
33:2,11 35:5,22
36:3,4,7,8,9,10
37:3 38:10,20 39:6
40:1,22,25 41:11

42:3,18 43:6,17,21
44:8,16,19,20,23
45:5,6,10,18 46:13
47:3,4,10,21
48:18,20,21 51:6
53:8,11 54:9,18
55:1,2,7,17 56:6,
17,23 58:17 59:5,
14,17 60:12 61:11,
13,16 62:14 63:10
64:25 65:3,5,9,24
66:25 67:1,6,7,9,
16 68:6,10 69:4,
15,16,23 70:2,6,9,
12,13,20 72:1,9,25
73:2,9 74:1,14,16,
17 75:3,9,18,25
76:12,13,23 77:15,
16,17 79:5,22,23
80:11 81:25 82:1,
9,14,18,19 83:10,
22 84:6 85:13
86:25 87:7,8,13,24
88:10,11,14,17,20
89:13,19,24 90:10,
11,14,17 91:12,24
92:22 93:3,12,14
94:5,9,10,12 96:7,
10,11,19 97:4,14,
15 98:1,2,14,24
99:14,17

**it'd**
94:11

**it's**
6:11 10:17 21:10
22:23 23:7 24:20
28:7,9 35:23 36:18
37:6,7,13 39:9,19
40:9 45:3,9,25
47:10 56:13,15
63:21 65:3 66:12
67:24 71:23 74:15
75:19 83:21 84:21

**item**
26:8 88:17



**items**
76:23,24 85:14

**its**
11:11 63:10 65:6
93:12,14 94:2
95:20

**itself**
89:23

---

**J**

**Jack**
85:20,24

**Jacksonville**
52:21 53:24 85:24
86:10

**January**
5:2,4 38:12,19,22
39:11,16,19 40:5
90:24

**Jenkins**
94:24 96:2,20

**job**
90:15

**jobs**
67:20

**Joe**
49:22,24 50:1

**John**
29:5 38:24 39:12
52:20 62:4 70:23

**Jonathan**
5:17

**Judge**
28:11

**judgment**
80:11

**jumping**
8:15

**June**
57:18,19 94:13

**jurisdiction**
11:20 12:3 13:15
16:9,10 17:14

**just**
8:16 16:2,8 17:2
19:7,8 21:10 23:2
27:1 28:8 31:23
32:1 33:25 36:8
40:16,17 42:5,18
43:23 45:10 48:19
51:9,18 54:18 56:8
57:4 62:13 63:18
65:14 67:7 69:10,
24 70:2,5 72:18
74:2 77:1 79:22
88:7 89:23 92:18
97:6 98:1,4,6
99:14

**justification**
76:19

**justified**
76:24

---

**K**

**K9**
60:3 61:3,5,12,16,
18,24 62:1,16,18,
19

**keep**
44:5

**Kelly**
31:4 49:22,24
50:1,18

**kept**
44:4,12

**kicked**
45:22

**kind**

29:14 37:13 42:5
45:1 77:18 89:4
92:22 98:22

**knew**
41:14 53:23 88:22

**know**
6:17 7:1 8:15,25
9:5 11:5,24 12:1
13:25 14:4 15:1,4
17:13 18:3,10,11
19:1,23 20:18 21:8
22:5,20 23:3,18
24:8 28:4,8,18
29:4 30:7 31:9
38:3,4,19 39:15,
22,24 40:22 41:6
44:9 45:7 49:12,14
55:6,23 58:16
59:6,10,14 61:13,
20 64:6,21,22 70:5
71:22,24,25 72:23
73:25 75:10 76:25
79:10 81:5 82:24,
25 83:13 84:3
85:1,3,6,10,11
86:4 87:3 89:14,
15,19,23 90:1,6
91:10,23,24 92:23,
24 93:20 95:7
97:3,6,9,21,22,23,
24,25

**knowing**
45:22

**knowledge**
83:3 94:9

**known**
11:22

---

**L**

**L-E-X-I-S**
64:15

**language**
54:25

**last**
7:9 30:2,3,15 31:8
32:5 46:16 47:3
51:13 53:4 56:4
86:20

**late**
17:25 20:12 46:20

**later**
7:7 53:7 89:22
94:7

**law**
8:4 22:21 27:11
72:15 78:22

**lawsuit**
42:24 48:17,22
58:13

**lawyer**
47:17,19,23 49:3

**lawyer's**
48:25

**lead**
96:2 97:8,13,19

**leadership**
71:19 73:17 76:5,
6,20

**learn**
79:11

**learned**
35:14,19 76:9
96:11

**least**
73:19

**leave**
70:4 74:3 91:15
97:9 98:2

**leaves**
97:4



Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

**leaving**
11:20 12:3 16:8,10
17:13 59:7

**left**
13:14,20 76:3
90:21

**legal**
46:9

**legality**
58:7,11,15,22

**less**
92:14

**let**
19:7 22:13 29:12
33:6,15,16 37:24
38:24 39:12,20
49:7,10 64:10 72:5
73:2 82:12 84:2
93:14 98:4,5

**let's**
32:8 52:8 57:18
59:8,11

**letter**
15:1 70:23 71:20,
23 88:6

**letting**
93:12

**level**
16:14,25 54:20
73:16 95:7

**levels**
95:6

**Lexipol**
60:2,7,10,17,20
64:9

**Lexis**
64:11,12

**Lexisnexis**
64:16,19,22,25

**Lexus**
64:14

**liability**
61:14

**liaise**
78:13 80:11

**liaising**
80:7

**lieu**
8:19

**Lieutenant**
53:3,25

**lights**
72:20

**like**
6:19 16:18 19:23
21:2 32:20 35:23
36:5 46:1,8 47:2
49:19 54:4 56:8
71:10 72:10,13
74:15 75:19 79:14
89:2,25 90:11
92:7,14 95:3 99:15

**line**
14:13 46:16

**lines**
46:17 90:12

**listed**
44:14

**listen**
69:11 98:19

**little**
8:15 11:6 22:25
52:8 59:15 88:17
93:4

**locations**
66:15

**Locka**
8:20 39:17 59:20
62:15 68:9 80:7

**Locka's**
12:3

**lodge**
35:17 45:11,18

**lodges**
45:13

**Logistics**
7:15 78:23

**LOL**
36:6

**long**
66:13 75:24 79:23
80:3

**look**
12:9 15:17 30:1,16
35:15,21 36:8
39:11,17 88:14,18

**looked**
15:24 17:4 27:4
66:25 90:11

**looking**
12:14,17 27:22
30:25 31:1 43:7
58:14,16 96:2

**looks**
32:20 36:4 42:18
46:1 47:2

**loop**
76:22 96:22,23
97:8,19,23,24

**Lopez**
45:21 47:24

**lost**
56:4

**lot**
8:23 27:24 36:19
37:6,8,9,10,14
48:19 55:17 58:17
71:11 88:1 90:20
92:1 93:10

**lots**
56:5,9

**Louie**
47:8

**love**
61:13

---

**M**

**Madam**
16:20

**made**
21:10,11,12 70:20
71:4 74:2 86:24
89:19

**mail**
31:19

**mails**
7:4

**maintaining**
63:7

**majority**
80:6

**make**
14:13 29:12 36:3
45:5 50:17 53:15
71:16,17 74:12,20

**making**
27:25 29:11,13
56:13,15 63:12
77:17

**man**
94:10

**managed**
65:7 80:24

**manager**
10:8 14:8 15:16
17:8,10 21:22,23
22:14 24:10 38:25
39:13 40:16,19



Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

44:18 46:25 47:2,3
52:20 54:5,18,22
55:8,13 60:19 61:7
63:6 64:1 69:4,7,
17 70:17 74:1
76:13,14 82:12,13,
23 83:6,7,9,11,24
84:1 86:3 88:21
91:18 92:11 94:20,
23 95:3

**Manager's**
55:2

**manner**
21:5

**many**
16:1 37:20 74:10
79:21 80:1,24 81:3
85:3 87:3 89:15
91:23

**March**
42:23 45:20 46:1

**mark**
9:21 25:19 26:13
32:8 33:24 42:5
67:24 97:4,9,11

**marked**
26:4 41:20 98:7

**market**
57:22 58:23 60:3
64:9

**mason**
35:12,13 45:5,11

**Masonic**
45:3,9

**master**
45:5

**master's**
95:8

**material**
88:9

**matter**
5:7 6:22 60:16
65:10 66:14 70:11
82:22

**may**
5:20 47:17,19
60:16

**maybe**
11:2 17:25 28:3
47:2 51:22 61:22
62:9 85:2 91:8

**Mayor**
50:25

**me**
6:25 8:5,10,13
11:4 12:21,22 13:7
16:22,23 19:7
22:13,21 25:2,5,
15,16,23 27:4
29:9,12,21 30:13
32:4,25 33:6,15,16
37:24 38:6 40:13,
17 41:5 42:3,10
43:5,19,25 46:11
47:3,20 50:17
54:5,10,24 55:7,20
57:18 59:7 64:10
67:19 69:16 72:5
73:2 74:14,23,25
76:2,14,18 77:7,15
82:12 84:1,2,17
86:17 88:10,11,12,
22 90:12,20 92:9,
25 93:24 94:6,21
95:5 97:15,20
98:2,4,5 99:15

**mean**
7:21,22 11:2 16:7
17:3 22:24 29:3
39:2,5 40:12 44:20
45:2,4,6 48:19,21
55:19 56:5,15 63:1
64:14 69:13 71:23
72:18,22,23 73:4

75:18,25 79:18,23
81:2 85:3 87:13
88:25 90:7 91:7,8,
22 92:6,22 97:6

**meaning**
12:17 60:1

**means**
27:20 28:25 43:18,
20 45:10 55:23
67:9 73:7

**meant**
50:16

**mediation**
22:22

**medical**
16:11

**meet**
44:17 75:22 90:24

**meeting**
10:7,10 18:4 24:9
40:13 81:22 91:1,
11

**meetings**
72:11

**meets**
18:6

**member**
17:21 35:8 45:10
54:14 75:5 78:21
79:8,25 89:1,18
92:23 93:2 98:24
99:5,8,11

**members**
46:24 84:22 86:6,8

**memo**
98:22

**memory**
43:5 84:17

**mention**
82:7

**mentioned**
76:5 82:4 84:20
94:3

**mentioning**
48:20

**merit**
89:13

**mesh**
71:15 72:2,3 74:2
76:3

**message**
25:8 27:13,14,17,
19,21 28:19,22
29:1,25 30:3
32:17,20 35:22
36:1,18 38:13,16
40:15,25 46:16
50:10 51:13

**messaged**
51:8

**messages**
6:24 7:5 25:2,10,
24 26:8,12,14 27:5
28:3,4,15 29:18,
20,23 30:2 31:21
32:15,24 33:10,25
34:19,22,25 35:15
36:3 38:6 41:20
42:13

**met**
23:8 37:9 81:21
86:23 87:6,17,21,
25 90:1 91:18

**Miami**
9:10,12,15

**Miami-dade**
18:4,6 19:15 20:12
21:3,24 85:19

**Michael**
7:4 8:18,23 9:25
10:3,18,22 11:18



12:2 14:12 15:9
16:7 23:8 24:24
34:6,10 35:1,13,16
36:5,18,23 37:16,
21 40:11 44:25
46:6,19,23 47:6,
16,23 48:16 49:21
52:21 53:3,19
57:10 75:14 81:17
86:23 87:6,17,21,
25 90:5,25 91:1
92:10 97:12,17
99:21

**middle**
88:2

**might**
17:11 22:21 25:17,
25 26:1 39:2 42:3
43:7 47:9 51:21,22
62:10 74:21 77:12
79:12 85:18 88:17
90:9 94:4

**military**
64:3

**mind**
9:23 91:3

**minor**
13:9 15:4

**minutes**
52:10,11

**misconduct**
13:9 15:4 22:7

**missing**
26:1

**mock**
63:15,20

**Mohan**
21:4,18,21 24:14,
23 54:2,16 68:6,20

**moldy**
94:13,18 95:22

96:1

**moment**
18:17

**money**
33:9 57:20 58:3,12
60:3,9,15

**month**
32:20

**months**
11:16 27:12,13
79:15,19 81:18
100:2

**more**
16:19 18:11 29:5
36:20 49:13 59:15
77:17 81:6

**most**
64:6 99:4

**move**
94:13,25

**moving**
43:24 96:14

**Moyer**
85:7

**Mr**
5:15,17 6:2,3,10,
13,14,16 7:2 10:15
11:15 12:6,16
13:19 14:10,20,21
15:7 16:4,6,17,20
17:15 19:4,5,7,12
21:6,9,19 22:17,21
23:4,6,12 24:5,10,
17,19,20,22 25:9,
11,13,18 26:3,9,19
27:3,20,23 28:6
29:5,8,10,11,24
30:4,6,8,11,19
31:4,14,16,17,18
32:1,3,8,12,14,24
33:6,8,14,17,18,23

34:4 36:13,15,16
38:18 39:2,4,8,10,
21 40:4,9,19,21,23
41:3,4,7,16 42:24
43:3,11,12,13,15
46:2 47:1,5 48:2,
23 49:6,15,25
50:13 51:10,16,17
52:3,8,18,19 53:9,
19 54:4 55:4,16,18
56:12,14,18,21
57:1,6,23,25 58:3,
18,20 60:5 61:17
62:6,8,11,12 64:10
65:8,13,14,18,22
66:2,4,17 67:5
68:3,18,25 69:6,9,
19,21,22 71:1
74:11,19,23,24,25
75:17 76:1 77:23,
24 78:14,16 80:13,
22 81:10,16,24
82:2,3,16 83:4
84:10,19,25 85:5
87:2,4,10,12 88:5
91:6 92:5 93:16,24
94:17 95:4,12,13,
24 96:5,13 97:21
98:11,25 99:12,18
100:6,8

**Ms**
18:9

**much**
36:20 51:22 63:9
66:16 75:25 77:14

**multiple**
55:22 74:18

**must**
41:1

**my**
6:17 8:6 10:14
11:17 12:8 14:15
17:19 22:21 24:12
25:25 27:4 28:2

31:20 32:6 34:25
36:13 37:4,15 38:7
39:18,22 43:1,5
44:21 50:15,21
51:14 54:7,15
60:21,23 61:3,12
63:24 65:9,20
67:12 69:25 70:8,
13,14 71:6 72:6
75:1,2 83:19,21,23
84:14,17 88:4,19
89:21 90:7,10,12,
15,19 91:15

**myself**
8:3 10:8 15:16
24:10

---

## N

**name**
5:14 9:19 20:9
45:21 53:4 82:7
85:10

**names**
85:10,11

**narcotics**
18:15 19:19 20:5,7

**Natasha**
50:18,25

**nature**
12:11

**near**
86:24 90:25

**necessarily**
17:2 54:20 76:16
77:2 83:10 87:19
91:7

**need**
6:20 19:9 28:12,14
29:24 38:14 53:11
89:18,23



**needed**
54:12 80:20 89:12
99:2

**needs**
66:16

**neighborhood**
72:7

**neither**
86:15

**Netflix**
39:23

**never**
13:4 21:10,11
45:23 48:1 63:21
67:2,4 70:9 77:6
88:25 89:1 92:20

**new**
6:4 8:10 46:13,20
80:24

**news**
36:19,21 39:17

**next**
32:18 34:13,18
42:16 50:14 86:25

**no**
6:10,15,20 7:18,24
9:20,23 10:1,15,21
11:21 13:3,6,9
14:5,6 15:8,11
16:2,5 17:25 18:21
19:6 21:7,13 22:8
23:2,3 27:10,24
28:3,4,18 32:19
35:5 36:7,11 37:4
38:2,20,23 39:9,14
40:7 41:18 43:15
44:16 45:19 47:3,
25 48:4,7,19 49:1,
19,23 51:2,12,24
52:4,7,13 57:4,17,
24 58:1,2 59:22
62:3,6,17,20,24

63:5 64:4 66:13
67:16,22 70:21
71:3 72:9 73:6
75:23 76:18,25
80:4,9,16 82:14
83:9 84:3,6,12,13,
17 85:3 86:24
87:23 91:7,8 92:8
93:25 95:14,16,18,
21 96:10,25 97:2,
3,5,10 98:23 99:5,
7,23 100:8

**noises**
22:19

**non-substantiate**
88:8

**nor**
81:14 89:6

**normal**
69:25 70:14

**North**
61:6

**not**
7:18,24 8:13,21
10:6 11:2,25
13:10,17 14:3,6,13
16:11,21,22 17:2,
3,12,14 19:4,24
21:7,16,19,24
22:8,23 24:3 25:5,
12,17 27:9,11,18
28:1,8 29:8,17
30:21 31:19,23
32:3 35:3,5,21
36:8,11,14 37:5,8
39:1 40:2 41:18,21
42:11 45:22,25
47:10 50:7,8 51:2,
12,14,22 52:4
55:22,24 56:3,23
57:5,7 58:15,16
59:5,6,15,18,19,
23,24 61:11,15,20,

21,22 62:6,17
65:10,25 66:12
67:6,23 69:14
70:2,6 72:3,12,21
74:7,21 76:15,19,
22,24 77:2,8 78:1
81:2 82:10,17,19,
25 83:2,24 84:1,5
85:2 86:11 87:19
88:11,14 89:4,8,9,
20,25 90:8,15 91:7
92:18 95:14,16
96:7,15 97:23
98:23 99:7,20,23

**notes**
86:24

**nothing**
6:13,15,20 15:12
22:24 27:8,9 31:24
71:11

**notice**
25:20 26:5 28:8

**notified**
19:2 85:20

**notify**
13:12 57:13

**notifying**
12:4 13:16 16:10

**noun**
84:13

**November**
25:4,5 26:7 30:13,
14,17,22 31:5,12
32:16,17,19 34:15,
19,24 35:2,7 50:10
51:7,18,19,20

**now**
5:3 21:1 30:25
31:19 33:24 37:22,
23 49:3 53:15 54:8
67:8 74:4 76:23
86:11 91:9 92:24

93:24 94:14 98:25

**nowhere**
43:21

**nullified**
60:11

**number**
5:8 9:12 26:5,8,11,
12,13 28:21 33:24
40:9 70:22 89:15

**numbers**
78:1 85:4

___

**O**

**Object**
16:17 19:5 43:11
75:17

**objected**
78:17

**objection**
13:19 19:9 39:8
77:23 99:14,16

**objective**
54:7 56:13,15

**obviously**
10:12 15:5 27:10
28:19 53:15 76:21
98:2 99:3,16

**occasions**
74:18

**occur**
57:16

**occurred**
70:9 89:9,20 92:11

**occurrence**
69:22

**occurring**
17:23

**October**



Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

6:9 11:11 13:1
26:11 31:21 32:16,
21,22,25 33:1,5
34:10,14 70:24
71:4,5 72:1

**of**
5:1,6,7,10,17 6:24
7:3,10,11,13,15,
16,22 8:3,6,8,19
9:1,10 10:22,24
11:7,10,11,17
12:2,8,11,12,18,20
13:1,4,5,8,16 14:1,
7,13,23,24 15:1,2,
10,13,23 16:8,14,
25 17:5,8,16,17,
20,21,22 18:14,15
19:2,18,19 20:4,5,
7,11,15,17,22
21:12,13 22:7,8,21
23:14,21 24:1,9,11
25:20 26:5,16,20
27:4,12,13,19,24
28:21,22,25 29:14,
25 30:5,7,8,13,17,
18,22 31:1,5,13
32:5,25 33:2,25
34:13,18 35:8,14
36:4,17,19,24,25
37:3,6,8,9,10,13,
15,16,18,19,23,25
38:5,25 39:12,16,
18 41:16,19 42:3,
5,16,23 44:4,5,8,
18 45:1,10,22
46:16,20,24 47:13
48:14,19 49:7,16,
17 50:11,24 51:1,
8,9,25 52:5,9 54:1,
8,11,13 55:1,2,6,7,
9,11,17,21,24
56:5,8,9,10 57:3,5,
11,18,19 58:7,11,
17,22 59:15,18,19
60:16,22,24 61:2,

5,14 62:1,14,18,
22,23 63:3,9,21,25
64:8,9 65:11,15,17
66:1,8,9,14,16,17,
21,23 67:5 68:8,
11,24 69:1,4,8,10,
15,22 70:16,18,19,
23 71:9,11,18
72:2,7,9,11,12,22,
25 73:1,9,11,24
75:2,7,10,19,22,25
76:17,19 77:7,9,
10,18 78:19,22,23,
24 79:1,2,6,8,9,14,
25 80:6,17,20
81:2,3,7,18,19,22
82:9,10,15,22,23,
25 83:19 84:3,7,8,
11,14,18,20,22,23
85:2,10,11,13
86:6,15,17,18
88:1,7,16,18,25
89:2,3,4,11,14
90:10,19,20 91:3,
4,8,10,13,14 92:1,
9,17,21,22,23
93:4,10,15 94:14,
16 95:6,13,20
96:11,12,14 98:22
99:2,8,11 100:10

**off**
6:6 12:9 13:20
28:23 30:1 32:17
33:14,17,19,20
45:22 46:18 52:13,
15 58:4,22 62:9
66:18 67:20 85:21
88:2 90:18 93:19

**off-**
76:9,10

**offense**
14:16

**offer**
50:3,6

**offered**
8:13 50:7

**office**
7:9 8:1,12 19:16
20:12 21:3 32:6
53:25 54:1 65:20
70:8 88:3,5 94:13,
18 95:1,12,23 96:9

**officer**
10:11 12:22 45:16
63:18 67:20 82:3
95:19

**officers**
10:24 11:13 18:15,
16 19:19 20:5,6
85:13

**oh**
42:2 61:3 98:6

**okay**
6:12,22 8:8,15
10:14,22 13:14
15:12 17:20 18:22
19:13,25 20:4,10,
24 21:14 23:7
24:20 25:14 27:3
28:19,25 29:10
30:21 31:2,15
33:24 34:13,18,22
35:8 36:2,12 38:7,
10 40:12 41:24
42:5,10,15,22
43:21,23 48:12
50:5,20 51:15 55:1
57:9 59:12 62:7
64:5 65:14 66:20
67:8 70:1,7 73:10
76:2 78:18 80:23
81:21 86:22 87:24
92:14,19 93:23
98:18

**on**
5:3 6:9 7:7,25 8:5,
9 10:23 11:19

12:3,11 13:20
14:22 16:9 17:12
23:21 24:7,25
25:15 26:7 28:2,20
29:1 30:17 31:14
32:17 34:19 35:22
36:1,10 37:2,3,24
38:12,18,21 39:16,
17,18,19,24 40:5,
14,21,22,25 42:13
43:8,10,18,19,24,
25 44:3,14,25
45:20 46:1,5,10,
12,15 47:6,7,10,
15,17,19 48:21
51:3,7 60:11 62:14
67:1 68:20,21
70:4,7,16 71:4
76:15 77:2,5,7,8,
10,20,21 78:22
79:3,12 80:11 86:4
87:14 89:15 90:10,
12 94:7 97:11

**once**
8:25 51:22 66:17

**one**
7:23 8:3 13:23
16:19 18:11,18
20:19 22:21 26:10
33:6 34:5 35:11
36:24,25 37:16,19
40:21 43:7 47:18
50:12 53:17,25
57:5 62:1 63:11
72:2 75:7 77:12,
20,21 82:8 83:19
85:1,11,13 86:7
90:15 100:3

**ones**
30:9

**ongoing**
14:1 15:3,20 60:17
96:8



**only**
13:23 28:15 41:21
44:9

**onto**
93:11

**Opa-**
8:20 12:2 39:16
59:19 62:15 68:8
80:6

**Opa-locka**
5:8,18 10:24 11:8,
10 12:19,22 13:5,
22,24 14:23,24
17:22 21:15 36:24,
25 37:18 38:25
39:12,19 49:7
57:22 59:18 60:18
61:18,24 80:1,23
84:9,15 91:13,14
92:21 95:20 98:7

**open**
10:7,19

**opened**
10:2,14,18 14:17
38:20

**opening**
8:19

**opinion**
16:14 17:19 37:4,
7,16 41:16 88:8

**opportunity**
94:14

**opposed**
10:23 78:11

**option**
8:10

**options**
59:11

**or**
7:22 8:5,19 9:4,10,
12 10:11,15 11:25

12:21 14:16 17:14
21:24 22:1,6,8,20
23:21 24:3,25
25:25 27:10 28:1,8
29:13 35:8 37:8
46:24 47:2,21
48:10 49:19 50:8,
17,23 51:15 52:10
54:9 57:5,18 58:8
61:7,21 62:9,19
63:17,20 64:1,3
65:10 66:11,14,15,
18 67:20 69:1,8,10
70:2,6,11,14 71:4,
18 73:2,5,14,19
74:1,12,13,21
76:10,24 77:12,20,
21 78:1,12 79:17,
20,24 81:18 82:5,
17,22,25 83:2,3,20
84:14 87:17 89:4,
5,13,20,24 90:24,
25 91:3,9 94:15
96:19 97:7 98:22,
24 99:2

**order**
9:14 26:16 30:5,7,
10 87:19,24

**ordered**
77:15

**orders**
75:21

**organization**
64:3 75:11

**organizations**
35:9

**original**
33:13 60:23 70:13

**other**
11:3 13:4 18:12
19:10,22 20:10,19
34:22 39:18 42:22
44:14 46:2 61:2

62:9 65:16,25
68:19 69:19 70:10,
16 78:12 82:21
84:22,23 89:14
94:7

**otherwise**
74:13

**our**
10:8 21:1 83:18

**out**
6:6 18:15 19:19
20:5,7,20 22:4,10,
25 26:7,16 30:5,7
32:5 33:4 34:6
35:24 39:23 42:11
45:24 46:14 49:17,
24 50:1,6,7,19,21
53:21 74:6 75:15,
20 78:25 80:19
88:7,9,20 90:21
91:15 94:14 96:14
98:3

**outcome**
17:5 54:11,13 55:9
56:10

**outside**
15:23 53:12,21
88:19

**over**
11:6 19:10 62:9
98:16

**overall**
37:13 79:6

**overlooked**
25:25 27:6

**overseen**
21:17

**oversight**
60:13

**overview**
10:9

**owners**
37:11

---

**P**

**p.m.**
5:5 34:24 50:10
100:9

**page**
26:20,21 28:21
30:17 31:1 32:18
36:4,17 38:5 41:19
44:3 50:11,12 98:8

**pages**
30:15 31:8,13
33:25 43:24

**paid**
33:9 39:19

**Paleaz**
85:20,24

**panel**
47:7

**parameters**
63:10

**paramilitary**
75:11

**parking**
8:23

**part**
28:22,25 29:25
34:13 59:21 72:9,
12,25 76:19 80:20
89:14 99:4

**participate**
79:4

**particular**
14:9 15:22,25
17:12 58:7 59:13
66:11 71:11 76:25
78:15,21 79:5



Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

82:20 83:14,16
88:17 91:25 97:24

**particularly**
41:18

**parties**
5:11

**partners**
22:22

**pass**
63:15

**passed**
80:10

**past**
35:24 61:22

**Pastor**
49:22,24 50:1

**Pate**
38:24 39:12 52:20
53:9,19 69:22
70:23 71:1 74:23,
24,25 88:5 93:16,
24 96:13

**patrol**
7:10,11,13,16,17
78:12 79:1

**pause**
19:7

**pay**
66:14

**PD**
8:20

**pending**
15:13

**people**
36:20,24,25 37:6,
7,8,9,10,15,17,19
38:2

**per**
76:13 77:2

**Perez**
5:7,16 15:23 17:1
22:3,9 24:6,15
48:17,23 52:22
53:20 54:23 57:19
58:3,8,14 59:17
60:8 61:4 64:10
65:14 66:17 67:5
68:17,18 69:9,21
70:4 74:1,19 76:12
77:4 82:14 84:24
91:2,22 94:25 96:1
99:2

**Perez's**
22:1,15 94:24
95:10

**Perfect**
53:6

**perform**
72:21 74:19

**period**
8:7 88:16 92:18

**person's**
9:19

**personal**
17:19 50:17 88:8

**personnel**
99:24

**perspective**
90:23

**philosophy**
72:7 73:24 77:17

**phone**
18:23 28:3,12 29:2
32:23 33:4,10,16
50:17 51:18 71:6
88:5,20 91:10,17

**phone's**
36:13

**photographs**
23:24

**pick**
59:11,19,21 75:24

**picture**
62:14 97:11

**pictures**
23:17,18,20,21,25
90:4

**place**
19:8 44:3 59:22
63:13 81:5 89:21
96:9

**Plaintiff**
5:14,15

**Plaintiff's**
25:21 26:4,17
32:10 34:2 68:1
98:9

**plan**
38:14

**play**
21:7

**playing**
89:5

**please**
5:13 16:19 33:7

**plus**
53:24

**point**
9:3 15:25 17:10
53:25 54:12 57:2
66:22,24 72:8 89:8

**police**
10:22 11:7,11
12:22 13:4,8,16,
22,25 17:16,17,20,
21,24 21:15 37:17,
18 44:18 46:21
55:14 59:18,20
60:18,24 63:1 64:3
66:7,8,9,13 68:9
73:15 76:21 78:19

79:8,10 80:1,7,24
84:8,15,23 85:21
89:1 90:13 92:17,
21 93:5 95:20 98:8

**policies**
11:3,12 12:19
44:6,7,8 60:23,24
63:12 80:25 81:3

**policing**
72:6 73:9,12 81:6

**policy**
11:25 12:10,14
15:1 43:8,25 44:2,
3,13,14,16 61:4,5,
11 62:19

**Pollock**
5:15 6:2,16 11:15
12:16 14:10,21
15:7 16:6,20 17:15
19:12 21:9,20 23:6
24:22 25:18 26:3,
19 27:3 28:6 29:5,
10,24 30:8,11
31:17 32:1,8,14
33:6,17,23 34:4
36:15,16 39:10
40:4 43:12,15 47:5
52:8,18 55:18
56:14,21 57:6,25
58:20 61:17 62:11,
12 65:13,22 66:4
68:3 69:6 74:12
76:1 77:24 78:16
80:22 81:16 82:2
83:4 84:19 85:5
87:4,12 92:5 95:4
96:5 97:21 98:11
99:1,18 100:6

**polo**
97:7

**position**
7:9,14,17,22 8:6,
12,14 46:13 59:23



877-291-3376
www.ucrinc.com

63:25 78:4,6,12

**positions**
63:1,22 80:8

**positive**
100:5

**possession**
65:17

**possible**
97:10

**possibly**
42:4 44:18 53:13
54:5

**post**
98:7

**pot**
16:1,3

**potential**
36:20 92:23 93:11

**practice**
69:25 70:14

**praying**
38:7

**precedent**
9:2 15:5 88:18

**precipitated**
49:15

**prefer**
83:15

**present**
5:16 86:6,8

**pretty**
47:20,21 58:24
59:2,4,9 63:9
66:15 75:25 77:14,
15 88:15 99:15

**prevented**
66:18

**preventing**

15:12 67:19

**previous**
60:21

**previously**
6:8 66:25 90:2

**primary**
54:7 67:23 71:16

**prior**
7:13 8:6,13,17,24
9:24 17:25 33:9
59:7 61:12 72:16
80:14,18 83:18
89:9,11

**privilege**
67:22

**privileged**
31:24

**probably**
13:11 39:17,19
51:13 82:18

**problem**
27:22 30:12 52:13
100:4

**problems**
65:6

**procedure**
12:14

**procedures**
11:4,12 12:3,19
63:13 80:25 81:3

**proceed**
5:20

**process**
8:8 12:8 46:20
60:12 74:22

**produce**
100:3

**produced**
28:16 36:3

**program**
72:22

**progressed**
59:25 60:1

**promoted**
41:8

**prompt**
14:16

**proof**
83:3

**property**
66:8,9 67:24 68:8
72:17

**proud**
81:2

**proven**
22:8

**provide**
51:10,14

**provided**
6:23,25 7:1 25:3,
12,15 27:9,11 29:9
30:2,6 32:3 33:11
43:16 75:21 76:19

**public**
18:4,6 19:15 20:11
21:2 65:11 78:13
79:10 80:7,12

**pull**
33:4 39:17,22

**pulled**
36:8

**pulling**
66:11

**purchase**
62:2

**purchased**
60:4 61:7

**purest**
91:8

**purpose**
75:2 79:9 93:15

**pursuing**
44:24

**put**
16:2 44:2 60:10
61:8 81:5 94:12

---

**Q**

**question**
6:18 10:14 14:15
16:21,22 19:14
24:12 29:22 34:25
37:3,15 39:5 43:1
45:23 50:21 54:15
59:21 61:2 62:10
63:24 91:2 92:25

**questioning**
25:10

**questions**
48:5,9 100:8

**quickly**
42:17 98:6

---

**R**

**radio**
68:18

**Railey**
5:17 6:10,13 7:2
12:6 13:19 14:20
16:4,17 19:5,7
21:6 22:21 23:4
24:17,19,20 25:13
27:23 29:8,11 30:4
31:14,16,18 32:3,
12 33:8,14,18
36:13 39:8,21
43:11 47:1 55:16



Universal
COURT REPORTING
CLEAR VALUE. EVERY CASE.

877-291-3376
www.ucrinc.com

56:12,18 57:1,23
58:18 60:5 62:6,8
65:8,18 66:2 68:25
75:17 77:23 78:14
80:13 81:10,24
82:16 84:10,25
87:2,10 91:6 94:17
95:24 99:12 100:8

**Railey's**
95:12

**raised**
45:2

**rambles**
93:10

**range**
25:16

**rank**
66:14

**ranking**
17:21

**ranks**
17:17 36:24,25

**rationale**
14:25

**re-ask**
62:10

**reach**
49:24 50:1,6,7,19,
21

**reached**
45:24

**reaching**
22:4,9

**read**
27:3 31:9 56:24
57:2 68:12 93:7
100:8

**reading**
100:10

**ready**
71:8

**real**
76:18 98:6

**really**
14:3,21 17:14 37:8
60:7 66:15 84:3
91:9

**reason**
14:22 25:3 31:23
71:16 82:11

**reasoning**
14:4

**reasons**
49:9 72:3

**recall**
9:18 10:16,18 11:4
17:9 18:17 19:24
20:15,16,22,23,25
22:12 23:23 24:11,
18,21 25:1 36:22
40:2 49:19 51:2,12
55:11 59:4,12,13,
16 60:14 62:19
66:7,10 67:3,6,7,8,
11,12,13,18 69:5,
24 70:10,13 72:23
77:16 84:13 86:3,
7,12,17,19,20 90:7
91:12 99:23 100:1

**receipt**
41:22 67:25

**receive**
22:14 95:10

**received**
21:21 22:3 26:15
34:1 40:15 43:18,
20 51:13

**recent**
35:24,25

**recently**
35:14,23 36:14

**recognize**
40:9

**recollection**
48:9 69:15 84:7

**recommend**
52:19 58:3

**recommendation**
53:9

**recommended**
52:24 57:15

**recommending**
53:18

**record**
5:3,14 25:22 26:18
29:12 32:11 33:14,
17,19,21 34:3
36:13 52:14,16
68:2 98:10

**records**
91:15

**recovered**
85:13

**refer**
13:9,14,21 14:5
16:7 70:22

**reference**
22:5,10 26:7 38:5

**referencing**
34:23 36:4,17,21
43:1 44:11

**referral**
47:17

**referred**
9:12,15 12:5,7,13,
17 13:17 47:23

**referring**
47:18 71:20

**refreshing**
48:9

**regard**
46:6

**regular**
98:15

**rehash**
57:7

**reinstated**
85:8

**related**
66:10 76:10 82:14,
21

**relation**
15:21

**relations**
18:16,19 19:20

**relationship**
31:3 49:22 94:24

**relatively**
46:12

**relay**
29:9

**relevant**
14:4

**relieve**
68:24 82:10 84:2,
22

**relieved**
65:15 66:17,23
67:4 69:10 85:2
86:15,17 91:3
94:16

**relieving**
66:21 69:1 82:22
86:18

**remediation**
96:9,12,16



**remember**
20:8 40:16 41:24
67:15 69:9 70:2
84:16,17 87:6

**remotely**
5:11

**removal**
69:8

**removed**
65:17

**rendition**
90:19 91:4

**reordered**
26:15

**Repeat**
16:21

**rephrase**
37:24

**report**
14:13,16,18,22
15:17,19 16:12
17:23 18:13,14
19:14 20:6 21:13
49:10,12,14

**reported**
15:1 16:15 18:19
19:13 20:1,11,18,
21 21:2

**Reporter**
5:3,12,19 16:20
19:9 22:18 23:2,5
33:19 52:13

**reporting**
5:13 13:18 14:7
15:13,15

**reports**
49:16,18,19

**represent**
78:20

**represented**
23:20

**representing**
49:3

**request**
14:17 24:14 41:4

**requested**
26:8,25 27:11
28:10 41:20

**required**
11:19,24 27:4

**requirements**
10:23

**requires**
60:22

**reserved**
100:11

**resign**
7:23 71:5

**resignation**
70:23 71:14

**resigned**
7:18,20,21,25 8:6
13:1 57:12 85:18

**resolved**
94:21 96:4

**respect**
11:16

**respectfully**
8:14

**respond**
45:2

**responded**
41:23 43:4,17,20
59:15

**response**
39:6 45:25 50:5,18
59:1,3,7,11,13

**responsibility**
63:9 79:6 85:12

**responsible**
62:21,24 63:2,11

**rest**
77:10

**resumed**
33:22 52:17

**retired**
45:16 53:3

**retribution**
14:24

**retrieval**
68:8

**retrieve**
24:6,14,23 69:20

**returned**
70:5 91:16

**review**
99:24

**reviewed**
51:25

**right**
7:7,8 11:7 13:5
16:3 21:1,18 23:4,
10,17 24:2 27:14
28:17,21 29:2
30:2,4,12,19,23,25
31:5,9,19 33:18
34:16 35:13 37:12,
14 39:7,13,20 40:6
41:10 42:6 43:19
49:7 51:5 52:19
53:18 54:15 56:6,
11,25 57:7,13,22
58:15 59:8 63:4,
16,22,24 65:5
66:17,24 67:2,5,9,
23 68:15,24 70:5
71:2 74:13,15,16
77:11,25 78:5,10

79:10,16,21,23,24
81:9 82:6,11 83:5
84:24 86:1,21
87:1,9,18,19 90:3
91:9 92:7,12,16
94:16 95:6 97:4,
13,19 98:25 99:8

**rise**
16:14,25

**Road**
7:17

**Robert**
85:7

**rocket**
88:15

**Rogers**
42:4 46:7,12

**roundabout**
87:16 90:24

**Ruben**
95:17

**rule**
99:3

**rules**
11:5

**rumor**
88:7

**run**
21:17 64:15 73:15
76:21 93:12,14
94:1

---

**S**

**SAC**
8:17,21 9:7,9,13,
14,18,24

**sad**
36:18



UNIVERSAL
COURT REPORTING
Clear Value. Every Case.

**said**
7:11 18:1 24:3
35:23 38:14 40:8
43:20 44:10,11
56:5 59:5,9,10
61:2 69:11 72:2
74:5,12 75:20
76:14 77:6,7 82:24
88:14 89:25 90:6,
8,9 93:24 94:4

**same**
11:3 15:24 20:14
36:9 38:8 42:12
45:8,18 67:12
73:1,5,11,12,18,19
75:4 76:4 99:15

**sat**
90:1

**satisfaction**
61:12

**save**
53:6 58:3,12

**saw**
70:9 73:2 97:11
98:1

**say**
7:20 8:24 10:17
11:16 12:12,21
13:7 16:5,19
21:14,20 34:17
36:18 37:4 46:8
47:9 59:4 60:16
62:4,17,19 73:2
74:11 82:17 83:10
84:6 91:8

**saying**
9:16 16:16,24
17:18 18:18 21:16
35:19 65:24 67:4,
6,13,14 70:1,5
73:13 77:4 92:3

**says**

**scan**
42:10

**scanned**
42:22

**scene**
86:6,9,12

**scheduling**
76:10

**scientist**
88:15

**screen**
39:18 67:1

**screenshot**
35:6 45:1 47:13

**scroll**
42:3

**se**
77:2

**search**
64:11

**second**
27:7 28:10 33:7
49:2 61:1 70:7
98:4

**Secondary**
67:22

**secretively**
83:2

**see**
6:3 23:17,18,24
25:3 27:22 28:21,
24 29:25 32:23
36:9 38:9,10 39:18
41:23 42:8,14,19
44:23 46:15 52:8
57:18 67:1 68:4
70:24 72:5 98:4,5,

31:9 38:13,16
46:16 47:3 68:10
98:14

12,16 99:25

**seeing**
70:10

**seem**
21:2 39:5

**seemed**
6:19 71:10 76:17

**seems**
35:23

**seen**
67:2,15 88:10
96:21

**seized**
58:23

**seizure**
58:8,11

**self-**
26:11

**selling**
18:15 19:19 20:5,6

**send**
41:2,20 45:21
50:14 52:5 68:22
92:16 93:12 95:13,
15

**sends**
38:18 45:1,20

**sense**
91:8

**sent**
26:7 27:14,17,19
32:4 36:5 42:10,24
43:3 47:13,20 52:3
58:21 60:10 66:21
67:17 69:2,10
70:3,8 86:19,25
88:11 91:2 92:11,
15

**separate**
9:6 15:22

**September**
10:3,20 12:20
15:10 17:25 20:12
23:14,22 24:7,16,
25 25:4,11 26:9,
10,22 27:18 29:19
30:4,5,9,13,14
31:12 32:22,25
33:1,5 34:5,10,23
35:1,6 43:18 65:17
66:1 67:25 68:20
70:19 79:14 81:22
87:7,8,17 91:1
92:7 94:16

**September-ish**
18:3

**Sergeant**
13:12,15 16:9
22:4,10 76:7 88:23
91:11,18,20,21

**Sergeants**
23:8

**Sergio**
5:7,16 15:23 17:1
22:1,3,9,15 24:6,
15 38:12 48:17
52:22 53:20 54:23
57:19 59:17 60:1,8
62:1 68:17 70:3
73:10 74:6,7,11
75:14 76:4 77:4,
10,20,22 78:2,4
79:21,25 82:14
84:24 91:2 92:15,
16 94:1,12,14,24
95:5,10 98:16,18,
19 99:2,10

**Sergio's**
70:20 86:5 93:7
99:24

**series**
6:24



**Universal**
**COURT REPORTING**
CLEAR VALUE. EVERY CASE.

**serious**
15:4

**serve**
80:16

**serves**
43:5 84:17

**service**
61:25 62:16 65:16,
25 68:19,23 69:20
80:18

**set**
34:18 42:16

**sets**
33:12

**seven**
33:25 91:9

**severity**
12:12 92:22

**sexual**
18:16,19 19:20

**share**
22:22

**shared**
38:6

**She**
47:15

**she's**
50:25

**shelving**
60:3

**sheriff**
8:11

**Sheriff's**
7:8 8:1,12 53:24
54:1

**shirt**
97:7

**shock**

**89:**9

**short**
33:20 52:15 88:16

**shortly**
47:21 76:8 86:12
88:13

**should**
12:5 15:1 16:15
35:22 75:5 80:16
100:5

**show**
23:20 26:4,20 30:9
33:4

**showed**
97:12,17,20

**showing**
28:20

**shows**
92:22

**signing**
100:10

**similar**
97:14

**simply**
6:18 20:1

**since**
11:6 26:15 38:3
41:16 46:12 51:17,
22 54:14 61:15
70:18 89:24

**single**
12:13

**sir**
6:10,11,21 7:2,6,
12 9:20,23 10:1,21
11:9,16,25 13:6,9,
20 15:11 16:5,19,
23,25 17:7 18:8,21
19:11,24 20:3,15
23:11,24 24:21

25:1,15,23 26:1
27:1,9,16,24 28:3,
7,24 30:20,24
31:7,10 32:18 33:2
34:8,12 35:3,5,10,
18 36:7,11,22
37:13 38:13,17
39:22,25 40:7
42:9,21,25 43:15
45:10,14 47:15
48:4,7,24 49:5,8
51:2,9,24 52:4,7
53:22 55:5,12,22
56:13,19 57:14,17
58:19 59:12,21
60:6 61:2 63:5
64:4 65:19 66:3,7,
21 67:7,11,12,22
68:5,10 69:11
70:21,25 71:12
73:8,14 75:18,19,
22,25 78:21 79:11,
17 80:4 81:1,11,
20,25 84:13 85:25
86:4,18 87:15,20,
23 92:4,13,16,24,
25 93:14 94:4,18
95:8,14,16 96:1,7,
10,25 97:2,5,10,16
98:13,17 99:13

**sit**
18:3 19:3 61:23
62:14 78:2 94:8

**sitting**
40:16,19 70:19
89:18

**situation**
13:11 14:3,4,11
17:8 54:6 66:11
82:23 89:5 94:19
95:3 96:3 99:1

**situations**
72:13 73:21

**six**
11:16 79:18 81:18
91:8 100:2

**six-month**
84:8

**slept**
82:5

**slip**
91:16

**smoking**
27:10

**so**
8:8 9:14,17 10:14,
17 11:10 12:7,9
13:14 14:2,15
15:12,25 16:2,13,
18 17:19,20 18:18,
24 19:8,21 20:4,
16,19,20 21:14,19,
20 22:6 24:5 26:21
27:17,19 28:11
29:3,22 30:12,21,
24 31:7,11 32:6,
19,23 33:2,4,11
34:17,21 35:3,4,5,
15 36:20 37:11
38:3 40:18 42:10
43:1 44:10 45:14,
17 46:22 47:3,10,
11,12,25 48:21
50:5,22 51:6,23
52:10,19 54:15
55:19 56:24 58:12,
14 59:7,8,11 60:7,
14,22 61:15,22
62:13,19 63:10,14
64:8 65:11 67:1,8
69:24 70:17 72:20,
21 73:10,23 74:2,
4,6 75:3,13,15
76:2 77:4,9,17,19
79:9 81:14 82:24
84:6 85:9 86:13
87:16,24 88:11,19

Universal
COURT REPORTING
Clear Value. Every Case.

Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

89:8,9 91:14 92:3,
10,14,22 93:4,6,7,
9,12 94:10,12
95:2,8 97:3,17,22,
23 98:1,3,25 99:8

**sole**
65:3

**solely**
62:23

**some**
6:23 8:16 11:2
12:14 22:19 23:24
24:12 29:14 31:19
45:1 46:9,14 81:5,
6 84:17

**somebody**
49:18 53:13,21
59:23 63:18 68:22
93:13

**someone**
59:17 68:24

**something**
12:4,7 16:14
18:22,24 19:25
20:1 25:25 27:6
29:12 38:14,21
39:16 44:24 46:17
62:5 74:11,12 75:9
76:10 90:9,11,14,
16

**sometime**
27:17 50:10

**somewhere**
86:23,24

**sorry**
16:18 20:8 22:18
24:19 27:1 53:1
56:7 58:19 62:4
67:11 78:15 97:1
99:9

**sound**

9:21

**sounds**
73:6 75:19

**South**
9:10 61:6

**Southern**
5:10

**speak**
50:24 51:1

**speaking**
8:18 48:20

**specific**
18:8 24:13 25:14,
16 36:22 40:3
49:13 54:24 76:9
79:3 84:4,7 87:6

**specifically**
83:13 89:2

**specifics**
55:6 64:22 81:8
82:25

**spent**
60:9

**splinter**
73:21

**split**
73:21

**spoke**
6:10 40:10,12
50:23 51:9 53:11
84:14

**spoken**
41:6 48:16,18
51:22

**spoliation**
29:15

**staff**
54:14 57:13 73:17,
18 75:5 77:11

78:21 79:8 86:5,8
89:1,18 92:23
98:14,24 99:4,5,8,
10

**stand**
74:13

**standards**
63:7

**stands**
65:9

**start**
6:6 34:19 74:23

**started**
47:11 60:2 76:7
79:16 83:23 90:19

**starting**
5:14 57:19

**starts**
34:14

**state**
5:13 18:23,25
19:16 20:12 21:3

**statement**
29:14 37:13 62:15
65:9 75:13

**statements**
89:16

**states**
5:9 65:10

**stating**
29:20

**status**
67:16,21

**Steel's**
46:23

**steele**
7:4 8:18,23 9:25
10:3,11,15,18
11:18 12:2 14:12

15:9 16:7 22:4,10
23:8,13 24:24
25:9,11 26:9 27:21
31:4 32:24 34:7,10
35:1,16 36:5,18,23
37:16,21 38:18
39:4 40:9,11,19,21
41:7,16 42:24
43:3,14 45:1,15
46:2,6,19 47:6,16,
23 48:2,16 49:6,
21,25 50:13 51:3,
10,16,17 52:3,22
57:11 75:14 76:7
81:17 86:23 87:7,
17,21,25 88:23
90:5,25 91:2,11,
19,20,21 92:10
95:13 97:12,17
99:21

**Steele's**
13:12 35:13 39:2
49:15

**Stefan**
47:24

**step**
7:23

**stepped**
88:19

**Steven**
5:1,6,8,22

**steward**
65:11

**still**
16:13 31:5 36:8
38:11 41:20 46:21
78:24 79:4 80:20

**stop**
83:21

**stopped**
62:18



Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

storage
58:13

stored
58:5

storing
57:21

strike
22:13 64:10

string
42:7

strong
29:13

struck
97:7

style
71:20 76:5,6

styles
76:21

subject
10:19 15:9,11
57:2,3,11

subjective
37:2,7 89:15

subordinate
11:13

subordinates
83:19

subpoena
27:3 47:21

substantiate
75:1 89:24

substantive
23:12

substantives
23:15

such
79:2

suddenly
76:11

sum
7:3

Sunday
43:3

superiors
76:5

supervisor
13:13 63:17 64:1
83:19

support
50:15

supposed
89:3

supposedly
24:7

sure
8:21 10:6 12:15
16:21,22 17:12,14
21:7,19,24 24:3
25:8 31:17 35:21
36:11,14 39:1
43:23 45:25 46:8
47:10,20 50:7
56:5,13,15 58:16,
24 59:2,4,6,9
61:20 62:11 63:12
69:7 73:15 77:15
85:2 88:15 96:18
99:15,20

surplus
72:14,15

surrounding
15:18 17:6

survey
63:20

suspect
76:18 77:1

suspend

86:1,2

suspicious
76:18

sustained
24:2

Suzo
47:8

sway
21:23,25 22:15

sworn
5:24

——————————

T

T.v
39:15

tactical
72:19

taints
93:3

take
9:2 15:5 52:8,10
65:21 78:1 79:17,
20 82:14 83:24
84:1 88:17 93:25

taken
6:8 23:21 46:18
65:24,25 69:3
76:11,23,24 82:19
83:2 96:11

taking
25:20 26:5 96:9

talk
8:21 9:11 21:21
35:16 40:17,18
48:2 73:8,16 74:24
76:20 88:22

talked
6:17 9:7 16:8
19:21 23:7 44:9

51:23 53:12,13
56:19 62:9 66:3,5,
6 75:12 81:11
83:10 93:21 99:13

talking
9:13 19:10 22:6
28:18 30:16,21,22
31:5 42:11,12
43:24,25 46:19
54:14 72:14,19
73:24 74:4,24
75:6,8 78:6 81:12,
14,25 83:13,14
84:12 85:12 86:2
88:23 93:19 95:25
96:1

Tampa
8:18,22 9:7,9,13,
15,18,25

tased
85:21 90:5,9

taser
10:4 24:6,14,24
89:5,6 90:10,11
96:22 97:13,15

tasers
90:13

tasing
48:15

task
72:21 79:3

tasked
58:8 61:4,10 96:2

Taylor
50:18,23

technically
7:24 8:4 48:20

Tecum
25:20 26:6

television
22:20



Universal
COURT REPORTING
CLEAR VALUE. EVERY CASE.

877-291-3376
www.ucrinc.com

Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

**tell**
9:8 13:7 46:1 47:6
48:22,25 54:21,24,
25 66:12 69:2,15
74:10 78:22 82:18
84:1,5 90:8 91:9,
11 92:1 94:9 96:18
98:25

**telling**
29:11 46:23 67:14
69:25 70:12 83:7,9

**tells**
38:11 50:13

**tend**
98:23

**tends**
73:21

**tenure**
79:18 80:6,12,23
81:18,19 84:8,14
95:23

**term**
45:3,9

**terminated**
85:1,2,6,7,15

**termination**
85:18

**test**
58:14

**testified**
5:24 90:1,3 94:22

**testifying**
29:8

**testimony**
6:8 48:3,6 60:21
67:12 70:13 77:19
88:4 90:7

**text**
6:24 7:4 25:2,8,10,
24 26:8,14 27:4,

13,14,17,21 28:3
29:18,20,22 31:21
32:15,17,20 33:25
34:18,22,25 35:15,
21 36:1,2,18 38:5,
13,16 40:25 41:19
46:16 50:9

**texting**
46:6

**texturing**
34:9,14 40:8

**than**
18:11 19:22 29:5
49:13 68:13 70:3
74:8 75:12 82:21
84:24 92:15 95:6

**Thank**
5:19 6:5 23:5

**that**
6:7,8,13,15,25 7:4,
6,9,21,22 8:2,6,17,
22 9:3,7,15,18
10:10,12,17 11:5,
7,12,13,18,24,25
12:4,5,12 13:1,5,
11,21,25 14:1,2,3,
7,8,9,12,15,16,17,
21,23,25 15:9,11,
14,20,21,24,25
16:5,13,15,19,24,
25 17:4,6,8,10,12,
13,16,18,23,25
18:18,22,24 19:3,
13,18,24,25 20:1,
2,15,22 21:3,7,8,
14,16,17,21,24
22:3,9,13,14,22
23:7,14,21,22
24:1,2,3,6,8,9,11,
15,24 25:2,8,11,25
26:6,15,20 27:6,8,
9,10,11,14,17,19,
20,25 28:1,8,13,
16,17,21,22,24

29:1,3,7,9,14,25
30:2,18 31:19,20,
25 32:3,4,6,13
33:9,11,16 34:6,
15,19,22 35:6,14,
15,17,19 36:1,3,5,
10,14 37:2,9,10,
14,16,24 38:6,9,
11,14,19,24 39:11,
13 40:1,2,8,10,12,
15,16,21,23 41:10,
12,22,23 42:2,8,
10,11,13,14,16,19,
23,24 43:2,3,7,9,
13,15,17 44:2,4,
14,23 45:2,4,6,15,
24 46:2,16,17
47:9,15,18,22
48:25 49:1,2,3,11,
13,14,15,17,18,20
50:17 51:2,7,11,
12,13 52:5,24
53:2,10,21 54:5,7,
9,10,12,13,17
55:5,8,11,19,23
56:4,6,9,17,20
57:2,15,20,21,22
58:4,7,9,10,11,19,
21,25 59:3,13,14,
17,23 60:4,9,14,
16,19 61:2,11,15,
23,25 62:1,15
63:3,12,17,21
64:6,11,22,24,25
65:1,6,20,24 66:3,
7,10,11,14,22,24
67:3,17,18,19
68:4,12,18,24
69:2,3,4,5,7,13,15,
17,22 70:3,4,9,10,
11,14,19,24 71:13,
17 72:8,11,21,22,
25 73:1,3,4,7,19
74:5 75:4,14,21,
22,25 76:9,13,14,
15,17,18,20,24

77:4,8,9,19,20
78:2,3,5 79:9,16
80:8,10,19,20
81:3,12,21 82:4,8,
9,17,19,20,22,24
83:1,11,22,24
84:5,6,7,11,14,20,
21 85:6,9,13 86:3,
6,16,19 87:6,19,24
88:1,6,9,11,22
89:2,3,4,8,9,21
90:4,8,20,21,23
91:4,7,12,17,18,
21,24 92:2,14,18,
22 93:3,9,11,15
94:4,6,7,8,19,21
95:3,5,6,13,25
96:2,3,10,11,14,
16,18,22 97:11,14
98:2,12 99:11,13,
23 100:3,5

**that'll**
53:6 91:16

**that's**
7:6 18:17,22 19:14
21:11 22:20 24:4
25:23,24 28:2,23
29:1,16,25 30:6
32:6,12 36:7,8
38:13,16 42:1 43:6
45:24 47:20 49:5
51:6 55:4 56:3,16,
24 59:21 67:10
68:10,14,21 70:16
71:21 73:6,12,23
75:24 76:2 81:11
83:20 86:19 87:5
89:20 91:17,18
92:3,21

**the**
5:3,4,6,7,8,9,12,
14,15,17,19 6:8,15
7:3,4,8,9,13,21
8:1,3,6,8,10,11,12,
17,20,21 9:1,4,7,9,



Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

11,12,13,14,18,24,
25 10:3,8,12,22,
23,24 11:2,5,10,
12,17,20,22,23
12:2,3,4,8,11,12,
18,21,22,24 13:3,
5,8,15,16,24 14:2,
4,7,8,12,22,24
15:2,6,9,11,15,16,
18,20,23,24 16:1,
2,7,8,9,10,14,17,
21,22,24,25 17:1,
4,5,6,7,10,11,14,
16,17,20,21,22,23,
24 18:4,5,12,17,
18,23,25 19:9,11,
14,15 20:11,14,15,
17,19,22,25 21:2,
3,15,16,20,22,23,
24,25 22:10,14,15,
18 23:2,5,9,13,25
24:1,6,8,9,10,11,
14,15,19,23 25:2,
8,10,19,22,24
26:5,14,18,20
27:14,17,19,22,25
28:9,11,15,16
29:9,12,22 30:2,3,
9,12,15 31:8,15,24
32:5,11,16,18
33:8,10,11,12,14,
19 34:3,6,9,13,18,
22 35:12,15,16,17,
21,22,24 36:1,2,9,
13,17,19,20,21,24,
25 37:10,14,17,18,
19 38:5,7,8,13,15,
16,24,25 39:8,11,
12,16,17,18,24
40:1,15,19,23,25
41:12,19,24 42:12,
16,19,22 43:2,6,7,
11,24,25 44:8,13,
14,17,21,22 45:12
46:13,15,16,18,20,
24 47:2,3,18,21

48:13,14,15,17,23,
24 49:2,7,9,10
50:12,14,25 51:8,
9,12,13,25 52:13,
20,21 53:11,15,16,
19,24,25 54:1,3,5,
6,8,10,11,13,16,
18,21,22,24 55:1,
2,6,7,8,9,11,21,23
56:1,2,8,10,16
57:3,5,7,11,20,21
58:4,5,7,10,11,14,
15,19,21,22,23
59:15,18,19,23
60:2,3,7,8,9,10,11,
13,15,16,18,19,21,
22,24 61:1,2,3,5,7,
8,10,11,16,22,25
62:1,4,7,10,18
63:6,8,9,12,14,15,
19,20,25 64:2,6,8,
9,10,14,19,21,22
65:3,6,10,11 66:6,
7,8,9,15,16 67:1,
10,17 68:2,11,16
69:4,7,8,9,17,20
70:16,17,18 71:1,
4,15,18,25 72:2,9,
10 73:1,2,5,8,11,
12,18,19,20,21,25
74:1,2,15,16,21,22
75:2,4,17,21,25
76:4,6,9,13,14,16,
17,22 77:2,3,9,10,
14,16,17 78:2,3,
10,13,17,19,20
79:1,5,6,9,12,15,
25 80:6,7,8,12,15,
17,23 81:4,13,18,
21 82:1,8,11,12,
13,14,15,19,22,23,
24,25 83:6,7,9,10,
15,18,21,24 84:1,
4,7,8,15,16,17,18,
20,22,23 85:13,21
86:3,6,10,11,12,

19,20,23,24,25
87:6 88:2,3,9,20
89:3,10,11,13,14,
19,20,23,24,25
90:1,2,4,9,13,15,
17,25 91:2,4,7,10,
12,13,15,16,17,18,
22,23 92:6,8,11,
12,22,23,24 93:1,
15,20,21 94:1,3,4,
10,13,14,18,20,23,
25 95:3,19,23
96:1,3,9,12,14,16
97:4,11,23 98:2,7,
10 99:1,4,15,17
100:2,10

**their**
18:15 20:5,7 68:23
79:10 84:23 85:10,
11

**them**
6:25 7:1 11:4,17
20:21 22:7,8 23:19
26:15,25 27:22
28:5,9,10 31:22
42:2,6 50:24 51:1
58:24 69:1,2 75:7
77:8,10 83:20,21
84:11 85:11 86:15

**then**
6:22 10:12 14:5,11
20:4 21:13 23:1
30:1,14 32:21
33:13 34:13,18,22,
23 38:11,18,21
40:1 41:7,17,19
42:22 43:23 44:3,
17,25 45:12,15
46:1,5,19,23 47:6,
10,13,16 49:6,21
50:16 51:3,10,22
52:11 57:19 59:9,
10,25 61:15,22
69:17,21 70:22
73:20 76:23 77:17

83:22 85:7 86:25
87:13,17,25 90:16,
24 91:1 92:4,16
93:3 94:13 95:8
96:12 99:16 100:3

**there**
6:7,18,23 11:16
12:14 13:23,25
14:22,23 15:8,12
17:4,17 18:10,11
19:18 21:16 25:3
27:10,20 28:4 30:5
31:20 32:6 33:12,
13 34:25 35:6
37:6,8,20 43:13
44:14 45:23 47:14
49:14,16,17 57:4,
5,10,15 58:21
59:22 61:21 63:1
68:21 69:3 71:10
74:18 77:19 79:18,
21 80:3,4,9,16,19
81:7,8,15,20 82:4
85:4 86:5 88:1,2
89:15 90:20 92:1
93:4 94:7,25
98:17,18 100:2

**there's**
6:20 19:22 21:14
22:24 25:25 27:5,
8,12,13 28:3,19,
22,25 29:25 31:24
32:19,24 33:12
55:22 56:5,9 63:5,
11 66:13 77:21
83:5 85:7 88:1
92:14,20 93:2,11
96:8 99:3

**thereafter**
76:8 86:12 88:13

**thereupon**
5:21 25:21 26:17
32:10 33:20 34:2
52:15 68:1 98:9



Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

**these**
42:5 50:22 78:3

**they**
8:4,8,10,13 13:8
19:1 30:5,6,8,10
31:23 41:6 59:4,5,
14 63:15,19 72:8,
11 73:20 77:12
86:11 91:12 98:24
99:5

**they're**
25:17 30:7 31:19
66:21 89:3 98:24

**thing**
12:13 36:9 42:12
45:8 54:7 67:12
74:16,20 86:20
89:4 90:2 100:5

**things**
15:5 46:2 48:10
71:11,13 72:22
81:5 90:20

**think**
6:23 13:21 17:9
25:17 29:16 37:7,
19 40:21 43:6
44:16 50:4,16,24
51:21 55:5 56:19
59:4 60:7 61:21
62:8 71:1 80:14
85:10 87:14 92:18
95:8 100:4,6

**thinking**
71:25

**third**
27:7

**this**
10:6 15:15 21:20
22:5 28:15 29:6
30:16 33:13 34:9
38:8 40:9 42:6
45:22 48:1 53:18

54:20 60:6 61:25
65:19 66:20 67:15,
24 68:8,17 69:2,
15,24 70:11 73:25
83:18,23 90:19
94:14 100:7

**those**
7:2,7 9:5 16:13
23:21 25:24 31:8
32:8 33:11 37:17
44:6 46:17 51:9
59:11,16 63:15,22
71:13 76:24 90:12
98:20

**though**
22:24 86:13,14

**thought**
31:22 41:9,11,14
75:2 77:1

**three**
6:23 16:8,13,24
30:15 31:8 59:11
85:2 86:25

**through**
7:7 11:11 15:25
17:1 25:4,5,7,11
26:10 27:4 30:1
32:1 33:1 34:10,15
42:6 43:6 51:11
60:12 61:8 85:19
92:6 98:5

**thumb**
39:6

**thumbs**
39:9

**Thursday**
38:12

**tie**
14:2

**till**
92:7

**time**
5:4 7:16 11:22
16:19 27:7 28:10
32:5 47:22 52:20
59:24 60:1 61:25
71:1 72:1 78:2,3
79:23 81:13 88:16
91:16 100:7

**timeline**
90:22

**timely**
13:18 14:13,18
16:11 57:13 59:15

**times**
12:25 74:10 98:19

**timing**
76:16,17 77:2,3

**title**
41:13

**to**
6:3,6,7,17,19,20,
24,25 7:1,2,13,17,
23,24 8:6,16,21,24
9:2,4,5,7,11,12,13,
15,23 10:11,17
11:4,13,16,19,20,
24 12:5,7,8,9,13,
18 13:6,7,9,12,17,
21 14:2,5,15,16,18
15:5,13,15,17,21
16:1,2,11,14,15,
17,25 17:3,22,25
18:1,5 19:5,9,14,
23 20:4,10,11,18,
20,21 21:2,11,23,
25 22:4,5,8,10,15,
18,25 23:1,3,15,
17,18,25 24:1,5,8,
14,23,24 25:14,19
26:1,2,22 27:6,9
28:7,9,12,13,14
29:9,19,22,24
30:4,10,12,13,14,

24 31:7,12,13,18,
23 32:2,3,4,22,23
33:5,9,10,14,16
34:13,21,25 35:16,
21,24 36:18,20,23
38:12,14 39:4,5,6,
8 40:17,18 41:2,3,
5,8,20 42:6,10,18,
24 43:1,4,11,21,23
44:17,23 45:5,14,
17,24,25 46:6,8,13
47:9,17,18,21,25
48:2,9,18 49:13,
24,25 50:1,3,4,5,6,
7,9,14,15,17,18,
21,22,24 51:6
52:3,6,20,21
53:13,15,18,19
54:2,8,12,16,18,22
55:2,8 56:2,17
57:2,4,7,13,19,20
58:3,5,8,10,12,13,
21,22 59:5,7,9,19
60:2,10,23 61:6,12
62:1,10,17 63:18,
19 64:15,25 65:11,
14 66:10,21 67:17
68:5,7,18,22
69:11,20 70:8,19,
22,23 71:5,8,16,
17,20 72:8,12,20,
21 73:7,18,21
74:2,6,16,19,24
75:9,15,16,17,20,
21 76:10,18,21,23,
24 77:13,14,15
78:11,17,25 79:1,
3,4,6,7,10,11
80:11,15,18,19,20,
24 81:5 82:13,14,
20,22 83:10,15,17,
20,21,24 84:1,5,6
85:14 86:3,19
87:1,22,25 88:4,9,
11,18,21,22,23,24
89:3,6,7,10,11,12,

Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

18,22,23 90:3,10,
15,20 91:4,10,14,
22 92:11,20,24
93:16,19,24,25
94:3,12,13,19,24,
25 95:13,15,22
96:15 97:9,14,15
98:2,3,15,19,22,23
99:2,3,4,10,14,24,
25

**today**
5:12,16 19:3 26:6,
10 29:8 61:24
62:14 72:3

**Today's**
5:4

**told**
22:9,13 29:17
40:10 47:3 49:6,9
54:5 55:4 70:12
76:14 80:5 83:19,
20,24 86:18 87:14
88:10,11,21 91:22
94:6 96:16 97:22

**too**
16:1 22:23 36:14
42:11 66:21

**took**
24:4 82:21 83:16

**top**
28:22 93:1

**total**
7:3

**totality**
15:2,18

**track**
90:18

**train**
75:1 89:6,7

**trained**
62:25 63:23

**training**
61:8,10 89:6 96:22
97:8,19

**transcript**
51:25 52:5 95:11

**transpired**
92:3

**travel**
45:7

**tremendous**
61:14 88:7

**tried**
54:22

**trouble**
23:1 74:14,15

**true**
11:18 15:9,14 19:3
23:7,14,22 56:17
59:17 62:15 63:21
80:8 82:9 84:21
86:16 99:11

**trust**
54:2,16 72:5,24,25
73:10 74:6,7 75:4,
8,12,14,16,18,20,
22 76:3 81:17,20

**trusted**
38:1 46:3 53:22
75:15 81:9,13,14

**truth**
10:12

**try**
22:25 26:1 33:10,
16 44:23 49:25
94:12

**trying**
8:16 12:9 13:6,7
21:23,25 22:15
54:18 55:2,8 57:4
74:6 75:15

**turn**
22:25 38:12

**twice**
51:22 88:16

**two**
32:8 33:12 51:8,9
59:21 77:12,20,21
85:2 86:5,8 91:24
94:22

**type**
68:11 88:8

___

**U**

**unable**
71:16,17

**unaware**
61:24 62:15

**uncommon**
66:13

**uncovered**
85:12

**under**
8:4,11 46:21 63:10
66:11 69:16 84:21
86:13,14

**understand**
28:17 73:5 74:11
83:5

**understanding**
62:13

**Understood**
76:2

**unfair**
21:5

**unfamiliar**
55:19

**uniform**
44:2,16 97:7

**unit**
19:15 20:11 21:3
54:1 61:18,25
62:16

**United**
5:9

**Universal**
5:13

**unlike**
86:5

**until**
34:24 60:11 61:16
82:14 94:1,3

**untruthful**
10:11

**up**
7:23 9:13 14:3
26:22 28:22 32:2
36:7,8 38:7,8 39:6,
9,17,22 41:4 59:8
61:6,7 62:1 64:8,9,
10 66:25 72:8
74:16,24 75:3 78:2
98:23 99:2,4,17

**us**
5:16 19:10 33:4
53:6 72:3 73:7
87:14

**used**
80:18

**using**
73:4

**usually**
63:5

**utilize**
64:25

**utilized**
24:7,15

**utilizing**
60:20


Universal
COURT REPORTING
CLEAR VALUE. EVERY CASE.

Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

## V

**vacation**
87:14 90:23

**valid**
22:8 89:24

**vast**
13:25

**vehicle**
18:15 88:19

**vehicles**
19:19 20:5,7 42:18
72:19

**velcro**
97:8

**verb**
84:13

**verbatim**
84:12,13

**verified**
22:7

**very**
24:13 29:13 40:1
47:21 76:8,18,21
86:12 88:12,16

**Vice**
50:25

**victim**
82:5

**victims**
18:16,20 19:20,21

**VIDEOTAPED**
5:1

**viewing**
90:4

**violated**
12:2,14

**violation**
12:11,12,18 15:22

**vision**
73:18,19

**volume**
22:25

**vs**
5:7

## W

**waiting**
32:1

**walk**
74:10 79:9

**walked**
60:18

**walks**
72:7,8 77:5 78:4,
25 79:2,3 98:15,20

**wall**
22:22

**want**
6:17 7:24 14:2
16:1 19:10 20:18,
20 33:14 42:6
43:23 47:9 59:9,
18,23 62:10 72:25
83:21 91:10 99:10

**wanted**
6:6,7,19 23:2
35:24 40:17,18
44:17,23 55:7
72:8,9 89:12

**warranted**
94:8

**was**
5:23 6:7,8,18,19
7:9,11,17,18,25
8:2,5,7,22,23 9:3,

4,12 10:2,7,9,11,
14,22 11:17,18,19,
24,25 12:7,8,14
13:3,6,7 14:8,12,
25 15:6,8,9,11,12,
15,21,24 16:25
17:6,8,17,23 18:9,
10,24 19:2,14
20:1,19 21:4,8,12,
16,17,23,24,25
22:4,9,14 23:23,25
24:13,24 25:21
26:6,18 27:4,6,14
31:20 32:3,4,5,10
33:11,20 34:2,23
35:6 36:3 37:17,19
38:19,24 39:2,6,
12,18,23,24 40:1,
2,16,18,21,22,23
41:11,24 42:10,23
44:14,16,24 46:12,
13,17 47:4,18
48:13,14 49:6,10,
11,14,15 50:4,18
51:12 52:15,24
53:2,4,18,25 54:7,
18 55:8 56:23
57:4,5,10,15,20
58:4 59:3,5,14,17,
22,24 60:4,9,10,
11,17,19,20,23
61:1,2,9,10,11,16,
21,25 63:24 64:19,
23,25 65:24 66:17,
22 67:16 68:1,6
69:3,4,7,14,17
70:13,23 71:1,4,8,
10,15,16,17,25
72:1,2 73:2,6 74:5,
22 75:2,13,25
76:6,13,19,24
77:1,15,17 78:4,8,
9,10,23 79:1,3,18,
24 80:7,11,15,19
81:9,13,15 82:1,3,
4,8,19,23 83:2

84:4,5,21 85:13,
15,17,18 86:13,14
87:24 88:2,4,12,
21,22 89:2,7,14,
15,19,21,24 90:3,
8,9,15,19,22,23
91:3,12,24 92:11
93:4,5,16 94:7,8,9,
10,19,25 95:3,22
96:3,7,10,11,15,19
97:12,14,20 98:9,
17,21 99:17 100:2

**wasn't**
15:22 19:25 20:17
21:12 24:12 35:6
38:24 47:15 56:19
57:2,3 61:12,15
66:18,20 69:2
70:14 77:16 79:24
80:10 81:14 82:1
84:3 89:6,21 93:15
95:19 96:11,18

**wasted**
57:20 60:3

**watching**
38:21 39:15,16,23,
24 40:2

**way**
38:8 56:17 60:10
65:6 73:3,12
99:15,17

**ways**
55:17,22 56:5,9
58:3,12

**we**
5:3,6 6:6 9:4 10:6,
7,10 15:2,20 16:8
17:10 18:14 19:3,
21 20:4 28:11,16
30:12,13,14,16
31:8,11,22 32:21
33:17 34:13,18,23
35:15 39:11,17



**Universal**
**COURT REPORTING**
Clear Value. Every Case.

877-291-3376
www.ucrinc.com

Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

40:10 41:19 43:9
44:9 46:11 51:11,
21 52:11 53:11,12,
13,15 54:14,17
55:5 56:19,22 58:6
61:3,23 62:13,14,
18 65:11,19 66:3,
5,6,20,24 67:8,17
68:11 70:7 75:24
78:19 79:6 80:21
83:17,23 84:14
85:6,9,11 88:13
89:25 90:1,2,18
96:12 99:13

**we're**
11:6 30:16,21,22
31:1,5 33:19
42:11,12 73:24
75:6 81:25 83:13,
14 95:25

**we've**
23:7 52:9 60:6
81:11

**wear**
41:12 68:14

**wearing**
97:6

**week**
32:5 47:3 50:14
91:24 92:15

**weeks**
91:24

**well**
9:11 10:13 11:15
12:21,24 13:3,6
14:21 17:8 21:1,
10,12 23:16 24:12
25:19 27:3,12 30:4
37:24 39:22,24
40:1 42:2 44:9
49:14 54:4,17 61:1
63:11 65:23 69:4
70:7 71:15 72:2,3

73:14 74:2,10
76:3,7 82:23 85:17
87:5,21 88:1,14
93:25 94:11 95:3

**went**
9:14 42:13 43:6
51:11 61:6,7 62:1
77:7,9,20 88:19
89:17 90:21

**were**
6:23 7:3,16,23 8:8,
9 9:4 11:11,20,23
12:18,24 18:11,12
19:1,18 20:6
23:21,25 27:20
28:4 29:9 30:2,5,6,
18 31:23 36:21
37:20 38:21 39:15
40:14 41:2,7 42:16
44:11 46:21 47:19
49:16,18 51:15
53:18 54:14 58:21
65:7,25 71:13,17,
20 73:4 75:2 77:19
78:3 81:4,17 84:23
85:4,20 86:5,10,
11,15 87:14 90:4,
17,20 92:1 94:7
96:2 97:18 98:19

**weren't**
72:11

**what**
6:17 7:9,11,13
9:15 11:22 13:6,8,
11 14:2 16:15
17:5,6,18 18:13,14
19:1,14 20:5,10,
18,20 21:1 23:13,
16 25:15,24 26:4,
13 27:4 28:2,18
30:8,24 32:20
33:24 36:3,20
37:3,7,24 38:16,19
39:6,18,22,23,24

40:2,8,13 41:14,24
42:1,19 44:5,11,20
45:2,4,6,25 46:6,8
48:10,12,13,14,21,
22 51:6,15 54:8,
21,24 55:1,4,23
56:3 59:3,13 61:1
62:19 63:14 64:19
67:4 68:10 69:11,
13,25 70:1,15,16
71:9,13,19,23,25
73:4,7,12,24 74:5,
6,13,22 75:2,8,13,
15,16,18,19,22
76:6 78:18 79:6,12
80:5,9,20 81:7
83:7,9,20 84:4
86:12 88:12,21
90:3,4,16,18,22
91:10 92:3,9
93:10,16,24 95:7
97:17,20,21,24
98:1,2,6,18

**what's**
35:24 44:8 62:14
68:21 75:16

**whatever**
26:22 28:14 31:23
36:1 44:14 54:9
61:6 74:20 83:12
89:14 94:5

**Whatsapp**
26:12

**when**
7:1,20,25 8:10,24
12:21,25 16:13
17:22 18:1 21:8,14
26:24 31:11 35:20
37:23 44:11 45:22
47:7,20 48:9 51:13
59:22 60:17 63:14,
19 65:19 68:22,24
69:2 73:15,16,20
76:7,12,13 78:23

79:1,3 81:13,17
83:18 87:15,16
88:2,15 91:15,20
96:7,8,11 98:19

**where**
14:11 21:7,19 36:4
43:2 53:23 63:2
72:15 73:1,2,5,21
74:18 75:1 77:10,
21 78:12 80:17
86:24 94:14 98:21
99:1

**whether**
6:7,18 9:3 14:15
24:3 28:7 32:23
37:15 43:19 54:8
57:5 61:24 62:15
63:24 65:23 69:10
70:2,6,13 76:23
79:25 80:11 82:17,
24 89:13,19,20
91:3 97:9 99:25

**which**
8:3,14 15:8 24:13
26:5,14 28:20,25
30:15,17 31:3
32:15 33:25 34:14,
15,19 35:11,23
42:23 43:4,18,20
44:7 46:21 50:10
51:14 60:9,10,12
61:13 66:24 67:1,9
70:3,12,23 72:13
74:24 75:9,11 86:8
90:17 93:16 94:5
98:7 99:1

**while**
7:8,21 8:5,9 11:10,
19,22 12:3 14:12
16:9 41:6 61:10
75:3 80:4,15 81:4,
15 84:23 85:21

**who**
5:16 6:24 9:15



Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

18:12,18 22:9,13
37:17 40:16,18,22
45:18 51:4 52:24
53:2 60:20 63:6
72:3 82:3 85:6,7,8,
23 95:19,22 96:16
97:14

**who's**
9:7 47:7 63:11
95:17

**whoever**
74:1

**whole**
79:18 90:1,2

**whom**
17:22 18:1,6 22:14
59:17 95:10 96:6,8

**why**
9:9 13:20 14:22
15:18 25:3,10
26:24 27:2 28:4
29:4 36:14 37:5
41:2,12 45:21
47:19 49:9,21,24
51:3 54:2,15
65:15,24 68:14
71:4 72:24 74:7
81:21 82:11

**Whyte**
5:12

**will**
63:17 100:8

**willing**
50:14

**with**
5:12,14,16 6:10
7:4,5 8:1,5,18,23
9:24 10:23,25
11:12,15,17 12:22
13:22,24 14:8
16:24 17:1,7 18:4,
6,16,19 19:1,4,20

21:22,25 22:22
23:8,12 27:20
30:24 31:3 33:15
35:16 38:6,15
40:9,24 41:4 42:4,
6 43:3,9,13 44:17,
21,22 46:6,9,12,
19,24 48:16 49:22
50:17,23 51:1,4,
16,17 53:9,24
55:19 56:2 58:14
60:8,15,22 61:4,7,
11,16 65:6,20
67:19 70:17 71:15
72:4,10 74:21,22,
23 75:14 76:16,25
77:5,7,15,20,21
78:13 79:15 80:7,
12,14,15 82:5
83:17 86:23 87:6,
17,21,25 88:7,12,
20,24 89:5 90:13,
24 91:1,11,18,21,
22 92:10 93:1
94:5,9,11,23 95:5
96:2,13,21 97:12,
18,21,23 98:21

**withdrawing**
48:25 49:3

**withholding**
29:20

**within**
17:24 60:24 86:25
88:16

**without**
12:4 13:15 16:10
65:15 83:2 86:2
93:12

**witness**
5:23 6:15 19:11
24:19 31:15 33:8
56:3,16 58:19
62:4,7 82:5 100:11

**witnesses**
18:17,20 19:20,21

**woman**
18:9

**won't**
17:4

**wondering**
26:24 44:11

**Woohoo**
39:2

**word**
21:21 22:14

**wording**
46:12

**words**
69:19 75:24

**work**
37:9,10 65:15
66:14,15,18,19,22
67:17 68:22 70:8
86:19 87:1,22,25
91:4,22 94:15,18
100:4

**worked**
11:16 89:1 95:19

**Workers'**
14:14,18 16:12

**working**
10:24 67:20

**worries**
23:2,3

**worth**
44:24

**would**
10:12 11:22 13:7,
8,10,11,12,16,21
14:16 17:4,19
19:23 26:14 29:3
34:17 40:10 41:12,
15 47:3 48:20

49:16,17,21,24
50:13,16 55:13
62:17,19 64:24
65:15 67:19 69:11,
13,18,21,25 74:11,
24 75:1,3 78:12
79:7 82:18 83:14,
22 84:5,17 90:7
93:14 94:10 96:18
97:24 99:24

**would've**
12:17 69:21 70:14,
15

**wouldn't**
12:12 13:14 14:5
16:5 21:13 37:4
46:8 65:3 82:12
84:2 86:2

**Wright**
40:23 41:3,4

**write**
46:6,8 98:23 99:4

**writes**
31:4

**written**
49:17,18 68:21
99:2

**wrong**
74:13 79:22,24

**wrote**
28:22 36:5

---

**Y**

**yeah**
20:3 33:17 36:15
38:3 47:11,12,25
51:19,21 56:13
59:5 64:13 66:5
67:3 71:25 75:18
76:14 77:6 78:1,9
79:17 82:7 87:15



**year**
   6:4 11:6 30:8,9

**years**
   53:24 78:22 79:21
   80:1

**yes**
   6:21 7:2,6,12 8:22,
   23 9:17 10:15,21
   11:1,9,17 15:2
   17:19 18:2 19:2,11
   20:3 22:7 23:11,24
   27:16 28:24 30:20,
   24 31:1,7,10 33:2
   34:8,12,17,21
   35:10,14,18 37:1
   38:1,13,16 40:9,25
   42:9,21,25 44:19
   45:10,14,17 46:22
   47:4,11 48:18
   49:8,19 51:6 52:23
   53:21,22 56:13
   57:14 59:25 62:25
   63:10,20 64:17,18
   65:2 68:5 69:23,25
   70:25 77:8,12
   78:8,9 79:11,17
   82:8 84:18 85:9,25
   87:15 90:12 92:4,
   13 93:4,6 95:8
   96:24 97:15 98:13,
   17

**yesterday**
   6:11,25

**yet**
   47:12

**you**
   5:19 6:3,5,7,17,18,
   20,22 7:1,4,5,9,11,
   14,17,20,21,22,24
   8:3,9,16,17,24,25
   9:5,7,8,9,14,15,18,
   24 10:17,23 11:3,
   5,11,22 12:17,21,
   24,25 13:3,4,7,14,

16,21,25 14:4,11,
15,16 15:1,4,12,
17,25 16:2,7,13,
18,19 17:16,23
18:1,6,8,13 19:13,
14,18,25 20:2,6,
10,14,18,21 21:2,
5,11,14,21 22:4,9,
13,14 23:1,5,8,12,
16,20,25 24:5,13,
23 25:2,9,10,16,17
26:4,9,20 27:2,9,
14,15,17,19,20,22
28:4,14,16,17,20,
21,22 29:3,4,5,17
30:7 31:4,18,24,25
32:3,12,13,18,23,
24 33:4,6,14 34:9,
25 35:1,4,8,16,19,
23,24 36:2,5,8,9,
10,21,23 37:14,15,
21 38:2,6,7,9,11,
14,18,19,21 39:5,
15 40:5,8,9,10,14,
19,23 41:2,7,12,
21,22,23,24 42:1,
3,6,8,14,19,24
43:1,2,4,8,13,17,
18,19,20 44:2,4,5,
8,10,11,17,20
45:1,2,5,6,7,12,20,
21 46:1,2,5,15,21,
23 47:6,13,16,19,
23 48:2,5,8,12,16,
21,22,24,25 49:2,
6,9,13,14,21,24
50:3,6,13,16,21
51:1,3,7,10,11,15,
16,17,23,25 52:3,
5,6,19,24 53:18,23
54:2,15,21,25
55:4,6,7,19,25
56:5,8,9,24 57:12,
15,20 58:14,21
59:1,8,9,10,18
61:2,13 62:4,8,9,

15,21 64:11,14,21,
22 65:14,23,24
66:7,12 67:1,2,4,8,
11,14,19 68:4,12,
18,22,23,24 69:2,
3,7,9,10,11,15,19,
21,25 70:1,3,12,
18,24 71:7,20,23
72:2,3,22,24 73:4,
7,10,12,14,15,16,
19,20,25 74:5,7,10
75:4,5,10,12,16,21
76:3,4,5,9,20,25
77:5,9,11,20,21
78:3,17,22 79:4,16
80:3,10,24 81:1,4,
7,17,21 82:4,10,
13,18 83:1,5,6,7,
17,22,23,24,25
84:5,6,7,20,21,23
85:6,7,11,20 86:1,
16,18,21,23,24
87:5,6,14,16,17,
21,24,25 88:1,4,
14,16,24 89:14,15
90:1,3,4,8,20,21,
23,24 91:8,9,11,
14,21 92:1,15,17,
23 93:1,7,10,12,
14,16,18,19,21,24,
25 94:4,9,12,14
95:6,10,13,15
96:16,18,21 97:3,
6,7,9,11,12,17,21,
22 98:12,15,18,19,
20,21,23,25 99:4,
6,8,10,19,21,24,25
100:3

**you'd**
   23:15 39:4 79:14
   95:5

**you'll**
   38:8

**you're**
   7:8 9:16 11:4,10

13:2,22,24 14:3
16:16,22,23,24
17:18 18:18 21:15,
19 22:6 25:14,23
27:1,24,25 28:18
29:11,12,13,14,17,
19,20 35:17,19
38:6 43:7,24
45:10,11 46:19
47:7 59:9 61:23,24
67:4 70:1,2,5
73:13,23 74:4
75:6,8 76:22 77:4,
14 78:6,18,21
79:23 81:2,12,14
82:11 83:11 84:11,
12 90:12 92:3,24
93:18 97:6

**you've**
   11:7 27:11 46:9
   63:21,24 79:22
   83:7 93:9 94:13

**you-all**
   47:20

**your**
   5:14 6:19,24 7:3,
   17 8:17 16:14 19:8
   26:12 27:3 28:12
   29:1 31:3 32:23
   33:4,16 36:18
   37:2,3,16,25 39:6
   40:8 41:16 47:7
   48:2,5,9 50:9,18
   51:16,17,23,25
   53:9 67:23 70:19,
   23 71:13,20,23
   72:5,13 73:17,18
   75:13,15,19,22
   76:4 77:19 79:18
   80:12,23 81:9,18,
   19 84:8 86:18
   88:15 89:10 91:3
   92:10,20 94:19,20
   95:23 96:19



Sergio Perez vs City of Opa-Locka & Steven Barreira
Barreira, Steven on 01/04/2023

**yours**
 99:8,11

