UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-20748-LENARD/LOUIS

SERGIO PEREZ,

    Plaintiff,

vs.

CITY OF OPA-LOCKA,

    Defendant.

_____/

## DECLARATION OF SERGIO PEREZ

I, Sergio Perez, make the following declaration pursuant to 28 U.S.C. §1746 and declare as follows:

1. My name is Sergio Perez.

2. I make this Declaration based on my personal knowledge.

3. I am over the age of 18 and competent to testify to the matters contained in this Declaration.

4. I worked as a Captain in the Defendant's Police Department until I was demoted to Sergeant on January 13, 2022.

5. While a Captain, my job duties did not include financial management, accounting, accounts payable, accounts receivable, financial reporting, budgeting, or the reporting of financial mismanagement by or within the Defendant's Police Department.

6. My role as a Captain was primarily an administrative role, which I primarily performed from within my office at the Police Department.

7. Steven Barreira was sworn in as the Defendant's Chief of Police on April 16, 2021.

8. I quickly noticed that Mr. Barreira was not a competent Chief of Police, and he began to engage in gross mismanagement and gross financial waste within the Defendant's Police Department within a short time after being appointed to his position with the Defendant.

9. Although not part of my job duties, I complained to Mr. Barreira in June 2021 that he was wasting the taxpayer's money by continuing to spend taxpayer money to store unclaimed contraband that could be sold, and in furtherance of those discussions, Mr. Barreira instructed me by email to "ensure that the Flea Market **investigation** was handled properly." (Exhibit "A.")

10. Mr. Barreira never instructed, requested, or otherwise had me investigate Defendant's expenditure of $1,200 per month on the storage of contraband.

11. I complained to Mr. Barreira about his waste of public funds because of my devotion to the people of Opa-Locka, whom I have served for a very long time.

12. I also complained to Mr. Barreira in July 2021 that he was wasting taxpayer money by not deploying the new K-9 unit despite an existing K-9 policy. (Exhibit "B.")

13. Mr. Barreira's Declaration testimony that he wanted the K-9 sufficiently trained is absurd since the K-9 and handler attended the initial training and supplemental training before they were ready to be deployed (but before Mr. Barreira refused to deploy them).

14. I complained to Mr. Barreira about his waste of public funds in not timely deploying the K-9 unit because of my devotion to the people of Opa-Locka, whom I have served for a very long time, and not because it was part of my job duties.

15. In addition, I complained to Mr. Barreira about how he violated the Defendant's procurement code by wasting taxpayer money in committing to a contract with Lexipol that cost Defendant tens of thousands of dollars.

16. My complaints and objections to Mr. Barreira about wasting public funds by unnecessarily and improperly committing Defendant to the Lexipol contract were out of my concern for the waste of taxpayer money and not as part of my job duties.

17. Within just a few months from when I started complaining about gross financial mismanagement and gross financial waste by Mr. Barreira, and within a few weeks of my last complaint(s) to him, Mr. Barreira retaliated against me as I described in my deposition.

18. I considered myself a whistleblower when I complained as a private citizen about financial waste by Mr. Barreira and objected to his misuse of public funds as matters of public concern.

19. I also believed I would be protected as a whistleblower under Florida law when I objected and refused to participate in gross financial waste and mismanagement by Mr. Barreira and the Defendant.

20. Defendant has a history of retaliating against those who object, complain, report, or refuse to participate in illegal activities or waste of taxpayer funds, including against Charmain Parchment.

## DECLARATION

By my signature below, I execute this declaration in Broward County, Florida, and declare under penalty of perjury that the foregoing is true and correct.

By _Sergio Perez (Jul 26, 2023 15:40 EDT)_
SERGIO PEREZ

Jul 26, 2023
DATE

# EXHIBIT "A"

EXHIBIT "A"



# Flea Market Investigation
2 messages

**Steven Barreira** <sbarreira@opalockapd.com>  Mon, Jun 28, 2021 at 11:11 AM
To: Sergio Perez <sperez@opalockapd.com>
Cc: Nikeya Jenkins <njenkins@opalockapd.com>

Capt. Perez;

In response to our conversation last week, I want to ensure that the Flea Market investigation was handled properly. Please look into this for me, and submit your findings by July 16th. This should provide you with sufficient time to speak with the CID Detectives, be fully briefed on the specifics of the case, and confirm the amount and status of evidence / property that has been seized as a result of the investigation.

Due to the nature of the information I previously provided you, I would also like you to consult with the SAO / City attorney in reference to my concerns on this case.

At any time, feel free to reach out with any questions or clarification that you may need.

Until completed and approved by me, please ensure that all property and evidence relating to this case(s) remains secured and in our custody / control.

Thanks;
**Steven Barreira**
Chief of Police
City of Opa-Locka Police Department
780 Fisherman Street, 3rd Floor
Opa-Locka, Florida 33054
Office Phone: 305-953-2877
Cell Phone: 786-442-7570
Email: sbarreira@cityofopalocka.com

**Sergio Perez** <sperez@opalockapd.com>  Mon, Jun 28, 2021 at 1:17 PM
To: Steven Barreira <sbarreira@opalockapd.com>
Cc: Nikeya Jenkins <njenkins@opalockapd.com>
Bcc: "John E. Pate" <jpate@opalockafl.gov>

Good Afternoon Chief,

I would like to begin by reassuring you again that this case was and is being handled properly. Pursuant to FSS 538.05, our detectives conducted an inspection of records/items during business hours at several bays within the flea market (second hand dealers). Upon doing so, multiple stolen articles were located and the individuals running the bays violated FSS 538.04 in that they did not have records to prove how or where the articles came from to say the least.

Aside from the articles which had already been reported stolen, the remaining items which may or may not be stolen are considered to be found/abandoned pursuant to FSS 705.104 since the suspects in this case did not maintain the statutorily required record keeping. This is also why the publication piece is so important. Our detectives have made several attempts to reach the city attorney to no avail as customary in cases like this, which we have worked before. If you could assist in getting the city attorney in contact with Detective Vielman and getting the list previously sent to you published in the newspaper- this would be very helpful.

Respectfully,

**Sergio Perez, M.A.**
Captain
Operations
City of Opa-Locka Police Department
780 Fisherman Street, 3rd Floor
Opa-Locka, Florida 33054
Office Phone: 305-953-2877
Cell Phone: 786-405-2620
Email: sperez@opalockapd.com

**NWU SPSC# 491**

# EXHIBIT "B"

EXHIBIT "B"

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com



# OPA-LOCKA POLICE DEPARTMENT

## K-9 Radar & K-9 Officer Jacksonville Pelaez

**Sergio Perez** <sperez@opalockapd.com>  Wed, Jul 28, 2021 at 8:15 PM
To: Distribution <distribution@opalockapd.com>
Cc: Alvin Rogers <arogers@opalockapd.com>, Nikeya Jenkins <njenkins@opalockapd.com>, Steven Barreira <sbarreira@opalockapd.com>, "John E. Pate" <jpate@opalockafl.gov>

Good Evening,

In what I believe to be one of the proudest moments in the forward movement of our agency, please join me in congratulating K-9 "Radar" and K-9 Officer Jack Pelaez who have successfully completed the FDLE 480-hour K-9 patrol school!

Essentially, this dynamic duo are certified in patrol and apprehension, and will be servicing the residents of this City effective Saturday, July 31, 2021. Officer Pelaez and K-9 Radar have been assigned a temporary schedule to work between the hours of 1500-2300 hours with Sundays and Mondays off.

Jack, we are very proud of you and all you have accomplished in this short period of time.

Congratulations!

Sergio Perez, M.A.
Captain
Administration & Special Operations
City of Opa-Locka Police Department
780 Fisherman Street, 3rd Floor
Opa-Locka, Florida 33054
Office Phone: 305-953-2877
Cell Phone: 786-405-2620
Email: sperez@opalockapd.com

**NWU SPSC# 491**

---

**Steven Barreira** <sbarreira@opalockapd.com>  Wed, Jul 28, 2021 at 8:17 PM
To: Sergio Perez <sperez@opalockapd.com>

Capt. Perez;
   BEFORE the K-9 unit is deployed..we need to meet.

--
Steven Barreira
Chief of Police
City of Opa-Locka Police Department
780 Fisherman Street, 3rd Floor
Opa-Locka, Florida 33054
Office Phone: 305-953-2877
Cell Phone: 786-442-7570
Email: sbarreira@cityofopalocka.com

Plaintiff, Perez
000266

**John E. Pate** <jpate@opalockafl.gov>                                      Wed, Jul 28, 2021 at 8:27 PM
To: "Sergio Perez (OLPD)" <sperez@opalockapd.com>
Cc: Alvin Rogers <arogers@opalockapd.com>, "Nikeya Jenkins (OLPD)" <njenkins@opalockapd.com>, Steven Barreira <sbarreira@opalockapd.com>

Sergio,

What's the status of the other dog?

Thanks,

John E. Pate, MS, CM
City Manager
City of Opa-locka
780 Fisherman Street, 4<x-apple-data-detectors://2/0>th<x-apple-data-detectors://2/0> Floor<x-apple-data-detectors://2/0>
Opa-locka, FL 33054<x-apple-data-detectors://2/0>
Office Phone - (786) 338-6598<tel:(786)%20338-6598>
Cell Phone -  (786) 829-0739<tel:(786)%20829-0739>
E-Mail: jpate@opalockafl.gov<mailto:jpate@opalockafl.gov>

NWU EMP# 44
NWU SPSC# 361
ILETSB-EI PER21C# M-221
ILETSB-EI ESTLE21C# E-314

E-MAIL CONFIDENTIALITY NOTICE: This electronic mail message, including any attachments, is for the intended recipient(s) only. This e-mail and any attachments might contain information that is confidential, legally privileged, contains law enforcement database information, or otherwise protected or exempt from disclosure under applicable law. If you are not a named recipient, or if you are named but believe that you received this e-mail in error, please notify the sender immediately by telephone or return e-mail and promptly delete this e-mail and any attachments and copies thereof from your system. If you are not the intended recipient or are otherwise not authorized to further disclose this message and its contents, please be aware that any copying, distribution, dissemination, disclosure or other use of this e-mail and any attachments is unauthorized and prohibited. This e-mail and any attached documents may contain Law Enforcement Sensitive material and should not be disseminated outside of official law enforcement channels. The information contained in this message as well as any attachments shall not be released to the media or the general public. Your receipt of this message is not intended to waive any applicable privilege or claim of confidentiality, and any prohibited or unauthorized disclosure is not binding on the sender or the City of Opa-locka.

On Jul 28, 2021, at 8:15 PM, Sergio Perez <sperez@opalockapd.com> wrote:

This is an EXTERNAL email. Exercise caution. DO NOT open attachments or click links from unknown senders or unexpected emails. If if this is a suspicious message please contact itsupport@opalockafl.gov

---

Good Evening,

In what I believe to be one of the proudest moments in the forward movement of our agency, please join me in congratulating K-9 "Radar" and K-9 Officer Jack Pelaez who have successfully completed the FDLE 480-hour K-9 patrol school!

Essentially, this dynamic duo are certified in patrol and apprehension, and will be servicing the residents of this City effective Saturday, July 31, 2021. Officer Pelaez and K-9 Radar have been assigned a temporary schedule to work between the hours of 1500-2300 hours with Sundays and Mondays off.

Plaintiff, Perez
000267

Jack, we are very proud of you and all you have accomplished in this short period of time.

Congratulations!

Sergio Perez, M.A.
Captain
Administration & Special Operations
City of Opa-Locka Police Department
780 Fisherman Street, 3rd Floor
Opa-Locka, Florida 33054
Office Phone: 305-953-2877
Cell Phone: 786-405-2620
Email: sperez@opalockapd.com<mailto:sperez@opalockapd.com>

NWU SPSC# 491

Public Records Notice: Under Florida Law, email addresses and electronic communications are public records. If you do not want your email address or the content of your electronic communication released in response to a public records request, do not send electronic mail to this entity.

📄 winmail.dat
11K

---

**Sergio Perez** <sperez@opalockapd.com>                                    Wed, Jul 28, 2021 at 8:33 PM
To: "John E. Pate" <jpate@opalockafl.gov>
Cc: Alvin Rogers <arogers@opalockapd.com>, "Nikeya Jenkins (OLPD)" <njenkins@opalockapd.com>, Steven Barreira <sbarreira@opalockapd.com>

Mr. Manager,

They are undergoing additional training as the Fort Lauderdale school did not want to certify him based on their standard. Miami Gardens PD is hosting a school and they did several tests, to where they felt the dog was certifiable. As of now, we are allowing for additional weeks of training prior to deciding on replacing the dog at no cost to the city.

Sergio Perez, M.A.
Captain
Administration & Special Operations
City of Opa-Locka Police Department
780 Fisherman Street, 3rd Floor
Opa-Locka, Florida 33054
Office Phone: 305-953-2877
Cell Phone: 786-405-2620
Email: sperez@opalockapd.com

**NWU SPSC# 491**

---

Lawrence Holborow <lholborow@opalockapd.com>                              Wed, Jul 28, 2021 at 8:38 PM
To: Sergio Perez <sperez@opalockapd.com>

Plaintiff, Perez
000268

Case 1:22-cv-20748-JAL Document 58-4 Entered on FLSD Docket 07/26/2023 Page 11 of 11
City of Opa-locka Police Mail - K-9 Radar & K-9 Officer Jacksonville Pelaez
10/25/21, 9:51 PM

Great Job I am so proud of you

On Wed, Jul 28, 2021 at 8:15 PM Sergio Perez <sperez@opalockapd.com> wrote:

Lawrence Holborow
Corporal
Patrol Division
City of Opa-locka Police
City of Opa-locka
780 Fisherman Street, Suite 316
Opa-locka, FL 33054
Office Phone: 305-681-1033
Cell Phone: 305-302-5875
E-Mail: L.holborow@oold.com



Sergio Perez <sperez@opalockapd.com>     Wed, Jul 28, 2021 at 8:41 PM
To: Steven Barreira <sbarreira@opalockapd.com>
Cc: Nikeya Jenkins <njenkins@opalockapd.com>

Chief,

We can meet at any time of your choosing. Is this relative to the same meeting we had already concerning the policy that we were looking at re-writing, presumably through this Lexi-pol process.

As a reminder, we have a current K-9 policy. I have attached it here for your reference. The question you had that I answered concerning searches on or off lead are referenced in pages 5-7.

Respectfully,

Sergio Perez, M.A.
Captain
Administration & Special Operations
City of Opa-Locka Police Department
780 Fisherman Street, 3rd Floor
Opa-Locka, Florida 33054
Office Phone: 305-953-2877
Cell Phone: 786-405-2620
Email: sperez@opalockapd.com

NWU SPSC# 491


FINAL-200.16 Canine PENDING.pdf
400K

Plaintiff, Perez
000269