SERGIO PEREZ vs CITY OF OPA LOCKA AND STEVEN BARREIRA
Krotenberg, Cory on 04/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-CV-20748-LENARD/LOUIS

SERGIO PEREZ,

      Plaintiff,

vs.

CITY OF OPA LOCKA,

      Defendant.
_____/

DEPOSITION OF CORY MICHAEL KROTENBERG

TAKEN ON BEHALF OF THE PLAINTIFF

APRIL 27, 2023
11:27 A.M. TO 1:15 P.M.

ALL PARTIES APPEARED REMOTELY
PURSUANT TO
FLORIDA SUPREME COURT ORDER AOSC20-23

REPORTED BY:
GABRIELA ARGENAL, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



877-291-3376
www.ucrinc.com

Page 2

```
1              APPEARANCES OF COUNSEL
2  ON BEHALF OF THE PLAINTIFF:
3       BRIAN H. POLLOCK, ESQUIRE
        FAIR LAW FIRM
4       135 SAN LORENZO AVENUE, SUITE 770
        CORAL GABLES, FLORIDA 33146
5       305-230-4884
        BRIAN@FAIRLAWATTORNEY.COM
6       (REMOTELY VIA ZOOM)
7  ON BEHALF OF THE DEFENDANT:
8       JONATHAN H. RAILEY, ESQUIRE
        JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER
9       & HOCHMAN, P.A
        2455 E. SUNRISE BOULEVARD, SUITE 1000
10      FORT LAUDERDALE, FLORIDA 33304
        RAILEY@JAMG
11      (REMOTELY VIA ZOOM)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1               INDEX OF EXHIBITS
2  EXHIBIT        DESCRIPTION              PAGE
3   103   MEMORANDUM DATED SEPTEMBER 10TH, 2021   12
4   104   IA PROFILE SHEET                        32
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1              INDEX OF EXAMINATION
2  WITNESS: CORY MICHAEL KROTENBERG
                                          PAGE
3  DIRECT EXAMINATION
        BY BRIAN H. POLLOCK, ESQUIRE         5
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
1       DEPOSITION OF CORY MICHAEL KROTENBERG
2            APRIL 27, 2023
3  Thereupon:
4         CORY MICHAEL KROTENBERG
5  was called as a witness, and after having been first
6  duly sworn, testified as follows:
7            DIRECT EXAMINATION
8  BY MR. POLLOCK:
9     Q   So, good morning.  My name's Brian Pollock. I
10  represent Sergio Perez.  Can you please give us the
11  benefit of your full name?
12     A   Cory Krotenberg.
13     Q   Do you have a middle name?
14     A   Michael.
15     Q   Have you ever been known by any other names?
16     A   No.
17     Q   What's your current position at the City of
18  Opa Locka?
19     A   The acting sergeant over investigations and
20  internal affairs.
21     Q   For how long have you had that position?
22     A   Approximately a year and -- probably a year
23  and two months.
24     Q   What position did you hold before you were the
25  acting sergeant over investigations and IA?
```



SERGIO PEREZ vs CITY OF OPA LOCKA AND STEVEN BARREIRA
Krotenberg, Cory on 04/27/2023                    Pages 6..9

Page 6

1   A   I was a detective.
2   Q   And you were a detective from when to when?
3   A   Probably six months prior to that.
4   Q   And what rank is detective?  Is that its own
5   rank or is that a subset of some other rank?
6   A   It's an assignment.  It's you're an officer.
7   However, it's the assignment.  It's a specialized
8   position.
9   Q   Got you.  So, when you were a detective, you
10  were an officer assigned to the detective division?
11  A   That's correct.
12  Q   And before you were a detective, what rank did
13  you hold?
14  A   Officer.
15  Q   How long have you worked with the City of Opa
16  Locka Police Department?
17  A   Approximately 15 years.
18  Q   So, you've gone through about a year and eight
19  months.  Were you an officer for the entire rest of the
20  time you were at the City of Opa Locka or did you hold
21  any other positions?
22  A   I was a lieutenant, I was a corporal, and I
23  was an officer.
24  Q   Okay.  Corporal, is that a position that is
25  currently recognized within the City of Opa Locka Police

Page 7

1   Department?
2   A   No, they do not have them anymore.
3   Q   Okay.  When were you a lieutenant?  From when
4   to when?
5   A   I'm not even sure the exact years.  It was
6   approximately six years.  I believe it ended in 2021
7   maybe or 2020.
8   Q   Is the lieutenant an appointed position?
9   A   Yes, it is.
10  Q   Do I understand that to mean that you served
11  at the -- kind of request of the city manager?
12  A   It's an at will position.  Yes.
13  Q   Who appoints civil service to lieutenant?
14  A   There is no civil service to a lieutenant.
15  Q   Okay.  Who appoints from a position -- who
16  appoints an officer from whatever position they held to
17  lieutenant?
18  A   The chief would make the appointment.
19  Q   Is the chief also the one who makes the
20  decision to remove somebody as a lieutenant?
21  A   The chief can make that decision.
22  Q   Who made the decision to remove you as a
23  lieutenant?
24  A   I believe it was the city manager.
25  Q   Who was the city manager at the time?

Page 8

1   A   John Pay.
2   Q   Were you provided with a reason?
3   A   No.
4   Q   Did your change in status come with a
5   completed personal action form?
6   A   Yes.
7   Q   Is it customary at the City of Opa Locka to
8   complete a personal action form whenever someone's rank,
9   status or pay is changed?
10  A   Yes.
11  Q   All right.  I previously marked, while
12  Ms. Lawson was here as Exhibit 101 for our deposition,
13  the Notice of Taking Deposition.  Do you have a copy of
14  that with you?
15  A   Yes, I do.
16  Q   Okay.  I've put it up on the screen just so we
17  can be on the same page, same document as 101.  It's six
18  pages, 31 areas of inquiry?
19  A   Yes.
20  Q   Okay.  Do you have any other documents with
21  you?
22  A   No.
23  Q   Did you review any documents besides this
24  Notice of Taking Deposition in preparation for today's
25  deposition?

Page 9

1   A   I reviewed the complaint, the Exhibit A, areas
2   of inquiry and the -- yeah, just the areas of inquiry.
3   Those were the questions that I reviewed.
4   Q   Other then -- let me ask you, are there any
5   areas of inquiry on which you do not feel competent to
6   testify?
7        MR. RAILEY:  Put an objection on to that one.
8   I'm not sure if it's the standard for the Corporate
9   Representative deposition, but go ahead.
10  A   No.
11  BY MR. POLLOCK:
12  Q   Let's see.  Did you -- where did you complete
13  high school?
14  A   Miami Killian.
15  Q   What year?
16  A   1989.
17  Q   So, did my brother-in-law.  Did you complete
18  any college after that?
19  A   Yes, I did.
20  Q   Where at?
21  A   Miami Dade and Florida Keys College.  I
22  amassed a total of, like, 65 credits there and then I
23  went to FIU and I amassed another 30 or so credits, and
24  that's pretty much where we stopped.
25  Q   Got you.  Did you earn any degrees from either

Page 10

1  Miami Dade, Florida Keys or FIU?
2      A   No.
3      Q   Are you currently enrolled in any schools?
4      A   No.
5      Q   As far as any certifications other than a
6  Florida -- or licenses beyond a Florida driver's
7  license, what do you hold?
8      A   Private investigator.  I think that's it.
9      Q   Talking about Sergio Perez, what's his current
10 status?
11     A   He is relieved of duty without pay.
12     Q   Why?
13     A   The chief made, I guess a decision and
14 relieved him of duty without pay.
15     Q   Are you aware of why the chief made that
16 decision?
17     A   I believe it was in reference to being
18 arrested a second time for a battery.
19     Q   And you mentioned second time because Sergio
20 had previously been arrested for battery.  Is that
21 correct?
22     A   That's correct.
23     Q   Neither of those charges have been
24 adjudicated, is that your understanding?
25     A   That's correct.

Page 11

1      Q   To your knowledge both charges are
2  misdemeanors?
3      A   Yes.
4      Q   And in the realm of law enforcement, the
5  misdemeanor is other than a -- I guess a code or
6  ordinance violation, the lowest kind of criminal
7  infraction?
8      A   Yes.
9      Q   Who's Johan Taylor?
10     A   He is a sergeant at the Police Department.
11     Q   What's his status?
12     A   He is currently relieved of duty with pay.
13     Q   And Sergeant Taylor, am I correct that he was
14 charged with -- was it multiple felonies?
15     A   The information was -- I believe whittled down
16 to one felony, one misdemeanor.
17     Q   And whose decision was it to suspend him with
18 pay?
19         MR. RAILEY:  Form, scope.  You can answer.
20     A   The chief.
21 BY MR. POLLOCK:
22     Q   Okay.  To your understanding, was Sergio Perez
23 relieved of duty with pay on or about September 10th,
24 2021?
25     A   Yes.

Page 12

1      Q   Is there any confusion in your mind that
2  Sergio was relieved of duty with pay as of September
3  10th, 2021?
4          MR. RAILEY:  Object to the form.
5  BY MR. POLLOCK:
6      Q   And I'm not looking to trick you here.
7      A   No.  What was the date of a second arrest, if
8  that's what the reference is?
9      Q   Let me do it this way.  I'll show you what
10 I've marked as Exhibit 103 for our deposition today.
11         (Thereupon, Plaintiff's Exhibit 103 was
12          entered into the record.)
13 BY MR. POLLOCK:
14     Q   It's a memorandum dated September 10th, 2021
15 from Steven Burrera to Sergio Perez, and it has a date
16 at the bottom of 9/10/21 Bates number, Plaintiff, Perez
17 0271.  Do you see that document?
18     A   Yes, I do.
19     Q   Okay.  Is this what you were looking for in
20 Mr. Perez's file to see whether he was relieved of duty
21 with pay on September 10th, 2021?
22     A   Yes.
23     Q   Okay.  Now, when an officer is -- when a sworn
24 law enforcement officer is relieved of duty at the City
25 of Opa Locka Police Department, is there normally a

Page 13

1  personal action form that accompanies this change in
2  status?
3      A   No.
4      Q   Okay.  What about when a sworn law enforcement
5  officer is relieved of duty without pay?  Is there a
6  personal action form that would accompany that change in
7  status?
8      A   No.
9      Q   Who's responsible for completing the personal
10 action form?
11     A   Human resources.
12     Q   Are PA forms normally kept within the employee
13 file that's maintained within HR?
14     A   Yes.
15     Q   Does the Police Department keep its own copy
16 or original of a PA form?
17     A   Yes.
18     Q   Is there a separate folder file or document
19 repository in which the Police Department keeps PA
20 forms?
21     A   Not a separate one for just PA forms.  It
22 would be in the administrative file.
23     Q   Does the Police Department have a separate
24 administrative file for each of its sworn employees?
25     A   Yes.



Page 14

1    Q   And was the administrative file for Sergio
2  Perez produced in this case?
3    A   Yes.
4    Q   Okay.  How many times has Sergio been relieved
5  of duty since September 1, 2021?
6    A   Inclusive of the September 1?
7    Q   Yes.
8    A   Twice.
9    Q   And that's why I went back to September 1
10 because I think he was suspended or relieved of duty
11 September 10th.  So, you said twice?
12   A   Yeah, he was -- there was the original one and
13 then there was the second one, which changed his status
14 from with pay to without pay, and both were forms of
15 relief of duty.
16   Q   The first time was September 10th and then
17 Sergio was reinstated.
18   A   He was -- I don't believe he was reinstated.  I
19 believe his status was just changed from with pay to
20 without pay.
21   Q   And why was that change made from with pay to
22 without pay?
23   A   I believe it was a culmination of the FDLE's
24 criminal investigation and the charges that were levied
25 by the State Attorneys office.

Page 15

1    Q   Okay.  What about the FDLE's criminal
2  investigation led to any change in Sergio's status?
3    A   The conclusion of their case and the charges
4  filed by the State Attorneys office.
5    Q   Okay.  The FDLE is an administrative agency?
6    A   Yes.  They are an administrative agency.
7    Q   And as a result of their concluding their
8  case, it was referred over to the State Attorneys
9  office.
10   A   The division of law enforcement for FDLE
11 investigations was the one that conducted the
12 investigation and they filed the charges with the State
13 Attorneys office as being State law enforcement
14 officers.
15   Q   Okay.  So, as a result of the FDLE's
16 investigation, am I correct in understanding that Mr.
17 Perez was accused of a misdemeanor?
18   A   That's correct.
19   Q   And is this the department's standard
20 operating procedures in which the result of an officer
21 being charged with a misdemeanor is relieved from duty
22 without pay?
23   A   No.
24   Q   What is the standard operating procedures for
25 the City of Opa Locka when an officer is charged with a

Page 16

1  misdemeanor?
2    A   The officer is relieved of duty with pay.
3    Q   Is that based on a written SOP?
4    A   I believe that's -- sorry, that's based on
5  past practice.  The decision or the choice to relieve
6  somebody with pay or without pay per the policy and the
7  contract lies upon the discretion of the chief.
8    Q   Who was the chief at the time that Mr. Perez
9  was relieved of duty without pay.
10   A   Scott Israel.
11   Q   When did Scott Israel become Chief of Police?
12   A   I would have to look that up.  I know it's
13 prior to relieving Perez.  I believe he arrived here in-
14  -
15   Q   Was it sometime around May of 2022?
16   A   April, May, yeah, I'm about literally just
17 doing a Google search for when he started here.  It
18 looks, like, May 6th, 2022.
19   Q   Okay.  And to be clear, that's not from what
20 you personally know, you were looking online and just
21 confirming that that's round about the time when Scott
22 Israel became Chief of Police at Opa Locka.  Is that
23 right?
24   A   Correct.  Want to be accurate.
25   Q   Okay.  And -- okay.  When Sergio Perez was

Page 17

1  relieved of duty without pay that was at the request of
2  Chief Israel?
3    A   Yes.
4    Q   Now, Chief Israel did not relieve Mr. Perez of
5  duty without pay as a result of Sergio being charged for
6  battery on Michael Steele.  Is that correct?
7    A   Correct.
8    Q   What -- Your understanding is that Chief
9  Israel made the decision to switch Sergio's status once
10 he was charged in connection with a second battery by
11 the State Attorneys office.  Is that right?
12   A   That's correct.
13   Q   While you have been the sergeant in charge of
14 investigations in internal affairs, was there an
15 internal affairs investigation involving Sergio Perez
16 concerning this second battery charge?
17   A   Well, I would -- no, during my tenure, no.
18   Q   What about before your tenure?
19   A   I believe there was an internal affairs
20 investigation, it was conducted.
21   Q   Have you ever experienced a situation in which
22 a Chief of Police -- oh, let me back up.  Do you know
23 how Sergio was referred over to the State Attorneys
24 office for the second battery charge?
25       MR. RAILEY:  Object to the form, scope.



Page 18

1     MR. POLLOCK:  You can answer.
2     A    Okay.  The -- When Scott Israel arrived here
3   as the chief, he took the investigation that had been
4   conducted by the previous internal affairs lieutenant,
5   and he submitted that or sent that over to FDLE to have
6   them conduct a criminal investigation into the original
7   allegations.
8   BY MR. POLLOCK:
9     Q    In your experience, is that an unusual
10  procedure?
11    MR. RAILEY:  Object to the form.  Hold on,
12  Cory.  Brian, I'm giving you a little bit of leeway
13  on this, but you have to now identify what area of
14  inquiry this relates to.
15    We're talking about a second -- we're talking
16  about the suspension without pay now.  I don't
17  believe this falls into any area of inquiry.  I've
18  given you a little bit of leeway.
19    MR. POLLOCK:  6, I'm looking at Number 6, his
20  employment, his job duties, change in job duties,
21  promotions, demotions, and the reasons for each.
22    MR. RAILEY:  Yeah.  I'll give you a little bit
23  leeway, but this has nothing to do with what the
24  allegations are in the second amended complaint.
25    MR. POLLOCK:  You can go ahead and answer if

Page 19

1   you can.
2     A    I've seen it happen when a new chief comes in
3   and he reviews the previous internal affairs files and
4   cases and has the -- I guess ability of the authority
5   to, you know, send them out to an outside agency to have
6   them looked at or have them, a second opinion.
7   BY MR. POLLOCK:
8     Q    Is that before or after the investigation has
9   been completed?
10    A    It could be before.  It could be after.  It
11  could be during.  I've seen it happen with each
12  occurrence.  I've seen him take a completed case and
13  send it out to have it looked at by either a federal
14  agency or a state agency and make sure that there were
15  no charges that needed to be filed in regards to
16  possibly anything improper that was done in the
17  investigation.
18    And it's the chief's -- it's within his
19  purview to select files to send out, to have second
20  opinions on if he doesn't either agree with it or he
21  feels that there may be something more that needs to be
22  done.
23    Q    Let's see.  Do you need to be a sworn law
24  enforcement officer to work as a code enforcement
25  officer?

Page 20

1     A    No.
2     Q    Has Mr. Perez ever been assigned to work as a
3   code enforcement officer?
4     A    No.
5     Q    Has Mr. Perez ever been assigned to code
6   enforcement?
7     A    Yes.
8     Q    In what capacity?
9     A    A Police sergeant.
10    Q    What would a Police sergeant do to be
11  assigned-- let me back up.  How many times in the past
12  has a Police sergeant been assigned to code enforcement?
13    A    I believe one other time, James Smith, I
14  believe was a sergeant and he got assigned to code
15  enforcement.
16    Q    What is the procedure for assigning a sworn
17  Police Officer to code enforcement?
18    A    It's at the discretion of the chief or the
19  city manager to -- I guess allocate their resources how
20  they see fit.
21    Q    And state that another way.  Am I correct in
22  understanding that there is no standardized procedure at
23  the City of Opa Locka for assigning sworn law
24  enforcement officers to code enforcement?
25    MR. RAILEY:  Object, form.

Page 21

1     A    No, there's not.
2   BY MR. POLLOCK:
3     Q    Do you know why Sergeant Smith was assigned to
4   code enforcement?
5     A    No, I don't.
6     Q    Who assigned Mr. Perez to work in code
7   enforcement?
8     A    The chief, the current -- the chief at that
9   time.
10    Q    Who was the chief at the time?
11    A    Steven Burrera.
12    Q    Did Mr. Burrera consult with you in prior to
13  assigning Sergio to work in code enforcement?
14    A    No.
15    Q    Do you know whom he consulted with?
16    A    I do not know.
17    Q    When was Sergio assigned to work in
18  enforcement?
19    A    I would have to literally look up on the
20  computer if you give me one second.  I don't see the
21  date that he was assigned there.  I'm looking through
22  the information that's available to me right now.  I
23  would say on or about January 17th, 2022.
24    Q    What were you looking at to come up with that
25  date?



Page 22

1     A   The complaint -- the amended complaint from
2  Sergio Perez in City of Opa Locka.
3     Q   Was Mr. Burrera -- wasn't Michael Steele the
4  Chief of Police at the time?
5     A   There was a -- I would have to look and see
6  specifically when Michael Steele's appointment was ,--
7  wait was it on the 11th?  Okay.  Looks, like, on
8  February 11th, 2022 Michael Steele was made the acting
9  Chief of Police.
10    Q   Okay.  Where did you look at to determine that
11  or was it a personal form or --?
12    A   It was an e-mail announcing personnel changes
13  that were made and it was sent out on February 11th,
14  2022.
15    Q   Who sent that e-mail?
16    A   Nikia Hill.
17    Q   For Mr. Perez, how would the assignment have
18  been communicated to him that he was to work in code
19  enforcement?
20    A   It would have been either verbally or via a
21  memo, advising him of a new or different assignment from
22  the chief.
23    Q   Should there be a memo to communicate to
24  Mr. Perez his new or different assignment?
25    A   Yes.

Page 23

1     Q   When working as a code -- when working in code
2  enforcement -- let me back up.  As a Police sergeant,
3  does Mr. Perez wear Police uniform?
4     A   Yes.
5     Q   That includes bars, shield, right?
6     A   Yes.
7     Q   Weapon?
8     A   Yes.
9     Q   Utility belt?
10    A   Yes.
11    Q   In addition to a kind of a pressed collared
12  shirt, our sergeant's also allowed to wear polo shirts
13  with the shield on it.
14    A   Yes.
15    Q   Now, as a -- when working in code enforcement-
16  - let me back up.  When Mr. Perez was instructed to work
17  in code enforcement, are you aware that of any of his
18  sergeant uniform or regalia had to be returned?
19    A   Prior to him going to code enforcement, his
20  uniforms and regalia as well as duty weapon, and I
21  believe even ID did have to be returned to property.
22    Q   Why is that?
23    A   The procedure when an officer is relieved of
24  duty has been to collect their uniforms, ID, badge, and
25  gun, and anything that was issued by the agency until

Page 24

1  that person is either brought back to full duty or
2  terminated from the agency.
3     Q   If Mr. Perez was simply transferred to code
4  enforcement, then why would he be treated as if he were
5  relieved of duty?
6        MR. RAILEY:  Object to the form.
7        THE WITNESS:  You want me to answer?
8        MR. POLLOCK:  Please.
9        THE WITNESS:  Okay.
10        MR. RAILEY:  You can answer.
11        MR. POLLOCK:  Jon or mister -- you know,
12  Mr. Railey is going to object from time to time.
13  Those are him preserving objections for the Court
14  to decide later on.  If he does not want you to
15  answer a question, I can promise you he will be
16  very clear that he does not want you to answer the
17  question, okay?
18        And I'm not being flippant about this, I'm
19  just saying Jon's going to tell you don't answer
20  the question, and he and I may go back and forth a
21  little bit, but we're not going to get real heated.
22  That's not his style or mine.
23        So, in any event, I should have talked about
24  that in the beginning, but be that as it may.
25  BY MR. POLLOCK:

Page 25

1     Q   So anyway, the question was if Sergio was
2  transferred to code enforcement, why treat him as though
3  he was relieved of duty in collecting his uniform, ID,
4  badge, gun, and anything else issued by the agency?
5        MR. RAILEY:  Object to the form.
6     A   When the agency relieved him of duty as per
7  practice, they take the issued equipment and we have it
8  returned to code enforcement.
9        And then if they choose an alternative
10  assignment for the officer that is relieved of their law
11  enforcement duties, they can assign them to dispatch to
12  records to other various parts of the department based
13  on the fact that, you know, they're paying them and the
14  decision to just allow them to stay home or if there is
15  a need for them at the department to where they can work
16  outside of their normal scope of duty and assist the
17  agency.
18  BY MR. POLLOCK:
19    Q   It's okay.  I'm trying to understand this.
20  Which is -- what I hear you say, and please correct me
21  if I'm wrong, is that Mr. Perez was relieved of duty
22  with pay at the time that he was transferred to go work
23  in code enforcement?
24        MR. RAILEY:  Object to the form.
25    A   Yes.



Page 26

1   BY MR. POLLOCK:
2       Q   And that in lieu of having Sergio just sit at
3   home and collect a check, they had him go work in code
4   enforcement.  Is that right?
5       MR. RAILEY:  Object to the form.
6   A   Yes.
7   BY MR. POLLOCK:
8       Q   And so, when Sergio was working in code
9   enforcement, is it your understanding that he was
10  responsible for sitting as a passenger in a code
11  enforcement vehicle to be driven by someone else?
12      MR. RAILEY:  Object to the form.
13  A   I believe he also had other duties as well,
14  but yes, he -- at one point in time was a passenger in a
15  code enforcement officer's vehicle.
16  BY MR. POLLOCK:
17      Q   And what was Sergio responsible for doing
18  while assigned to code enforcement?
19  A   I believe issuing parking citations.
20      Q   Anything else?
21  A   That is the extent of the knowledge that I had
22  that it was his assignment.
23      Q   When you were promoted from officer to
24  sergeant, was that a proud moment?
25  A   Yes.

Page 27

1       Q   I mean, you worked hard in your career and
2   when you're promoted from officer to sergeant, there's a
3   pay increase and I'm not going to ask what that was, but
4   there is a pay increase, is there not?
5   A   Yes.
6       Q   Okay.  There's also a change in your status.
7   So, instead of one badge, you get a different badge.  Is
8   that correct?
9   A   That's correct.
10      Q   And the color changes, what color does it
11  change, from what to what?
12  A   It goes to gold.  Oh, from silver to gold.
13      Q   And then on your uniform, is there any
14  indication on the sleeves that you are a sergeant?
15  A   Yes, there is.
16      Q   What's the indication?
17  A   There's three stripes on each sleeve, gold
18  stripes.
19      Q   Is there a ceremony?
20  A   There has been.  It's not a mandated process
21  here.
22      Q   Okay.  Is a sergeant primarily responsible for
23  issuing parking tickets?
24  A   No.
25      Q   While Mr. Perez was assigned to work as a code

Page 28

1   enforcement officer, was he permitted to work off- duty
2   or detail jobs?
3   A   No, he was not.
4       Q   Do you work off-duty or detail jobs?
5   A   No, I don't.  Not in general, but I have in
6   the past.
7       Q   Okay.
8       MR. RAILEY:  Can you guys hear that?  The Blue
9   Angels are practicing outside my window. It's very
10  loud in my office.  I don't know if it's coming
11  through to the video.
12      MR. POLLOCK:  No, but I guess that's about
13  right.  I mean --
14      MR. RAILEY:  Yeah.  The show this weekend.
15      MR. POLLOCK:  I think I used to come home from
16  college when they started that up and I'd look out
17  my window.  I would look out my window and hear the
18  same thing.  So, yeah.
19      MR. RAILEY:  Distracting.  But --
20      MR. POLLOCK:  That's an east Broward thing.
21      MR. RAILEY:  Yeah.
22  BY MR. POLLOCK:
23      Q   Do you know when James Smith was assigned to
24  code enforcement?
25  A   I would say the year was probably 2008.

Page 29

1       Q   Were you aware of any of the complaints that
2   Sergio Perez made to Steven Burrera?
3       MR. RAILEY:  Form.
4   A   Yes, I was.
5   BY MR. POLLOCK:
6       Q   What kinds of things did Sergio complain to
7   Chief Burrera about?
8   A   The wasting of money, the expenditures for the
9   cargo containers to store evidence and the canine policy
10  and the Lexapro contract.
11      Q   I think Lexapro is like a medication.
12  A   Yes.  That's why I was --
13      Q   We've all seen the commercials.  How did you
14  become aware, how'd you find out about these complaints
15  that Sergio made to Mr. Burrera?
16      MR. RAILEY:  Form.
17  A   Through my dealings with Captain Perez, when
18  he was in that position, I know that there was some
19  question as to the storage containers and what we were
20  doing with them.
21      Not necessarily I was involved.  It was just
22  from being in and around the office and the basic
23  conversation regarding, you know, things that had come
24  up.
25      And I know specifically that there was, you



SERGIO PEREZ vs CITY OF OPA LOCKA AND STEVEN BARREIRA
Krotenberg, Cory on 04/27/2023                    Pages 30..33

Page 30

1 know, a new policy and procedure. They were trying to
2 figure out how to roll it out. And I know they were
3 looking for a new program or something on how to do it.
4        And I know that Lexapro was an extremely
5 expensive program and I know that Perez was not
6 necessarily for that program. And it was just from
7 basic talk around the office.
8 BY MR. POLLOCK:
9    Q   And during this time that Sergio was
10 complaining to Mr. Burrera about wasting money and
11 expenditures for cargo containers to store evidence and
12 the canine policy and the Lexapro contract, was the city
13 under financial oversight?
14       MR. RAILEY:  Form.
15    A   Yes.
16 BY MR. POLLOCK:
17    Q   And what does it mean to you that the city was
18 under financial oversight?
19    A   That any and all expenditures needed either
20 prior approval or approval from the administration, as
21 well as an outside oversight board prior to issuing a
22 check or paying for any type of requirements or needs
23 that the department had.
24    Q   And to your understanding, why was the city
25 under financial oversight?

Page 31

1    A   I believe there was a budget deficit of
2 millions of dollars. And operationally, the city had
3 been spending money and paying for things that they
4 didn't necessarily have the capital to afford.
5    Q   Okay. Were you ever consulted for any
6 decision to relieve Sergio of duty with or without pay
7 or to change the kind of work he was doing?
8    A   No.
9    Q   Let's see. What's Michael Steele's current
10 status?
11    A   He was terminated from the agency.
12    Q   While you've been the sergeant in charge of
13 investigations in internal affairs, has there been an
14 internal affairs investigation involving Mr. Steele?
15    A   Yes.
16    Q   And let me ask you. Once an internal affairs
17 investigation is open, is that documented on the -- on
18 any kind of face sheet or other document for that
19 particular officer?
20    A   Yes.
21    Q   Is that document called an IA profile sheet?
22    A   Yes, it is.
23    Q   Okay. Let me, I'm going to show you what I've
24 marked as Exhibit 104, which is the IA profile sheet for
25 Michael Steele.

Page 32

1        (Thereupon, Plaintiff's Exhibit 104 was
2        entered into the record.)
3 BY MR. POLLOCK:
4    Q   I have it as a two-page document. Here's Page
5 1, earliest date on there is April 25th, 2012. And then
6 I've got the second page, which is March -- the latest
7 date on there is March 11th, 2020. Is there an updated
8 version of this IA profile sheet for Mr. Steele that
9 identifies the most recent IA?
10    A   Yes, there is a more updated one.
11    Q   Is the internal affairs investigation
12 involving Mr. Steele still open or has it been closed?
13    A   It's open.
14    Q   Is it open as a result of a pending criminal
15 investigation or for some other reason?
16    A   It's open as the -- as detailed as I can get
17 about it.
18    Q   Okay. I'm not going to press further. So,
19 one of the things that I was curious about was the
20 cameras that are in the office that was occupied by
21 Michael Steele on September 1st, 2021.
22       Can you speak to that? And I'm not asking
23 for, like, a whole explanation, you're saying yes or no
24 at this point?
25    A   Yes.

Page 33

1    Q   Okay. And I wasn't looking to shut you down,
2 I just also didn't want to confuse you as opposed to
3 like, "What are you asking me?"
4        So, that's why I was putting it in that way.
5 Probably not the most lawyerly way to ask a question,
6 but sometimes I'm not a Lawyer.
7        So, what it looks, like, from the Answers to
8 Interrogatories that I believe you signed on behalf of
9 the city is that there was a "Dummy camera" in the
10 office. Is that a fair statement?
11    A   Yes.
12    Q   All right. And I think that is a -- was that
13 a picture of you holding the dummy camera or was that of
14 somebody else?
15    A   I held it for one of the pictures as well too.
16 And there were some other people we needed to document
17 basically the existence of the dummy camera, and I took
18 pictures and then somebody else took pictures, so yes.
19    Q   Okay. And -- but I have the pictures. I
20 don't need you to look at them at this point, but my
21 question is, as far as your understanding, why place a
22 dummy camera on the interior office of a Police
23 Department building?
24    A   The person that put the camera there stated
25 that he did it because people were taking things off of



SERGIO PEREZ vs CITY OF OPA LOCKA AND STEVEN BARREIRA
Krotenberg, Cory on 04/27/2023
Pages 34..37

Page 34

1  his desk, and he felt that if he put a camera above his
2  desk or a dummy camera above his desk, that would act as
3  a deterrent to keep his pens and stuff from being
4  touched.
5      Q    Sounds, like, the movie office space.  Who is
6  the person who said they put the camera there?
7      A    Sergeant Gonzalez.  Marcus Gonzalez.
8      Q    Got you.  Okay.  Do you have any
9  responsibilities for IT?
10     A    No.
11     Q    Have you had any responsibilities for IT or
12  surveillance at the Opa Locka Police Department?
13     A    No.
14     Q    What about Sergeant Gonzalez?  Has he had any
15  responsibility for information technology at the Opa
16  Locka PD?
17     A    Yes.
18     Q    During what timeframe was he responsible --
19  did he have IT responsibilities?
20     A    Since I've gotten here in 2000, he's always
21  been the information technology sergeant.  He's always
22  been responsible for the computers and networking and
23  the maintenance of it.
24     Q    When it came time to do a search of the e-
25  mails for communications between Mr. Steele and Mr.

Page 35

1  Burrera, would that search have been conducted by you or
2  would it have been conducted by Sergeant Gonzalez or
3  someone else?
4      A    It would not have been conducted by me.  It
5  would've been conducted by our IT department, and I
6  don't know if they would've subbed it out to Sergeant
7  Gonzalez or they would've produced it themselves as to
8  who actually produced the documents.  It could be
9  internal -- it could be information technology
10  department or it could be Sergeant Gonzalez.
11     Q    And I don't want to talk about your
12  communications of facts or legal issues with Mr. Railey
13  or Mr. Sterns or their office, but when a request would
14  come in for documents and information at the Police
15  Department relative to this lawsuit, would those
16  requests to go to your attention or would they go to
17  somebody else's?
18     A    They would come in to the -- via the city
19  manager or the city Attorney and then be filtered down
20  to the departments that were required to -- I guess,
21  collect the data that was requested.
22     Q    Okay.  Because what I was trying to find out
23  is when a request comes in for documents or information,
24  who's the one that tasks the IT department and gives
25  them the query and say, "Hey, we need you to look for

Page 36

1  these documents, give me what you got?"
2      A    It'll usually either come from the city
3  manager's office or the city clerk's office, who is also
4  responsible for public records requests.  It's sort of a
5  convoluted process.
6          And the -- all information that is gathered is
7  required to be, you know, sent back to the city
8  manager's office via the city clerk's office, and then
9  it goes to the city Attorneys office, and then it gets
10  approved to come back and make sure that all the
11  documents are there and then sent back to the Counsel
12  that requested it.
13         So, it's -- there's no one information stream
14  that happens, but if it falls within each department
15  member's purview, they're sent an e-mail by however the
16  request is received to complete the document request.
17     Q    Okay.  Did you review all of the documents
18  that were produced in this case before they made its way
19  to Mr. Railey and Mr. Stern's office?
20     A    No.  I just basically responded to the
21  request, collected the documents and submitted them to
22  the Attorneys.
23     Q    And you say collected them, does that mean
24  that you would ask the city manager's office or what
25  would your process be?

Page 37

1      A    Depending on what the request was if it was
2  for administrative files or something like that, I would
3  then take that request, go over to see the chief
4  secretary, obtain access to the secure filing cabinet
5  where the administrative files are.
6          I would take them out, I would make the copies
7  and provide the documents that were needed there or if
8  they were for a training file, I would go into the
9  training file room, obtain access to the training file
10  cabinet, pull those documents, and for internal affairs,
11  I have those in a secure file cabinet in my office.
12         So basically, depending on what the
13  information that was requested, I would go to the
14  department of the person responsible for maintaining
15  those records and collecting the information that was
16  requested and then forwarding it.
17     Q    Okay.  It sounds, like, your role would've
18  been, at least from an active role, gathering hard
19  copies or paper documents that were maintained within
20  the Police Department and its files?
21     A    Yes.
22     Q    Right?  Okay.  As far as any kind of
23  electronic communications or electronically stored
24  information, that wouldn't have gone through you.  Is
25  that right?

SERGIO PEREZ vs CITY OF OPA LOCKA AND STEVEN BARREIRA
Krotenberg, Cory on 04/27/2023                    Pages 38..41

Page 38

1   A   That's correct.  It would've gone through IT.
2   Q   Okay.  Is there a standard operating procedure
3   that identifies how an internal affairs investigation is
4   supposed to be conducted?
5   A   Yes.
6   Q   And at the end of that internal affairs
7   investigation is a written recommendation made to the
8   Chief of Police?
9   A   A recommendation about what?
10  Q   Well, recommendation as to whether the
11  complaint should be founded or unfounded that resulted
12  in an internal affairs investigation?
13  A   The conclusion of the investigation will have
14  a investigative finding that will either be sustained,
15  not sustained or unfounded.
16  Q   That investigative finding, is it provided to
17  the Chief of Police?
18  A   Yes.
19  Q   And why is it -- why is the investigative
20  finding with the recommendation provided to the Chief of
21  Police?
22  A   The Chief of Police is the only person in the
23  agency that can authorize or not authorize an internal
24  affairs investigation and he is the final reviewer of
25  the investigative file.

Page 39

1   Q   Is the chief of Police the individual at the
2   Police Department who makes the final determination as
3   to whether the complaint is founded or unfounded.
4   A   The investigator that prepares the case,
5   conducts an investigation, prepares a report, and based
6   on the evidence, he determines whether the investigation
7   was founded or unfounded.  And then he submits that to
8   the chief for his review.
9       And the chief has the ability to either concur
10  or not concur with the findings of the investigation or
11  request more investigation or farm it out to an outside
12  agency if he was not happy with the type of
13  investigation that was conducted.
14  Q   I mean, as far as the Opa Locka Police
15  Department is concerned, does the chief have the final
16  say on the results of an internal affairs investigation?
17  A   Yes.
18  Q   Are there instances in which the Chief of
19  Police is a witness in an IA?
20  A   Yes.
21  Q   When the chief is a witness in an IA, does the
22  chief become the final decision maker?
23  A   No.
24  Q   Who does?
25  A   It would be default to the city manager.

Page 40

1   Q   And what's the -- how does it work where a
2   chief initiates an IA?  Tell me about that.
3   A   The chief would contact the person that's in
4   charge of internal affairs, let them know that there is
5   an allegation that was brought in at his level and he
6   was made notice to it or an internal affairs complaint
7   can come in from a citizen or another officer.
8       And if the complaint doesn't come directly
9   from the chief and it comes in from a citizen or another
10  officer, that complaint is then taken.
11      It is forwarded to the chief.  The chief has
12  the discretion to either assign it as an internal
13  affairs investigation or basically handle the complaint
14  in any other way that he sees fit.
15      So, it's the -- at the discretion of the chief
16  in regards to how the complaint is handled.  It either
17  comes straight from his office or came in through a
18  citizen or a another person, and then that form needs to
19  be signed by the chief prior to initiating any
20  investigation because the chief is the ultimate apex in
21  the internal affairs triangle.
22  Q   Okay.  So, to initiate an internal affairs
23  investigation, regardless of kind of the birth of it,
24  the only way that the internal affairs investigation
25  gets started at the Internal Affairs Department is by a

Page 41

1   written form that's signed off on by the chief?
2   A   That's correct.
3   Q   Okay.  Does the chief normally conduct any
4   fact finding on his or her own before initiating an
5   investigation?
6   A   Yes.
7   Q   What kind of fact finding?
8   A   The chief would usually have the names of the
9   witnesses.  He would have the allegations.  He would
10  have spoken or obtained some type of information that
11  allowed him to determine whether or not it was going to
12  be a violation of policy, procedure or state law to
13  where he would then send it to internal affairs or if it
14  was not going to be that serious that it could be
15  handled as a personnel complaint, which would be done
16  through the affected employee supervisor.
17  Q   Where would that investigation take place?
18      MR. RAILEY:  Form.
19  A   Within the agency.
20  BY MR. POLLOCK:
21  Q   Meaning you'd have a witness come into the
22  Police Department and the Police chief would talk to a
23  witness?
24  A   If the complaint was originating with the
25  chief.  Yes.



SERGIO PEREZ vs CITY OF OPA LOCKA AND STEVEN BARREIRA
Krotenberg, Cory on 04/27/2023          Pages 42..45

Page 42

1   Q   I mean, could you envision a circumstance in
2  which a chief would meet with a witness behind a
3  warehouse to conduct a fact finding investigation before
4  initiating an internal affairs investigation?
5        MR. RAILEY:  Form.
6   A   No, I couldn't.  No, I wouldn't.  I just it --
7  no, it doesn't seem or sound improper.  It doesn't seem
8  proper.
9  BY MR. POLLOCK:
10  Q   Okay.  Can we clean that up?  And I'm not
11 picking on you because I know you're, sometimes we think
12 faster than we speak and it doesn't come out as clearly.
13      So, can you envision why a chief would meet
14 with a witness behind a warehouse before initiating an
15 internal affairs investigation?
16  A   I personally would not it would seem to me
17 that, you know, meeting behind a warehouse would not be
18 the ideal spot to gather information.  It would seem,
19 you know, it would not look, you know, like it was, you
20 know, a proper type of conduct in taking an
21 investigation.
22      But there are some times that we do meet with
23 witnesses and informants and stuff in non-usual
24 locations to obtain information or gather intelligence
25 in regards to internal affairs cases.

Page 43

1        But with internal affairs cases, all of the
2  stuff that we do is, has to be documented and you know,
3  the report has to be written specifically as to when,
4  where, why, and how.
5   Q   Does that trickle upstream to a chief who
6  conducts an initial investigation to determine whether
7  to sign the form?
8        In other words, is it the expectation that if
9  a chief does some kind of fact finding to decide whether
10 to initiate an internal affairs investigation that the
11 chief's fact finding is memorialized in some kind of
12 written memorandum?
13      MR. RAILEY:  Form.
14  A   Yes.  It should be.
15 BY MR. POLLOCK:
16  Q   I mean, that concept of documenting
17 observations and investigations is a concept that runs
18 throughout Police procedure.  Is that not true?
19  A   That is correct.
20  Q   I mean is that a concept that's ingrained when
21 you are in the Police academy?
22  A   Yes, that is the basic level of training and
23 the responsibilities of a Police Officer.
24  Q   Okay.  Have you personally ever been subjected
25 to any kind of retaliatory actions at the Opa Locka

Page 44

1  Police Department?
2        MR. RAILEY:  Form, scope.
3   A   No.
4  BY MR. POLLOCK:
5   Q   Are you aware of anyone working at the City of
6  Opa Locka Police Department who has suffered from
7  retaliation?
8        MR. RAILEY:  Object to the form.
9   A   No.
10 BY MR. POLLOCK:
11  Q   Let's see.  Did you review a copy of the
12 investigative report that was prepared by Ria
13 Chattergoon concerning Michael Steele?
14  A   Yes.
15  Q   Have any of the officers who were identified
16 in that report expressed to you that they had concerns
17 about being retaliated against by Mr. Steele?
18      MR. RAILEY:  Object to the form.  Scope.
19  A   No.
20 BY MR. POLLOCK:
21  Q   Do you still talk or text with Mr. Steele?
22  A   No.
23  Q   While he was employed by the city would you
24 talk or text with Mr. Steele outside of the work
25 context?

Page 45

1        MR. RAILEY:  Form, scope.
2   A   Yes.
3  BY MR. POLLOCK:
4   Q   Did you consider yourself a friend of Mr.
5  Steele's or did you consider Mr. Steele to be friend of
6  yours?
7        MR. RAILEY:  Hold on.  Brian, what number does
8     this relate to?
9        MR. POLLOCK:  Well, it goes to bias.  I'm
10    allowed to ask, I'm not saying he is or isn't, I'm
11    just asking.
12      MR. RAILEY:  Okay.  You can answer, but it's
13    getting to a point where we're getting outside the
14    scope of a corporate representative deposition.  Go
15    ahead, sir.
16  A   Okay.  I've never been out with him
17 personally.  I don't think I've seen him outside work
18 ever.
19 BY MR. POLLOCK:
20  Q   Okay.  That's it.  You don't have to go any
21 further.  You don't have to go any deeper.  Kind of same
22 things with Mr. Burrera.  Mr. Steele continued to text
23 with Mr. Burrera for months and months after Mr. Burrera
24 stopped working at the city.  Did you text with Mr.
25 Burrera or e-mail him or talk with him after he left the



SERGIO PEREZ vs CITY OF OPA LOCKA AND STEVEN BARREIRA
Krotenberg, Cory on 04/27/2023                Pages 46..49

Page 46

1 city?
2        MR. RAILEY:  Object to the form.
3     A   I didn't talk with him when he worked here,
4  and I wouldn't talk with him when he is gone.
5  BY MR. POLLOCK:
6     Q   Okay.  Did you say you did or did not?
7     A   Did not.  I did not speak to him here and I
8  would not speak to him when he is gone.
9     Q   Are you aware of any -- did anyone in the
10 city, any communications between Mr. Burrera and the
11 commissioners regarding Sergio Perez and any complaints
12 that Sergio Perez had about the way that Mr. Burrera was
13 spending money?
14       MR. RAILEY:  Object to the form.
15    A   No.
16 BY MR. POLLOCK:
17    Q   The decision to assign Mr. Perez to code
18 enforcement, that's a decision solely made by the Chief
19 of Police at the time.  Is that your understanding?
20    A   Yes.
21    Q   Is there no written policy or procedure at the
22 city for what triggers an officer to be relieved of duty
23 with or without pay?
24    A   The policy states that it's at the discretion
25 of the chief.

Page 47

1     Q   And as far as the guiding principles for the
2  chief in deciding whether to relieve an officer of duty
3  with or without pay, am I correct that there are no
4  written policies or standards as per guiding the chief?
5        MR. RAILEY:  Form.
6     A   No, not in the policies.
7  BY MR. POLLOCK:
8     Q   Is there any other written document that would
9  guide the chief in deciding whether to relieve an
10 officer of duty with or without pay?
11    A   In the contract, it specifies it.
12    Q   Which contract are you talking about?
13    A   The current one.
14    Q   You're talking about the collective bargaining
15 agreement?
16    A   That's correct.
17    Q   Got you.  So, the Chief of Police should look
18 to the collective bargaining agreement in place in
19 deciding whether to relieve an officer of duty with or
20 without pay, is what I should understand.  Is that
21 right?
22    A   Yes.
23    Q   Because the collective bargaining agreement is
24 the city's agreed upon policy for deciding whether an
25 officer should be relieved of duty with or without pay.

Page 48

1  Is that correct?
2        MR. RAILEY:  Object to the form.
3     A   Yes.
4        MR. POLLOCK:  What's wrong with the form of
5     that question?
6        MR. RAILEY:  You're asking about all officers
7     or certain ranks?
8        MR. POLLOCK:  All officers.
9        MR. RAILEY:  Okay.  That's my objection.
10       MR. POLLOCK:  Okay.
11 BY MR. POLLOCK:
12    Q   Does the CBA apply to sergeants?
13    A   Yes.
14    Q   Was Mr. Perez a sergeant at the time that he
15 was relieved of duty without pay?
16    A   Yes.
17    Q   Was Mr. Perez a sergeant at the time he was
18 relieved of duty with pay?
19    A   I would have to look at the notes, but I
20 believe he was.
21    Q   Okay.  And so, going back to my original
22 question, so that we can get an answer without an
23 objection, am I correct in understanding that the
24 collective bargaining agreement in place at the time
25 would serve as the policy that the chief should consult

Page 49

1  in determining whether to relieve Sergio of duty with or
2  without pay?
3     A   Not the policy, but the guide as to whether or
4  how to make that decision.
5     Q   Okay.  And what do you mean by guide?
6     A   The contract -- the CBA between the PBA and
7  the city is the contractual obligation of, I guess both
8  parties to abide by and the rules, not necessarily the
9  policy which would've been created by just the
10 department without any other input from anybody, whereas
11 the CBA is a collective between the department and the
12 union and in agreed upon terms.
13    Q   Okay.  Now, is there a similar guidepost that
14 the chief should have consulted in deciding whether to
15 reassign Mr. Perez to code enforcement?
16    A   No.  Would you like an explanation?
17    Q   Please.
18    A   Okay.  The assignment to code enforcement
19 while he was still a Police sergeant, was a transfer of
20 duties and not done as a -- well, it should not have
21 been done or isn't -- was not done as a disciplinary
22 finalization to anything.  It was done as a reassignment
23 and kept him at his current rank and position, however,
24 with just different duties.
25    Q   Okay.  You say that it wasn't done as -- that

SERGIO PEREZ vs CITY OF OPA LOCKA AND STEVEN BARREIRA
Krotenberg, Cory on 04/27/2023          Pages 50..53

Page 50

1 the reassignment was not done as a disciplinary measure.
2 How can you say that?
3     A   There was no money taken from him and the
4 agency can assign an officer as long as it's -- within
5 the scope of the city's responsibilities to any
6 department or anywhere in the city to assist with any
7 type of a project or any type of inactivity.
8     Q   While Mr. Perez is assigned to code
9 enforcement, who is responsible for evaluating his
10 performance for purposes of an annual review?
11     A   He would still fall under the Police
12 Department and the person that would be responsible for
13 if he was relieved of duty or reassigned, would be the
14 internal affairs lieutenant or the subject -- whoever's
15 running internal affairs or administration.
16        It could be an administrative captain.  It all
17 depends on how the rank structure or the delineation of
18 authority applied when he was reassigned.
19     Q   So, did Mr. Perez receive an annual evaluation
20 for the time that he was relieved to duty, or that
21 included the time he was relieved of duty?
22     A   No.
23     Q   Why not?
24     A   The person that was responsible for it just
25 didn't complete one.

Page 51

1     Q   As a result of not completing an annual
2 evaluation for Mr. Perez, does that impact his pay?
3     A   No.
4     Q   Okay.  Is Mr. Perez entitled to an annual
5 evaluation as a --?
6     A   Yes, he is.
7     Q   -- law enforcement officer?
8     A   Yes, he is.
9     Q   In the annual evaluation, are you entitled to
10 a cost of living increase?
11     A   No.
12     Q   Are you entitled to a cost of living increase
13 if your annual evaluation is of a certain score?
14     A   No.
15     Q   Are you entitled -- in your annual evaluation
16 are you entitled to a longevity increase as long as you
17 meet a certain score?
18     A   No.
19     Q   And you're not -- so there's no longevity
20 increase that is reflected in an annual evaluation?
21     A   No.
22     Q   Okay.  You indicate that Mr. Perez's
23 reassignment maintained his current rank and position?
24     A   That's correct.
25     Q   Okay.  As a member of the general public, how

Page 52

1 would they know that Mr. Perez was in fact a sergeant
2 while he was reassigned?
3        MR. RAILEY:  Object to the form.
4     A   They wouldn't.
5 BY MR. POLLOCK:
6     Q   Okay.  As a member of the -- would Sergio be
7 wearing a code enforcement uniform?
8     A   No.
9     Q   What would he be wearing while riding around
10 in a code enforcement vehicle?
11     A   Whatever he chose to wear.  I don't believe
12 there's a policy that would dictate what he would wear
13 for that specific assignment.
14     Q   In other words, Sergio would be wearing plain
15 clothes?
16     A   Yes.
17     Q   So, to members of the public, Sergio would not
18 be recognized as a sergeant or even an officer?
19     A   Correct.
20     Q   Let's see.  As a code enforcement -- as a
21 sergeant working in code enforcement, would Sergio Perez
22 report to a captain or to someone else?
23     A   I don't know what the chain of command was at
24 that point in time or what he was advised of.
25     Q   Is there a document or memorandum issued to

Page 53

1 Mr. Perez, which would identify his new chain of command
2 while working as a sergeant in the code enforcement
3 division?
4     A   All of the documents that I was able to locate
5 and find, I supplied.
6     Q   Okay.  So, if you haven't seen one and I
7 haven't seen one, does it mean that you -- that there is
8 no document that you know of that identified the chain
9 of command for Mr. Perez, while a sergeant working in
10 code enforcement?
11        MR. RAILEY:  Object to the form.
12     A   Correct.  Yes.
13 BY MR. POLLOCK:
14     Q   And -- I've never worked in a paramilitary
15 organization such as a Police Department, when an
16 officer encounters a superior officer such as a
17 sergeant, is there any kind of respect that the officer
18 shows the sergeant by way of salute or tipping a hat or
19 how they refer to the person?
20        MR. RAILEY:  Object to the form, scope.
21     A   Yes.
22 BY MR. POLLOCK:
23     Q   And what's the protocol?
24     A   You refer to the person by their rank.
25     Q   When an officer encounters Mr. Perez working



SERGIO PEREZ vs CITY OF OPA LOCKA AND STEVEN BARREIRA
Krotenberg, Cory on 04/27/2023          Pages 54..57

Page 54

1  in code enforcement, were they supposed to greet Mr.
2  Perez as a sergeant or as a -- or what?
3      A   Absolutely.  Out of respect.
4      Q   I mean -- Did you ever hear of Mr. Burrera
5  talking about the complaints that he received from
6  Sergio about wasting money, expenditures for cargo
7  containers to store evidence, the canine policy or the
8  Lexapro contract?
9      MR. RAILEY:  Form.
10     A   I didn't speak to Mr. Burrera.  I would not
11 have had cause to have a conversation with him about
12 anything.
13 BY MR. POLLOCK:
14     Q   Okay.  If you can give me just a couple
15 moments, I'll try to gather my notes.  We can go off or
16 take five and then reconvene.  I'm sure Mr. Railey is
17 going to have a couple questions for you, but I'm just
18 going to take five, okay?
19     THE WITNESS:  Okay.
20     Q   All right.  Thanks.
21     MR. RAILEY:  Can you repeat yourself?
22     MR. POLLOCK:  I was just explaining that I
23 don't believe I have any further questions at this.
24 Mr. Railey may have some questions, and so I'll let
25 him take the reins.

Page 55

1  MR. RAILEY:  No questions.
2  MR. POLLOCK:  So, the next --
3  MR. RAILEY:  We'll read.
4  (Deposition concluded at 1:15 p.m.)
5  (Reading and signing of the deposition by the
6  witness has been reserved.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 56

1              CERTIFICATE OF REPORTER
2  STATE OF FLORIDA
3  COUNTY OF MIAMI-DADE
4
5      I, GABRIELA ARGENAL, Court Reporter and Notary
6  Public for the State of Florida, do hereby certify that
7  I was authorized to and did digitally report and
8  transcribe the foregoing proceedings, and that the
9  transcript is a true and complete record of my notes.
10     I further certify that I am not a relative,
11 employee, attorney or counsel of any of the parties, nor
12 am I a relative or employee of any of the parties'
13 attorneys or counsel connected with the action, nor am I
14 financially interested in the action.
15
       Witness my hand this 11th day of May, 2023.
16
17
18
19
20
21
22 GABRIELA ARGENAL, COURT REPORTER
   NOTARY PUBLIC, STATE OF FLORIDA
23
24
25

Page 57

1              CERTIFICATE OF OATH
2  STATE OF FLORIDA
3  COUNTY OF MIAMI-DADE
4
5      I, GABRIELA ARGENAL, the undersigned authority,
6  certify that CORY MICHAEL KROTENBERG, appeared before me
7  remotely pursuant to Florida Supreme Court Order
8  AOSC20- 23 and was duly sworn on the 27th day of
9  April, 2023.
10
       Witness my hand this 11th day of May, 2023.
11
12
13
14
15
16
17
   GABRIELA ARGENAL, COURT REPORTER
18 NOTARY PUBLIC, STATE OF FLORIDA
   Commission No.:  HH185996
19 Commission Expiration:  11/19/25
20
21
22
23
24
25



SERGIO PEREZ vs CITY OF OPA LOCKA AND STEVEN BARREIRA
Krotenberg, Cory on 04/27/2023                Pages 58..59

Page 58

```
 1   DATE:     May 11, 2023
     TO:       Cory MichaelKrotenberg
 2   C/O
              Jonathan H. Railey, Esquire Johnson,
 3            Anselmo, Murdoch, Burke, Piper & Hochman, P.A
              2455 E. Sunrise Bouleavard, Suite 1000
 4            Fort Lauderdale, Florida 33304
 5
     IN RE: Sergio Perez vs. City of Opa-Locka & Steven
 6   Barreira
     CASE NO:  1:22-CV-20748-LENARD/LOUIS
 7
 8   Dear Mr. Krotenberg,
 9        Please take notice that on April 27, 2023, you gave
     your deposition in the above-referenced matter.  At that
10   time, you did not waive signature.  It is now necessary
     that you sign your deposition.  You may do so by
11   contacting your own attorney or the attorney who took
     your deposition and make an appointment to do so at
12   their office.  You may also contact our office at the
     below number, Monday - Friday, 9:00 AM - 5:00 PM, for
13   further information and assistance.
          If you do not read and sign your deposition within
14   thirty (30) days, the original, which has already been
     forwarded to the ordering attorney, may be filed with
15   the Clerk of the Court.
          If you wish to waive your signature, sign your name
16   in the blank at the bottom of this letter and promptly
     return it to us.
17
     Very truly yours,
18
     Gabriela Argenal,
19   Court Reporter
     Universal Court Reporting
20   (954)712-2600
21   I do hereby waive my signature.
22
     _____
23   Cory Michael Krotenberg
     Cc: via transcript:
24                        Brian H. Pollock, Esquire
                          Jonathan H. Railey, Esquire
25
```

Page 59

```
 1   Errata Sheet
 2
 3   NAME OF CASE: SERGIO PEREZ vs CITY OF OPA LOCKA AND STEVEN BARREIRA
 4   DATE OF DEPOSITION: 04/27/2023
 5   NAME OF WITNESS: Cory Krotenberg
 6   Reason Codes:
 7       1. To clarify the record.
 8       2. To conform to the facts.
 9       3. To correct transcription errors.
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   Page _____ Line _____ Reason _____
23   From _____ to _____
24
25                   _____
```



877-291-3376
www.ucrinc.com

**0**

**0271**
  12:17

**1**

**1**
  14:5,6,9 32:5
**101**
  8:12,17
**103**
  12:10,11
**104**
  31:24 32:1
**10th**
  11:23 12:3,14,21
  14:11,16
**11th**
  22:7,8,13 32:7
**15**
  6:17
**17th**
  21:23
**1989**
  9:16
**1:15**
  55:4
**1st**
  32:21

**2**

**2000**
  34:20
**2008**
  28:25
**2012**

32:5
**2020**
  7:7 32:7
**2021**
  7:6 11:24 12:3,14,
  21 14:5 32:21
**2022**
  16:15,18 21:23
  22:8,14
**2023**
  5:2
**25th**
  32:5
**27**
  5:2

**3**

**30**
  9:23
**31**
  8:18

**6**

**6**
  18:19
**65**
  9:22
**6th**
  16:18

**9**

**9/10/21**
  12:16

**A**

**abide**
  49:8
**ability**
  19:4 39:9
**able**
  53:4
**about**
  6:18 10:9 11:23
  13:4 15:1 16:16,21
  17:18 18:15,16
  21:23 24:18,23
  28:12 29:7,14
  30:10 32:17,19
  34:14 35:11 38:9
  40:2 44:17 46:12
  47:12,14 48:6
  54:5,6,11
**above**
  34:1,2
**Absolutely**
  54:3
**academy**
  43:21
**access**
  37:4,9
**accompanies**
  13:1
**accompany**
  13:6
**accurate**
  16:24
**accused**
  15:17
**act**
  34:2
**acting**
  5:19,25 22:8

**action**
  8:5,8 13:1,6,10
**actions**
  43:25
**active**
  37:18
**actually**
  35:8
**addition**
  23:11
**adjudicated**
  10:24
**administration**
  30:20 50:15
**administrative**
  13:22,24 14:1
  15:5,6 37:2,5
  50:16
**advised**
  52:24
**advising**
  22:21
**affairs**
  5:20 17:14,15,19
  18:4 19:3 31:13,
  14,16 32:11 37:10
  38:3,6,12,24 39:16
  40:4,6,13,21,22,
  24,25 41:13 42:4,
  15,25 43:1,10
  50:14,15
**affected**
  41:16
**afford**
  31:4
**after**
  5:5 9:18 19:8,10
  45:23,25
**against**
  44:17



**agency**
15:5,6 19:5,14
23:25 24:2 25:4,6,
17 31:11 38:23
39:12 41:19 50:4

**agree**
19:20

**agreed**
47:24 49:12

**agreement**
47:15,18,23 48:24

**ahead**
9:9 18:25 45:15

**all**
8:11 29:13 30:19
33:12 36:6,10 43:1
48:6,8 50:16 53:4
54:20

**allegation**
40:5

**allegations**
18:7,24 41:9

**allocate**
20:19

**allow**
25:14

**allowed**
23:12 41:11 45:10

**also**
7:19 23:12 26:13
27:6 33:2 36:3

**alternative**
25:9

**always**
34:20,21

**am**
11:13 15:16 20:21
47:3 48:23

**amassed**

9:22,23

**amended**
18:24 22:1

**an**
6:6,10,19,23 7:8,
12,16 9:7 12:23
15:5,6,20,25
17:14,19 18:9 19:5
22:12 23:23 25:9
28:20 30:4,21
31:13,16,21 32:7
36:15 37:18 38:3,
12,23 39:5,11,16,
19,21 40:2,5,6,12,
22 41:4 42:4,14,20
43:6,10 46:22
47:2,9,19,24 48:22
49:16 50:4,10,16,
19 51:1,4,20 52:18
53:15,25

**and**
5:5,19,22,23,25
6:2,4,12,18,22 9:2,
21,22,23 10:13,19
11:4,13,17 12:6,15
14:1,9,12,14,16,
21,24 15:3,7,12,19
16:6,19,20,25
18:5,21,25 19:3,4,
12,14,18 20:14,21
22:5,13 23:20,24,
25 24:18,20 25:4,
7,9,13,16,20 26:2,
3,8,17 27:1,3,10,
13 28:16,17 29:9,
10,19,22,25 30:1,
2,4,5,6,9,10,11,12,
17,19,24 31:2,3,16
32:5,22 33:1,12,
16,17,18,19 34:1,
3,22,25 35:5,11,
14,19,24,25 36:6,
8,9,10,11,19,21,23
37:7,10,15,16,20
38:6,19,24 39:5,7,

9 40:1,5,8,9,18
41:22 42:10,12,23
43:2,4,17,22 45:23
46:4,7,10,11 47:1
48:21 49:5,6,8,11,
12,20,23 50:3,12
51:19,23 53:5,6,
14,23 54:16,24
55:5

**Angels**
28:9

**announcing**
22:12

**annual**
50:10,19 51:1,4,9,
13,15,20

**another**
9:23 20:21 40:7,9,
18

**answer**
11:19 18:1,25
24:7,10,15,16,19
45:12 48:22

**Answers**
33:7

**any**
5:15 6:21 8:20,23
9:4,18,25 10:3,5
12:1 15:2 18:17
23:17 24:23 27:13
29:1 30:19,22
31:5,18 34:8,11,14
36:17 37:22 40:14,
19 41:3 43:25
44:15 45:20,21
46:9,10,11 47:8
49:10 50:5,6,7
53:17 54:23

**anybody**
49:10

**anymore**
7:2

**anyone**
44:5 46:9

**anything**
19:16 23:25 25:4
26:20 49:22 54:12

**anyway**
25:1

**anywhere**
50:6

**apex**
40:20

**applied**
50:18

**apply**
48:12

**appointed**
7:8

**appointment**
7:18 22:6

**appoints**
7:13,15,16

**approval**
30:20

**approved**
36:10

**approximately**
5:22 6:17 7:6

**April**
5:2 16:16 32:5

**are**
9:4 10:3,15 11:1
13:12 15:6 18:24
23:17 24:13 27:14
28:9 32:20 33:3
36:11 37:5 39:18
42:22 43:21 44:5
46:9 47:3,12 51:9,
12,15,16

**area**



18:13,17

**areas**
8:18 9:1,2,5

**around**
16:15 29:22 30:7
52:9

**arrest**
12:7

**arrested**
10:18,20

**arrived**
16:13 18:2

**as**
5:5,6 7:20,22 8:12,
17 10:5 12:2,10
15:7,13,15 17:5
18:3 19:24 20:2
23:1,2,15,20 24:4,
24 25:2,6 26:10,13
27:25 29:19 30:20,
21 31:24 32:4,14,
16 33:2,15,21 34:2
35:7 37:22 38:10
39:2,14 40:12
41:15 42:12 43:3
47:1,4 48:25 49:3,
20,21,22,25 50:1,4
51:1,5,16,25 52:6,
18,20 53:2,15,16
54:2

**ask**
9:4 27:3 31:16
33:5 36:24 45:10

**asking**
32:22 33:3 45:11
48:6

**assign**
25:11 40:12 46:17
50:4

**assigned**
6:10 20:2,5,12,14

21:3,6,17,21 26:18
27:25 28:23 50:8

**assigned--**
20:11

**assigning**
20:16,23 21:13

**assignment**
6:6,7 22:17,21,24
25:10 26:22 49:18
52:13

**assist**
25:16 50:6

**at**
5:17 6:20 7:11,12,
25 8:7 9:20 11:10
12:16,24 16:8,22
17:1 18:19 19:6,13
20:18,22 21:8,10,
24 22:4,10 25:15,
22 26:2,14 32:24
33:20 34:12,15
35:14 37:18 38:6
39:1 40:5,15,25
43:25 44:5 45:24
46:19,21,24 48:14,
17,19,24 49:23
52:23 54:23 55:4

**attention**
35:16

**Attorney**
35:19

**Attorneys**
14:25 15:4,8,13
17:11,23 36:9,22

**authority**
19:4 50:18

**authorize**
38:23

**available**
21:22

**aware**
10:15 23:17 29:1,
14 44:5 46:9

---

**B**

**back**
14:9 17:22 20:11
23:2,16 24:1,20
36:7,10,11 48:21

**badge**
23:24 25:4 27:7

**bargaining**
47:14,18,23 48:24

**bars**
23:5

**based**
16:3,4 25:12 39:5

**basic**
29:22 30:7 43:22

**basically**
33:17 36:20 37:12
40:13

**Bates**
12:16

**battery**
10:18,20 17:6,10,
16,24

**be**
8:17 13:22 16:19,
24 19:10,11,15,21,
23 20:10 22:23
23:18,21 24:4,15,
24 26:11 35:8,9,
10,19 36:7,25
38:4,11,14 39:25
40:19 41:12,14,15
42:17 43:2,3,14
45:5 46:22 47:25
50:12,13,16 52:6,
9,14,18

**became**
16:22

**because**
10:19 14:10 33:25
35:22 40:20 42:11
47:23

**become**
16:11 29:14 39:22

**been**
5:5,15 10:20,23
14:4 17:13 18:3
19:9 20:2,5,12
22:18,20 23:24
27:20 31:3,12,13
32:12 34:21,22
35:1,2,4,5 37:18
43:24 45:16 49:9,
21 55:6

**before**
5:24 6:12 17:18
19:8,10 36:18 41:4
42:3,14

**beginning**
24:24

**behalf**
33:8

**behind**
42:2,14,17

**being**
10:17 15:13,21
17:5 24:18 29:22
34:3 44:17

**believe**
7:6,24 10:17 11:15
14:18,19,23 16:4,
13 17:19 18:17
20:13,14 23:21
26:13,19 31:1 33:8
48:20 52:11 54:23

**belt**
23:9



**benefit**
5:11

**besides**
8:23

**between**
34:25 46:10 49:6,
11

**beyond**
10:6

**bias**
45:9

**birth**
40:23

**bit**
18:12,18,22 24:21

**Blue**
28:8

**board**
30:21

**both**
11:1 14:14 49:7

**bottom**
12:16

**Brian**
5:9 18:12 45:7

**brother-in-law**
9:17

**brought**
24:1 40:5

**Broward**
28:20

**budget**
31:1

**building**
33:23

**Burrera**
12:15 21:11,12
22:3 29:2,7,15

30:10 35:1 45:22,
23,25 46:10,12
54:4,10

**but**
9:9 18:13,23
24:21,24 26:14
27:3 28:5,12,19
33:6,19,20 35:13
36:14 42:22 43:1
45:12 48:19 49:3
54:17

**by**
5:8,15 9:11 11:21
12:5,13 14:25 15:4
17:10 18:4,8 19:7,
13 21:2 23:25
24:25 25:4,18
26:1,7,11,16 28:22
29:5 30:8,16 32:3,
20 35:1,2,4,5
36:15 40:19,25
41:1,20 42:9 43:15
44:4,10,12,17,20,
23 45:3,19 46:5,
16,18 47:7 48:11
49:5,8,9 52:5
53:13,18,22,24
54:13 55:5

---

**C**

---

**cabinet**
37:4,10,11

**called**
5:5 31:21

**came**
34:24 40:17

**camera**
33:9,13,17,22,24
34:1,2,6

**cameras**
32:20

**can**
5:10 7:21 8:17
11:19 18:1,25 19:1
24:10,15 25:11,15
28:8 32:16,22
38:23 40:7 42:10,
13 45:12 48:22
50:2,4 54:14,15,21

**canine**
29:9 30:12 54:7

**capacity**
20:8

**capital**
31:4

**captain**
29:17 50:16 52:22

**career**
27:1

**cargo**
29:9 30:11 54:6

**case**
14:2 15:3,8 19:12
36:18 39:4

**cases**
19:4 42:25 43:1

**cause**
54:11

**CBA**
48:12 49:6,11

**ceremony**
27:19

**certain**
48:7 51:13,17

**certifications**
10:5

**chain**
52:23 53:1,8

**change**
8:4 13:1,6 14:21

15:2 18:20 27:6,11
31:7

**changed**
8:9 14:13,19

**changes**
22:12 27:10

**charge**
17:13,16,24 31:12
40:4

**charged**
11:14 15:21,25
17:5,10

**charges**
10:23 11:1 14:24
15:3,12 19:15

**Chattergoon**
44:13

**check**
26:3 30:22

**chief**
7:18,19,21 10:13,
15 11:20 16:7,8,
11,22 17:2,4,8,22
18:3 19:2 20:18
21:8,10 22:4,9,22
29:7 37:3 38:8,17,
20,22 39:1,8,9,15,
18,21,22 40:2,3,9,
11,15,19,20 41:1,
3,8,22,25 42:2,13
43:5,9 46:18,25
47:2,4,9,17 48:25
49:14

**chief's**
19:18 43:11

**choice**
16:5

**choose**
25:9

**chose**
52:11



circumstance
42:1

citations
26:19

citizen
40:7,9,18

city
5:17 6:15,20,25
7:11,24,25 8:7
12:24 15:25 20:19,
23 22:2 30:12,17,
24 31:2 33:9
35:18,19 36:2,3,7,
8,9,24 39:25 44:5,
23 45:24 46:1,10,
22 49:7 50:6

city's
47:24 50:5

civil
7:13,14

clean
42:10

clear
16:19 24:16

clearly
42:12

clerk's
36:3,8

closed
32:12

clothes
52:15

code
11:5 19:24 20:3,5,
12,14,17,24 21:4,
6,13 22:18 23:1,
15,17,19 24:3
25:2,8,23 26:3,8,
10,15,18 27:25
28:24 46:17 49:15,
18 50:8 52:7,10,

20,21 53:2,10 54:1

collared
23:11

collect
23:24 26:3 35:21

collected
36:21,23

collecting
25:3 37:15

collective
47:14,18,23 48:24
49:11

college
9:18,21 28:16

color
27:10

come
8:4 21:24 28:15
29:23 35:14,18
36:2,10 40:7,8
41:21 42:12

comes
19:2 35:23 40:9,17

coming
28:10

command
52:23 53:1,9

commercials
29:13

commissioners
46:11

communicate
22:23

communicated
22:18

communications
34:25 35:12 37:23
46:10

competent
9:5

complain
29:6

complaining
30:10

complaint
9:1 18:24 22:1
38:11 39:3 40:6,8,
10,13,16 41:15,24

complaints
29:1,14 46:11 54:5

complete
8:8 9:12,17 36:16
50:25

completed
8:5 19:9,12

completing
13:9 51:1

computer
21:20

computers
34:22

concept
43:16,17,20

concerned
39:15

concerning
17:16 44:13

concerns
44:16

concluded
55:4

concluding
15:7

conclusion
15:3 38:13

concur

39:9,10

conduct
18:6 41:3 42:3,20

conducted
15:11 17:20 18:4
35:1,2,4,5 38:4
39:13

conducts
39:5 43:6

confirming
16:21

confuse
33:2

confusion
12:1

connection
17:10

consider
45:4,5

consult
21:12 48:25

consulted
21:15 31:5 49:14

contact
40:3

containers
29:9,19 30:11 54:7

context
44:25

continued
45:22

contract
16:7 29:10 30:12
47:11,12 49:6 54:8

contractual
49:7

conversation
29:23 54:11


UNIVERSAL
COURT REPORTING
THE FREE VIDEO COMPANY

convoluted
36:5

copies
37:6,19

copy
8:13 13:15 44:11

corporal
6:22,24

corporate
9:8 45:14

correct
6:11 10:21,22,25
11:13 15:16,18
16:24 17:6,7,12
20:21 25:20 27:8,9
38:1 41:2 43:19
47:3,16 48:1,23
51:24 52:19 53:12

Cory
5:1,4,12 18:12

cost
51:10,12

could
19:10,11 35:8,9,10
41:14 42:1 50:16

couldn't
42:6

Counsel
36:11

couple
54:14,17

Court
24:13

created
49:9

credits
9:22,23

criminal
11:6 14:24 15:1

18:6 32:14

culmination
14:23

curious
32:19

current
5:17 10:9 21:8
31:9 47:13 49:23
51:23

currently
6:25 10:3 11:12

customary
8:7

_____

D

Dade
9:21 10:1

data
35:21

date
12:7,15 21:21,25
32:5,7

dated
12:14

dealings
29:17

decide
24:14 43:9

deciding
47:2,9,19,24 49:14

decision
7:20,21,22 10:13,
16 11:17 16:5 17:9
25:14 31:6 39:22
46:17,18 49:4

deeper
45:21

default

39:25

deficit
31:1

degrees
9:25

delineation
50:17

demotions
18:21

department
6:16 7:1 11:10
12:25 13:15,19,23
25:12,15 30:23
33:23 34:12 35:5,
10,15,24 36:14
37:14,20 39:2,15
40:25 41:22 44:1,6
49:10,11 50:6,12
53:15

department's
15:19

departments
35:20

depending
37:1,12

depends
50:17

deposition
5:1 8:12,13,24,25
9:9 12:10 45:14
55:4,5

desk
34:1,2

detail
28:2,4

detailed
32:16

detective
6:1,2,4,9,10,12

determination
39:2

determine
22:10 41:11 43:6

determines
39:6

determining
49:1

deterrent
34:3

dictate
52:12

did
5:24 6:12,20 8:4,
23 9:12,17,19,25
16:11 17:4 21:12
22:10 23:21 29:6,
13 33:25 34:19
36:17 44:11 45:4,
5,24 46:6,7,9
50:19 54:4

didn't
31:4 33:2 46:3
50:25 54:10

different
22:21,24 27:7
49:24

DIRECT
5:7

directly
40:8

disciplinary
49:21 50:1

discretion
16:7 20:18 40:12,
15 46:24

dispatch
25:11

Distracting
28:19


UNIVERSAL
COURT REPORTING
THE FREE VIDEO COMPANY

**division**
6:10 15:10 53:3

**do**
5:13 7:2,10 8:13,
15,20 9:5 10:7
12:9,17,18 17:22
18:23 19:23 20:10
21:3,15,16 28:4,23
30:3 34:8,24 42:22
43:2 44:21 49:5

**document**
8:17 12:17 13:18
31:18,21 32:4
33:16 36:16 47:8
52:25 53:8

**documented**
31:17 43:2

**documenting**
43:16

**documents**
8:20,23 35:8,14,23
36:1,11,17,21
37:7,10,19 53:4

**does**
13:15,23 23:3
24:14,16 27:10
30:17 36:23 39:15,
21,24 40:1 41:3
43:5,9 45:7 48:12
51:2 53:7

**doesn't**
19:20 40:8 42:7,12

**doing**
16:17 26:17 29:20
31:7

**dollars**
31:2

**don't**
14:18 18:16 21:5,
20 24:19 28:5,10
33:20 35:6,11

45:17,20,21 52:11,
23 54:23

**done**
19:16,22 41:15
49:20,21,22,25
50:1

**down**
11:15 33:1 35:19

**driven**
26:11

**driver's**
10:6

**duly**
5:6

**dummy**
33:9,13,17,22 34:2

**during**
17:17 19:11 30:9
34:18

**duties**
18:20 25:11 26:13
49:20,24

**duty**
10:11,14 11:12,23
12:2,20,24 13:5
14:5,10,15 15:21
16:2,9 17:1,5
23:20,24 24:1,5
25:3,6,16,21 28:1
31:6 46:22 47:2,
10,19,25 48:15,18
49:1 50:13,20,21

---

**E**

**e-**
34:24

**e-mail**
22:12,15 36:15
45:25

**each**
13:24 18:21 19:11
27:17 36:14

**earliest**
32:5

**earn**
9:25

**east**
28:20

**eight**
6:18

**either**
9:25 19:13,20
22:20 24:1 30:19
36:2 38:14 39:9
40:12,16

**electronic**
37:23

**electronically**
37:23

**else**
25:4 26:11,20
33:14,18 35:3
52:22

**else's**
35:17

**employed**
44:23

**employee**
13:12 41:16

**employees**
13:24

**employment**
18:20

**encounters**
53:16,25

**end**
38:6

**ended**
7:6

**enforcement**
11:4 12:24 13:4
15:10,13 19:24
20:3,6,12,15,17,24
21:4,7,13,18 22:19
23:2,17,19 24:4
25:2,8,11,23 26:4,
9,11,15,18 28:1,24
46:18 49:15,18
50:9 51:7 52:7,10,
20,21 53:2,10 54:1

**enforcement-**
23:15

**enrolled**
10:3

**entered**
12:12 32:2

**entire**
6:19

**entitled**
51:4,9,12,15,16

**envision**
42:1,13

**equipment**
25:7

**evaluating**
50:9

**evaluation**
50:19 51:2,5,9,13,
15,20

**even**
7:5 23:21 52:18

**event**
24:23

**ever**
5:15 17:21 20:2,5
31:5 43:24 45:18
54:4



**evidence**
29:9 30:11 39:6
54:7

**exact**
7:5

**EXAMINATION**
5:7

**Exhibit**
8:12 9:1 12:10,11
31:24 32:1

**existence**
33:17

**expectation**
43:8

**expenditures**
29:8 30:11,19 54:6

**expensive**
30:5

**experience**
18:9

**experienced**
17:21

**explaining**
54:22

**explanation**
32:23 49:16

**expressed**
44:16

**extent**
26:21

**extremely**
30:4

---

**F**

**face**
31:18

**fact**
25:13 41:4,7 42:3

43:9,11 52:1

**facts**
35:12

**fair**
33:10

**fall**
50:11

**falls**
18:17 36:14

**far**
10:5 33:21 37:22
39:14 47:1

**farm**
39:11

**faster**
42:12

**FDLE**
15:5,10 18:5

**FDLE's**
14:23 15:1,15

**February**
22:8,13

**federal**
19:13

**feel**
9:5

**feels**
19:21

**felonies**
11:14

**felony**
11:16

**felt**
34:1

**figure**
30:2

**file**
12:20 13:13,18,22,

24 14:1 37:8,9,11
38:25

**filed**
15:4,12 19:15

**files**
19:3,19 37:2,5,20

**filing**
37:4

**filtered**
35:19

**final**
38:24 39:2,15,22

**finalization**
49:22

**financial**
30:13,18,25

**find**
29:14 35:22 53:5

**finding**
38:14,16,20 41:4,7
42:3 43:9,11

**findings**
39:10

**first**
5:5 14:16

**fit**
20:20 40:14

**FIU**
9:23 10:1

**five**
54:16,18

**flippant**
24:18

**Florida**
9:21 10:1,6

**folder**
13:18

**follows**
5:6

**for**
5:21 6:19 8:12,24
9:8 10:18,20
12:10,19 13:9,21,
24 14:1 15:10,24
16:17 17:5,24
18:21 20:16,23
22:17 24:13 25:10,
15 26:10,17 27:22
29:8 30:3,6,11,22
31:3,5,18,24 32:8,
15,23 33:15 34:9,
11,15,22,25 35:14,
23,25 36:4 37:2,8,
10,14 39:8 45:23
46:22 47:1,24
50:9,10,12,20,24
51:2 52:13 53:9
54:6,17

**form**
8:5,8 11:19 12:4
13:1,6,10,16 17:25
18:11 20:25 22:11
24:6 25:5,24 26:5,
12 29:3,16 30:14
40:18 41:1,18 42:5
43:7,13 44:2,8,18
45:1 46:2,14 47:5
48:2,4 52:3 53:11,
20 54:9

**forms**
13:12,20,21 14:14

**forth**
24:20

**forwarded**
40:11

**forwarding**
37:16

**founded**
38:11 39:3,7


UNIVERSAL
COURT REPORTING
THE FREE VIDEO COMPANY

**friend**
45:4,5

**from**
6:2 7:3,15,16 9:25
12:15 14:14,19,21
15:21 16:19 22:1,
21 24:2,12 26:23
27:2,11,12 28:15
29:22 30:6,20
31:11 33:7 34:3
36:2 37:18 40:7,9,
17 44:6 49:10 50:3
54:5

**full**
5:11 24:1

**further**
32:18 45:21 54:23

---

**G**

**gather**
42:18,24 54:15

**gathered**
36:6

**gathering**
37:18

**general**
28:5 51:25

**get**
24:21 27:7 32:16
48:22

**gets**
36:9 40:25

**getting**
45:13

**give**
5:10 18:22 21:20
36:1 54:14

**given**
18:18

**gives**
35:24

**giving**
18:12

**go**
9:9 18:25 24:20
25:22 26:3 35:16
37:3,8,13 45:14,
20,21 54:15

**goes**
27:12 36:9 45:9

**going**
23:19 24:12,19,21
27:3 31:23 32:18
41:11,14 48:21
54:17,18

**gold**
27:12,17

**gone**
6:18 37:24 38:1
46:4,8

**Gonzalez**
34:7,14 35:2,7,10

**good**
5:9

**Google**
16:17

**got**
6:9 9:25 20:14
32:6 34:8 36:1
47:17

**gotten**
34:20

**greet**
54:1

**guess**
10:13 11:5 19:4
20:19 28:12 35:20
49:7

**guide**
47:9 49:3,5

**guidepost**
49:13

**guiding**
47:1,4

**gun**
23:25 25:4

**guys**
28:8

---

**H**

**had**
5:21 10:20 18:3
23:18 26:3,13,21
29:23 30:23 31:2
34:11,14 44:16
46:12 54:11

**handle**
40:13

**handled**
40:16 41:15

**happen**
19:2,11

**happens**
36:14

**happy**
39:12

**hard**
27:1 37:18

**has**
12:15 14:4 18:23
19:4,8 20:2,5,12
23:24 27:20 31:13
32:12 34:14 39:9
40:11 43:2,3 44:6
55:6

**hat**
53:18

**have**
5:13,15,21 6:15
7:2 8:13,20 10:23
13:23 16:12 17:13,
21 18:5,13 19:5,6,
13,19 21:19 22:5,
17,20 23:21 24:23
25:7 28:5 31:4
32:4 33:19 34:8,
11,19 35:1,2,4
37:11,24 38:13
39:15 41:8,9,10,21
43:24 44:15 45:20,
21 48:19 49:14,20
54:11,17,23,24

**haven't**
53:6,7

**having**
5:5 26:2

**he**
10:11 11:10,12,13
12:20 14:10,12,18
16:13,17 17:10
18:3,5 19:3,20
20:14 21:15,21
22:18 24:4,14,15,
16,20 25:3,22
26:9,13,14 28:1,3
29:18 31:7,11
33:25 34:1,14,18,
19 38:24 39:6,7,12
40:5,14 41:9,13
44:23 45:10,25
46:3,4,8 48:14,17,
20 49:19 50:11,13,
18,20,21 51:6,8
52:2,9,11,12,24
54:5

**he's**
34:20,21

**hear**
25:20 28:8,17 54:4

**heated**



24:21

**held**
7:16 33:15

**her**
41:4

**here**
8:12 12:6 16:13,17
18:2 27:21 34:20
46:3,7

**Here's**
32:4

**Hey**
35:25

**high**
9:13

**Hill**
22:16

**him**
10:14 11:17 19:12
22:18,21 23:19
24:13 25:2,6 26:3
41:11 45:16,17,25
46:3,4,7,8 49:23
50:3 54:11,25

**his**
10:9 11:11 14:13,
19 18:19,20 19:18
22:24 23:17,19
24:22 25:3 26:22
34:1,2,3 39:8 40:5,
17 41:4 49:23 50:9
51:2,23 53:1

**hold**
5:24 6:13,20 10:7
18:11 45:7

**holding**
33:13

**home**
25:14 26:3 28:15

**how**

5:21 6:15 14:4
17:23 20:11,19
22:17 29:13 30:2,3
38:3 40:1,16 43:4
49:4 50:2,17 51:25
53:19

**how'd**
29:14

**however**
6:7 36:15 49:23

**HR**
13:13

**Human**
13:11

---

**I**

---

**I'D**
28:16

**I'LL**
12:9 18:22 54:15,
24

**I'M**
7:5 9:8 12:6 16:16
18:12,19 21:21
24:18 25:19,21
27:3 31:23 32:18,
22 33:6 42:10
45:9,10 54:16,17

**I'VE**
8:16 12:10 18:17
19:2,11,12 31:23
32:6 34:20 45:16,
17 53:14

**IA**
5:25 31:21,24
32:8,9 39:19,21
40:2

**ID**
23:21,24 25:3

**ideal**
42:18

**identified**
44:15 53:8

**identifies**
32:9 38:3

**identify**
18:13 53:1

**if**
9:8 12:7 18:25
19:20 21:20 24:3,
4,14 25:1,9,14,21
28:10 34:1 35:6
36:14 37:1,7 39:12
40:8 41:13,24 43:8
50:13 51:13 53:6
54:14

**impact**
51:2

**improper**
19:16 42:7

**in**
7:6 8:4,24 10:3,17
11:4 12:1,19 13:1,
6,19,22 14:2 15:2,
16,20 17:10,13,14,
21 18:9,20,24
19:2,15,16 20:8,
11,21 21:6,12,13,
17 22:2,18 23:1,
11,15,17 24:23,24
25:3,23 26:2,3,8,
10,14 27:1,6 28:5,
10 29:18,22 31:12,
13 32:20 33:4,9
34:20 35:14,18,23
36:18 37:11 38:12,
22 39:18,19,21
40:3,5,7,9,14,16,
17,20 42:1,20,23,
25 43:8,11,21
44:16 46:9 47:2,6,
9,11,18 48:23,24

49:1,12,14 50:6
51:9,15,20 52:1,
10,14,21,24 53:2,
9,14 54:1

**in-**
16:13

**inactivity**
50:7

**included**
50:21

**includes**
23:5

**Inclusive**
14:6

**increase**
27:3,4 51:10,12,
16,20

**indicate**
51:22

**indication**
27:14,16

**individual**
39:1

**informants**
42:23

**information**
11:15 21:22 34:15,
21 35:9,14,23
36:6,13 37:13,15,
24 41:10 42:18,24

**infraction**
11:7

**ingrained**
43:20

**initial**
43:6

**initiate**
40:22 43:10



**initiates**
40:2

**initiating**
40:19 41:4 42:4,14

**input**
49:10

**inquiry**
8:18 9:2,5 18:14,
17

**instances**
39:18

**instead**
27:7

**instructed**
23:16

**intelligence**
42:24

**interior**
33:22

**internal**
5:20 17:14,15,19
18:4 19:3 31:13,
14,16 32:11 35:9
37:10 38:3,6,12,23
39:16 40:4,6,12,
21,22,24,25 41:13
42:4,15,25 43:1,10
50:14,15

**Interrogatories**
33:8

**into**
12:12 18:6,17 32:2
37:8 41:21

**investigation**
14:24 15:2,12,16
17:15,20 18:3,6
19:8,17 31:14,17
32:11,15 38:3,7,
12,13,24 39:5,6,
10,11,13,16 40:13,
20,23,24 41:5,17

42:3,4,15,21 43:6,
10

**investigations**
5:19,25 15:11
17:14 31:13 43:17

**investigative**
38:14,16,19,25
44:12

**investigator**
10:8 39:4

**involved**
29:21

**involving**
17:15 31:14 32:12

**is**
6:4,5,24 7:8,9,14,
19 8:7,9 10:11,20,
24 11:5,10,12
12:1,8,19,23,24,25
13:5,18 15:5,19,
21,24,25 16:2,3,22
17:6,8,11 18:9
19:8 20:16,22
23:22,23 24:1,12
25:10,14,20,21
26:4,9,21 27:4,7,
13,15,19,22 29:11
31:17,21,22,24
32:5,6,7,10,11,14
33:9,10,12,21 34:5
35:23 36:3,6,16
37:24 38:2,3,7,16,
19,22,24 39:1,3,
15,19,21 40:4,10,
11,16,20,25 43:2,
8,11,17,18,19,20,
22 45:10 46:4,8,
19,21 47:8,20,23
48:1 49:7,11,13
50:8,9 51:4,6,8,13,
20 52:25 53:7,17
54:16

**isn't**
45:10 49:21

**Israel**
16:10,11,22 17:2,
4,9 18:2

**issued**
23:25 25:4,7 52:25

**issues**
35:12

**issuing**
26:19 27:23 30:21

**it**
7:5,6,9,24 8:7,16
10:8,17 11:14,17
12:9,15 13:21
14:23 15:8 16:15,
17 17:20 19:2,10,
11,13,20 22:7,11,
12,13,20 23:13
24:24 25:7 26:9,22
27:10,12 29:21
30:2,3,6,17 31:22
32:4,12,14,17
33:4,7,15,25 34:9,
11,19,23,24 35:2,
4,5,6,7,8,9,10,24
36:9,12,14 37:1,
16,17 38:1,16,19
39:11,25 40:1,6,9,
11,12,16,23 41:11,
13,14 42:6,7,12,
16,18,19 43:8,14
45:9,20 47:11
49:20,22,25 50:16,
24 53:7

**It'll**
36:2

**it's**
6:6,7 7:12 8:17 9:8
12:14 16:12 19:18
20:18 25:19 27:20
28:9,10 32:13,16
36:4,13 40:15

45:12 46:24 50:4

**its**
6:4 13:15,24 36:18
37:20

---

**J**

**James**
20:13 28:23

**January**
21:23

**job**
18:20

**jobs**
28:2,4

**Johan**
11:9

**John**
8:1

**Jon**
24:11

**Jon's**
24:19

**just**
8:16 9:2 13:21
14:19 16:16,20
24:19 25:14 26:2
29:21 30:6 33:2
36:20 42:6 45:11
49:9,24 50:24
54:14,17,22

---

**K**

**keep**
13:15 34:3

**keeps**
13:19

**kept**
13:12 49:23



**Keys**
9:21 10:1

**Killian**
9:14

**kind**
7:11 11:6 23:11
31:7,18 37:22
40:23 41:7 43:9,
11,25 45:21 53:17

**kinds**
29:6

**know**
16:12,20 17:22
19:5 21:3,15,16
24:11 25:13 28:10,
23 29:18,23,25
30:1,2,4,5 35:6
36:7 40:4 42:11,
17,19,20 43:2
52:1,23 53:8

**knowledge**
11:1 26:21

**known**
5:15

**Krotenberg**
5:1,4,12

---

**L**

**later**
24:14

**latest**
32:6

**law**
11:4 12:24 13:4
15:10,13 19:23
20:23 25:10 41:12
51:7

**Lawson**
8:12

**lawsuit**
35:15

**Lawyer**
33:6

**lawyerly**
33:5

**least**
37:18

**led**
15:2

**leeway**
18:12,18,23

**left**
45:25

**legal**
35:12

**let**
9:4 12:9 17:22
20:11 23:2,16
31:16,23 40:4
54:24

**Let's**
9:12 19:23 31:9
44:11 52:20

**level**
40:5 43:22

**levied**
14:24

**Lexapro**
29:10,11 30:4,12
54:8

**license**
10:7

**licenses**
10:6

**lies**
16:7

**lieu**
26:2

**lieutenant**
6:22 7:3,8,13,14,
17,20,23 18:4
50:14

**like**
9:22 16:18 22:7
29:11 32:23 33:3,7
34:5 37:2,17 42:19
49:16

**literally**
16:16 21:19

**little**
18:12,18,22 24:21

**living**
51:10,12

**locate**
53:4

**locations**
42:24

**Locka**
5:18 6:16,20,25
8:7 12:25 15:25
16:22 20:23 22:2
34:12,16 39:14
43:25 44:6

**long**
5:21 6:15 50:4
51:16

**longevity**
51:16,19

**look**
16:12 21:19 22:5,
10 28:16,17 33:20
35:25 42:19 47:17
48:19

**looked**
19:6,13

**looking**
12:6,19 16:20
18:19 21:21,24
30:3 33:1

**looks**
16:18 22:7 33:7

**loud**
28:10

**lowest**
11:6

---

**M**

**made**
7:22 10:13,15
14:21 17:9 22:8,13
29:2,15 36:18 38:7
40:6 46:18

**mails**
34:25

**maintained**
13:13 37:19 51:23

**maintaining**
37:14

**maintenance**
34:23

**make**
7:18,21 19:14
36:10 37:6 49:4

**maker**
39:22

**makes**
7:19 39:2

**manager**
7:11,24,25 20:19
35:19 39:25

**manager's**
36:3,8,24

**mandated**
27:20

**many**
14:4 20:11

**March**



32:6,7

**Marcus**
34:7

**marked**
8:11 12:10 31:24

**may**
16:15,16,18 19:21
24:20,24 54:24

**maybe**
7:7

**me**
9:4 12:9 17:22
20:11 21:20,22
23:2,16 24:7 25:20
31:16,23 33:3 35:4
36:1 40:2 42:16
54:14

**mean**
7:10 27:1 28:13
30:17 36:23 39:14
42:1 43:16,20 49:5
53:7 54:4

**Meaning**
41:21

**measure**
50:1

**medication**
29:11

**meet**
42:2,13,22 51:17

**meeting**
42:17

**member**
51:25 52:6

**member's**
36:15

**members**
52:17

**memo**

22:21,23

**memorandum**
12:14 43:12 52:25

**memorialized**
43:11

**mentioned**
10:19

**Miami**
9:14,21 10:1

**Michael**
5:1,4,14 17:6 22:3,
6,8 31:9,25 32:21
44:13

**middle**
5:13

**millions**
31:2

**mind**
12:1

**mine**
24:22

**misdemeanor**
11:5,16 15:17,21
16:1

**misdemeanors**
11:2

**mister**
24:11

**moment**
26:24

**moments**
54:15

**money**
29:8 30:10 31:3
46:13 50:3 54:6

**months**
5:23 6:3,19 45:23

**more**

19:21 32:10 39:11

**morning**
5:9

**most**
32:9 33:5

**movie**
34:5

**Mr**
5:8 9:7,11 11:19,
21 12:4,5,13,20
15:16 16:8 17:4,25
18:1,8,11,19,22,25
19:7 20:2,5,25
21:2,6,12 22:3,17,
24 23:3,16 24:3,6,
8,10,11,12,25
25:5,18,21,24
26:1,5,7,12,16
27:25 28:8,12,14,
15,19,20,21,22
29:3,5,15,16 30:8,
10,14,16 31:14
32:3,8,12 34:25
35:12,13 36:19
41:18,20 42:5,9
43:13,15 44:2,4,8,
10,17,18,20,21,24
45:1,3,4,5,7,9,12,
19,22,23,24 46:2,
5,10,12,14,16,17
47:5,7 48:2,4,6,8,
9,10,11,14,17
49:15 50:8,19
51:2,4,22 52:1,3,5
53:1,9,11,13,20,
22,25 54:1,4,9,10,
13,16,21,22,24
55:1,2,3

**Ms**
8:12

**much**
9:24

**multiple**
11:14

**my**
5:9 9:17 17:17
28:9,10,17 29:17
33:20 37:11 48:9,
21 54:15

---

**N**

**name**
5:11,13

**name's**
5:9

**names**
5:15 41:8

**necessarily**
29:21 30:6 31:4
49:8

**need**
19:23 25:15 33:20
35:25

**needed**
19:15 30:19 33:16
37:7

**needs**
19:21 30:22 40:18

**Neither**
10:23

**networking**
34:22

**never**
45:16 53:14

**new**
19:2 22:21,24
30:1,3 53:1

**next**
55:2

**Nikia**
22:16



**no**
5:16 7:2,14 8:3,22
9:10 10:2,4 12:7
13:3,8 15:23 17:17
19:15 20:1,4,22
21:1,5,14 27:24
28:3,5,12 31:8
32:23 34:10,13
36:13,20 39:23
42:6,7 44:3,9,19,
22 46:15,21 47:3,6
49:16 50:3,22
51:3,11,14,18,19,
21 52:8 53:8 55:1

**non-usual**
42:23

**normal**
25:16

**normally**
12:25 13:12 41:3

**not**
7:2,5 9:5,8 12:6
13:21 16:19 17:4
21:1,16 24:14,16,
18,21,22 27:3,4,20
28:3,5 29:21 30:5
32:18,22 33:5,6
35:4 38:15,23
39:10,12 41:11,14
42:10,16,17,19
43:18 45:10 46:6,
7,8 47:6 49:3,8,20,
21 50:1,23 51:1,19
52:17 54:10

**notes**
48:19 54:15

**nothing**
18:23

**notice**
8:13,24 40:6

**now**
12:23 17:4 18:13,

16 21:22 23:15
49:13

**number**
12:16 18:19 45:7

---

**O**

**object**
12:4 17:25 18:11
20:25 24:6,12
25:5,24 26:5,12
44:8,18 46:2,14
48:2 52:3 53:11,20

**objection**
9:7 48:9,23

**objections**
24:13

**obligation**
49:7

**observations**
43:17

**obtain**
37:4,9 42:24

**obtained**
41:10

**occupied**
32:20

**occurrence**
19:12

**of**
5:1,11,17 6:5,15,
19,20,25 7:11 8:7,
13,18,24 9:2,5,22
10:11,14,15,23
11:4,6,12,23 12:2,
7,16,20,24,25
13:5,16,24 14:5,6,
10,14,15,23 15:3,
7,10,15,17,20,25
16:2,7,9,11,15,22
17:1,4,5,13,22

18:12,13,17,18
19:4 20:18,23
22:2,4,9,21 23:11,
17,23 24:5 25:3,6,
10,12,16,21 26:2,
21 27:7 29:1,6,8
30:22 31:1,2,6,7,
12,18 32:8,14,19
33:8,13,15,17,22,
25 34:23,24 35:12
36:4,17 37:14,22
38:6,8,13,17,20,
22,24 39:1,10,12,
16,18 40:4,15,23
41:7,8,10,12 42:20
43:1,9,11,16,22,
23,25 44:5,11,15,
24 45:4,5,14,21
46:9,19,22,25
47:2,10,17,19,25
48:4,15,18 49:1,7,
19 50:5,7,10,13,
17,21 51:1,10,12,
13,25 52:6,17,23,
24 53:1,4,8,9,17,
18 54:3,4 55:5

**off**
33:25 41:1 54:15

**off-**
28:1

**off-duty**
28:4

**office**
14:25 15:4,9,13
17:11,24 28:10
29:22 30:7 32:20
33:10,22 34:5
35:13 36:3,8,9,19,
24 37:11 40:17

**officer**
6:6,10,14,19,23
7:16 12:23,24 13:5
15:20,25 16:2
19:24,25 20:3,17

23:23 25:10 26:23
27:2 28:1 31:19
40:7,10 43:23
46:22 47:2,10,19,
25 50:4 51:7 52:18
53:16,17,25

**officer's**
26:15

**officers**
15:14 20:24 44:15
48:6,8

**oh**
17:22 27:12

**okay**
6:24 7:3,15 8:16,
20 11:22 12:19,23
13:4 14:4 15:1,5,
15 16:19,25 18:2
22:7,10 24:9,17
25:19 27:6,22 28:7
31:5,23 32:18
33:1,19 34:8 35:22
36:17 37:17,22
38:2 40:22 41:3
42:10 43:24 45:12,
16,20 46:6 48:9,
10,21 49:5,13,18,
25 51:4,22,25 52:6
53:6 54:14,18,19

**on**
8:16,17 9:5,7
11:23 12:21 16:3,4
17:6 18:11,13
19:20 21:19,23
22:7,13 23:13
24:14 25:13 27:13,
14,17 30:3 31:17
32:5,7,21 33:8,22
37:1,12 39:6,16
41:1,4 42:11 45:7
50:17

**once**
17:9 31:16



**one**
7:19 9:7 11:16
13:21 14:12,13
15:11 20:13 21:20
26:14 27:7 32:10,
19 33:15 35:24
36:13 47:13 50:25
53:6,7

**online**
16:20

**only**
38:22 40:24

**Opa**
5:18 6:15,20,25
8:7 12:25 15:25
16:22 20:23 22:2
34:12,15 39:14
43:25 44:6

**open**
31:17 32:12,13,14,
16

**operating**
15:20,24 38:2

**operationally**
31:2

**opinion**
19:6

**opinions**
19:20

**opposed**
33:2

**or**
6:5,20 7:7 8:9 9:23
10:1,6 11:5,23
13:16,18 14:10
16:5,6 18:5 19:6,8,
14,20 20:18 21:23
22:11,20,21,24
23:18 24:1,11,22
25:14 28:2,4 30:3,
20,22 31:6,7,18

**ordinance**
32:12,15,23 33:13
34:2,11 35:1,2,7,
10,12,13,16,19,23
36:3,24 37:2,7,19,
23 38:11,15,23
39:3,7,10,11 40:6,
7,9,13,17,18 41:4,
10,11,12,13 42:7,
24 44:21,24 45:5,
10,25 46:6,21,23
47:3,4,10,19,25
48:7 49:1,3,21
50:6,7,13,14,15,
17,20 52:18,22,24,
25 53:18 54:2,7,15

**ordinance**
11:6

**organization**
53:15

**original**
13:16 14:12 18:6
48:21

**originating**
41:24

**other**
5:15 6:5,21 8:20
9:4 10:5 11:5
20:13 25:12 26:13
31:18 32:15 33:16
40:14 43:8 47:8
49:10 52:14

**our**
8:12 12:10 23:12
35:5

**out**
19:5,13,19 22:13
28:16,17 29:14
30:2 35:6,22 37:6
39:11 42:12 45:16
54:3

**outside**
19:5 25:16 28:9

**over**
30:21 39:11 44:24
45:13,17

**over**
5:19,25 15:8 17:23
18:5 37:3

**oversight**
30:13,18,21,25

**own**
6:4 13:15 41:4

---

**P**

**p.m.**
55:4

**PA**
13:12,16,19,21

**page**
8:17 32:4,6

**pages**
8:18

**paper**
37:19

**paramilitary**
53:14

**parking**
26:19 27:23

**particular**
31:19

**parties**
49:8

**parts**
25:12

**passenger**
26:10,14

**past**
16:5 20:11 28:6

**pay**
8:1,9 10:11,14
11:12,18,23 12:2,

**over**
21 13:5 14:14,19,
20,21,22 15:22
16:2,6,9 17:1,5
18:16 25:22 27:3,4
31:6 46:23 47:3,
10,20,25 48:15,18
49:2 51:2

**paying**
25:13 30:22 31:3

**PBA**
49:6

**PD**
34:16

**pending**
32:14

**pens**
34:3

**people**
33:16,25

**per**
16:6 25:6 47:4

**Perez**
5:10 10:9 11:22
12:15,16 14:2
15:17 16:8,13,25
17:4,15 20:2,5
21:6 22:2,17,24
23:3,16 24:3 25:21
27:25 29:2,17 30:5
46:11,12,17 48:14,
17 49:15 50:8,19
51:2,4 52:1,21
53:1,9,25 54:2

**Perez's**
12:20 51:22

**performance**
50:10

**permitted**
28:1

**person**
24:1 33:24 34:6



37:14 38:22 40:3,
18 50:12,24 53:19,
24

**personal**
8:5,8 13:1,6,9
22:11

**personally**
16:20 42:16 43:24
45:17

**personnel**
22:12 41:15

**picking**
42:11

**picture**
33:13

**pictures**
33:15,18,19

**place**
33:21 41:17 47:18
48:24

**plain**
52:14

**Plaintiff**
12:16

**Plaintiff's**
12:11 32:1

**please**
5:10 24:8 25:20
49:17

**point**
26:14 32:24 33:20
45:13 52:24

**Police**
6:16,25 11:10
12:25 13:15,19,23
16:11,22 17:22
20:9,10,12,17
22:4,9 23:2,3
33:22 34:12 35:14
37:20 38:8,17,21,

22 39:1,2,14,19
41:22 43:18,21,23
44:1,6 46:19 47:17
49:19 50:11 53:15

**policies**
47:4,6

**policy**
16:6 29:9 30:1,12
41:12 46:21,24
47:24 48:25 49:3,9
52:12 54:7

**Pollock**
5:8,9 9:11 11:21
12:5,13 18:1,8,19,
25 19:7 21:2 24:8,
11,25 25:18 26:1,
7,16 28:12,15,20,
22 29:5 30:8,16
32:3 41:20 42:9
43:15 44:4,10,20
45:3,9,19 46:5,16
47:7 48:4,8,10,11
52:5 53:13,22
54:13,22 55:2

**polo**
23:12

**position**
5:17,21,24 6:8,24
7:8,12,15,16 29:18
49:23 51:23

**positions**
6:21

**possibly**
19:16

**practice**
16:5 25:7

**practicing**
28:9

**preparation**
8:24

**prepared**
44:12

**prepares**
39:4,5

**preserving**
24:13

**press**
32:18

**pressed**
23:11

**pretty**
9:24

**previous**
18:4 19:3

**previously**
8:11 10:20

**primarily**
27:22

**principles**
47:1

**prior**
6:3 16:13 21:12
23:19 30:20,21
40:19

**Private**
10:8

**probably**
5:22 6:3 28:25
33:5

**procedure**
18:10 20:16,22
23:23 30:1 38:2
41:12 43:18 46:21

**procedures**
15:20,24

**process**
27:20 36:5,25

**produced**
14:2 35:7,8 36:18

**profile**
31:21,24 32:8

**program**
30:3,5,6

**project**
50:7

**promise**
24:15

**promoted**
26:23 27:2

**promotions**
18:21

**proper**
42:8,20

**property**
23:21

**protocol**
53:23

**proud**
26:24

**provide**
37:7

**provided**
8:2 38:16,20

**public**
36:4 51:25 52:17

**pull**
37:10

**purposes**
50:10

**purview**
19:19 36:15

**put**
8:16 9:7 33:24
34:1,6

**putting**
33:4



**Q**

**query**
35:25
**question**
24:15,17,20 25:1
29:19 33:5,21
48:5,22
**questions**
9:3 54:17,23,24
55:1

**R**

**Railey**
9:7 11:19 12:4
17:25 18:11,22
20:25 24:6,10,12
25:5,24 26:5,12
28:8,14,19,21
29:3,16 30:14
35:12 36:19 41:18
42:5 43:13 44:2,8,
18 45:1,7,12 46:2,
14 47:5 48:2,6,9
52:3 53:11,20
54:9,16,21,24
55:1,3
**rank**
6:4,5,12 8:8 49:23
50:17 51:23 53:24
**ranks**
48:7
**read**
55:3
**reading**
55:5
**real**
24:21
**realm**
11:4

**reason**
8:2 32:15
**reasons**
18:21
**reassign**
49:15
**reassigned**
50:13,18 52:2
**reassignment**
49:22 50:1 51:23
**receive**
50:19
**received**
36:16 54:5
**recent**
32:9
**recognized**
6:25 52:18
**recommendation**
38:7,9,10,20
**reconvene**
54:16
**record**
12:12 32:2
**records**
25:12 36:4 37:15
**refer**
53:19,24
**reference**
10:17 12:8
**referred**
15:8 17:23
**reflected**
51:20
**regalia**
23:18,20
**regarding**
29:23 46:11

**regardless**
40:23
**regards**
19:15 40:16 42:25
**reins**
54:25
**reinstated**
14:17,18
**relate**
45:8
**relates**
18:14
**relative**
35:15
**relief**
14:15
**relieve**
16:5 17:4 31:6
47:2,9,19 49:1
**relieved**
10:11,14 11:12,23
12:2,20,24 13:5
14:4,10 15:21
16:2,9 17:1 23:23
24:5 25:3,6,10,21
46:22 47:25 48:15,
18 50:13,20,21
**relieving**
16:13
**remove**
7:20,22
**repeat**
54:21
**report**
39:5 43:3 44:12,16
52:22
**repository**
13:19
**represent**

5:10
**representative**
9:9 45:14
**request**
7:11 17:1 35:13,23
36:16,21 37:1,3
39:11
**requested**
35:21 36:12 37:13,
16
**requests**
35:16 36:4
**required**
35:20 36:7
**requirements**
30:22
**reserved**
55:6
**resources**
13:11 20:19
**respect**
53:17 54:3
**responded**
36:20
**responsibilities**
34:9,11,19 43:23
50:5
**responsibility**
34:15
**responsible**
13:9 26:10,17
27:22 34:18,22
36:4 37:14 50:9,
12,24
**rest**
6:19
**result**
15:7,15,20 17:5
32:14 51:1


UNIVERSAL
COURT REPORTING
THE FREE VIDEO COMPANY

resulted
38:11

results
39:16

retaliated
44:17

retaliation
44:7

retaliatory
43:25

returned
23:18,21 25:8

review
8:23 36:17 39:8
44:11 50:10

reviewed
9:1,3

reviewer
38:24

reviews
19:3

Ria
44:12

riding
52:9

right
8:11 16:23 17:11
21:22 23:5 26:4
28:13 33:12 37:22,
25 47:21 54:20

role
37:17,18

roll
30:2

room
37:9

round
16:21

rules
49:8

running
50:15

runs
43:17

---

**S**

said
14:11 34:6

salute
53:18

same
8:17 28:18 45:21

say
21:23 25:20 28:25
35:25 36:23 39:16
46:6 49:25 50:2

saying
24:19 32:23 45:10

school
9:13

schools
10:3

scope
11:19 17:25 25:16
44:2,18 45:1,14
50:5 53:20

score
51:13,17

Scott
16:10,11,21 18:2

screen
8:16

search
16:17 34:24 35:1

second
10:18,19 12:7

14:13 17:10,16,24
18:15,24 19:6,19
21:20 32:6

secretary
37:4

secure
37:4,11

see
9:12 12:17,20
19:23 20:20 21:20
22:5 31:9 37:3
44:11 52:20

seem
42:7,16,18

seen
19:2,11,12 29:13
45:17 53:6,7

sees
40:14

select
19:19

send
19:5,13,19 41:13

sent
18:5 22:13,15
36:7,11,15

separate
13:18,21,23

September
11:23 12:2,14,21
14:5,6,9,11,16
32:21

sergeant
5:19,25 11:10,13
17:13 20:9,10,12,
14 21:3 23:2,18
26:24 27:2,14,22
31:12 34:7,14,21
35:2,6,10 48:14,17
49:19 52:1,18,21
53:2,9,17,18 54:2

sergeant's
23:12

sergeants
48:12

Sergio
5:10 10:9,19 11:22
12:2,15 14:1,4,17
16:25 17:5,15,23
21:13,17 22:2 25:1
26:2,8,17 29:2,6,
15 30:9 31:6
46:11,12 49:1
52:6,14,17,21 54:6

Sergio's
15:2 17:9

serious
41:14

serve
48:25

served
7:10

service
7:13,14

sheet
31:18,21,24 32:8

shield
23:5,13

shirt
23:12

shirts
23:12

should
22:23 24:23 38:11
43:14 47:17,20,25
48:25 49:14,20

show
12:9 28:14 31:23

shows
53:18


UNIVERSAL
COURT REPORTING
THE FREE VIDEO COMPANY

shut
33:1

sign
43:7

signed
33:8 40:19 41:1

signing
55:5

silver
27:12

similar
49:13

simply
24:3

since
14:5 34:20

sir
45:15

sit
26:2

sitting
26:10

situation
17:21

six
6:3 7:6 8:17

sleeve
27:17

sleeves
27:14

Smith
20:13 21:3 28:23

so
5:9 6:9,18 8:16
9:17,23 14:11
15:15 24:23 25:1
26:8 27:7 28:18
32:18 33:4,7,18
36:13 37:12 40:15,

22 42:13 47:17
48:21,22 50:19
51:19 52:17 53:6
54:24 55:2

solely
46:18

some
6:5 29:18 32:15
33:16 41:10 42:22
43:9,11 54:24

somebody
7:20 16:6 33:14,18
35:17

someone
26:11 35:3 52:22

someone's
8:8

something
19:21 30:3 37:2

sometime
16:15

sometimes
33:6 42:11

SOP
16:3

sorry
16:4

sort
36:4

sound
42:7

sounds
34:5 37:17

space
34:5

speak
32:22 42:12 46:7,8
54:10

specialized
6:7

specific
52:13

specifically
22:6 29:25 43:3

specifies
47:11

spending
31:3 46:13

spoken
41:10

spot
42:18

standard
9:8 15:19,24 38:2

standardized
20:22

standards
47:4

started
16:17 28:16 40:25

state
14:25 15:4,8,12,13
17:11,23 19:14
20:21 41:12

stated
33:24

statement
33:10

states
46:24

status
8:4,9 10:10 11:11
13:2,7 14:13,19
15:2 17:9 27:6
31:10

stay
25:14

Steele
17:6 22:3,8 31:14,
25 32:8,12,21
34:25 44:13,17,21,
24 45:5,22

Steele's
22:6 31:9 45:5

Stern's
36:19

Sterns
35:13

Steven
12:15 21:11 29:2

still
32:12 44:21 49:19
50:11

stopped
9:24 45:24

storage
29:19

store
29:9 30:11 54:7

stored
37:23

straight
40:17

stream
36:13

stripes
27:17,18

structure
50:17

stuff
34:3 42:23 43:2

style
24:22

subbed
35:6



**subject**
50:14

**subjected**
43:24

**submits**
39:7

**submitted**
18:5 36:21

**subset**
6:5

**such**
53:15,16

**suffered**
44:6

**superior**
53:16

**supervisor**
41:16

**supplied**
53:5

**supposed**
38:4 54:1

**sure**
7:5 9:8 19:14
36:10 54:16

**surveillance**
34:12

**suspend**
11:17

**suspended**
14:10

**suspension**
18:16

**sustained**
38:14,15

**switch**
17:9

**sworn**
5:6 12:23 13:4,24
19:23 20:16,23

---

**T**

**take**
19:12 25:7 37:3,6
41:17 54:16,18,25

**taken**
40:10 50:3

**taking**
8:13,24 33:25
42:20

**talk**
30:7 35:11 41:22
44:21,24 45:25
46:3,4

**talked**
24:23

**talking**
10:9 18:15 47:12,
14 54:5

**tasks**
35:24

**Taylor**
11:9,13

**technology**
34:15,21 35:9

**tell**
24:19 40:2

**tenure**
17:17,18

**terminated**
24:2 31:11

**terms**
49:12

**testified**
5:6

**testify**
9:6

**text**
44:21,24 45:22,24

**than**
10:5 11:5 42:12

**Thanks**
54:20

**that**
5:21 6:3,4,5,24
7:10,21 8:14 9:3,7,
18 10:15,20,24
11:13 12:1,17
13:1,6 14:21,24
15:11,16 16:3,8,
12,21,22 17:1,6,8,
11 18:3,5,9 19:8,
14,15,16,21 20:21,
22 21:8,21,24
22:10,13,15,18
23:5,17,22,25
24:1,16,24 25:10,
13,21,22 26:2,4,9,
21,22,24 27:3,8,14
28:8,16 29:1,15,
18,23,25 30:4,5,6,
9,17,19,23 31:3,
17,18,21 32:8,19,
20,22 33:4,8,9,10,
12,13,24,25 34:1,2
35:1,20,21,24
36:6,10,12,14,18,
23,24 37:2,3,7,13,
15,19,24,25 38:3,
6,11,14,16,23
39:4,7,13 40:2,4,5,
10,14,18,24 41:10,
14,17 42:10,17,22
43:2,5,8,10,16,17,
18,19,20,22 44:12,
16 46:12,19,24
47:3,8,20 48:1,5,
14,22,23,25 49:4,
13,25 50:2,12,20,

24 51:2,20,22
52:1,12,13,24
53:4,7,8,17 54:5,
22

**that's**
6:11 9:24 10:8,22,
25 12:8 13:13 14:9
15:18 16:4,19,21
17:12 21:22 24:22
27:9 28:12,20
29:12 33:4 38:1
40:3 41:1,2 43:20
45:20 46:18 47:16
48:9 51:24

**the**
5:10,17,19,24 6:7,
10,15,19,20,25
7:5,8,11,18,19,21,
22,24,25 8:7,13,
16,17 9:1,2,3,8
10:13,15 11:4,6,
10,15,20 12:4,7,8,
12,16,24 13:9,12,
15,19,22,23 14:1,
6,12,13,16,23,24,
25 15:1,3,4,5,8,10,
11,12,15,19,20,24,
25 16:2,5,6,7,8,21
17:1,9,11,13,23,
24,25 18:2,3,4,6,
11,16,21,23,24
19:3,4,8,16,18
20:11,16,18,23
21:8,10,19,20,22
22:1,3,4,7,8,17,22
23:13,23,25 24:2,
6,7,9,13,16,20,24
25:1,4,5,6,7,10,12,
13,15,16,22,24
26:5,12,21 27:10,
14,16 28:6,8,11,
14,17,25 29:1,8,9,
10,13,19,22 30:7,
12,17,20,23,24
31:2,4,7,11,12,17,



24 32:2,6,9,11,16,
19,20 33:5,7,9,13,
15,17,19,22,24
34:5,6,12,15,21,
22,23,24 35:8,14,
18,19,20,21,24,25
36:2,3,6,7,8,9,10,
11,15,16,17,20,21,
22,24 37:1,3,4,5,6,
7,8,9,12,13,14,15,
20 38:6,7,10,13,
17,19,20,22,24,25
39:1,2,3,4,6,8,9,
10,12,14,15,16,18,
21,22,25 40:1,3,8,
9,11,12,13,15,16,
19,20,21,23,24,25
41:1,3,8,9,16,19,
21,22,24 42:18
43:1,3,7,8,10,21,
22,23,25 44:5,8,
11,15,18,23,24
45:13,24,25 46:2,
9,10,12,14,17,18,
19,21,24,25 47:1,
4,6,9,11,13,14,17,
18,23,24 48:2,4,
12,14,17,19,23,24,
25 49:3,6,7,8,9,11,
14,18 50:1,3,5,6,
11,12,13,14,17,20,
21,24 51:9,25
52:3,6,17,23 53:2,
4,8,11,17,18,19,
20,23,24 54:5,7,
19,25 55:2,5

**their**
15:3,7 20:19 23:24
25:10,16 35:13
53:24

**them**
7:2 18:6 19:5,6
25:11,13,14,15
29:20 33:20 35:25
36:21,23 37:6 40:4

**themselves**
35:7

**then**
9:4,22 14:13,16
24:4 25:9 27:13
32:5 33:18 35:19
36:8,9,11 37:3,16
39:7 40:10,18
41:13 54:16

**there**
7:14 9:4,22 12:1,
25 13:5,18 14:12,
13 17:14,19 19:14,
21 20:22 21:21
22:5,23 25:14
27:4,13,15,19,20
29:18,25 31:1,13
32:5,7,10 33:9,16,
24 34:6 36:11 37:7
38:2 39:18 40:4
42:22 46:21 47:3,8
49:13 50:3 52:25
53:7,17

**there's**
21:1 27:2,6,17
36:13 51:19 52:12

**thereupon**
5:3 12:11 32:1

**these**
29:14 36:1

**they**
7:2,16 15:6,12
20:20 25:7,9,11,15
26:3 28:16 30:1,2
31:3 34:6 35:6,7,
16,18 36:18 37:8
44:16 52:1,4 53:19
54:1

**they're**
25:13 36:15

**thing**
28:18,20

**things**
29:6,23 31:3 32:19
33:25 45:22

**think**
10:8 14:10 28:15
29:11 33:12 42:11
45:17

**this**
8:23 12:9,19 13:1
14:2 15:19 17:16
18:13,14,17,23
24:18 25:19 28:14
30:9 32:8,24 33:20
35:15 36:18 45:8
54:23

**those**
9:3 10:23 24:13
35:15 37:10,11,15

**though**
25:2

**three**
27:17

**through**
6:18 21:21 28:11
29:17 37:24 38:1
40:17 41:16

**throughout**
43:18

**tickets**
27:23

**time**
6:20 7:25 10:18,19
14:16 16:8,21
20:13 21:9,10 22:4
24:12 25:22 26:14
30:9 34:24 46:19
48:14,17,24 50:20,
21 52:24

**timeframe**
34:18

**times**
14:4 20:11 42:22

**tipping**
53:18

**to**
6:2,3,10 7:4,10,13,
14,16,20,22 8:7
9:5,7,23 10:17
11:1,16,17,22
12:4,6,15,20 14:9,
14,19,21 15:2,8
16:5,12,13,19,24
17:9,23,25 18:5,
11,13,14,23 19:5,
13,15,19,21,23,24
20:2,5,10,12,14,
17,19,24 21:3,6,
12,13,17,19,22,24
22:5,10,18,23
23:11,12,16,18,19,
21,24 24:1,3,6,7,
12,14,16,19,21
25:2,5,8,11,12,14,
15,19,22,24 26:5,
11,12,18,23 27:2,
3,11,12,25 28:1,
11,15,23 29:2,6,9,
15,19 30:1,2,3,10,
11,17,21,24 31:4,
6,7,23 32:18,22
33:1,2,5,7,16,20
34:3,24 35:6,7,11,
15,16,18,20,22,25
36:7,9,10,11,16,
19,20,21 37:3,4,9,
13 38:4,7,10,16,20
39:3,7,9,11,25
40:6,11,12,16,18,
19,22 41:11,12,13,
14,22 42:3,16,18,
24,25 43:2,3,5,6,7,
9,10,25 44:8,16,18
45:5,8,9,10,13,20,
21,22 46:2,7,8,14,
17,22 47:2,9,18,19

48:2,12,19,21
49:1,3,4,8,14,15,
18,22 50:5,6,8,20
51:4,9,12,16 52:3,
11,17,22,25 53:4,
11,19,20,24 54:1,
7,10,11,15,17,18

**today**
12:10

**today's**
8:24

**too**
33:15

**took**
18:3 33:17,18

**total**
9:22

**touched**
34:4

**training**
37:8,9 43:22

**transfer**
49:19

**transferred**
24:3 25:2,22

**treat**
25:2

**treated**
24:4

**triangle**
40:21

**trick**
12:6

**trickle**
43:5

**triggers**
46:22

**true**
43:18

**try**
54:15

**trying**
25:19 30:1 35:22

**twice**
14:8,11

**two**
5:23

**two-page**
32:4

**type**
30:22 39:12 41:10
42:20 50:7

---

## U

**ultimate**
40:20

**under**
30:13,18,25 50:11

**understand**
7:10 25:19 47:20

**understanding**
10:24 11:22 15:16
17:8 20:22 26:9
30:24 33:21 46:19
48:23

**unfounded**
38:11,15 39:3,7

**uniform**
23:3,18 25:3 27:13
52:7

**uniforms**
23:20,24

**union**
49:12

**until**
23:25

**unusual**

**18**:9

**up**
8:16 16:12 17:22
20:11 21:19,24
23:2,16 28:16
29:24 42:10

**updated**
32:7,10

**upon**
16:7 47:24 49:12

**upstream**
43:5

**us**
5:10

**used**
28:15

**usually**
36:2 41:8

**Utility**
23:9

---

## V

**various**
25:12

**vehicle**
26:11,15 52:10

**verbally**
22:20

**version**
32:8

**very**
24:16 28:9

**via**
22:20 35:18 36:8

**video**
28:11

**violation**
11:6 41:12

---

## W

**wait**
22:7

**want**
16:24 24:7,14,16
33:2 35:11

**warehouse**
42:3,14,17

**was**
5:5 6:1,22,23 7:5,
24,25 8:12 10:17
11:13,14,15,17,22
12:2,7,11,20 14:1,
10,12,13,16,17,18,
19,21,23 15:8,11,
17 16:8,9,15,25
17:1,10,14,19,20,
23 19:16 20:14
21:3,10,17,21
22:3,5,6,7,8,11,12,
13,18 23:16,25
24:3 25:1,3,21,22
26:8,9,14,17,22,24
27:3,25 28:1,3,23,
25 29:4,12,18,21,
25 30:4,5,6,9,12,
17,24 31:1,7,11
32:1,19,20 33:4,9,
12,13 34:18 35:21,
22 37:1,13,15
39:7,12,13 40:5,6
41:11,14,24 42:19
44:12,23 46:12
48:14,15,17,20
49:19,21,22 50:1,
3,13,18,20,21,24
52:1,2,23,24 53:4
54:22

**wasn't**
22:3 33:1 49:25

**wasting**
29:8 30:10 54:6


UNIVERSAL
COURT REPORTING
THE FREE VIDEO COMPANY

**way**
12:9 20:21 33:4,5
36:18 40:14,24
46:12 53:18

**we**
8:16 9:24 25:7
29:19 33:16 35:25
42:10,11,12,22
43:2 48:22 54:15

**We'll**
55:3

**we're**
18:15 24:21 45:13

**We've**
29:13

**weapon**
23:7,20

**wear**
23:3,12 52:11,12

**wearing**
52:7,9,14

**weekend**
28:14

**well**
17:17 23:20 26:13
30:21 33:15 38:10
45:9 49:20

**went**
9:23 14:9

**were**
5:24 6:2,9,10,12,
19,20 7:3 8:2 9:3
12:19 14:14,24
16:20 19:14 21:24
22:13 24:4 26:23
29:1,19 30:1,2
31:5 33:16,25
35:20 36:18 37:7,
8,19 44:15 54:1

**what**
5:24 6:4,12 9:15

10:7 12:7,8,9,19
13:4 15:1,24 16:19
17:8,18 18:13,23
20:8,10,16 21:24
25:20 26:17 27:3,
10,11 29:6,19
30:17 31:23 33:3,7
34:14,18 35:22
36:1,24 37:1,12
38:9 41:7 45:7
46:22 47:20 49:5
52:9,12,23,24 54:2

**what's**
5:17 10:9 11:11
27:16 31:9 40:1
48:4 53:23

**whatever**
7:16 52:11

**when**
6:2,9 7:3,4 12:23
13:4 15:25 16:11,
17,21,25 18:2 19:2
21:17 22:6 23:1,
15,16,23 25:6
26:8,23 27:2
28:16,23 29:17
34:24 35:13,23
39:21 43:3,20
46:3,4,8 50:18
53:15,25

**whenever**
8:8

**where**
9:12,20,24 22:10
25:15 37:5 40:1
41:13,17 43:4
45:13

**whereas**
49:10

**whether**
12:20 38:10 39:3,6
41:11 43:6,9 47:2,
9,19,24 49:1,3,14

**which**
9:5 13:19 14:13
15:20 17:21 25:20
31:24 32:6 39:18
41:15 42:2 47:12
49:9 53:1

**while**
8:11 17:13 26:18
27:25 31:12 44:23
49:19 50:8 52:2,9
53:2,9

**whittled**
11:15

**who**
7:13,15,19,22,25
16:8 21:6,10 22:15
34:5,6 35:8 36:3
39:2,24 43:5 44:6,
15 50:9

**who's**
11:9 13:9 35:24

**whoever's**
50:14

**whole**
32:23

**whom**
21:15

**whose**
11:17

**why**
10:12,15 14:9,21
21:3 23:22 24:4
25:2 29:12 30:24
33:4,21 38:19
42:13 43:4 50:23

**will**
7:12 24:15 38:13,
14

**window**
28:9,17

**with**
6:15 8:2,4,14,20
11:12,14,17,23
12:2,21 14:14,19,
21 15:12,21,25
16:2,6 17:10 18:23
19:11,20 21:12,15,
24 23:13 25:22
29:17,20 31:6
35:12 38:20 39:10,
12 41:24 42:2,14,
22 43:1 44:21,24
45:16,22,23,24,25
46:3,4,23 47:3,10,
19,25 48:4,18
49:1,24 50:6 54:11

**within**
6:25 13:12,13
19:18 36:14 37:19
41:19 50:4

**without**
10:11,14 13:5
14:14,20,22 15:22
16:6,9 17:1,5
18:16 31:6 46:23
47:3,10,20,25
48:15,22 49:2,10

**witness**
5:5 24:7,9 39:19,
21 41:21,23 42:2,
14 54:19 55:6

**witnesses**
41:9 42:23

**words**
43:8 52:14

**work**
19:24 20:2 21:6,
13,17 22:18 23:16
25:15,22 26:3
27:25 28:1,4 31:7
40:1 44:24 45:17

**worked**
6:15 27:1 46:3



53:14

**working**
23:1,15 26:8 44:5
45:24 52:21 53:2,
9,25

**would**
7:18 13:6,22 16:12
17:17 20:10 21:19,
23 22:5,17,20 24:4
28:17,25 34:2
35:1,2,4,13,15,16,
18 36:24,25 37:2,
6,8,13 39:25 40:3
41:8,9,13,15,17,22
42:2,13,16,17,18,
19 44:23 46:8 47:8
48:19,25 49:16
50:11,12,13 52:1,
6,9,12,14,17,21
53:1 54:10

**would've**
35:5,6,7 37:17
38:1 49:9

**wouldn't**
37:24 42:6 46:4
52:4

**written**
16:3 38:7 41:1
43:3,12 46:21
47:4,8

**wrong**
25:21 48:4

---

**Y**

---

**yeah**
9:2 14:12 16:16
18:22 28:14,18,21

**year**
5:22 6:18 9:15
28:25

**years**
6:17 7:5,6

**yes**
7:9,12 8:6,10,15,
19 9:19 11:3,8,25
12:18,22 13:14,17,
25 14:3,7 15:6
17:3 20:7 22:25
23:4,6,8,10,14
25:25 26:6,14,25
27:5,15 29:4,12
30:15 31:15,20,22
32:10,23,25 33:11,
18 34:17 37:21
38:5,18 39:17,20
41:6,25 43:14,22
44:14 45:2 46:20
47:22 48:3,13,16
51:6,8 52:16
53:12,21

**you**
5:10,13,15,21,24
6:2,9,12,13,15,19,
20 7:3,10,22 8:2,
13,14,20,21,23
9:4,5,12,17,25
10:3,7,15,19 11:19
12:6,9,17,19 14:11
16:20 17:13,21,22
18:1,12,13,18,22,
25 19:1,5,23 21:3,
12,15,20,24 22:10
23:17 24:7,10,11,
14,15,16,19 25:13,
20 26:23 27:1,7,14
28:4,8,23 29:1,13,
14,23,25 30:17
31:5,16,23 32:22
33:1,2,3,8,13,20
34:8,11 35:1,25
36:1,7,17,23,24
37:24 42:1,11,13,
17,19 43:2,21,24
44:5,11,16,21,23
45:4,5,12,20,21,24

46:6,9 47:12,17
49:5,16,25 50:2
51:9,12,15,16,22
53:6,7,8,24 54:4,
14,17,21

**you'd**
41:21

**you're**
6:6 27:2 32:23
42:11 47:14 48:6
51:19

**you've**
6:18 31:12

**your**
5:11,17 8:4 10:24
11:1,22 12:1 17:8,
18 18:9 26:9 27:1,
6,13 30:24 33:21
35:11,16 36:25
37:17 46:19 51:13,
15

**yours**
45:6

**yourself**
45:4 54:21


UNIVERSAL
COURT REPORTING
THE FREE VIDEO COMPANY