UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-20748-LENARD/LOUIS

SERGIO PEREZ,

    Plaintiff,

vs.

CITY OF OPA-LOCKA,

    Defendant.

_____/

## DECLARATION OF JOHN E. PATE, CM, MS

I, John E. Pate, CM, MS, make the following declaration pursuant to 28 U.S.C. §1746 and declare as follows:

1. My name is John E. Pate.

2. I make this Declaration based on my personal knowledge.

3. I am over the age of 18 and competent to testify to the matters contained in this Declaration.

4. I have a Master's in Science from Lewis University and a Bachelor of Arts from Governors State University.

5. I am in the process of earning my Master's in Business Administration from Governors State University.

6. The named Defendant in this lawsuit, the City of Opa-Locka, hired me as its City Manager on September 25, 2019.

7. I worked for the City of Opa-Locka as its City Manager until it improperly fired me on January 14, 2022.

8. The City of Opa-Locka was under financial oversight by the State of Florida due to the mismanagement of funds that occurred prior to my tenure as its City Manager.

9. I promoted Sergio Perez from the rank of Sergeant to Lieutenant in August 2020 and then promoted him again from the rank of Lieutenant to Captain in February 2021.

10. I hired Steven Barreira as the Chief of Police for the City of Opa-Locka, who was sworn in on April 16, 2021.

11. On July 7, 2021, I received an email from Steven Barreira that he had fired Robert Demoya, a Police Officer employed by the City of Opa-Locka.

12. Steven Barrera did not consult me prior to terminating the employment of Robert Demoya.

13. A little less than an hour later, I received another email from Steven Barreira in which he retracted his prior email and indicated that Robert Demoya was not terminated.

14. I received an anonymous email late in the evening on September 6, 2021, in which the writer of that email claimed that Captain Sergio Perez fired a taser and struck Michael Steel at approximately 3:00 p.m. on September 2, 2021.

15. After receipt of this email, I contacted Steven Barreira and instructed him to open an internal affairs investigation into the incident identified in the September 6, 2021, email.

16. I instructed Steven Barreira to take no adverse actions against Sergio Perez until after the completion of the Internal Affairs Investigation, but Steven Barreira disregarded my instructions and relieved Sergio Perez of duty (with pay).

17. I did not authorize or direct Steven Barreira to contact FDLE.

18. I directed Steven Barreira to ask Michael Steel if the incident occurred; instead, Steven Barreira conducted an unauthorized, clandestine meeting with Michael Steel.

19. I also directed Steven Barreira to open an internal affairs investigation into Michael Steel to track his whereabouts after the incident because of the delay in reporting the incident, because Michael Steel left the City of Opa-Locka to go to urgent care without informing anyone and without authorization, and because of the delay in filing his workers' compensation paperwork.

20. I received a letter dated September 28, 2021, from James C. Casey, Esq., on behalf of Sergio Perez, to memorialize a meeting that occurred in my office on August 4, 2021, to dispute the rendition of events by Michael Steel, to address defamatory comments against Sergio Perez, and to request Whistleblower protection for Sergio Perez.

21. The City of Opa-Locka did not, thereafter, follow the applicable Ordinance (Chapter 23) upon receipt of the letter dated September 28, 2021.

22. Dennis Jackson, II, came to me after he was promoted to Interim Chief of Police and asked permission to reinstate Sergio Perez to active duty, and I deferred to Dennis Jackson, II.

23. Dennis Jackson, II, then sent me a memorandum to memorialize that he had reinstated Sergio Perez.

24. I received a call from Commission Audrey Dominguez the day that Sergio Perez was charged with misdemeanor battery.

25. During that call, Audrey Dominguez demanded that I fire Sergio Perez and threatened to fire me and then fire Chief Jackson.

26. Dennis Jackson, II, and I met with Sergio Perez and during that meeting, we demoted Sergio Perez from Captain to Sergeant.

27. This demotion to Sergeant resulted in a reduction of Sergio Perez's pay.

28. The City of Opa-Locka fired me the following day.

29. I fully understand and aver the facts contained within this Declaration are true and correct.

## DECLARATION

By my signature below, I execute this declaration in Cook County, Illinois, and declare under penalty of perjury that the foregoing is true and correct.

By _____
John Pate (Jan 3, 2023 16:44 CST)
JOHN E. PATE, CM, MS

Jan 3, 2023
DATE