UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


CASE NO. 1:22-cv-20748-LENARD/LOUIS


SERGIO PEREZ,

        Plaintiff,

vs.

CITY OF OPA-LOCKA AND STEVEN BARREIRA,

        Defendant.
_____/




DEPOSITION OF DETECTIVE MOHAN BRITTON

TAKEN ON BEHALF OF THE PLAINTIFF

MAY 30, 2023
3:05 P.M TO 3:53 P.M

ALL PARTIES APPEARED REMOTELY
PURSUANT TO
FLORIDA SUPREME COURT ORDER AOSC20-23




REPORTED BY:
YAMISE SIGGERS, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



Sergio Perez vs City of Opa-Locka & Steven Barreira
Britton, Detective Mohan on 05/30/2023
Pages 2..5

**Page 2**

```
1              APPEARANCES OF COUNSEL
2   ON BEHALF OF THE PLAINTIFF:
3       BRIAN H. POLLOCK, ESQUIRE
        FAIRLAW FIRM
4       135 SAN LORENZO AVE STE 770
        CORAL GABLES, FLORIDA 33146
5       305-230-4884
        Brian@fairawattorney.com
6       (REMOTELY VIA ZOOM)
7   ON BEHALF OF THE DEFENDANT:
8       JONATHAN RAILEY, ESQUIRE
        JOHNSON ANSELMO MURDOCH BURKEP.A.
9       2455 E SUNRISE BLVD STE 1000
        FORT LAUDERDALE, FLORIDA 33304
10      954-463-0100
        railey@jambg.com
11      (REMOTELY VIA ZOOM)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
1            INDEX OF EXAMINATION
2   WITNESS:  DETECTIVE MOHAN BRITTON
                                    PAGE
3   DIRECT EXAMINATION
        By BRIAN POLLOCK, Esquire        5
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
1              INDEX OF EXHIBITS
2   EXHIBIT            DESCRIPTION         PAGE
3   Plaintiff's
4   EXHIBIT 101    PROPERTY RECEIPT         13
5   EXHIBIT 102    DAVID REPORT             24
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 5**

```
1       DEPOSITION OF DETECTIVE MOHAN BRITTON
2            MAY 30, 2023
3       THE COURT REPORTER:  We are now on the record.
4   Today's date is May 30th, 2023.  And the time is
5   approximately 03:00 p.m.
6       We are here for the deposition of Detective
7   Mohan Britton in the matter of Sergio Perez vs.
8   City of Opa-Locka & Steven Barreira.  Case Number
9   1:22-CV-20748-Lenard/Louis.
10       And can Counsels, please introduce yourselves
11   for the record?
12       MR. POLLOCK:  Good afternoon.  My name is
13   Brian Pollock, I represent Sergio Perez.
14       MR. RAILEY:  Jonathan Railey for the
15   Defendant, City of Opa-Locka.
16   Thereupon:
17            MOHAN BRITTON,
18   was called as a witness, and after having been first
19   duly sworn, testified as follows:
20            DIRECT EXAMINATION
21   BY MR. POLLOCK:
22       Q   Okay.  Mr. Britton, can you please give us the
23   benefit of your full name including any middle name?
24       A   Mohan St. Aubyns Britton.
25       Q   St. Aoban, A-O-B-A-N?
```



Page 6

1    A   A-U-B-Y-N-S.
2    Q   Okay.  Have you ever been known by any other
3  names or nicknames?
4    A   No.
5    Q   Have you taken any medical -- Any medications
6  or suffer from any medical conditions that affect your
7  memory or your ability to testify truthfully?
8    A   No.
9    Q   And we rely on the testimony that you give
10  today as the truth?
11   A   Yes, sir.
12   Q   And then what -- where are you currently
13  working?
14   A   I'm currently attached to the IRS Criminal
15  Investigation.  I work with the Treasury.
16   Q   Who is your -- you're detective with them,
17  does that mean you're still employed by the City of Opa-
18  Locka?
19   A   That's correct.
20   Q   And you're kind of on loan to the IRS Criminal
21  Investigations Unit?
22   A   Yes, I am.
23   Q   Okay.  How long have you been working with the
24  IRS in their Criminal Investigations Unit?
25   A   This is my second stint and I've been here

Page 7

1  almost a year now or just about a year.
2    Q   For how long have you been employed at the
3  City of Opa-Locka?
4    A   About 13 years, going on 14.
5    Q   What rank do you currently hold with the City
6  of Opa-Locka?
7    A   I am a Detective.
8    Q   For how long have you been a Detective with
9  Opa-Locka?
10   A   For the last year.
11   Q   What position did you hold before that?
12   A   I was a Corporal then a Lieutenant for a year,
13  then I got detach.
14   Q   Okay.  We can kind of bring these down, for
15  how long were you a Lieutenant?  You are saying that you
16  were Lieutenant for a year?
17   A   Yeah, just for a year.
18   Q   And then before that you were a Corporal?
19   A   I was a Detective and before that a Corporal.
20  What happened was, I believe they took away the corporal
21  position at one point, so.
22   Q   That's what I was going to ask.  My
23  understanding was corporal was a position that was
24  ultimately eliminated?
25   A   Yes, yes.

Page 8

1    Q   Okay.  In 2021, what position or positions did
2  you hold with the City of Opa-Locka Police Department?
3    A   2021, I believe I was detective or -- a
4  Detective.
5    Q   Did you have any specific department to which
6  you were assigned?
7    A   Yeah, the Professional Compliance Bureau.
8    Q   What is the Professional Compliance Bureau,
9  what is it responsible for?
10   A   All investigation of City employees, whether
11  criminal or administrative investigation.  I was also
12  involved responsible for training, public records
13  request and internal affairs as I mentioned previously,
14  and body worn cameras, background, I may have missed off
15  one or so.
16   Q   When a City employee would be relieved of
17  duty, would it have been your responsibility to go and
18  retrieve whatever City issued equipment was being -- ?
19   A   Yes, yes.
20   Q   And I guess to jump around just a little bit.
21  Can you please give us the benefit of your education and
22  training from about high school on?
23   A   Yeah, I went to high school in Jamaica, I went
24  to university in Jamaica where I obtained a Bachelor's
25  Degree in economics and accounting.  I did various

Page 9

1  training with the police department.
2        I had a real estate license here, a mortgage
3  broker's license here.  And apart from the constant
4  training with the police department, I believe that's
5  it.
6    Q   Do you still hold an active real estate and
7  mortgage broker's license?
8    A   I still own an active real estate license.
9    Q   The position that you hold with the IRS
10  Criminal Investigation Unit, is that something you
11  applied for?  Or were you proposed for that position?
12   A   I requested to be detached.
13   Q   And how about the -- how many -- you've been
14  detached you said once before?
15   A   Yes.
16   Q   The first time you were detached, when was
17  that?
18   A   2012 to 2016.
19   Q   Maybe my question is appropriate for this
20  period of time.  Was that a position that you had
21  applied for that detachment?  Or was it someone who
22  proposed you to go to work with the IRS?
23   A   The Chief proposed that I went to work with
24  IRS.
25   Q   Do you have to remain at the City of Opa-



Sergio Perez vs City of Opa-Locka & Steven Barreira
Britton, Detective Mohan on 05/30/2023          Pages 10..13

Page 10

1  Locka for a certain period of time after your detachment
2  is over?
3     A  I'm not following.
4     Q  Sure.  You were detached from 2012 to 2016 and
5  then it sounds like you were detached again as of
6  2022?
7     A  Yes, they brought me back to put into PCB
8  after 2016.
9     Q  Okay.  And so, I guess the question is, you
10 know, did you -- is it -- the time period from 2016 to
11 2022, is that a man mandatory waiting period for you to
12 be detached again?  Or is that -- or how did that come
13 about?
14    A  No, I requested to be detached again.  I was
15 getting burnt out from PCB so I just requested to be
16 detached.
17    Q  I guess, why are you burnt out from PCB?
18    A  It was a lot of work for one person.  And I
19 keep requesting help and then I eventually got a little
20 help with a part time officer but it was too far gone.
21 And even though it was very helpful, I just couldn't,
22 you know, it was too much for one person.
23    Q  Did the PCB responsibilities become too much
24 because of the load placed on it by Police Department
25 personnel or was it from City personnel in general?

Page 11

1     A  It was a little bit of both, you know, the
2  volume of the work.  And also at that time I believe
3  that the City Manager was getting too much involved into
4  the operation of PCB.  I never felt comfortable, so I
5  just requested a transfer.
6     Q  Who was the City Manager at the time?
7     A  Mr. Pate.
8     Q  And when did you request the transfer to PCB -
9  - transfer to IRS?
10    A  I think shortly after he came.  There was
11 nothing in writing at first.  Well, I don't think I ever
12 put anything in writing.  I just spoke to the chain of
13 command and then I eventually got it.
14    Q  You spoke the chain of command at the IRS or
15 at the --
16    A  No, no, at Opa-Locka.
17    Q  Okay.  Who was the Chief that approved your
18 request to be detached to IRS?
19    A  I finally got detached under it was interim
20 Chief Steel and City Manager, Darwin Williams.
21    Q  And here did you -- and do you know the Chief
22 that put the request through?  Was that Barreira?
23    A  No, I don't think, I actually think the City
24 manager actually did it.  I had a conversation with him
25 and that's when Chief Israel was coming on board.

Page 12

1     I think Chief Barreira walked -- left the job
2  at that time and I expressed interest in going back to
3  IRS to the City Manager.  And I think he basically put
4  that through for me.
5     We had a turbulent time with regards to
6  different Chiefs.  We had Barreira, then Chief Israel
7  came in before that we had Major Stroud.  We had at one
8  point acting Chief or Captain Steel.  Prior to that, we
9  had -- it was a Major Stroud with Captain Perez,
10 Jenkins underneath them, City Manager Pete.  So, it
11 wasn't, you know, it wasn't stable at that time.
12    Q  Got you.  Was there a request made of you to
13 retrieve from Sergio Perez, the equipment that was
14 issued to him by the OLPD in September of 2021?
15    A  I don't remember the exact date, but I knew I
16 responded to his home for his equipment.  Myself and
17 Captain, at the time, yeah, Captain Roger, we responded
18 to his home.
19    Q  And whose request was this?
20    A  It must have been the Chief or the City
21 Manager.  Somebody at that time requested that we went
22 and retrieves his items.
23    Q  As we sit here today, do you remember whether
24 it was Chief Barreira or City Manager Pete?
25    A  I don't recall, to be honest.

Page 13

1     Q  Was this a directive that would have been
2  given to you in writing such as a memo or an e-mail?  Or
3  is this a verbal request?
4     A  I don't recall.  The fact that Captain Rogers
5  was with me, I'm not sure if I accompanied him or I was
6  tasked with doing it and he came along, I don't recall.
7  Normally, I do it on my own.
8     Q  But you do distinctly remember that Captain
9  Rogers was with you when you retrieved the items from
10 Sergio Perez?
11    A  Yes, sir.
12    Q  Okay.  When you retrieved items from an OPD
13 Officer, do you document the items that you retrieve
14 anywhere?
15    A  Yes, sir.
16    Q  Where would that be?
17    A  Those would be in this folder at the station.
18    Q  And is there a receipt that you keep?
19    A  Yes, yes.  Probably the receipt showing what
20 we collected.
21    Q  Got you.  Let's see if I can get this to work
22 and I will show you what I've marked as Plaintiff's
23 Exhibit 101.
24       (Thereupon, Plaintiff's Exhibit 101 was
25       entered into the record.)

Sergio Perez vs City of Opa-Locka & Steven Barreira
Britton, Detective Mohan on 05/30/2023      Pages 14..17

Page 14

1 BY MR. POLLOCK:
2    Q   Do you see that?
3    A   Yes, sir.
4    Q   Okay.  If you could explain for us what are we
5 looking at with Exhibit 101?
6    A   It's a property receipt of all items that I
7 collected on September 10th, 2021, it appears to be one
8 page and Sergeant Perez signed for the release of the
9 items over to PCB.
10   Q   In your experience, is it a usual and
11 customary practice at OLPD to retrieve items issued to a
12 law enforcement officer when they are relieved of duty?
13   A   Yes, sir.
14   Q   And normally you indicated that you wouldn't
15 have another officer accompany you when you would
16 retrieve property from another officer.  Is that right?
17   A   Yes.
18   Q   Okay.  If you were also retrieving a vehicle
19 that was issued to that officer, would it make sense to
20 have someone to accompany you so they can drive this
21 City issued vehicle back?
22   A   Correct, I think probably that was the case.
23   Q   From this property receipt, can you tell
24 whether any computer was retrieved from Mr. Perez at
25 this point?

Page 15

1    A   It's not very legible.  I saw a radio, I can't
2 make out what's the number -- Line Number 2.
3    Q   Looks like radio battery.
4    A   Okay.  A Glock 22, TLR, I guess, that's
5 probably the site, Captain Perez's -- his badge.  So,
6 far along a holster, Glock 22 magazine 46 caliber
7 rounds, one or two of them, I can't make out.
8    Q   Okay.  In September 2021, were you the law
9 enforcement officer at Opa-Locka Police Department who
10 is responsible for overseeing and investigating internal
11 affairs complaints?
12   A   Yes.
13   Q   And for how long had you been the internal
14 affairs officer -- had you -- for how long, let me start
15 over.
16       For how long before September of 2021, had you
17 been the officer responsible for investigating internal
18 affairs complaints at OLPD?
19   A   Since 2016.
20   Q   Okay.  And in Opa-Locka is the Chief of Police
21 the final decision maker on internal affairs complaints?
22   A   Yes.  I write the report and submit it to the
23 Chief.
24   Q   What's the Chief's responsibility once you
25 submit to him or her the report?

Page 16

1    A   Either agree recommend changes or disagree.
2    Q   Is the Chief the person who decides what
3 corrective action should be taken as a result of any
4 findings?
5    A   Yes, once I present the case file, he would
6 make the recommendation as to what discipline is
7 rendered.
8    Q   At Opa-Locka Police Department, is the Chief
9 normally that initiates internal affairs investigations?
10   A   Yes.
11   Q   At Opa-Locka, does the Chief normally conduct
12 any investigation on his or her own before initiating an
13 internal affairs investigation?
14   A   Not to my knowledge.
15   Q   In your opinion, would it be appropriate for a
16 Chief of Police to meet with a witness in an internal
17 affairs investigation before the investigation is
18 initiated?
19       MR. RAILEY:  Object to the form.  You can
20       answer.
21   A   No, I don't believe it's appropriate.
22 BY MR. POLLOCK:
23   Q   Why not?
24   A   Well, he has to basically sign off on that
25 investigation and if he's going to get himself involved

Page 17

1 in that investigation, I don't think it's -- it wouldn't
2 be at arm's length in a sense whereas rendering
3 discipline and so forth.
4    Q   You agree with me that it wouldn't be fair for
5 the Chief to meet with a witness before the
6 investigation has been concluded.  Is that correct?
7    A   Correct, I've never seen that before.
8    Q   Did you know that Chief Barreira met with
9 Michael Steel before the internal affairs investigation
10 was initiated against Sergio Perez?
11       MR. RAILEY:  Object to the form.
12 BY MR. POLLOCK:
13   Q   And you can answer unless Mr. Railey does not
14 want you to answer.  In other words, Mr. Railey is
15 objecting to the form of the question.  If he doesn't
16 want you to answer something, he's going to be very
17 clear that he does not want you to answer it.
18   A   Okay.  I've heard that they met.  I'm not sure
19 who told me but I've heard that they met discreetly or
20 somewhere in the City or something like that.  But I
21 don't remember if it was after the investigation or
22 prior to the investigation.
23   Q   Okay.  Did you meet with Michael Steel about
24 the incident that occurred in early September 2021
25 involving Sergio Perez?

Page 18

1    A   Which incident was that?

2    Q   Let's call it the teaser incident.

3    A   I think I took a statement from -- yes, I took
4  a statement from him. Yeah, several statements. I think
5  like twice I met with him at the direction of the City
6  Manager.

7    Q   When you took these statements from Mr. Steel
8  at the direction of City Manager Pete, did Mr. Steel
9  have with him a lawyer?

10   A   I don't think he had one the first time, but I
11 think he had one the second time. I'm not 100% sure.
12 And the reason I say that is he was the victim. So, he
13 wouldn't need an Attorney the first time.

14       But I believe he got the impression that he
15 was becoming the subject. So, I think he brought in an
16 Attorney the second time, based on my recollection.

17   Q   And Mr. Steel is no longer a member of the
18 Opa-Locka Police Department. Is that correct?

19   A   That's correct.

20   Q   Okay. And so, was there an internal affairs
21 investigation initiated against Mr. Steel?

22   A   It started under me, but we never finished, I
23 was detached before it, you know, it was concluded.

24   Q   Do I take it from your answer that there was
25 an internal affairs investigation initiated against Mr.

Page 19

1  Steel, but you don't know the outcome because you were
2  detached before it completed?

3    A   Okay. Against Mr. Steel?

4    Q   Yes.

5    A   No, there was one initiated against Sergeant
6  Perez regarding the teaser incident.

7    Q   Okay.

8    A   None, Mr. Steel was -- when it was started,
9  Steel was never a subject of an investigation.

10   Q   Was there any reason in your mind why Mr.
11 Steel could not come to you to complain that he had been
12 teased by Sergio Perez?

13       MR. RAILEY: Object to the form.

14   A   Actually, I found out days after that the
15 teasing actually occurred. He never came to report it.
16 I believe it was Chief Barreira, who told me to look
17 into it.

18 BY MR. POLLOCK:

19   Q   In your mind, should Mr. Steel have reported
20 the incident to you?

21   A   Yes, if he found it that it was unjust and --
22 yeah, he should have that same day.

23   Q   Did you request Mr. Steel to write any
24 memoranda or reports concerning the teaser incident?

25   A   No, sir.

Page 20

1    A   All right. Okay. So, you indicated that as
2  of September -- after September 2021 onwards, you had
3  not investigated Michael Steel for any internal affairs
4  complaint. He was never the subject after September of
5  2021. Is that correct?

6    A   That's correct.

7    Q   Okay. What about before September 2021? Have
8  you had occasion to investigate Mr. Steel prior to
9  September of 2021?

10   A   Yes.

11   Q   When and for what?

12   A   I don't remember the date. But one of the
13 allegation was he wasn't getting along with the squad
14 that he was running. Everyone basically had something
15 that he was -- he was unfit to be a supervisor.

16       One allegation also was that he was sleeping
17 while on duty. And I think the overall theme of the
18 squad was that they didn't like him being their
19 supervisor and they tried to put out certain things that
20 they found that was a breach of policy with regards to
21 his running the squad.

22   Q   From your recollection, did the squad members
23 also complain that Mr. Steel was retaliatory?

24       MR. RAILEY: Form.

25   A   Yes.

Page 21

1  BY MR. POLLOCK:

2    Q   The investigation that you conducted into Mr.
3  Steel that we just discussed, was this an investigation
4  that occurred over a short or fairly lengthy period of
5  time?

6    A   Based on my recollection, I think it was
7  actually two, I'm not sure if it was to two
8  investigations or one.

9        I know there was one regarding Officer Vega,
10 who thought one or the other squad members were getting
11 preferential treatment. And there was another one with
12 Officer Taylor, who is now a Sergeant that he saw
13 Sergeant Steel sleeping while on duty and there were --
14 I don't remember if it was two separate cases or one.

15   Q   And the question that prompted this was
16 whether you remember this to be a rather shorter or
17 rather extensive investigation?

18   A   They both have the timeline of 180 days. And
19 I tried to come in under 180 days.

20   Q   And that timeline is because Florida Law
21 requires that an internal affairs investigation be
22 completed within 180 days unless there's an intervening
23 criminal investigation. Is that right?

24   A   That's correct.

25   Q   Okay. And then if there's a termination of



877-291-3376
www.ucrinc.com

Page 22

1  employment then the investigation concludes because you
2  can't take any corrective action as to that now former
3  employee.  Is that right?
4     A  Correct.  He can be terminated and we provide
5  them a termination letter.
6     Q  But if an employee is terminated during the
7  pendency of an investigation --
8     A  We still conclude investigation, though.
9     Q  Oh, you do?
10    A  Yes.
11    Q  Okay.  So, if there was an internal affairs
12 investigation initiated against Michael Steel after
13 September of 2021, there should -- that investigation
14 should have been concluded as far as you understand it?
15       MR. RAILEY:  Object to form.
16    A  Yes, it should be concluded.
17 BY MR. POLLOCK:
18    Q  When you completed your investigation of Mr.
19 Steel that was initiated by his squad members, did you
20 make any kinds of recommendations?
21    A  One of the investigation was he was
22 exonerated, the one with regard he was sleeping and
23 doing -- he was in being a coward and stuff like that.
24 The other one where he was showing favoritism, that one
25 was actually sustained against him.

Page 23

1       I believe the Chief actually sent him for a
2  recommended evaluation which I don't think he was -- he
3  went to take the evaluation.  I don't think he responded
4  to the doctor per his lawyer's advice.
5     Q  So, when you say the Chief recommended an
6  evaluation.  You're talking about a psychological
7  evaluation?
8     A  Correct.  Fit for duty evaluation.
9     Q  And as far as you understand it, Mr. Steel did
10 not complete that psychological evaluation possibly at
11 the recommendation of his Counsel, but you're not sure?
12    A  Yes, the recommendation of his Counsel.  And I
13 believe the psychologist stated that it was a slippery
14 slope, and the team should think twice before putting
15 him through such an evaluation.
16    Q  Got you.  During your 13 years at OLPD, can
17 you recall any other officers who had been recommended
18 for fit for duty evaluations?
19    A  Sergeant Gonzalez.
20    Q  While Mr. Steel was the interim or acting
21 Chief of Police, am I correct that he was your superior
22 officer?
23    A  Correct.
24    Q  Were there any other times when Mr. Steel was
25 your superior officer?

Page 24

1     A  The first time I started in I -- back in
2  probably 2011, he was my supervisor also.
3     Q  And then what about from 2016 through 2021,
4  was Mr. Steel in a position where he was supervising
5  other officers?
6     A  Yes.
7     Q  Was there a time when Mr. Steel was basically
8  removed from supervising other officers?
9     A  I don't recall but I know he has a history of
10 having issues with other officers.
11    Q  When you say issues, what do you mean?
12    A  Some would portray him as a coward.  Some
13 would not like to work for him because they believe that
14 he retaliates against them.  Yeah, that was basically
15 the gist of it.
16    Q  All right.  I'm going to show you what I've
17 marked as Plaintiff's Exhibit 102 and ask you some
18 questions about it.
19       (Thereupon, Plaintiff's Exhibit 102 was
20       entered into the record.)
21 BY MR. POLLOCK:
22    Q  This is a David report for Sergio Perez.  Do
23 you recognize a David report, such as one I've marked as
24 Exhibit 102?
25    A  Yes.

Page 25

1     Q  Now, this document indicates that on January
2  14th, 2022, there were inquiries made of Sergio Perez by
3  you.  Do you remember making any inquiries into Mr.
4  Perez's background on January 14th, 2022?
5     A  I don't remember specifically the date but I
6  knew I ran the entire department's driver's license to
7  see who was suspended or who had an active driver's
8  license.
9     Q  Okay.  What does -- what's a record -- what's
10 a background investigation?
11    A  I don't know why it came up as a background
12 investigation.  Background investigation is when I'm
13 basically hiring someone.  And I'm, you know, going
14 through all their, you know, addresses, criminal history
15 and all that stuff.
16    Q  Now, why in -- let's say -- it says January
17 14th, 2022.  Do you have a reason to dispute that you
18 ran some kind of background check or license check on
19 Mr. Perez on January 14th, 2022?
20       MR. RAILEY:  Objection to form.
21    A  I don't -- I know the only reason we run
22 driver's license for the officers is when we do for the
23 entire department to see whose license is valid. That's
24 the only -- every other -- all the information that I
25 may need for Sergeant Perez, I could have gotten it



Page 26

1  elsewhere.
2       So, that's the only reason.  I must have been
3  instructed by which is normally the Chief, because I'm
4  very cautious when it comes to running David, the first
5  time I did it, I got into trouble where I run.  I think
6  it was a Commissioner's driver's license and then Chief
7  put me on notice, "Hey, don't do this again".  So, I
8  will not run anybody's license unless I am directed to
9  do so.
10  BY MR. POLLOCK:
11      Q   Okay.  And so, let me ask you this.  It
12  indicates that you were the one who ran the David's
13  search on January 14th, 2022.  Is that because anyone
14  who utilized that login, it would have come up as your
15  information or because everyone who had access to David
16  had a unique login?
17      A   Everyone in David has a unique login.
18      Q   Okay.  Now, if you ran a license search for -
19  - license check on the whole department in January of
20  2022, why would a second check have been run on March
21  16th, 2022?
22      A   That's a good question.  It may have been that
23  I was looking for his address if it's the same time when
24  we collected his items.  But I don't have an explanation
25  for that, I do not remember.  I don't remember.

Page 27

1       Q   And real quick, I can just show you Exhibit
2  101, the date that the items were collected from Sergio
3  was September 10th, 2021.
4       A   Okay.
5       Q   So, when we look back on March 16th, the only
6  significance for March 16th is roundabout when Sergio
7  filed his lawsuit against the City of Opa-Locka?
8       A   Yeah, but what would I be getting from a
9  driver's license with regards to a lawsuit?  How would
10  that help me?  I'm not following.
11      Q   And that's what I'm trying to find out.
12  Because it indicates to you ran a full background
13  investigation of Sergio Perez on -- at about 11:03 a.m.
14  on March 16th.
15      A   It says full background but it doesn't
16  actually mean a full background.  All I can pull up is
17  his driver's license information.  It may ask me why and
18  I probably put background.  But he's already hired, so I
19  would not need to do a background on him.
20      Q   Right.  I mean, was this something where Mr.
21  Steel as the interim Chief would have instructed you to
22  run some kind of investigation on David into Mr. Perez?
23      MR. RAILEY:  Object to form.
24      A   I -- you know what?  I actually doubt that.  It
25  may have come from the City Manager.  Because you have

Page 28

1  to bear in mind that over the years, Sergeant Perez and
2  Sergeant Steel had a little back and forth ever since
3  I've been there.  And it would have raised bells, it
4  would have raised alarm bells for me or Captain Steel to
5  come and say, "Hey, run Perez."
6       Now, to me that would have seemed like
7  retaliation and it would have triggered a red flag in my
8  head.  And I felt -- I didn't feel that way when I ran
9  it whenever Steel was in charge.
10      So, it either came from the City Manager or I
11  completely do not remember why I had to run it.  But I
12  just don't aware around us running people driver's
13  license for nothing.
14  BY MR. POLLOCK:
15      Q   And I'm not accusing you of doing that.  That's
16  why I was asking where the orders came from because I
17  didn't think --
18      A   Yeah, I don't remember to be honest with you.
19      Q   Okay.  Has Mr. Perez ever been your superior
20  officer?
21      A   Yes.
22      Q   Can you recall when?
23      A   Yeah, when Mr. Pate was in charge he was the
24  Captain.  And I reported to actually several of them.
25  Captain Jenkins, Assistant Chief Jenkins, Captain Perez

Page 29

1  and the City Manager, at that time we didn't have a
2  Chief.
3       MR. POLLOCK:  I think that's all I have.
4       MR. RAILEY:  No questions.  He will read.
5       (Deposition concluded at 03:15 p.m.)
6       (Reading and signing of the deposition by the
7       witness has been reserved.)

## Page 30

```
 1                CERTIFICATE OF REPORTER
 2   STATE OF FLORIDA
 3   COUNTY OF MIAMI-DADE
 4
 5       I, YAMISE SIGGERS, Court Reporter and Notary
 6   Public for the State of Florida, do hereby certify that
 7   I was authorized to and did digitally report and
 8   transcribe the foregoing proceedings, and that the
 9   transcript is a true and complete record of my notes.
10
11       I further certify that I am not a relative,
11   employee, attorney or counsel of any of the parties,
12   nor am I a relative or employee of any of the parties'
13   attorneys or counsel connected with the action, nor am
14   I financially interested in the action.
15
16   Witness my hand this 6th day of July, 2023.
17
18
19
20   _____
     YAMISE SIGGERS, COURT REPORTER
21   NOTARY PUBLIC, STATE OF FLORIDA
22
23
24
25
```

## Page 31

```
 1                 CERTIFICATE OF OATH
 2   STATE OF FLORIDA
 3   COUNTY OF MIAMI-DADE
 4
 5       I, YAMISE SIGGERS, the undersigned authority,
 6   certify that DETECTIVE MOHAN BRITTON , appeared before
 7   me remotely pursuant to Florida Supreme Court Order
 8   AOSC20-23 and was duly sworn on the 30 th day of MAY,
 9   2023.
10
     Witness my hand this 6th day of July, 2023.
11
12
13
14
15   _____
     YAMISE SIGGERS, COURT REPORTER
16   NOTARY PUBLIC, STATE OF FLORIDA
     Commission No.: HH 338429
17   Commission Exp:  DECEMBER 05, 2026
18
19
20
21
22
23
24
25
```

## Page 32

```
 1   DATE:      JULY 6, 2023
     TO:        DETECTIVE MOHAN BRITTON
 2              mbritton@opalockapd.com
 3   IN RE:   Sergio Perez vs. City of Opa-Locka & Steven
              Barreira
 4
 5   CASE NO:  1:22-CV-20748-LENARD/LOUIS
 6   Dear Mr. BRITTON,
 7   Please take notice that on MAY 30,2023 you gave your
     deposition in the above-referenced matter.  At that
     time, you did not waive signature.  It is now necessary
 8   that you sign your deposition.  You may do so by
     contacting your own attorney or the attorney who took
     your deposition and make an appointment to do so at
 9   their office.  You may also contact our office at the
10   below number, Monday - Friday, 9:00 AM - 5:00 PM, for
     further information and assistance.
11
     If you do not read and sign your deposition within
12   thirty (30) days, the original, which has already been
     forwarded to the ordering attorney, may be filed with
13   the Clerk of the Court.
14   If you wish to waive your signature, sign your name in
     the blank at the bottom of this letter and promptly
15   return it to us.
16   Very truly yours,
17   YAMISE SIGGERS, Court Reporter
     Universal Court Reporting
18   (954)712-2600
19   I do hereby waive my signature.
20
     _____
21   DETECTIVE MOHAN BRITTON
     Cc: via transcript:              Jonathan Railey, Esq.
22                                    Brian H. Pollock, Esq.
23
24
25
```

## Page 33

```
 1   Errata Sheet
 2
 3   NAME OF CASE: Sergio Perez vs City of Opa-Locka & Steven Barreira
 4   DATE OF DEPOSITION: 05/30/2023
 5   NAME OF WITNESS: Detective Mohan Britton
 6   Reason Codes:
 7       1. To clarify the record.
 8       2. To conform to the facts.
 9       3. To correct transcription errors.
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   Page _____ Line _____ Reason _____
23   From _____ to _____
24
25              _____
```



Sergio Perez vs City of Opa-Locka & Steven Barreira
Britton, Detective Mohan on 05/30/2023

**0**

**03:00**
5:5

**03:15**
29:5

**1**

**100%**
18:11

**101**
13:23,24 14:5 27:2

**102**
24:17,19,24

**10th**
14:7 27:3

**11:03**
27:13

**13**
7:4 23:16

**14**
7:4

**14th**
25:2,4,17,19 26:13

**16th**
26:21 27:5,6,14

**180**
21:18,19,22

**1:22-cv-20748-lenard/louis**
5:9

**2**

**2**
15:2

**2011**

24:2

**2012**
9:18 10:4

**2016**
9:18 10:4,8,10
15:19 24:3

**2021**
8:1,3 12:14 14:7
15:8,16 17:24
20:2,5,7,9 22:13
24:3 27:3

**2022**
10:6,11 25:2,4,17,
19 26:13,20,21

**2023**
5:2,4

**22**
15:4,6

**3**

**30**
5:2

**30th**
5:4

**4**

**46**
15:6

**A**

**A-O-B-A-N**
5:25

**A-U-B-Y-N-S**
6:1

**a.m.**
27:13

**ability**
6:7

**about**
7:1,4 8:22 9:13
10:13 17:23 20:7
23:6 24:3,18 27:13

**access**
26:15

**accompanied**
13:5

**accompany**
14:15,20

**accounting**
8:25

**accusing**
28:15

**acting**
12:8 23:20

**action**
16:3 22:2

**active**
9:6,8 25:7

**actually**
11:23,24 19:14,15
21:7 22:25 23:1
27:16,24 28:24

**address**
26:23

**addresses**
25:14

**administrative**
8:11

**advice**
23:4

**affairs**
8:13 15:11,14,18,
21 16:9,13,17 17:9
18:20,25 20:3
21:21 22:11

**affect**
6:6

**after**
5:18 10:1,8 11:10
17:21 19:14 20:2,4
22:12

**afternoon**
5:12

**again**
10:5,12,14 26:7

**against**
17:10 18:21,25
19:3,5 22:12,25
24:14 27:7

**agree**
16:1 17:4

**alarm**
28:4

**all**
8:10 14:6 20:1
24:16 25:14,15,24
27:16 29:3

**allegation**
20:13,16

**almost**
7:1

**along**
13:6 15:6 20:13

**already**
27:18

**also**
8:11 11:2 14:18
20:16,23 24:2

**am**
6:22 7:7 23:21
26:8

**an**
9:6,8 13:2,12
16:12,16 18:13,15,
20,25 19:9 21:3,



Sergio Perez vs City of Opa-Locka & Steven Barreira
Britton, Detective Mohan on 05/30/2023

21,22 22:6,7,11
23:5,15 25:7 26:24

**and**
5:4,10,18 6:9,12,
20,25 7:18,19
8:13,14,17,20,21,
25 9:3,6,13 10:4,9,
18,19,21 11:2,8,
13,20,21,25 12:2,
3,16,19,22 13:6,
18,22 14:8,10,14
15:10,13,20,22
16:25 17:3,13
18:12,17,20 19:21
20:11,17,19 21:11,
13,15,18,20,25
22:4,22,23 23:9,
12,14 24:3,17
25:13,15 26:6,11
27:1,11,17 28:1,2,
3,5,7,8,15,24 29:1,
6

**another**
14:15,16 21:11

**answer**
16:20 17:13,14,16,
17 18:24

**any**
5:23 6:2,5,6 8:5
14:24 16:3,12
19:10,23 20:3
22:2,20 23:17,24
25:3

**anybody's**
26:8

**anyone**
26:13

**anything**
11:12

**anywhere**
13:14

**Aoban**
5:25

**apart**
9:3

**appears**
14:7

**applied**
9:11,21

**appropriate**
9:19 16:15,21

**approved**
11:17

**approximately**
5:5

**are**
5:3,6 6:12 7:15
10:17 14:4,12

**arm's**
17:2

**around**
8:20 28:12

**as**
5:18,19 6:10 8:13
10:5 12:23 13:2,22
16:3,6 20:1 22:2,
14 23:9 24:12,17,
23 25:11 26:14
27:21

**ask**
7:22 24:17 26:11
27:17

**asking**
28:16

**assigned**
8:6

**Assistant**
28:25

**at**
7:2,21 9:25 11:2,6,

11,14,15,16 12:2,
7,11,17,21 13:17
14:5,11,24 15:9,18
16:8,11 17:2 18:5,
8 23:10,16 27:13
29:1,5

**attached**
6:14

**Attorney**
18:13,16

**Aubyns**
5:24

**aware**
28:12

**away**
7:20

---

**B**

**Bachelor's**
8:24

**back**
10:7 12:2 14:21
24:1 27:5 28:2

**background**
8:14 25:4,10,11,
12,18 27:12,15,16,
18,19

**badge**
15:5

**Barreira**
5:8 11:22 12:1,6,
24 17:8 19:16

**based**
18:16 21:6

**basically**
12:3 16:24 20:14
24:7,14 25:13

**battery**
15:3

**be**
8:16 9:12 10:12,
14,15 11:18 12:25
13:16,17 14:7
16:3,15 17:2,4,16
20:15 21:16,21
22:4,16 27:8 28:18

**bear**
28:1

**because**
10:24 19:1 21:20
22:1 24:13 26:3,
13,15 27:12,25
28:16

**become**
10:23

**becoming**
18:15

**been**
5:18 6:2,23,25 7:2,
8 8:17 9:13 12:20
13:1 15:13,17 17:6
19:11 22:14 23:17
26:2,20,22 28:3,19
29:7

**before**
7:11,18,19 9:14
12:7 15:16 16:12,
17 17:5,7,9 18:23
19:2 20:7 23:14

**being**
8:18 20:18 22:23

**believe**
7:20 8:3 9:4 11:2
16:21 18:14 19:16
23:1,13 24:13

**bells**
28:3,4

**benefit**
5:23 8:21

**bit**
8:20 11:1

**board**
11:25

**body**
8:14

**both**
11:1 21:18

**breach**
20:20

**Brian**
5:13

**bring**
7:14

**Britton**
5:1,7,17,22,24

**broker's**
9:3,7

**brought**
10:7 18:15

**Bureau**
8:7,8

**burnt**
10:15,17

**but**
10:20 12:15 13:8
17:19,20 18:10,14,
22 19:1 20:12 22:6
23:11 24:9 25:5
26:24 27:8,15,18
28:11

**by**
5:21 6:2,17 10:24
12:14 14:1 16:22
17:12 19:12,18
21:1 22:17,19
24:21 25:2 26:3,10
28:14 29:6

**C**

**caliber**
15:6

**call**
18:2

**called**
5:18

**came**
11:10 12:7 13:6
19:15 25:11 28:10,
16

**cameras**
8:14

**can**
5:10,22 7:14 8:21
13:21 14:20,23
16:19 17:13 22:4
23:16 27:1,16
28:22

**can't**
15:1,7 22:2

**Captain**
12:8,9,17 13:4,8
15:5 28:4,24,25

**case**
5:8 14:22 16:5

**cases**
21:14

**cautious**
26:4

**certain**
10:1 20:19

**chain**
11:12,14

**changes**
16:1

**charge**
28:9,23

**check**
25:18 26:19,20

**Chief**
9:23 11:17,20,21,
25 12:1,6,8,20,24
15:20,23 16:2,8,
11,16 17:5,8 19:16
23:1,5,21 26:3,6
27:21 28:25 29:2

**Chief's**
15:24

**Chiefs**
12:6

**City**
5:8,15 6:17 7:3,5
8:2,10,16,18 9:25
10:25 11:3,6,20,23
12:3,10,20,24
14:21 17:20 18:5,8
27:7,25 28:10 29:1

**clear**
17:17

**collected**
13:20 14:7 26:24
27:2

**come**
10:12 19:11 21:19
26:14 27:25 28:5

**comes**
26:4

**comfortable**
11:4

**coming**
11:25

**command**
11:13,14

**Commissioner's**
26:6

**complain**
19:11 20:23

**complaint**
20:4

**complaints**
15:11,18,21

**complete**
23:10

**completed**
19:2 21:22 22:18

**completely**
28:11

**Compliance**
8:7,8

**computer**
14:24

**concerning**
19:24

**conclude**
22:8

**concluded**
17:6 18:23 22:14,
16 29:5

**concludes**
22:1

**conditions**
6:6

**conduct**
16:11

**conducted**
21:2

**constant**
9:3

**conversation**
11:24

**corporal**
7:12,18,19,20,23

**correct**
6:19 14:22 17:6,7
18:18,19 20:5,6



Sergio Perez vs City of Opa-Locka & Steven Barreira
Britton, Detective Mohan on 05/30/2023

21:24 22:4 23:8,
21,23

**corrective**
16:3 22:2

**could**
14:4 19:11 25:25

**couldn't**
10:21

**Counsel**
23:11,12

**Counsels**
5:10

**COURT**
5:3

**coward**
22:23 24:12

**criminal**
6:14,20,24 8:11
9:10 21:23 25:14

**currently**
6:12,14 7:5

**customary**
14:11

---

**D**

**Darwin**
11:20

**date**
5:4 12:15 20:12
25:5 27:2

**David**
24:22,23 26:4,15,
17 27:22

**David's**
26:12

**day**
19:22

**days**
19:14 21:18,19,22

**decides**
16:2

**decision**
15:21

**Defendant**
5:15

**Degree**
8:25

**department**
8:2,5 9:1,4 10:24
15:9 16:8 18:18
25:23 26:19

**department's**
25:6

**deposition**
5:1,6 29:5,6

**detach**
7:13

**detached**
9:12,14,16 10:4,5,
12,14,16 11:18,19
18:23 19:2

**detachment**
9:21 10:1

**detective**
5:1,6 6:16 7:7,8,19
8:3,4

**did**
7:11 8:1,5,25
10:10,12,23 11:8,
21,24 17:8,23 18:8
19:23 20:22 22:19
23:9 26:5

**didn't**
20:18 28:8,17 29:1

**different**
12:6

**DIRECT**
5:20

**directed**
26:8

**direction**
18:5,8

**directive**
13:1

**disagree**
16:1

**discipline**
16:6 17:3

**discreetly**
17:19

**discussed**
21:3

**dispute**
25:17

**distinctly**
13:8

**do**
7:5 9:6,25 11:21
12:23 13:7,8,13
14:2 18:24 22:9
24:11,22 25:3,17,
22 26:7,9,25 27:19
28:11

**doctor**
23:4

**document**
13:13 25:1

**does**
6:17 16:11 17:13,
17 25:9

**doesn't**
17:15 27:15

**doing**
13:6 22:23 28:15

**don't**
11:11,23 12:15,25
13:4,6 16:21 17:1,
21 18:10 19:1
20:12 21:14 23:2,3
24:9 25:5,11,21
26:7,24,25 28:12,
18

**doubt**
27:24

**down**
7:14

**drive**
14:20

**driver's**
25:6,7,22 26:6
27:9,17 28:12

**duly**
5:19

**during**
22:6 23:16

**duty**
8:17 14:12 20:17
21:13 23:8,18

---

**E**

**e-mail**
13:2

**early**
17:24

**economics**
8:25

**education**
8:21

**either**
16:1 28:10

**eliminated**
7:24



**elsewhere**
26:1

**employed**
6:17 7:2

**employee**
8:16 22:3,6

**employees**
8:10

**employment**
22:1

**enforcement**
14:12 15:9

**entered**
13:25 24:20

**entire**
25:6,23

**equipment**
8:18 12:13,16

**estate**
9:2,6,8

**evaluation**
23:2,3,6,7,8,10,15

**evaluations**
23:18

**even**
10:21

**eventually**
10:19 11:13

**ever**
6:2 11:11 28:2,19

**every**
25:24

**everyone**
20:14 26:15,17

**exact**
12:15

**EXAMINATION**
5:20

**Exhibit**
13:23,24 14:5
24:17,19,24 27:1

**exonerated**
22:22

**experience**
14:10

**explain**
14:4

**explanation**
26:24

**expressed**
12:2

**extensive**
21:17

___

## F

**fact**
13:4

**fair**
17:4

**fairly**
21:4

**far**
10:20 15:6 22:14
23:9

**favoritism**
22:24

**feel**
28:8

**felt**
11:4 28:8

**file**
16:5

**filed**
27:7

**final**
15:21

**finally**
11:19

**find**
27:11

**findings**
16:4

**finished**
18:22

**first**
5:18 9:16 11:11
18:10,13 24:1 26:4

**fit**
23:8,18

**flag**
28:7

**Florida**
21:20

**folder**
13:17

**following**
10:3 27:10

**follows**
5:19

**for**
5:6,11,14 7:2,8,10,
12,14,16,17 8:9,12
9:11,19,21 10:1,
11,18,22 12:4,16
14:4,8 15:10,13,
14,16,17 16:15
17:4 20:3,11 23:1,
8,18 24:13,22
25:22,25 26:18,23,
25 27:6 28:4,13

**form**
16:19 17:11,15
19:13 20:24 22:15
25:20 27:23

**former**
22:2

**forth**
17:3 28:2

**found**
19:14,21 20:20

**from**
6:6 8:22 9:3 10:4,
10,15,17,25 12:13
13:9,12 14:16,23,
24 18:3,4,7,24
20:22 24:3,8 27:2,
8,25 28:10,16

**full**
5:23 27:12,15,16

___

## G

**general**
10:25

**get**
13:21 16:25

**getting**
10:15 11:3 20:13
21:10 27:8

**gist**
24:15

**give**
5:22 6:9 8:21

**given**
13:2

**Glock**
15:4,6

**go**
8:17 9:22

**going**
7:4,22 12:2 16:25
17:16 24:16 25:13

**gone**
10:20

**Gonzalez**
23:19



Sergio Perez vs City of Opa-Locka & Steven Barreira
Britton, Detective Mohan on 05/30/2023

**good**
  5:12 26:22

**got**
  7:13 10:19 11:13,
  19 12:12 13:21
  18:14 23:16 26:5

**gotten**
  25:25

**guess**
  8:20 10:9,17 15:4

**H**

**had**
  9:2,20 11:24 12:5,
  6,7,9 15:13,14,16
  18:10,11 19:11
  20:2,8,14 23:17
  25:7 26:15,16
  28:2,11

**happened**
  7:20

**has**
  16:24 17:6 24:9
  26:17 28:19 29:7

**have**
  6:2,5,23 7:2,8 8:5,
  14,17 9:25 12:20
  13:1 14:15,20 18:9
  19:19,22 20:7
  21:18 22:14 25:17,
  25 26:2,14,20,22,
  24 27:21,25 28:3,
  4,6,7 29:1,3

**having**
  5:18 24:10

**he**
  11:10 12:3 13:6
  16:5,24 17:15,17
  18:10,11,12,14,15
  19:11,15,21,22
  20:4,13,14,15,16

**21:12 22:4,21,22,**
  23,24 23:2,3,21
  24:2,4,9,14 28:23
  29:4

**he's**
  16:25 17:16 27:18

**head**
  28:8

**heard**
  17:18,19

**help**
  10:19,20 27:10

**helpful**
  10:21

**her**
  15:25 16:12

**here**
  5:6 6:25 9:2,3
  11:21 12:23

**Hey**
  26:7 28:5

**high**
  8:22,23

**him**
  11:24 12:14 13:5
  15:25 18:4,5,9
  20:18 22:25 23:1,
  15 24:12,13 27:19

**himself**
  16:25

**hired**
  27:18

**hiring**
  25:13

**his**
  12:16,18,22 15:5
  16:12 20:21 22:19
  23:4,11,12 26:23,
  24 27:7,17

**history**
  24:9 25:14

**hold**
  7:5,11 8:2 9:6,9

**holster**
  15:6

**home**
  12:16,18

**honest**
  12:25 28:18

**how**
  6:23 7:2,8,15 9:13
  10:12 15:13,14,16
  27:9

**I**

**I'M**
  6:14 10:3 13:5
  17:18 18:11 21:7
  24:16 25:12,13
  26:3 27:10,11
  28:15

**I'VE**
  6:25 13:22 17:7,
  18,19 24:16,23
  28:3

**if**
  13:5,21 14:4,18
  16:25 17:15,21
  19:21 21:7,14,25
  22:6,11 26:18,23

**impression**
  18:14

**in**
  5:7 6:24 8:1,23,24,
  25 10:25 11:11,12
  12:2,7,14 13:2,17
  14:10 15:8,20
  16:15,16 17:1,2,
  14,20,24 18:15

**19:10,19 21:19**
  22:23 24:1,4 25:16
  26:17,19 28:1,7,9,
  23

**incident**
  17:24 18:1,2 19:6,
  20,24

**including**
  5:23

**indicated**
  14:14 20:1

**indicates**
  25:1 26:12 27:12

**information**
  25:24 26:15 27:17

**initiated**
  16:18 17:10 18:21,
  25 19:5 22:12,19

**initiates**
  16:9

**initiating**
  16:12

**inquiries**
  25:2,3

**instructed**
  26:3 27:21

**interest**
  12:2

**interim**
  11:19 23:20 27:21

**internal**
  8:13 15:10,13,17,
  21 16:9,13,16 17:9
  18:20,25 20:3
  21:21 22:11

**intervening**
  21:22

**into**
  10:7 11:3 13:25



19:17 21:2 24:20
25:3 26:5 27:22

**introduce**
5:10

**investigate**
20:8

**investigated**
20:3

**investigating**
15:10,17

**investigation**
6:15 8:10,11 9:10
16:12,13,17,25
17:1,6,9,21,22
18:21,25 19:9
21:2,3,17,21,23
22:1,7,8,12,13,18,
21 25:10,12 27:13,
22

**investigations**
6:21,24 16:9 21:8

**involved**
8:12 11:3 16:25

**involving**
17:25

**IRS**
6:14,20,24 9:9,22,
24 11:9,14,18 12:3

**is**
5:4,12 6:16,25 8:8,
9 9:10,19 10:2,9,
10,11,12 13:3,18
14:10,16 15:10,20
16:2,6,8,17 17:6,
14 18:12,17,18
20:5 21:12,20,23
22:3,6 24:22
25:12,22,23 26:3,
13 27:6,16

**Israel**
11:25 12:6

**issued**
8:18 12:14 14:11,
19,21

**issues**
24:10,11

**it**
8:9,17 9:5,21 10:5,
10,18,20,21,22,24,
25 11:1,13,19,24
12:9,10,11,20,24
13:6,7 14:7,10,19
15:22 16:15 17:1,
4,17,21 18:2,22,
23,24 19:2,8,15,
16,17,21 21:6,7,14
22:14,16 23:9,13
24:15,18 25:11,16,
25 26:4,5,6,11,14,
22 27:12,15,17,24
28:3,7,9,10,11

**it's**
14:6 15:1 16:21
17:1 26:23

**items**
12:22 13:9,12,13
14:6,9,11 26:24
27:2

_____

**J**

**Jamaica**
8:23,24

**January**
25:1,4,16,19
26:13,19

**Jenkins**
12:10 28:25

**job**
12:1

**Jonathan**
5:14

**jump**
8:20

**just**
7:1,17 8:20 10:15,
21 11:5,12 21:3
27:1 28:12

_____

**K**

**keep**
10:19 13:18

**kind**
6:20 7:14 25:18
27:22

**kinds**
22:20

**knew**
12:15 25:6

**know**
10:10,22 11:1,21
12:11 17:8 18:23
19:1 21:9 24:9
25:11,13,14,21
27:24

**knowledge**
16:14

**known**
6:2

_____

**L**

**last**
7:10

**law**
14:12 15:8 21:20

**lawsuit**
27:7,9

**lawyer**
18:9

**lawyer's**
23:4

**left**
12:1

**legible**
15:1

**length**
17:2

**lengthy**
21:4

**let**
15:14 26:11

**let's**
13:21 18:2 25:16

**letter**
22:5

**license**
9:2,3,7,8 25:6,8,
18,22,23 26:6,8,
18,19 27:9,17
28:13

**Lieutenant**
7:12,15,16

**like**
10:5 15:3 17:20
18:5 20:18 22:23
24:13 28:6

**Line**
15:2

**little**
8:20 10:19 11:1
28:2

**load**
10:24

**loan**
6:20

**Locka**
6:18 10:1



**login**
26:14,16,17

**long**
6:23 7:2,8,15
15:13,14,16

**longer**
18:17

**look**
19:16 27:5

**looking**
14:5 26:23

**Looks**
15:3

**lot**
10:18

**M**

**made**
12:12 25:2

**magazine**
15:6

**Major**
12:7,9

**make**
14:19 15:2,7 16:6
22:20

**maker**
15:21

**making**
25:3

**man**
10:11

**manager**
11:3,6,20,24 12:3,
10,21,24 18:6,8
27:25 28:10 29:1

**mandatory**
10:11

**many**
9:13

**March**
26:20 27:5,6,14

**marked**
13:22 24:17,23

**matter**
5:7

**may**
5:2,4 8:14 25:25
26:22 27:17,25

**Maybe**
9:19

**me**
10:7 12:4 13:5
15:14 17:4,19
18:22 19:16 26:7,
11 27:10,17 28:4,6

**mean**
6:17 24:11 27:16,
20

**medical**
6:5,6

**medications**
6:5

**meet**
16:16 17:5,23

**member**
18:17

**members**
20:22 21:10 22:19

**memo**
13:2

**memoranda**
19:24

**memory**
6:7

**mentioned**
8:13

**met**
17:8,18,19 18:5

**Michael**
17:9,23 20:3 22:12

**middle**
5:23

**mind**
19:10,19 28:1

**missed**
8:14

**Mohan**
5:1,7,17,24

**mortgage**
9:2,7

**Mr**
5:12,14,21,22 11:7
14:1,24 16:19,22
17:11,12,13,14
18:7,8,17,21,25
19:3,8,10,13,18,
19,23 20:8,23,24
21:1,2 22:15,17,18
23:9,20,24 24:4,7,
21 25:3,19,20
26:10 27:20,22,23
28:14,19,23 29:3,4

**much**
10:22,23 11:3

**must**
12:20 26:2

**my**
5:12 6:25 7:22
9:19 13:7 16:14
18:16 21:6 24:2
28:7

**Myself**
12:16

**N**

**name**
5:12,23

**names**
6:3

**need**
18:13 25:25 27:19

**never**
11:4 17:7 18:22
19:9,15 20:4

**nicknames**
6:3

**no**
6:4,8 10:14 11:16,
23 16:21 18:17
19:5,25 29:4

**None**
19:8

**normally**
13:7 14:14 16:9,11
26:3

**not**
10:3 13:5 15:1
16:14,23 17:13,17,
18 18:11 19:11
20:3 21:7 23:10,11
24:13 26:8,25
27:10,19 28:11,15

**nothing**
11:11 28:13

**notice**
26:7

**now**
5:3 7:1 21:12 22:2
25:1,16 26:18 28:6

**number**
5:8 15:2



Sergio Perez vs City of Opa-Locka & Steven Barreira
Britton, Detective Mohan on 05/30/2023

**O**

**Object**
16:19 17:11 19:13
22:15 27:23

**objecting**
17:15

**Objection**
25:20

**obtained**
8:24

**occasion**
20:8

**occurred**
17:24 19:15 21:4

**of**
5:1,6,7,8,15,23
6:17,20 7:3,6,14
8:2,10,16,21 9:20,
25 10:1,5,18,24
11:1,2,4,12,14
12:12,14 14:6,8,12
15:7,16,20 16:3,16
17:15 18:5,8,17
19:9 20:2,4,9,12,
17,20 21:4,18,25
22:7,13,18,20,21
23:11,12,21 24:9,
15 25:2,18 26:19
27:7,13,22 28:15,
24 29:6

**off**
8:14 16:24

**officer**
10:20 13:13 14:12,
15,16,19 15:9,14,
17 21:9,12 23:22,
25 28:20

**officers**
23:17 24:5,8,10
25:22

**Oh**
22:9

**Okay**
5:22 6:2,23 7:14
8:1 10:9 11:17
13:12 14:4,18
15:4,8,20 17:18,23
18:20 19:3,7 20:1,
7 21:25 22:11 25:9
26:11,18 27:4
28:19

**OLPD**
12:14 14:11 15:18
23:16

**on**
5:3 6:9,20 7:4 8:22
10:24 11:25 13:7
14:7 15:21 16:12,
24 18:16 20:17
21:6,13 25:1,4,18,
19 26:7,13,19,20
27:5,13,14,19,22

**once**
9:14 15:24 16:5

**one**
7:21 8:15 10:18,22
12:7 14:7 15:7
18:10,11 19:5
20:12,16 21:8,9,
10,11,14 22:21,22,
24 24:23 26:12

**only**
25:21,24 26:2 27:5

**onwards**
20:2

**Opa-**
6:17 9:25

**Opa-locka**
5:8,15 7:3,6,9 8:2
11:16 15:9,20
16:8,11 18:18 27:7

**Oh**
22:9

**OPD**
13:12

**operation**
11:4

**opinion**
16:15

**or**
6:3,6,7 7:1 8:1,3,
11,15 9:11,21
10:12,25 11:14
12:8,20,24 13:2,5
15:7,25 16:1,12
17:19,20,21 19:24
21:4,8,10,14,16
23:20 25:7,18
26:15 28:4,10

**orders**
28:16

**other**
6:2 17:14 21:10
22:24 23:17,24
24:5,8,10 25:24

**out**
10:15,17 15:2,7
19:14 20:19 27:11

**outcome**
19:1

**over**
10:2 14:9 15:15
21:4 28:1

**overall**
20:17

**overseeing**
15:10

**own**
9:8 13:7 16:12

**P**

**p.m.**

5:5 29:5

**page**
14:8

**part**
10:20

**Pate**
11:7 28:23

**PCB**
10:7,15,17,23
11:4,8 14:9

**pendency**
22:7

**people**
28:12

**per**
23:4

**Perez**
5:7,13 12:9,13
13:10 14:8,24
17:10,25 19:6,12
24:22 25:2,19,25
27:13,22 28:1,5,
19,25

**Perez's**
15:5 25:4

**period**
9:20 10:1,10,11
21:4

**person**
10:18,22 16:2

**personnel**
10:25

**Pete**
12:10,24 18:8

**placed**
10:24

**Plaintiff's**
13:22,24 24:17,19



Sergio Perez vs City of Opa-Locka & Steven Barreira
Britton, Detective Mohan on 05/30/2023

**please**
5:10,22 8:21

**point**
7:21 12:8 14:25

**police**
8:2 9:1,4 10:24
15:9,20 16:8,16
18:18 23:21

**policy**
20:20

**Pollock**
5:12,13,21 14:1
16:22 17:12 19:18
21:1 22:17 24:21
26:10 28:14 29:3

**portray**
24:12

**position**
7:11,21,23 8:1 9:9,
11,20 24:4

**positions**
8:1

**possibly**
23:10

**practice**
14:11

**preferential**
21:11

**present**
16:5

**previously**
8:13

**prior**
12:8 17:22 20:8

**probably**
13:19 14:22 15:5
24:2 27:18

**Professional**
8:7,8

**prompted**
21:15

**property**
14:6,16,23

**proposed**
9:11,22,23

**provide**
22:4

**psychological**
23:6,10

**psychologist**
23:13

**public**
8:12

**pull**
27:16

**put**
10:7 11:12,22 12:3
20:19 26:7 27:18

**putting**
23:14

---

**Q**

**question**
9:19 10:9 17:15
21:15 26:22

**questions**
24:18 29:4

**quick**
27:1

---

**R**

**radio**
15:1,3

**Railey**
5:14 16:19 17:11,
13,14 19:13 20:24

**record**
22:15 25:20 27:23
29:4

**raised**
28:3,4

**ran**
25:6,18 26:12,18
27:12 28:8

**rank**
7:5

**rather**
21:16,17

**read**
29:4

**reading**
29:6

**real**
9:2,6,8 27:1

**reason**
18:12 19:10 25:17,
21 26:2

**recall**
12:25 13:4,6 23:17
24:9 28:22

**receipt**
13:18,19 14:6,23

**recognize**
24:23

**recollection**
18:16 20:22 21:6

**recommend**
16:1

**recommendation**
16:6 23:11,12

**recommendations**
22:20

**recommended**
23:2,5,17

**record**
5:3,11 13:25 24:20
25:9

**records**
8:12

**red**
28:7

**regard**
22:22

**regarding**
19:6 21:9

**regards**
12:5 20:20 27:9

**release**
14:8

**relieved**
8:16 14:12

**rely**
6:9

**remain**
9:25

**remember**
12:15,23 13:8
17:21 20:12 21:14,
16 25:3,5 26:25
28:11,18

**removed**
24:8

**rendered**
16:7

**rendering**
17:2

**report**
15:22,25 19:15
24:22,23

**reported**
19:19 28:24

**REPORTER**
5:3



877-291-3376
www.ucrinc.com

reports
19:24

represent
5:13

request
8:13 11:8,18,22
12:12,19 13:3
19:23

requested
9:12 10:14,15 11:5
12:21

requesting
10:19

requires
21:21

reserved
29:7

responded
12:16,17 23:3

responsibilities
10:23

responsibility
8:17 15:24

responsible
8:9,12 15:10,17

result
16:3

retaliates
24:14

retaliation
28:7

retaliatory
20:23

retrieve
8:18 12:13 13:13
14:11,16

retrieved
13:9,12 14:24

retrieves
12:22

retrieving
14:18

right
14:16 20:1 21:23
22:3 24:16 27:20

Roger
12:17

Rogers
13:4,9

roundabout
27:6

rounds
15:7

run
25:21 26:5,8,20
27:22 28:5,11

running
20:14,21 26:4
28:12

_____

**S**

said
9:14

same
19:22 26:23

saw
15:1 21:12

say
18:12 23:5 24:11
25:16 28:5

saying
7:15

says
25:16 27:15

school
8:22,23

search
26:13,18

second
6:25 18:11,16
26:20

see
13:21 14:2 25:7,23

seemed
28:6

seen
17:7

sense
14:19 17:2

sent
23:1

separate
21:14

September
12:14 14:7 15:8,16
17:24 20:2,4,7,9
22:13 27:3

Sergeant
14:8 19:5 21:12,13
23:19 25:25 28:1,2

Sergio
5:7,13 12:13 13:10
17:10,25 19:12
24:22 25:2 27:2,6,
13

several
18:4 28:24

short
21:4

shorter
21:16

shortly
11:10

should
16:3 19:19,22

22:13,14,16 23:14

show
13:22 24:16 27:1

showing
13:19 22:24

sign
16:24

signed
14:8

significance
27:6

signing
29:6

since
15:19 28:2

sir
6:11 13:11,15
14:3,13 19:25

sit
12:23

site
15:5

sleeping
20:16 21:13 22:22

slippery
23:13

slope
23:14

so
7:21 8:15 10:9,15
11:4 12:10 14:20
15:5 17:3 18:12,
15,20 20:1 22:11
23:5 26:2,7,9,11
27:5,18 28:10

some
24:12,17 25:18
27:22



Sergio Perez vs City of Opa-Locka & Steven Barreira
Britton, Detective Mohan on 05/30/2023

**Somebody**
12:21

**someone**
9:21 14:20 25:13

**something**
9:10 17:16,20
20:14 27:20

**somewhere**
17:20

**sounds**
10:5

**specific**
8:5

**specifically**
25:5

**spoke**
11:12,14

**squad**
20:13,18,21,22
21:10 22:19

**St**
5:24,25

**stable**
12:11

**start**
15:14

**started**
18:22 19:8 24:1

**stated**
23:13

**statement**
18:3,4

**statements**
18:4,7

**station**
13:17

**Steel**
11:20 12:8 17:9,23

18:7,8,17,21 19:1,
3,8,9,11,19,23
20:3,8,23 21:3,13
22:12,19 23:9,20,
24 24:4,7 27:21
28:2,4,9

**Steven**
5:8

**still**
6:17 9:6,8 22:8

**stint**
6:25

**Stroud**
12:7,9

**stuff**
22:23 25:15

**subject**
18:15 19:9 20:4

**submit**
15:22,25

**such**
13:2 23:15 24:23

**suffer**
6:6

**superior**
23:21,25 28:19

**supervising**
24:4,8

**supervisor**
20:15,19 24:2

**sure**
10:4 13:5 17:18
18:11 21:7 23:11

**suspended**
25:7

**sustained**
22:25

**sworn**
5:19

**T**

**take**
18:24 22:2 23:3

**taken**
6:5 16:3

**talking**
23:6

**tasked**
13:6

**Taylor**
21:12

**team**
23:14

**teased**
19:12

**teaser**
18:2 19:6,24

**teasing**
19:15

**tell**
14:23

**terminated**
22:4,6

**termination**
21:25 22:5

**testified**
5:19

**testify**
6:7

**testimony**
6:9

**that**
6:6,9,17 7:11,15,
18,19,23 9:9,10,
11,17,20,21,23
10:11,12 11:2,3,
17,22 12:2,4,7,8,

11,13,21 13:1,4,8,
13,16,18 14:2,6,
14,16,19,22 16:9,
24 17:1,4,6,7,8,17,
18,19,20,24 18:1,
12,14,18,24 19:11,
14,21,22 20:1,5,
14,15,16,18,19,20,
23 21:2,3,4,12,15,
20,21,23 22:2,3,
13,19,23,24 23:10,
13,21 24:13,14
25:1,15,17,24
26:12,13,14,22,25
27:2,10,24 28:1,6,
8,15 29:1

**that's**
6:19 7:22 9:4
11:25 15:4 18:19
20:6 21:24 25:23
26:2,22 27:11
28:15 29:3

**the**
5:3,4,6,7,11,14,22
6:9,10,14,15,17,
20,23 7:2,5,10,20
8:2,7,8,21 9:1,3,4,
9,13,16,22,23,25
10:9,10,23,24
11:1,2,3,4,6,8,12,
14,15,17,21,22,23
12:1,3,13,14,15,
17,20 13:4,9,13,
17,19,25 14:8,22
15:2,5,8,13,17,20,
21,22,24,25 16:2,
5,6,8,11,17,19
17:5,9,11,15,20,
21,22,24 18:2,5,8,
10,11,12,13,14,15,
16,17 19:1,6,13,
14,20,24 20:4,12,
13,17,21,22 21:2,
10,15,18 22:1,6,
21,22,24 23:1,3,4,

Sergio Perez vs City of Opa-Locka & Steven Barreira
Britton, Detective Mohan on 05/30/2023

5,11,12,13,14,20
24:1,15,20 25:5,6,
21,22,24 26:2,3,4,
12,19,23 27:2,5,7,
21,25 28:1,10,16,
23 29:1,6

**their**
6:24 20:18 25:14

**them**
6:16 12:10 15:7
22:5 24:14 28:24

**theme**
20:17

**then**
6:12 7:12,13,18
10:5,19 11:13 12:6
21:25 22:1 24:3
26:6

**there**
11:10 12:12 13:18
18:20,24 19:5,10
21:9,11,13 22:11,
13 23:24 24:7 25:2
28:3

**there's**
21:22,25

**thereupon**
5:16 13:24 24:19

**these**
7:14 18:7

**they**
7:20 10:7 14:12,20
17:18,19 20:18,19,
20 21:18 24:13

**things**
20:19

**think**
11:10,11,23 12:1,3
14:22 17:1 18:3,4,
10,11,15 20:17
21:6 23:2,3,14

26:5 28:17 29:3

**this**
6:25 9:19 12:19
13:1,3,17,21
14:20,23,25 21:3,
15,16 24:22 25:1
26:7,11 27:20

**Those**
13:17

**though**
10:21 22:8

**thought**
21:10

**through**
11:22 12:4 23:15
24:3 25:14

**time**
5:4 9:16,20 10:1,
10,20 11:2,6 12:2,
5,11,17,21 18:10,
11,13,16 21:5
24:1,7 26:5,23
29:1

**timeline**
21:18,20

**times**
23:24

**TLR**
15:4

**to**
6:7,14,20 7:22 8:5,
17,20,23,24 9:12,
18,22,23,25 10:4,
7,10,11,14,15
11:8,9,12,18 12:2,
3,5,8,12,14,16,18,
25 13:2,21 14:7,9,
11,19,20 15:22,25
16:6,14,16,19,24,
25 17:5,11,14,15,
16,17,22 19:11,13,

15,16,20,23 20:8,
15,19,20 21:7,16,
19 22:2,15 23:3,4
24:13,16 25:6,17,
20,23 26:4,8,15
27:9,11,12,19,21,
23 28:1,4,6,11,18,
24

**today**
6:10 12:23

**Today's**
5:4

**told**
17:19 19:16

**too**
10:20,22,23 11:3

**took**
7:20 18:3,7

**training**
8:12,22 9:1,4

**transfer**
11:5,8,9

**Treasury**
6:15

**treatment**
21:11

**tried**
20:19 21:19

**triggered**
28:7

**trouble**
26:5

**truth**
6:10

**truthfully**
6:7

**trying**
27:11

**turbulent**
12:5

**twice**
18:5 23:14

**two**
15:7 21:7,14

---

**U**

**ultimately**
7:24

**under**
11:19 18:22 21:19

**underneath**
12:10

**understand**
22:14 23:9

**understanding**
7:23

**unfit**
20:15

**unique**
26:16,17

**Unit**
6:21,24 9:10

**university**
8:24

**unjust**
19:21

**unless**
17:13 21:22 26:8

**up**
25:11 26:14 27:16

**us**
5:22 8:21 14:4
28:12

**usual**
14:10



Sergio Perez vs City of Opa-Locka & Steven Barreira
Britton, Detective Mohan on 05/30/2023

**utilized**
26:14

---

**V**

---

**valid**
25:23

**various**
8:25

**Vega**
21:9

**vehicle**
14:18,21

**verbal**
13:3

**very**
10:21 15:1 17:16
26:4

**victim**
18:12

**volume**
11:2

**vs**
5:7

---

**W**

---

**waiting**
10:11

**walked**
12:1

**want**
17:14,16,17

**was**
5:18 7:12,19,20,
22,23 8:3,11,18
9:16,20,21 10:14,
18,20,21,22,25
11:1,3,6,10,17,19,
22,25 12:9,12,13,
19,24 13:1,5,9,24
14:19,22,24 17:10,
21 18:1,12,15,20,
23,24 19:5,8,9,10,
16,21 20:4,13,14,
15,16,18,20,23
21:3,6,7,9,11,14,
15 22:11,19,21,22,
23,24,25 23:2,13,
20,21,24 24:2,4,7,
14,19 25:7 26:6,23
27:3,20 28:9,16,23

**wasn't**
12:11 20:13

**way**
28:8

**we**
5:3,6 6:9 7:14
12:5,6,7,8,17,21,
23 13:20 14:4
18:22 21:3 22:4,8
25:21,22 26:24
27:5 29:1

**Well**
11:11 16:24

**went**
8:23 9:23 12:21
23:3

**were**
7:15,16,18 8:6
9:11,16 10:4,5
14:18 15:8 19:1
21:10,13 23:24
25:2 26:12 27:2

**what**
6:12 7:5,11,20,22
8:1,8,9 13:19,22
14:4 16:2,6 20:7,
11 24:3,11,16 25:9
27:8,11,24

**what's**
15:2,24 25:9

**whatever**
8:18

**when**
8:16 9:16 11:8,25
13:9,12 14:12,15
18:7 19:8 20:11
22:18 23:5,24
24:7,11 25:12,22
26:4,23 27:5,6
28:8,22,23

**whenever**
28:9

**where**
6:12 8:24 13:16
22:24 24:4 26:5
27:20 28:16

**whereas**
17:2

**whether**
8:10 12:23 14:24
21:16

**which**
8:5 18:1 23:2 26:3

**while**
20:17 21:13 23:20

**who**
6:16 9:21 11:6,17
15:9 16:2 17:19
19:16 21:10,12
23:17 25:7 26:12,
14,15

**whole**
26:19

**whose**
12:19 25:23

**why**
10:17 16:23 19:10
25:11,16 26:20
27:17 28:11,16

**will**
13:22 26:8 29:4

**Williams**
11:20

**with**
6:15,16,23 7:5,8
8:2 9:1,4,9,22,23
10:20 11:24 12:5,9
13:5,6,9 14:5
16:16 17:4,5,8,23
18:5,9 20:13,20
21:11 22:22 24:10
27:9 28:18

**within**
21:22

**witness**
5:18 16:16 17:5
29:7

**words**
17:14

**work**
6:15 9:22,23 10:18
11:2 13:21 24:13

**working**
6:13,23

**worn**
8:14

**would**
8:16,17 13:1,16,17
14:15,19 16:5,15
24:12,13 26:14,20
27:8,9,19,21 28:3,
4,6,7

**wouldn't**
14:14 17:1,4 18:13

**write**
15:22 19:23

**writing**
11:11,12 13:2



Sergio Perez vs City of Opa-Locka & Steven Barreira
Britton, Detective Mohan on 05/30/2023

**Y**

**yeah**
  7:17 8:7,23 12:17
  18:4 19:22 24:14
  27:8 28:18,23

**year**
  7:1,10,12,16,17

**years**
  7:4 23:16 28:1

**yes**
  6:11,22 7:25 8:19
  9:15 10:7 13:11,
  15,19 14:3,13,17
  15:12,22 16:5,10
  18:3 19:4,21
  20:10,25 22:10,16
  23:12 24:6,25
  28:21

**you**
  5:22 6:2,5,9,12,23
  7:2,5,8,11,15,18
  8:2,5,6,21 9:6,9,
  10,11,14,16,20,22,
  25 10:4,5,9,10,11,
  17,22 11:1,8,14,21
  12:11,12,23 13:2,
  8,9,12,13,18,21,22
  14:2,4,14,15,18,
  20,23 15:8,13,14,
  16,24 16:19 17:4,
  8,13,14,16,17,23
  18:7,23 19:1,11,
  20,23 20:1,2,8
  21:2,16 22:1,9,14,
  18,19 23:5,9,16,17
  24:11,16,17,23
  25:3,13,14,17
  26:11,12,18 27:1,
  12,21,24,25 28:15,
  18,22

**you're**
  6:16,17,20 23:6,11

**you've**
  9:13

**your**
  5:23 6:6,7,16 8:17,
  21 10:1 11:17
  14:10 16:15 18:24
  19:10,19 20:22
  22:18 23:16,21,25
  26:14 28:19

**yourselves**
  5:10

UNIVERSAL
COURT REPORTING
Clear Value. Every Case.