# PROPERTY RECEIPT — MIAMI-DADE POLICE DEPT.

9111 N.W. 25th Street
Miami, Florida 33172
(305) 471-2900

Page 1 of 1

PEB INVENTORY NO.: 
Agency Code: 60
MIAMI-DADE POLICE CASE NO.:

DATE/TIME IMPOUNDED: 09-10-21
PROPERTY BUREAU LOCATOR CODE:

OTHER DEPT. CASE NO.:
OTHER DEPT. PROPERTY LOCATION AND INVENTORY NO.:

ADDRESS WHERE PROPERTY IMPOUNDED: 541 NW 190 ST Miami Gardens FL
TYPE OF CASE: IA21-009

DISCOVERED BY (Name): MIFAN BRITTON
ADDRESS: 541 NW 190 ST
CITY: Miami
STATE: FL
TEL #: ( )

☐ OWNER ☐ VICTIM
City Roberto Rohm — ADDRESS: 780 Fisherman T Hallder
TEL #: (305) 191-1050

☐ SUBJECT ☐ SUSPECT
Rohme (CT) Property — OLPD
RACE: W  SEX: M  DOB: NA
INCARCERATED ☐YES ☐NO
WARRANT ☐YES ☐NO

☐ EVIDENCE ☐ LOST PROPERTY ☐ ABANDONED PROPERTY ☐ SAFEKEEPING ☐ PRISONER PROPERTY
Check one if applicable to EVIDENCE only: ☐ FORFEITURE/SEE BACK  ☐ FINGERPRINT CARD  ☐ LAB REQUEST — City Property

| ITEM NO. | QUANTITY | DESCRIPTION (Article - Brand - Model - Serial No. - Size - Color - Caliber - Barrel - Itemize currency by denomination) | Currency Only Total Face Value $ ¢ | PROPERTY BUREAU ONLY |
|---|---|---|---|---|
| | 1 | Harris Radio SN# A40121006827 | | |
| | 1 | Harris Radio Battery N03917N0833 | | |
| | 1 | Glock 22 X 777 | | |
| | 1 | TLR-1  20841 | | |
| | 1 | Police Captain JH #20 | | |
| | 1 | Safariland holster | | |
| | 1 | GH Mag LE 331270 | | |
| | 1 | Glock 22 Mag | | |
| | 46 | .40 cal rounds WIN | | |

I HEREBY ACKNOWLEDGE THAT THE ABOVE LIST REPRESENTS ALL PROPERTY TAKEN FROM MY POSSESSION AND THAT I HAVE RECEIVED A COPY OF THIS RECEIPT.
(PRINT AND SIGN): [signature]

I HEREBY ACKNOWLEDGE THAT THE ABOVE LIST REPRESENTS ALL PROPERTY IMPOUNDED BY ME IN THE OFFICIAL PERFORMANCE OF DUTY AS A DEPUTY SHERIFF / LAW ENFORCEMENT OFFICER.
LEAD INVESTIGATOR — PRINT/SIGN — SECTION/UNIT — BADGE#
IMPOUNDING OFFICER — PRINT/SIGN — DISTRICT — BADGE#

For Property and Evidence Bureau Use Only

| RECEIVED | PRINT NAME | SIGNATURE AND BADGE NO. | REASON | DATE AND TIME RECEIVED |
|---|---|---|---|---|
| RECEIVED | PRINT NAME | | REASON | DATE AND TIME RECEIVED |
| RECEIVED | PRINT NAME | | REASON | DATE AND TIME RECEIVED |
| RECEIVED | PRINT NAME | | REASON | DATE AND TIME RECEIVED |
| RECEIVED | PRINT NAME | | REASON | DATE AND TIME RECEIVED |

(Cont'd on back)
32.12.07-2 REV 12/16

OFFICER'S COPY