


# MEMORANDUM
## CITY OF OPA-LOCKA POLICE DEPARTMENT

**TO:**    **Captain Sergio Perez**                                    **DATE:**    **September 10, 2021**

**FROM:**    **Steven Barreira**
**Chief of Police**

**SUBJECT:  Relieved of Duty (ROD)**

Effective immediately you are relieved from Law Enforcement Officer Duty pending the conclusion of an investigation. This administrative action is consistent with the applicable provisions contained in the current Collective Bargaining Agreement between the Dade County Police Benevolence Association, Inc. and the City of Opa-locka, Florida which authorizes the department to relieve officers from duty pending the outcome of the investigation.  Be advised any violation of the provisions contained herein, may result in disciplinary action.

While you are Relieved of Duty (ROD) with pay, you are directed to adhere to the following conditions:

- Effective immediately your duty hours are 0800-1600 hours, therefore you are to remain at your residence during said hours;
- Your days off are Saturday and Sunday (including legal holidays recognized by the City of Opa-locka);
- You will report to the Opa-locka Police Communications Section each duty day via telephone at 0800 hours and at 1600 hours;
- You are to notify the police department of any change of address;
- Should you need to attend an appointment regarding a personal matter, you are to request the appropriate time off by contacting Lt. Mohan Britton prior to departing your residence;
- You are not authorized or permitted to have any outside employment whatsoever without prior specific written approval by the Chief of Police;
- You will also relinquish the following city-owned property;
  - Police Identification and Badge;
  - Issued laptop computer, police radio and charger;
  - All police department owned firearms and ammunition;
  - All keys and access cards to the police department, motor vehicle, etc.;
  - Any and all city-owned property, i.e., uniforms, protective bullet-proof vest, etc.

While Relieved of Duty (ROD) you are NOT permitted to enter and/or remain in any non-public areas of the City of Opa-locka Police Department and/or any City of Opa-locka property without prior approval from Chief  Barreira. Also, you are not to represent yourself as a police officer and/or take any police/law enforcement action.

ACKNOWLEDGEMENT:

_____        9/10/21
Captain Sergio Perezl                           Date

Plaintiff, Perez
000271