


# The City of Opa-Locka
# Police Department
### Office of the Chief of Police
780 Fisherman Street, Suite 300, Opa-Locka, Florida 33054

11/15/2021

TO: Mr. John Pate, City Manager

FR: Dennis Jackson II, Interim Chief of Police

RE: Captain Sergio Perez's Status

---

I have modified Captain Perez's status effective immediately.

Upon being sworn in, I have had the opportunity to review most of the facts for which the former Chief chose to relieve Captain Perez of duty. I have met with Lt. Britton and the information that I have gathered does not support a need to have Captain Perez relieved of duty at home.

Captain Perez oversees the administration and special operations divisions of the police department. To this extent, the alleged incident for which Captain Perez is being investigated for, specifically involves one member who is assigned to uniform patrol, which is supervised and overseen by Captain Rogers.

I have had the opportunity to review and measure the agency's progress for the last twelve months. It has become immediately apparent that Captain Perez's contributions have been an integral part of this success. Essentially, Captain Perez would still be able to fulfill his obligations, irrespective of the allegations that have been made against him.

Plaintiff, Perez
000288