UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-CV-20748-LENARD/LOUIS


SERGIO PEREZ,

     Plaintiff,

vs.

CITY OF OPA LOCKA,

     Defendant.
_____/




DEPOSITION OF SHA'MECCA LAWSON

TAKEN ON BEHALF OF THE PLAINTIFF

APRIL 27, 2023
10:00 A.M. TO 11:13 A.M.

ALL PARTIES APPEARED REMOTELY
PURSUANT TO
FLORIDA SUPREME COURT ORDER AOSC20-23




REPORTED BY:
GABRIELA ARGENAL, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA


UNIVERSAL COURT REPORTING
THE FREE VIDEO COMPANY

877-291-3376
www.ucrinc.com

SERGIO PEREZ vs CITY OF OPA LOCKA AND STEVEN BARREIRA
Lawson, Sha'mecca on 04/27/2023          Pages 2..5

**Page 2**

```
1              APPEARANCES OF COUNSEL
2  ON BEHALF OF THE PLAINTIFF:
3       BRIAN H. POLLOCK, ESQUIRE
        FAIR LAW FIRM
4       135 SAN LORENZO AVENUE SUITE 770
        CORAL GABLES, FLORIDA 33146
5       305-230-4884
        BRIAN@FAIRLAWATTORNEY.COM
6       (REMOTELY VIA ZOOM)
7  ON BEHALF OF THE DEFENDANT:
8       JONATHAN H. RAILEY, ESQUIRE
        JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER
9       & HOCHMAN, P.A
        2455 E. SUNRISE BOULEVARD, SUITE 1000
10      FORT LAUDERDALE, FLORIDA 33304
        RAILEY@JAMG
11      (REMOTELY VIA ZOOM)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
1              INDEX OF EXAMINATION
2  WITNESS: SHA'MECCA LAWSON
                                        PAGE
3  DIRECT EXAMINATION
       BY BRIAN H. POLLOCK, ESQUIRE         5
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
1              INDEX OF EXHIBITS
2  EXHIBIT      DESCRIPTION              PAGE
3    101   NOTICE OF TAKING DEPOSITION    12
4    102   DOCUMENT                       21
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 5**

```
1       DEPOSITION OF SHA'MECCA LAWSON JOHNSON
2            APRIL 27, 2023
3  Thereupon:
4         SHA'MECCA LAWSON JOHNSON
5  was called as a witness, and after having been first
6  duly sworn, testified as follows:
7         THE COURT REPORTER:  Okay.  We are now on the
8  record.  Would Counsels introduce themselves for
9  the record?
10        MR. POLLOCK:  Brian Pollock for the Plaintiff.
11        MR. RAILEY:  Jonathan Railey for the city.
12             DIRECT EXAMINATION
13 BY MR. POLLOCK:
14    Q   Good morning, Ms. Lawson.  My name is Brian. I
15 represent Sergio Perez in this lawsuit.  Can you please
16 give us the benefit of your full name?
17    A   Sha'mecca Lawson.
18    Q   Do you have a middle name?
19    A   I don't.  I mean, its Sha'mecca Lawson
20 Johnson.
21    Q   Have you ever been known by any other names,
22 Ms. Lawson?
23    A   No, it's only Sha'mecca Lawson.
24    Q   And what's your date of birth?
25    A   October 19th, 1980.
```



SERGIO PEREZ vs CITY OF OPA LOCKA AND STEVEN BARREIRA
Lawson, Sha'mecca on 04/27/2023                      Pages 6..9

Page 6

1    Q   How long have you worked with the City of Opa
2  Locka?
3    A   23 years.
4    Q   Do you reside within the city?
5    A   Not anymore.
6    Q   Okay.  What's your current home address?
7      MR. RAILEY:  Hold on one second.  She's in the
8  city manager's office.
9      MR. POLLOCK:  Okay.
10      MR. RAILEY:  I'd instruct her just to give her
11  professional address.
12      MR. POLLOCK:  Okay.
13  BY MR. POLLOCK:
14    Q   So, you can give your -- what's your address
15  at work?
16    A   780 Fisherman Street, Opa Locka, Florida
17  33054.
18    Q   What's your current position with the city?
19    A   Assistant city manager and I am also the
20  acting HR Director.
21    Q   When I refer to the city.  Do you understand
22  me to be referring to the City of Opa Locka during the
23  course of this deposition?
24    A   Okay.
25    Q   Just so, I don't have to repeat the whole

Page 7

1  thing.  If you have any confusion, let me know.  All
2  right?
3    A   Will do.
4    Q   Have you given a deposition before?
5    A   Yes.
6    Q   When was the last time you gave a deposition?
7    A   Probably about 10 years, give or take.
8    Q   Was that in a personal or professional
9  capacity?
10    A   Professional.
11    Q   What position did you hold with the city back
12  then?
13    A   Special assistant to the city manager.
14    Q   How long have you been an assistant city
15  manager?
16    A   Nine months.
17    Q   What position did you hold before assistant
18  city manager?
19    A   Special assistant to the city manager.
20    Q   How long did you have that position as special
21  assistant city manager?
22    A   I've been the special assistant and manager's
23  executive secretary for probably about 10 years.
24    Q   When you became assistant city manager, did
25  that coincide with when the city got a new or different

Page 8

1  city manager?
2    A   Yes.
3    Q   Okay.  Who's the city manager now?
4    A   The acting city manager is, I'm sorry, the
5  interim city manager is Darwin Williams.
6    Q   Was it Mr. Williams who promoted you to
7  assistant city manager?
8    A   Yes.
9    Q   Okay.  You also, indicated that you are the
10  acting HR Director.  For how long have you been the
11  acting HR Director?
12    A   It's probably about six months.
13    Q   Who was the director of human resources at the
14  city before you became acting HR Director?
15    A   Kierra Ward.
16    Q   Can you spell that first name for us?
17    A   K-I-E-R-R-A.
18    Q   And to your knowledge, what happened to Ms.
19  Ward?  Was it her decision to leave the city or was she
20  asked to leave?
21    A   No, it was her decision to leave.
22    Q   In the past six months, have you made any
23  human resources decisions that affected my client,
24  Sergio Perez?
25    A   No, I have not.

Page 9

1    Q   Where did you complete high school?
2    A   American Senior High School.
3    Q   Where is that located?
4    A   Hialeah, Florida.
5    Q   In what year?
6    A   1999.
7    Q   Did you earn any degrees after that?
8    A   No.
9    Q   Have you taken any college courses?
10    A   Yes.
11    Q   Okay.  Where did you take college courses
12  from?
13    A   Florida National University and I'm currently
14  enrolled in school at DeVry University.
15    Q   Did you complete any courses at Florida
16  National?
17    A   No.
18    Q   What about at DeVry?  What courses you taking
19  at there?
20    A   I'm taking business administration.
21    Q   What does DeVry offer?  Is it a certification
22  or an associate's degree or a bachelor's degree?
23    A   Bachelor's degree.
24    Q   When did you start taking courses at DeVry?
25    A   I started last semester.  I don't recall the--

SERGIO PEREZ vs CITY OF OPA LOCKA AND STEVEN BARREIRA
Lawson, Sha'mecca on 04/27/2023                    Pages 10..13

Page 10

1  I don't even know what month it was, but it was last
2  semester.
3      Q    Last semester, meaning the fall of 2022?
4      A    Yes.  Um-hum.
5      Q    That's a yes?
6      A    Yes.
7      Q    And I'm not picking on you when I'm asking you
8  if it's a yes or a no, it's just because our Court
9  Reporter --
10     A    Understand.
11     Q    Okay.  Do you hold any certifications or
12  licenses beyond a Florida driver's license?
13     A    Yes, I do.
14     Q    What certifications or licenses do you hold?
15     A    Certified municipal clerk, ICMA master
16  certificate.
17     Q    When did you obtain your ICMA master
18  certificate?
19     A    I don't recall the month, but it was last
20  year, 2022.
21     Q    Was it before or after you were promoted to
22  assistant city manager?
23     A    After.
24     Q    Have you taken any medications or suffer from
25  any conditions that affect your memory or ability to

Page 11

1  testify truthfully today?
2      A    No.
3      Q    And do you understand that you took an oath to
4  tell the truth?
5      A    Yes.
6      Q    Can we rely on the testimony that you give
7  today as the truth?
8      A    Yes.
9      Q    And do you understand that the oath to tell
10  the truth you gave today was the same oath that you take
11  if you're testifying at the Trial of this case?
12     A    Yes.
13     Q    Did you review any documentation in
14  preparation for today's deposition?
15     A    Yes.
16     Q    What did you review?
17     A    Your client, Sergio Perez's entire personnel
18  file.
19     Q    Did you review anything else?
20     A    I reviewed the deposition document that was
21  sent to the city, the six page document.
22     Q    Anything else besides those two, besides Mr.
23  Perez's personnel file and the Notice of Taking
24  Deposition?
25     A    No.

Page 12

1      Q    I'm going to show you -- I'm going to call
2  this Plaintiff's Exhibit 101.
3          (Thereupon, Plaintiff's Exhibit 101 was
4           entered into the record.)
5  BY MR. POLLOCK:
6      Q    Can you see Plaintiff's Exhibit 101 on your
7  screen?
8      A    Yes, I can.
9      Q    Okay.  This is entitled Plaintiff's Notice of
10  Taking Deposition pursuant to FRCP30B6.  Is this the six
11  page document that you reviewed before today's
12  deposition?  And I can scroll through slowly if you'd
13  like.
14     A    Yes, please.  Yes, that is the correct
15  document.
16     Q    Okay.  The document has about 31 or exactly 31
17  areas of inquiry.  And my question to you is which areas
18  of inquiry are you prepared to testify about on behalf
19  of the city?
20         If you want I can go through them one by one
21  or you can tell me, which ones you're prepared to
22  testify to on behalf of the city, whichever method you
23  prefer.
24     A    Sure.  I'll go ahead and let you know.  It
25  will be Number 1, Number 28 and 29.  And Number 6 if you

Page 13

1  need any information from me regarding that.
2      Q    Okay.  So, the first area of inquiry relates
3  to the benefits provided to Mr. Perez as part of his
4  employment with the city.  What benefits did Mr. Perez
5  receive while he was a full-time active duty employee?
6      A    I can tell you all of the benefits that are
7  offered to the city, and they were offered during the
8  time of Mr. Perez tenure with the city, and those are
9  the health insurance.
10         It's at no cost to the employee.  The city
11  does offer health insurance for additional dependents,
12  but however, that's paid for by the employee.
13         Dental at no cost to the employee, short-term
14  and long-term disability, which is also paid for by the
15  employee, Gap coverage, vision.
16         The city also contributes 3% FRS.  We do offer
17  457 deferred comp which is voluntary.  Life insurance,
18  the city pays $50,000 to the employee.
19         And additional life insurance is available at
20  the expense of the employee and other supplemental
21  insurance, which are accident, gunshot wound, cancer,
22  hospital confinement, and critical illness.  The gunshot
23  wound is the only one that's offered to the Police
24  personnel versus all of the staff.
25     Q    Do you know if the -- the value of these

UNIVERSAL
COURT REPORTING
THE FREE VIDEO COMPANY

877-291-3376
www.ucrinc.com

SERGIO PEREZ vs CITY OF OPA LOCKA AND STEVEN BARREIRA
Lawson, Sha'mecca on 04/27/2023                    Pages 14..17

Page 14

1 benefits that are paid for by the city and were provided
2 to Mr. Perez as part of his employment with the city?
3       MR. RAILEY:  Objection, form.  Sorry, object
4 to the form.  You can answer if you know or
5 understand.
6    A  No, I do understand, but I don't have that
7 answer.
8 BY MR. POLLOCK:
9    Q  Who would know who the value of the benefits?
10   A  I'm sorry?
11   Q  Who would know the value of those benefits?
12      MR. RAILEY:  Object to the form.
13   A  That's something that can be obtained because
14 the benefits does change.  It's not the same cost
15 consistently.  So, I don't know the cost back then
16 versus the cost now.  I would have to get that
17 information and it's not readily available at this time.
18 BY MR. POLLOCK:
19   Q  Are you saying it's not readily available
20 because you'd have to look at certain documents in order
21 to determine the value of the benefits?
22   A  That's correct, yes.
23   Q  And what documents would you review?
24   A  I would have to go back and look at our
25 insurance information.

Page 15

1    Q  Does Mr. Perez receive any of these benefits
2 while he is relieved of duty?
3    A  I don't have that -- I don't have that
4 information at this time.
5    Q  Do employees who are relieved of duty receive
6 these supplemental benefits in general?
7    A  I don't have that answer.  I don't want to
8 give you an answer and I don't have the definite, you
9 know, response for it.  So, I cannot answer that
10 question at this time.
11   Q  If Mr. Perez were to receive benefits
12 attendant to his employment while suspended, would he be
13 receiving any kind of statements or documents to
14 identify that these benefits were still in place?
15      MR. RAILEY:  Object to the form.
16   A  I'm sorry, someone came into my office.
17 BY MR. POLLOCK:
18   Q  No problem.
19   A  Again, I would have to reach out to our agent
20 of record, to see if that's something that's available,
21 if an employee is relieved of duty, if they send them
22 any documents.
23   Q  Okay.  With respect to Number 6, that is all
24 documents regarding Plaintiff's employment, including
25 his job duties, changes in job duties, promotions and

Page 16

1 demotions, and the reason for each such change in
2 employment status and rank.  You indicated that you're
3 also, have knowledge on those areas.  Is that correct?
4    A  Yes.
5    Q  Okay.  Was Sergio Perez relieved of duty on
6 September 10th, 2021?
7    A  Yes.
8    Q  Is this a fact of which you have personal
9 knowledge or have you reviewed documents to make that
10 determination?
11   A  That's something of knowledge.
12   Q  Okay.  How did you come to learn that Sergio
13 was or was being relieved of duty?
14   A  By the city manager.
15   Q  Can you explain?
16   A  I am the assistant city manager and also the
17 acting HR Director, so I was advised by the interim city
18 manager.
19   Q  Okay.  Who is this -- Who is the interim city
20 manager that advised you that Sergio Perez was relieved
21 of duty on September 10th, 2021?
22   A  Oh, I'm sorry, '21?
23   Q  Correct.
24   A  I'm not -- I'm sorry.  Maybe I got the dates
25 wrong.  I'm speaking of the most recent.  I don't think

Page 17

1 that was September of 2021.
2    Q  Understood.  And I don't want us to have any
3 miscommunications.
4    A  So, I'm speaking of the most recent under the
5 current city manager.
6    Q  Got you.
7    A  Not of --
8    Q  And I'm talking about on September 10th,
9 2021.
10   A  Okay.  I'm not familiar with that one.
11   Q  Okay.  So, you're not familiar with whether
12 Sergio Perez was relieved of duty on September 10th,
13 2021?
14   A  No, I'm not familiar with that one.
15      MR. RAILEY:  If I can interject for one
16 moment.  I typically, as you know, don't do this
17 during the deposition, but because it is a
18 Corporate Rep deposition, I think what she said
19 with regards to Number 6 does she had knowledge as
20 to some of the items within that enumeration not
21 the entire block.
22      MR. POLLOCK:  Okay.
23      MR. RAILEY:  Mr. Krotenberg might have
24 additional information for you with respect to
25 Number 6 that you're looking for.

SERGIO PEREZ vs CITY OF OPA LOCKA AND STEVEN BARREIRA
Lawson, Sha'mecca on 04/27/2023          Pages 18..21

Page 18

1    MR. POLLOCK: Okay.
2  BY MR. POLLOCK:
3    Q   With respect -- in talking about Sergio
4  Perez's employment, are you here to testify about what
5  you know on behalf of the city during the last nine
6  months since your appointment as assistant city manager?
7    A   With regards to Number 6, I can testify -- I
8  can testify his employment or his tenure, his service,
9  or when his positions change during that time. That's
10 the only information that I can testify with regards to
11 Number 6.
12   I can give you his position, dates and you
13 know, years or titles, but that's the far as I can, you
14 know, give you for Number 6.
15   Q   Understood. When talking about Mr. Perez's
16 positions, dates, years, and titles is that information
17 you have off the top of your head or do you have to
18 refer to any documents to provide me with that
19 information?
20   A   Yes. I would definitely have to provide --
21 refer to documents within his personnel file.
22   Q   Do you have in front of you, whether in
23 printed format or on the computer, Mr. Perez's personnel
24 file?
25   A   I have it printed. I have the actual hard

Page 19

1  copy of the personnel file.
2    Q   Besides the hard copy of Mr. Perez's personnel
3  file, which is the printed copy, do you have any other
4  documents in front of you for today's deposition?
5    A   I do.
6    Q   What other documents do you have?
7    A   I have the deposition that I refer to and then
8  I have all of the duties that -- within the Police
9  Department and their responsibilities, the job
10 description and those are in hard paper.
11   Q   Okay. The deposition that you referred to,
12 that's a deposition notice?
13   A   Yes. The six page document.
14   Q   The one that we marked as 101?
15   A   Correct.
16   Q   Got you. As far as the duties and
17 responsibilities or the job descriptions within the
18 Police Department, what are the titles of those
19 documents?
20   A   It's just titled duties and it goes on to
21 refer to each position and the responsibilities for
22 each.
23   Q   Often when you're talking about documents that
24 are generated or used in a Police Department, there's
25 some indication whether at the bottom or the top of the

Page 20

1  first page as to when the document was created or
2  modified.
3    Do you see any indication on the document that
4  you referred to as the duties for each position, the
5  responsibilities have either at the top or the bottom, a
6  date as to when that document went into effect or was
7  modified?
8    A   No. This is not the actual job posting. So,
9  it was a document that was prepared by our HR department
10 and it just has a snippet for each job description on
11 one -- four page paper -- four page document, I'm sorry.
12 So, it's not the actual job posting that will actually
13 be posted for the positions.
14   Q   When was this document prepared by HR?
15   A   This was given to me on yesterday. It was
16 not some -- this is just for my knowledge of the
17 position responsibilities, the duties for the positions.
18   Q   Who created the document?
19   A   Diana Levers. She's our HR Specialist II.
20   Q   You indicated that she's the city's HR
21 Specialist II. And I know I'm getting picky. Is it,
22 like, a Roman numeral II as a designation or she's all--
23 she's a Roman -- she's an HR specialist too as in also?
24   A   No, Roman numeral. She's a -- that's her
25 title HR Specialist II.

Page 21

1    Q   That's what I thought. I just wanted to make
2  sure, because somebody else is going to read this and
3  when it gets transcribed, we want to make sure that it's
4  correct.
5    Do you know whether anybody asked Ms. Levers
6  to prepare a document summarizing the positions and job
7  responsibilities for each?
8    A   Yes, I requested this information from her.
9    MR. POLLOCK: So Jon, is there a way that I
10 can get this document sent over to me?
11   MR. RAILEY: Yes, Ms. Lawson, is it the one
12 that you sent me this morning?
13   THE WITNESS: Yes.
14   MR. RAILEY: Okay. I have that readily
15 available then.
16   MR. POLLOCK: Perfect.
17   MR. RAILEY: Give me one moment, sent.
18   MR. POLLOCK: Well, thank you.
19 BY MR. POLLOCK:
20   Q   All right. What I'll do is I'll mark the
21 document that you just sent over as Exhibit 102 or that
22 Mr. Railey sent over that you're looking at as Exhibit
23 102.
24   (Thereupon, Plaintiff's Exhibit 102 was
25   entered into the record.)



Page 22

1 BY MR. POLLOCK:
2    Q   Do you see it?
3    A   Yes, I do.
4    Q   Okay.  Do you know what Ms. Levers looked at
5 to create this document?
6    A   I don't know what Ms. Levers looked at.  No.
7    Q   Are there written job descriptions within the
8 Police Department for the positions of officer,
9 sergeant, corporal and lieutenant?
10   A   I can't say that they're within the Police
11 Department, but they're definitely within our HR
12 department.
13   Q   Is there a document or a folder, a manual that
14 they are contained within?
15   A   I'm not sure where they're contained at.
16   Q   Do you know whether those job descriptions as
17 contained in the HR department were produced to my
18 office in this case?
19   A   I don't know what was given to your office.
20 No.  I don't know.
21   Q   Did Mr. Perez also hold the position of
22 captain?
23   A   Yes.
24   Q   Were you provided with a summary -- okay.  Now,
25 there's captain on here as well.  Has Mr. Perez at any

Page 23

1 time been assigned to work in code enforcement?
2    A   Yes.
3    Q   From when to when?
4    A   I do not have that time period of when he was
5 assigned to code enforcement, but I do know that it did
6 take place.
7    Q   Are you aware of the procedure by which Mr.
8 Perez was assigned or reassigned to work in code
9 enforcement?
10   A   No.
11   Q   Are you aware of any other sworn law
12 enforcement officers who have been as assigned to work
13 in code enforcement?
14   A   I'm not aware.
15   Q   Is there a written procedure in place at the
16 city to transfer or reassign a sworn law enforcement
17 officer to work in code enforcement?
18       MR. RAILEY:  Object to the form.
19   A   That was for me?
20 BY MR. POLLOCK:
21   Q   The question, yes.
22   A   Okay.  I'm not aware of the procedure if it
23 does or does not exist.
24   Q   Is there a document that reflects the change
25 in Mr. Perez's assignment to have him work in code

Page 24

1 enforcement?
2    A   Not to my knowledge.
3    Q   Who reassigned Mr. Perez to work in code
4 enforcement?
5    A   I don't know who made that decision.  It was
6 not the -- it was not HR, so I don't know.
7    Q   Who within the city would know the person that
8 made the decision to reassign Mr. Perez to work in code
9 enforcement?
10   A   Maybe someone within the Police Department can
11 provide that information as it's not available within
12 HR.
13   Q   Okay.  When a Police Officer is reassigned, is
14 there normally a document that accompanies the
15 reassignment?
16       MR. RAILEY:  Object to the form.
17   A   HR would have, if it's a position or title
18 change, we would have a PA form.
19 BY MR. POLLOCK:
20   Q   And when you say a PA form, are you referring
21 to a personnel action form?
22   A   Yes.
23   Q   From what you're telling me -- would you
24 expect to have a personal action form when Mr. Perez is
25 reassigned to work as a code enforcement officer?

Page 25

1    A   I would not expect to have it because it's --
2 from my understanding, his title was not changed to a
3 code enforcement officer.  He still maintained his
4 title.
5    Q   Is there a position of -- okay.  His title at
6 the time he was transferred was what?
7    A   Can you give me that timeframe?  I don't know
8 the timeframe and I would have to look -- I would have
9 to look in the personnel file.
10   Q   You can go ahead and do that.  You're here on
11 behalf of the city, so I'm not -- I can't answer these
12 kinds of questions you're here to answer as the person
13 with knowledge of Item 6, which includes job duties,
14 changes in job duties, promotions, demotions and the
15 reason for each such change in employment status and
16 rank.
17       And you indicated that you have Mr. Perez's
18 personnel file in front of you.  So, why don't you go
19 ahead and let me know when according to the city, Mr.
20 Perez was reassigned to code enforcement.
21       MR. RAILEY:  Object to the form.  It's outside
22 the scope of what she's designated for Number 6.
23 If she can answer by looking at the documents, go
24 ahead but otherwise these are issues that someone
25 else can testify to.



Page 26

1    A   I cannot answer that because I just said it. A
2   personnel action form will not take place for him being
3   placed in code enforcement.  It will take place if his
4   position or title was changed.
5   BY MR. POLLOCK:
6    Q   Okay.  As far as the duties that you indicated
7   were provided to you for the positions of officer,
8   sergeant, corporal, lieutenant, and captain as contained
9   on Exhibit 102, if Mr. Perez was a sergeant at the time
10  of his reassignment, which of the duties for sergeant
11  falls into a code enforcement officer?
12      MR. RAILEY:  Object to the form.
13   A   Can you scroll down to the end of the
14  sergeant?  At the very -- it says performed related as--
15  performs related work as required.  So, I believe he
16  would have assigned -- he would been assigned work as
17  required by the department.
18  BY MR. POLLOCK:
19   Q   Do you know work -- do you know the related
20  work?  Work related to what?
21   A   Work related to the code enforcement and
22  Police Department.  They normally work hand in hand from
23  time to time.  Code enforcement does rely on the Police
24  Department.
25   Q   For what?

Page 27

1    A   For Police assistance.
2    Q   With what?
3    A   Our code enforcement have -- okay.
4    Q   Go ahead.
5    A   Our code enforcement officers are interacting
6   with residents and business owners on a daily basis.
7   Sometimes people do get irate and they do rely on
8   Police.  They need Police to go out and do -- and
9   enforce certain laws that code enforcement cannot do.
10      They need Police to ticket vehicles or tow
11  vehicles that code enforcement cannot do.  So, it
12  varies, but they do work hand in hand.
13   Q   Are Police sergeants tasked with ticketing or
14  towing vehicles?
15   A   They could be if they don't have enough
16  officers.
17   Q   Are you saying that the City of Opa Locka
18  didn't have enough officers, and so it needed sergeants
19  to go out and ticket or tow vehicles?
20      MR. RAILEY:  Object to the form.
21   A   No, that's not what I'm saying.
22  BY MR. POLLOCK:
23   Q   Okay.  What uniform do code enforcement
24  officers wear?
25      MR. RAILEY:  Object to the form.

Page 28

1    A   I don't know what uniform they had on, they
2   wore at that time, but they do have a city uniform.
3   BY MR. POLLOCK:
4    Q   The code enforcement officers wear the same
5   uniform as sworn Police Officers?
6    A   I don't know if it's the same exact uniform,
7   but like I said, they are in uniform.
8    Q   So, you've never seen a code enforcement
9   officer in 23 years at the city?
10      MR. RAILEY:  Hold on.  Let me place an
11  objection to the form.  This is all outside the
12  scope of Exhibit A, but you can answer if you know.
13   A   I see code enforcement officers every day.
14  Again, I see code enforcement officers every day.
15  However, I do not know if it's the same uniform as the
16  Police Officers.
17  BY MR. POLLOCK:
18   Q   Does the code enforcement uniforms say
19  anywhere code enforcement?
20      MR. RAILEY:  Objection to form.  Same
21  objection.
22   A   And my response is the same as the previous.
23  BY MR. POLLOCK:
24   Q   But you don't know what they say?
25   A   I don't recall.  I would have to actually look

Page 29

1   at an officer.  I don't actually study their uniforms
2   and what they say.
3    Q   What are your responsibilities as the acting
4   HR Director?
5    A   Overseeing the staff who's actually there and
6   has been there in the HR department and to make sure
7   that the functions of the department are running
8   smoothly.
9    Q   What are the functions of the HR Department?
10   A   Hiring, going through the hiring process,
11  hosting job notices, conducting interviews, doing
12  onboarding processes and being readily available for the
13  employees when needed.
14   Q   Does HR department handle benefits?
15   A   Yes, they do.
16   Q   Are they responsible for maintaining personnel
17  files?
18   A   Yes.
19   Q   Are the files maintained in paper or hard copy
20  format or are they maintained digitally?
21   A   They're maintained in paper and hard copy
22  format.
23   Q   Have any documents been removed from Mr.
24  Perez's personnel file and not replaced?
25   A   I can't speak to that.  I have, this is my



SERGIO PEREZ vs CITY OF OPA LOCKA AND STEVEN BARREIRA
Lawson, Sha'mecca on 04/27/2023                Pages 30..33

Page 30

1  first time ever getting Mr. Perez personnel file, so I
2  can't speak to that.
3      Q  Is it fair to say that you are unable to
4  testify as to the reason for any change in Mr. Perez's
5  status and rank more than -- that occurred more than
6  nine months ago?
7      A  That's correct.
8      Q  Is it fair to say that you are unable to
9  testify as to whether Mr. Perez was able to work off-
10 duty or detailed jobs, while reassigned as a code
11 enforcement officer?
12     A  That's correct.
13     Q  Now, you did indicate that you do have
14 knowledge about Mr. Perez being suspended or relieved of
15 duty without pay.  Is that correct?
16     A  The latest, no.  Thing that happened, yes, and
17 I -- I mean, I was informed, like I said before, by the
18 acting -- interim city manager.
19     Q  Okay.  What did Mr. Williams tell you?
20         MR. RAILEY:  Object to the form, scope.
21     A  That --
22 BY MR. POLLOCK:
23     Q  Go ahead.
24     A  That Mr. Perez was relieved of duty.
25     Q  Did he tell you whether this was a -- this was

Page 31

1  a relief from duty with or without pay?
2         MR. RAILEY:  Same objection.
3      A  No.
4  BY MR. POLLOCK:
5      Q  Did Mr. Williams tell you why?
6         MR. RAILEY:  Want to give me a standing
7  objection on this one, so I don't keep saying form
8  or form scope, this line of questioning?
9      A  No.
10        MR. POLLOCK:  No, I'll just asking.
11        MR. RAILEY:  No, problem.
12 BY MR. POLLOCK:
13     Q  What documents were created in connection with
14 Mr. Perez being relieved of duty by the Acting city
15 manager?
16     A  I don't know.
17     Q  I'm sorry?
18     A  I'm not -- I don't know what document was
19 created.
20     Q  Okay.  You indicated that you were here
21 responsive to area of inquiry Number 6, which was all
22 documents regarding Plaintiff's employment, including
23 his job duties, changes in job duties, promotions, and
24 demotions, and the reasons for each such change in
25 employment status and rank.

Page 32

1      Q  You further indicated that you did not know
2  any of those -- you did not have any of the information
3  that would be more than nine months old.  Is that right?
4      A  That's correct.
5      Q  But you would -- but you're here to testify as
6  to the issues during the last nine months.  Is that
7  correct?
8      A  Yes.
9      Q  Okay.
10        MR. RAILEY:  Object to the form.  Issues
11    related to last nine months have nothing to do with
12    this lawsuit.  So it's outside the scope of this
13    Corporate Representative deposition.
14        MR. POLLOCK:  Okay.  Disagree.
15 BY MR. POLLOCK:
16     Q  So for Mr. Perez, what documents exist to, in
17 his personnel file that identify the reason for the
18 change in his status to being relieved of duty?
19        MR. RAILEY:  Form, scope.
20     A  I would have to be permitted to review his
21 personnel file because again, I don't have that on
22 memory.
23 BY MR. POLLOCK:
24     Q  Okay.  You have it in front of you, do you
25 not?

Page 33

1      A  I have it here.  It wasn't in front of me, but
2  I have it here.
3      Q  Okay.  Here meaning on your desk?
4      A  Yes.
5      Q  Are you prepared to testify about that with it
6  on your desk or no?
7      A  Can you repeat that?
8      Q  Sure.  Are you prepared to testify as to the
9  reason why Mr. Perez was relieved of duty during the
10 past nine months?
11     A  If I'm -- again, if I'm allowed to review his
12 personnel file while we're on here, I can review it and
13 if that information is here, I can provide it.
14     Q  Perfect.  Thank you.  I would appreciate that.
15     A  I do see a document dated February 3rd, 2022.
16 It just, it speaks about as a condition of reassignment
17 and it was from the Assistant Chief of Police at that
18 time.  I don't see anything that reflects him being
19 relieved of duty.
20     Q  Who is the assistant chief at that time?
21     A  Nikia Jenkins.
22     Q  Does the City of Opa Locka have its own
23 procedure that is to be followed when someone makes a
24 whistleblower complaint?
25     A  Yes.



SERGIO PEREZ vs CITY OF OPA LOCKA AND STEVEN BARREIRA
Lawson, Sha'mecca on 04/27/2023          Pages 34..37

Page 34

1    Q   Is that in the city's code?
2    A   Yes.  It was done by ordinance.  Yes.
3    Q   Did the city receive a letter from an Attorney
4  on behalf of Mr. Pay dated September 28th, 2021?
5        MR. RAILEY:  Object to the form.
6    A   On behalf of Mr. Pay?
7  BY MR. POLLOCK:
8    Q   I mean on behalf of Mr. Perez.
9    A   I can't -- I can't give you the exact date
10  because I don't know, but I do recall a whistleblower
11  complaint filed on behalf of Mr. Perez.
12   Q   And what did the city do upon receipt of that?
13   A   It was -- our city Attorney addressed it, but
14  I don't know, you know, anything further.
15   Q   So, you don't know whether the city Attorney
16  ever reached out to the Attorney for Mr. Perez at the
17  time?
18   A   I just know that our city Attorney was
19  supposed to address the whistleblower complaint to be in
20  compliance with the city's code in charter.  I'm not
21  sure of the outcome of it.
22   Q   You know how -- who was the city Attorney at
23  the time.
24   A   Bernadette Norris-Weeks.
25   Q   Do you know what Ms. Weeks did upon receipt of

Page 35

1  that whistleblower complaint?
2    A   I do not.
3    Q   On behalf of Mr. Perez.
4    A   I do not know what Ms. Weeks did.
5    Q   Is it fair to say that you do not know whether
6  the city followed its administrative procedures upon
7  receipt of the letter provided by Mr. Casey for
8  Mr. Perez?
9        MR. RAILEY:  Form.
10   A   I would not say that.  I would say that the
11  city Attorney, Ms. Weeks, informed the manager's office
12  that she was going to handle that whistleblower
13  complaint to be in compliance with the city's rules.
14  However, like I said, I don't know the outcome because
15  additional information was not provided to me.
16  BY MR. POLLOCK:
17   Q   Okay.  So, you have no -- you do not know
18  whether Ms. Norris-Weeks actually handled or responded
19  to the whistleblower complaint in compliance with the
20  city's whistleblower ordinance?
21       MR. RAILEY:  Object to the form.
22   A   Again, I can only go by what was said when or
23  what was -- how it was relayed to the manager's office
24  during that time that the city Attorneys office would
25  handle the whistleblower complaint.  Again, I don't know

Page 36

1  the outcome.
2  BY MR. POLLOCK:
3    Q   And the reason why I'm asking is because you
4  indicated that you could testify as to areas of inquiry
5  1, 6, 28 and 29, and with regard to area of inquiry 29
6  at Exhibit 101, which is whether and how Defendant
7  followed its administrative procedures upon receipt of
8  the letter provided by Mr. Casey for Plaintiff.  I can
9  put that up on the screen if you'd like.
10   A   Yes, please.
11   Q   Although I think you'd have a copy of the
12  deposition notice in front of you.
13   A   I do, and I'm actually looking at it.
14   Q   Okay.  So, are you or are you not prepared to
15  testify as to whether and how the city followed its
16  procedures upon receipt of the letter provided by
17  Mr. Casey for Plaintiff?
18   A   The only thing I can say is what was conveyed
19  to the city manager's office by our city Attorney at
20  that time, that the city Attorneys office will address
21  the whistleblower complaint.
22       I cannot say what took place during that
23  process.  And what was the outcome.  I can only rely on
24  that they will address it.
25   Q   As to the specifics of whether, how and or

Page 37

1  when the city manager's office addressed the letter from
2  Mr. Casey on behalf of the Plaintiff.  Is it fair to say
3  that you don't know?
4    A   The city manager's office does not address it.
5  It's been -- it is normally addressed by a city
6  Attorneys office.
7    Q   Got you.  This Notice of Deposition was not
8  addressed to any particular part of the city.  It was
9  addressed to the city itself.  It wasn't required to
10  designate a person with knowledge.
11       And so, my question is, do you or do you not
12  have knowledge of how the city followed its
13  administrative procedures upon receipt of the letter
14  from Mr. Casey on behalf of Mr. Perez?
15       MR. RAILEY:  Object to the form.
16   A   I don't know what the city Attorneys office
17  did.
18  BY MR. POLLOCK:
19   Q   Have you seen or reviewed any documents that
20  detail what the city Attorneys office did upon receipt
21  of the letter from Mr. Casey on behalf of Mr. Perez?
22   A   No.  Again, the city Attorneys office has not
23  conveyed the information with me of what they did.
24   Q   What to your knowledge were whistleblowers
25  required to do under the city's ordinance?

SERGIO PEREZ vs CITY OF OPA LOCKA AND STEVEN BARREIRA
Lawson, Sha'mecca on 04/27/2023          Pages 38..41

Page 38

1    A   I remember when it was first brought up, and I
2  know it was supposed -- it's supposed to go to our city
3  Attorney for them to address and handle.  I don't
4  remember, you know, all the details in it.
5    Q   Would you defer -- would you defer to whatever
6  is contained in the ordinance?
7    A   Yes.
8    Q   Going back to Exhibit 102, which was the
9  document that was prepared for you, utilizing job
10  descriptions that are contained within the human
11  resources department.  Is that right?
12   A   Yes.
13   Q   The job descriptions that were utilized to
14  compile this document, do you know whether those are
15  current job descriptions or the job descriptions that
16  were in effect at the time that Mr. Perez held each of
17  these positions?
18   A   I don't know, because again, it was prepared
19  by Ms. Levers, so I'm not sure if those were previous or
20  current.
21   Q   What is Mr. Perez's current status --
22  employment status with the city?
23   A   He's relieved of duty from my understanding.
24   Q   For what reason?
25   A   I don't have that information.

Page 39

1    Q   Okay.  What documents are in his personnel
2  file concerning his current employment status with the
3  city, including the reason for it?
4       MR. RAILEY:  Object to the form.
5    A   I just reviewed his personnel file and did not
6  see a form, such form.
7  BY MR. POLLOCK:
8    Q   Does that mean that the city did not follow
9  its procedure in creating a personal action form with
10  regard to Mr. Perez for his being relieved of duty?
11      MR. RAILEY:  Object to the form.
12   A   I did not -- I was not -- Mr. Perez has a very
13  lengthy personnel file.  I just went through it as we
14  were on here and I did not see anything.
15  BY MR. POLLOCK:
16   Q   Okay.  What about when Mr. Perez was relieved
17  of duty on September 10th, 2021 is there a personal
18  action form in his personnel file to reflect that change
19  in his employment status?
20   A   I can look.
21      MR. POLLOCK:  And Jon, I just want to find
22  out, is somebody else going to testify as to Mr.
23  Perez's personnel file and the documents in it
24  before, I guess, you know, more than nine months
25  ago, or as -- I address those questions

Page 40

1  to Ms. Lawson?
2       MR. RAILEY:  It's kind of a tough question to
3  answer because I'm not sure, you know, what
4  specifically you're trying to get at and what area
5  you're in.
6       There are -- our next Deponent and last
7  Deponent is going to be able to probably provide
8  you with 98% of the information you're looking for.
9       But whether that information pertains to the
10  personnel file, I can't speak to that as I don't
11  know what document or documents you're specifically
12  referring to.  And the personnel file is, as you
13  know, is quite lengthy.
14      MR. POLLOCK:  Yeah.  I mean, I'm just --
15  Ms. Lawson indicated she couldn't speak to
16  anything, but you know, more than nine months ago.
17  And so, if Mr. Krotenberg can, then great, you
18  know, if -- but I don't want to be in a situation
19  where we don't have someone.
20      MR. RAILEY:  Yeah.  I mean, if you're
21  inquiring about, you know, I'm not trying to
22  testify here, but if you're inquiring about, you
23  know, situations arising out of the September 1st
24  incident of 2021 then yes, I believe you're going
25  to be able to get that information from the next

Page 41

1  Deponent.
2       MR. POLLOCK:  Okay.
3    A   And I don't have any -- I didn't see anything
4  in the file.
5  BY MR. POLLOCK:
6    Q   Okay.  In your experience when there is a
7  change in an employee's status, is a personnel action
8  form required to have been completed?
9       MR. RAILEY:  Object to the form.
10   A   Yes.  However, it may be within the Police
11  Department since it's dealing with the Police Department
12  -- Police Officer.
13  BY MR. POLLOCK:
14   Q   When you say it meaning a personal action form
15  maybe within the Police Department?
16   A   Maybe a document exists within the Police
17  Department.  However, such form does not exist in the
18  personnel file that I have before me.
19   Q   Okay.  And is it a requirement at the city to
20  have a personal action form when you change someone's
21  rank or status?
22      MR. RAILEY:  Object to the form.
23   A   I'm not sure if it's a requirement, but I have
24  seen it done before.
25  BY MR. POLLOCK:



877-291-3376
www.ucrinc.com

SERGIO PEREZ vs CITY OF OPA LOCKA AND STEVEN BARREIRA
Lawson, Sha'mecca on 04/27/2023          Pages 42..45

Page 42

1   Q   So, are you unaware of whether there's a
2   policy or procedure that requires a personal action form
3   to be completed when an employee's rank, status or rate
4   of pay is changed?
5       MR. RAILEY:  Object to the form.
6   BY MR. POLLOCK:
7   Q   At the City of Opa Locka?
8   A   A PA form should be completed when a position,
9   salary change, yes, it should be completed.
10  Q   And that PA or personal action form, is it
11  also required to be maintained within the personnel file
12  for that respective employee?
13      MR. RAILEY:  Object to the form.
14  A   I would think, yes.
15  BY MR. POLLOCK:
16  Q   Now, you mentioned there may be a form in the
17  Police Department.  And so, my question is, to your
18  knowledge, is there a separate personnel file that's
19  maintained in the Police Department for sworn law
20  enforcement officers?
21  A   I'm not familiar with that, but I would say
22  that I'm sure the Police Department has documents on
23  their employees.  So, I'm not familiar with a certain
24  file that they keep and I'm sure they have documents.
25  Q   What kind of information is contained on a

Page 43

1   personnel action form?
2   A   The employee's name, department, date of the
3   document being prepared, the status, from salary to
4   salary, and comments if any.  And then they have
5   sections for equipment and then the signatures.
6   Q   Is there a section for a reason?
7   A   They have comments.
8   Q   Is the comments section normally where the
9   reason for the change in status or pay is documented?
10  A   It can be listed on the comments or it can be
11  listed as an attached document.  I've seen it both ways
12  or a different, if people -- some people will put
13  comments or some people will have a document attached.
14      MR. POLLOCK:  Now, I think that's pretty much
15  all I have with this Witness.
16      MR. RAILEY:  She will read her portion.
17      (Deposition concluded at 11:13 a.m.)
18      (Reading and signing of the deposition by the
19      witness has been reserved.)
20
21
22
23
24
25

Page 44

1              CERTIFICATE OF REPORTER
2   STATE OF FLORIDA
3   COUNTY OF MIAMI-DADE
4
5       I, GABRIELA ARGENAL, Court Reporter and Notary
6   Public for the State of Florida, do hereby certify that
7   I was authorized to and did digitally report and
8   transcribe the foregoing proceedings, and that the
9   transcript is a true and complete record of my notes.
10      I further certify that I am not a relative,
11  employee, attorney or counsel of any of the parties, nor
12  am I a relative or employee of any of the parties'
13  attorneys or counsel connected with the action, nor am I
14  financially interested in the action.
15
        Witness my hand this 11th day of May, 2023.
16
17
18
19
20
21
22      _____
        GABRIELA ARGENAL, COURT REPORTER
23      NOTARY PUBLIC, STATE OF FLORIDA
24
25

Page 45

1              CERTIFICATE OF OATH
2   STATE OF FLORIDA
3   COUNTY OF MIAMI-DADE
4
5       I, GABRIELA ARGENAL, the undersigned authority,
6   certify that SHA'MECCA LAWSON, appeared before me
7   remotely pursuant to Florida Supreme Court Order
8   AOSC20-23 and was duly sworn on the 27th day of
9   April, 2023.
10
        Witness my hand this 11th day of May, 2023.
11
12
13
14
15
16
17
18
19
20
21      _____
        GABRIELA ARGENAL, COURT REPORTER
22      NOTARY PUBLIC, STATE OF FLORIDA
        Commission No.:  HH185996
23      Commission Expiration:  11/19/25
24
25



SERGIO PEREZ vs CITY OF OPA LOCKA AND STEVEN BARREIRA
Lawson, Sha'mecca on 04/27/2023          Pages 46..47

Page 46

```
1    DATE:      May 11, 2023
     TO:        Sha'mecca Lawson
2    C/O
                Jonathan H. Railey, Esquire Johnson, Anselmo,
3               Murdoch, Burke, Piper & Hochman, P.A
                2455 E. Sunrise Boulevard, Suite 1000
4               Fort Lauderdale, Florida 33304
5    IN RE: Sergio Perez vs. City of Opa-Locka & Steven
     Barreira
6    CASE NO: 1:22-CV-20748-LENARD/LOUIS
7    Dear Ms. Lawson,
8         Please take notice that on April 27, 2023, you gave
     your deposition in the above-referenced matter.  At that
9    time, you did not waive signature.  It is now necessary
     that you sign your deposition.  You may do so by
10   contacting your own attorney or the attorney who took
     your deposition and make an appointment to do so at
11   their office.  You may also contact our office at the
     below number, Monday - Friday, 9:00 AM - 5:00 PM, for
12   further information and assistance.
          If you do not read and sign your deposition within
13   thirty (30) days, the original, which has already been
     forwarded to the ordering attorney, may be filed with
14   the Clerk of the Court.
          If you wish to waive your signature, sign your name
15   in the blank at the bottom of this letter and promptly
     return it to us.
16
     Very truly yours,
17
     Gabriela Argenal,
18   Court Reporter
     Universal Court Reporting
19   (954)712-2600
20   I do hereby waive my signature.
21
22
     _____
23   Sha'mecca Lawson
     Cc: via transcript:
24                          Brian H. Pollock, Esquire
                            Jonathan H. Railey, Esquire
25
```

Page 47

```
1    Errata Sheet

2

3    NAME OF CASE: SERGIO PEREZ vs CITY OF OPA LOCKA AND STEVEN BARREIRA

4    DATE OF DEPOSITION: 04/27/2023

5    NAME OF WITNESS: Sha'mecca Lawson

6    Reason Codes:

7         1. To clarify the record.

8         2. To conform to the facts.

9         3. To correct transcription errors.

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                  _____
```



**$**

**$50,000**
13:18

**1**

**1**
12:25 36:5
**10**
7:7,23
**101**
12:2,3,6 19:14
36:6
**102**
21:21,23,24 26:9
38:8
**10th**
16:6,21 17:8,12
39:17
**11:13**
43:17
**1980**
5:25
**1999**
9:6
**19th**
5:25
**1st**
40:23

**2**

**2021**
16:6,21 17:1,9,13
34:4 39:17 40:24
**2022**
10:3,20 33:15

**2023**
5:2
**21**
16:22
**23**
6:3 28:9
**27**
5:2
**28**
12:25 36:5
**28th**
34:4
**29**
12:25 36:5

**3**

**3%**
13:16
**31**
12:16
**33054**
6:17
**3rd**
33:15

**4**

**457**
13:17

**6**

**6**
12:25 15:23 17:19,
25 18:7,11,14
25:13,22 31:21
36:5

**7**

**780**
6:16

**9**

**98%**
40:8

**A**

**a.m.**
43:17
**ability**
10:25
**able**
30:9 40:7,25
**about**
7:7,23 8:12 9:18
12:16,18 17:8
18:3,4,15 19:23
30:14 33:5,16
39:16 40:21,22
**accident**
13:21
**accompanies**
24:14
**according**
25:19
**acting**
6:20 8:4,10,11,14
16:17 29:3 30:18
31:14
**action**
24:21,24 26:2
39:9,18 41:7,14,20
42:2,10 43:1
**active**
13:5

**actual**
18:25 20:8,12
**actually**
20:12 28:25 29:1,5
35:18 36:13
**additional**
13:11,19 17:24
35:15
**address**
6:6,11,14 34:19
36:20,24 37:4 38:3
39:25
**addressed**
34:13 37:1,5,8,9
**administration**
9:20
**administrative**
35:6 36:7 37:13
**advised**
16:17,20
**affect**
10:25
**affected**
8:23
**after**
5:5 9:7 10:21,23
**again**
15:19 28:14 32:21
33:11 35:22,25
37:22 38:18
**agent**
15:19
**ago**
30:6 39:25 40:16
**ahead**
12:24 25:10,19,24
27:4 30:23
**all**
7:1 13:6,24 15:23



19:8 21:20 28:11
31:21 38:4 43:15

**all--**
20:22

**allowed**
33:11

**also**
6:19 8:9 13:14,16
16:3,16 20:23
22:21 42:11

**Although**
36:11

**am**
6:19 16:16

**American**
9:2

**an**
7:14 9:22 11:3
15:8,21 20:23
28:10 29:1 34:3
41:7 42:3 43:11

**and**
5:5,24 6:19 7:22
8:18 9:13 10:7
11:3,9,23 12:12,
17,24,25 13:7,8,
14,19,20,22 14:1,
17,23,24 15:8,25
16:1,2,16 17:2,8
18:12,16 19:7,9,
10,16,20,21 20:10,
21 21:2,6 22:9
24:20 25:8,10,14,
15,17,19 26:8,21
27:6,7,8,18,19
28:22 29:2,5,6,12,
21,24 30:5,16
31:23,24,25 33:12,
17 34:12 36:3,5,6,
13,15,23,25 37:11
38:1,3 39:5,14,21,
23 40:4,6,12,17

41:3,19 42:10,17,
24 43:4,5,18

**answer**
14:4,7 15:7,8,9
25:11,12,23 26:1
28:12 40:3

**any**
5:21 7:1 8:22 9:7,
9,15 10:11,24,25
11:13 13:1 15:1,
13,22 17:2 18:18
19:3 20:3 22:25
23:11 29:23 30:4
32:2 37:8,19 41:3
43:4

**anybody**
21:5

**anymore**
6:5

**anything**
11:19,22 33:18
34:14 39:14 40:16
41:3

**anywhere**
28:19

**appointment**
18:6

**appreciate**
33:14

**APRIL**
5:2

**are**
5:7 8:9 12:18 13:6,
8,21 14:1,19 15:5
18:4 19:10,18,24
22:7,14 23:7,11
24:20 25:24 27:5,
13,17 28:7 29:3,7,
9,16,19,20 30:3,8
33:5,8 36:14
38:10,14 39:1 40:6

42:1

**area**
13:2 31:21 36:5
40:4

**areas**
12:17 16:3 36:4

**arising**
40:23

**as**
5:5,6 7:20 11:7
13:3 14:2 17:16,19
18:6,13 19:14,16
20:1,4,6,22,23
21:21,22 22:16,25
23:12 24:11,25
25:12 26:6,8,15,16
28:5,15,22 29:3
30:4,9,10 32:5
33:8,16 36:4,15,25
39:13,22,25 40:10,
12 43:11

**as--**
26:14

**asked**
8:20 21:5

**asking**
10:7 31:10 36:3

**assigned**
23:1,5,8,12 26:16

**assignment**
23:25

**assistance**
27:1

**assistant**
6:19 7:13,14,17,
19,21,22,24 8:7
10:22 16:16 18:6
33:17,20

**associate's**
9:22

**at**
6:15 8:13 9:14,15,
18,19,24 11:11
13:10,13,19 14:17,
20,24 15:4,10
19:25 20:5 21:22
22:4,6,15,25 23:15
25:5,23 26:9,14
28:2,9 29:1 33:17,
20 34:16,22 36:6,
13,19 38:16 40:4
41:19 42:7 43:17

**attached**
43:11,13

**attendant**
15:12

**Attorney**
34:3,13,15,16,18,
22 35:11 36:19
38:3

**Attorneys**
35:24 36:20 37:6,
16,20,22

**available**
13:19 14:17,19
15:20 21:15 24:11
29:12

**aware**
23:7,11,14,22

---

**B**

---

**bachelor's**
9:22,23

**back**
7:11 14:15,24 38:8

**basis**
27:6

**be**
6:22 12:25 14:13
15:12 20:13 27:15



32:3,20 33:23
34:19 35:13 40:7,
18,25 41:10 42:3,
8,9,11,16 43:10

**became**
7:24 8:14

**because**
10:8 14:13,20
17:17 21:2 25:1
26:1 32:21 34:10
35:14 36:3 38:18
40:3

**been**
5:5,21 7:14,22
8:10 23:1,12 26:16
29:6,23 37:5 41:8
43:19

**before**
7:4,17 8:14 10:21
12:11 30:17 39:24
41:18,24

**behalf**
12:18,22 18:5
25:11 34:4,6,8,11
35:3 37:2,14,21

**being**
16:13 26:2 29:12
30:14 31:14 32:18
33:18 39:10 43:3

**believe**
26:15 40:24

**benefit**
5:16

**benefits**
13:3,4,6 14:1,9,11,
14,21 15:1,6,11,14
29:14

**Bernadette**
34:24

**besides**
11:22 19:2

**beyond**
10:12

**birth**
5:24

**block**
17:21

**both**
43:11

**bottom**
19:25 20:5

**Brian**
5:10,14

**brought**
38:1

**business**
9:20 27:6

**but**
10:1,19 13:12 14:6
17:17 18:13 22:11
23:5 25:24 27:12
28:2,7,12,24 32:5
33:1 34:10,13
40:9,16,18,22
41:23 42:21

**by**
5:13,21 6:13 12:5,
20 13:12,14 14:1,
8,18 15:17 16:14,
17 18:2 20:9,14
21:19 22:1 23:7,20
24:19 25:23 26:5,
17,18 27:22 28:3,
17,23 30:17,22
31:4,12,14 32:15,
23 34:2,7 35:7,16,
22 36:2,8,16,19
37:5,18 38:19
39:7,15 41:5,13,25
42:6,15 43:18

**C**

**call**
12:1

**called**
5:5

**came**
15:16

**can**
5:15 6:14 8:16
11:6 12:6,8,12,20,
21 13:6 14:4,13
16:15 17:15 18:7,
8,10,12,13 21:10
24:10 25:7,10,23,
25 26:13 28:12
33:7,12,13 35:22
36:8,18,23 39:20
40:17 43:10

**can't**
22:10 25:11 29:25
30:2 34:9 40:10

**cancer**
13:21

**cannot**
15:9 26:1 27:9,11
36:22

**capacity**
7:9

**captain**
22:22,25 26:8

**case**
11:11 22:18

**Casey**
35:7 36:8,17 37:2,
14,21

**certain**
14:20 27:9 42:23

**certificate**

10:16,18

**certification**
9:21

**certifications**
10:11,14

**Certified**
10:15

**change**
14:14 16:1 18:9
23:24 24:18 25:15
30:4 31:24 32:18
39:18 41:7,20 42:9
43:9

**changed**
25:2 26:4 42:4

**changes**
15:25 25:14 31:23

**charter**
34:20

**chief**
33:17,20

**city**
5:11 6:1,4,8,18,19,
21,22 7:11,13,14,
18,19,21,24,25
8:1,3,4,5,7,14,19
10:22 11:21 12:19,
22 13:4,7,8,10,16,
18 14:1,2 16:14,
16,17,19 17:5
18:5,6 23:16 24:7
25:11,19 27:17
28:2,9 30:18 31:14
33:22 34:3,12,13,
15,18,22 35:6,11,
24 36:15,19,20
37:1,4,5,8,9,12,16,
20,22 38:2,22
39:3,8 41:19 42:7

**city's**
20:20 34:1,20

35:13,20 37:25

**clerk**
10:15

**client**
8:23 11:17

**code**
23:1,5,8,13,17,25
24:3,8,25 25:3,20
26:3,11,21,23
27:3,5,9,11,23
28:4,8,13,14,18,19
30:10 34:1,20

**coincide**
7:25

**college**
9:9,11

**come**
16:12

**comments**
43:4,7,8,10,13

**comp**
13:17

**compile**
38:14

**complaint**
33:24 34:11,19
35:1,13,19,25
36:21

**complete**
9:1,15

**completed**
41:8 42:3,8,9

**compliance**
34:20 35:13,19

**computer**
18:23

**concerning**
39:2

**concluded**
43:17

**condition**
33:16

**conditions**
10:25

**conducting**
29:11

**confinement**
13:22

**confusion**
7:1

**connection**
31:13

**consistently**
14:15

**contained**
22:14,15,17 26:8
38:6,10 42:25

**contributes**
13:16

**conveyed**
36:18 37:23

**copy**
19:1,2,3 29:19,21
36:11

**corporal**
22:9 26:8

**Corporate**
17:18 32:13

**correct**
12:14 14:22 16:3,
23 19:15 21:4
30:7,12,15 32:4,7

**cost**
13:10,13 14:14,15,
16

**could**
27:15 36:4

**couldn't**
40:15

**Counsels**
5:8

**course**
6:23

**courses**
9:9,11,15,18,24

**Court**
5:7 10:8

**coverage**
13:15

**create**
22:5

**created**
20:1,18 31:13,19

**creating**
39:9

**critical**
13:22

**current**
6:6,18 17:5 38:15,
20,21 39:2

**currently**
9:13

---

**D**

**daily**
27:6

**Darwin**
8:5

**date**
5:24 20:6 34:9
43:2

**dated**
33:15 34:4

**dates**
16:24 18:12,16

**day**
28:13,14

**dealing**
41:11

**decision**
8:19,21 24:5,8

**decisions**
8:23

**Defendant**
36:6

**defer**
38:5

**deferred**
13:17

**definite**
15:8

**definitely**
18:20 22:11

**degree**
9:22,23

**degrees**
9:7

**demotions**
16:1 25:14 31:24

**Dental**
13:13

**department**
19:9,18,24 20:9
22:8,11,12,17
24:10 26:17,22,24
29:6,7,9,14 38:11
41:11,15,17 42:17,
19,22 43:2

**dependents**
13:11

**Deponent**
40:6,7 41:1

**deposition**
5:1 6:23 7:4,6



11:14,20,24 12:10,
12 17:17,18 19:4,
7,11,12 32:13
36:12 37:7 43:17,
18

**description**
19:10 20:10

**descriptions**
19:17 22:7,16
38:10,13,15

**designate**
37:10

**designated**
25:22

**designation**
20:22

**desk**
33:3,6

**detail**
37:20

**detailed**
30:10

**details**
38:4

**determination**
16:10

**determine**
14:21

**Devry**
9:14,18,21,24

**Diana**
20:19

**did**
7:11,17,20,24 9:1,
7,11,15,24 10:17
11:13,16,19 13:4
16:12 22:21 23:5
30:13,19,25 31:5
32:1,2 34:3,12,25
35:4 37:17,20,23

39:5,8,12,14

**didn't**
27:18 41:3

**different**
7:25 43:12

**digitally**
29:20

**DIRECT**
5:12

**director**
6:20 8:10,11,13,14
16:17 29:4

**disability**
13:14

**Disagree**
32:14

**do**
5:18 6:4,21 7:3
10:11,13,14 11:3,9
13:16,25 14:6 15:5
17:16 18:17,22
19:3,5,6 20:3 21:5,
20 22:2,3,4,16
23:4,5 25:10 26:19
27:7,8,9,11,12,23
28:2,15 29:15
30:13 32:11,24
33:15 34:10,12,25
35:2,4,5,17 36:13
37:11,25 38:14

**document**
11:20,21 12:11,15,
16 19:13 20:1,3,6,
9,11,14,18 21:6,
10,21 22:5,13
23:24 24:14 31:18
33:15 38:9,14
40:11 41:16 43:3,
11,13

**documentation**
11:13

**documented**
43:9

**documents**
14:20,23 15:13,22,
24 16:9 18:18,21
19:4,6,19,23 25:23
29:23 31:13,22
32:16 37:19 39:1,
23 40:11 42:22,24

**does**
9:21 13:11 14:14
15:1 17:19 23:23
26:23 28:18 29:14
33:22 37:4 39:8
41:17

**doing**
29:11

**don't**
5:19 6:25 9:25
10:1,19 14:6,15
15:3,7,8 16:25
17:2,16 22:6,19,20
24:5,6 25:7,18
27:15 28:1,6,24,25
29:1 31:7,16,18
32:21 33:18 34:10,
14,15 35:14,25
37:3,16 38:3,18,25
40:10,18,19 41:3

**done**
34:2 41:24

**down**
26:13

**driver's**
10:12

**duly**
5:6

**during**
6:22 13:7 17:17
18:5,9 32:6 33:9
35:24 36:22

**duties**
15:25 19:8,16,20
20:4,17 25:13,14
26:6,10 31:23

**duty**
13:5 15:2,5,21
16:5,13,21 17:12
30:10,15,24 31:1,
14 32:18 33:9,19
38:23 39:10,17

---

**E**

**each**
16:1 19:21,22
20:4,10 21:7 25:15
31:24 38:16

**earn**
9:7

**effect**
20:6 38:16

**either**
20:5

**else**
11:19,22 21:2
25:25 39:22

**employee**
13:5,10,12,13,15,
18,20 15:21 42:12

**employee's**
41:7 42:3 43:2

**employees**
15:5 29:13 42:23

**employment**
13:4 14:2 15:12,24
16:2 18:4,8 25:15
31:22,25 38:22
39:2,19

**end**
26:13



**enforce**
27:9

**enforcement**
23:1,5,9,12,13,16,
17 24:1,4,9,25
25:3,20 26:3,11,
21,23 27:3,5,9,11,
23 28:4,8,13,14,
18,19 30:11 42:20

**enough**
27:15,18

**enrolled**
9:14

**entered**
12:4 21:25

**entire**
11:17 17:21

**entitled**
12:9

**enumeration**
17:20

**equipment**
43:5

**even**
10:1

**ever**
5:21 30:1 34:16

**every**
28:13,14

**exact**
28:6 34:9

**exactly**
12:16

**EXAMINATION**
5:12

**executive**
7:23

**Exhibit**
12:2,3,6 21:21,22,

24 26:9 28:12 36:6
38:8

**exist**
23:23 32:16 41:17

**exists**
41:16

**expect**
24:24 25:1

**expense**
13:20

**experience**
41:6

**explain**
16:15

---

**F**

**fact**
16:8

**fair**
30:3,8 35:5 37:2

**fall**
10:3

**falls**
26:11

**familiar**
17:10,11,14 42:21,
23

**far**
18:13 19:16 26:6

**February**
33:15

**file**
11:18,23 18:21,24
19:1,3 25:9,18
29:24 30:1 32:17,
21 33:12 39:2,5,
13,18,23 40:10,12
41:4,18 42:11,18,
24

**filed**
34:11

**files**
29:17,19

**find**
39:21

**first**
5:5 8:16 13:2 20:1
30:1 38:1

**Fisherman**
6:16

**Florida**
6:16 9:4,13,15
10:12

**folder**
22:13

**follow**
39:8

**followed**
33:23 35:6 36:7,15
37:12

**follows**
5:6

**for**
5:8,10,11 7:23
8:10,16 11:14
13:11,12,14 14:1
15:9 16:1 17:15,
24,25 18:14 19:4,
21 20:4,10,13,16,
17 21:7 22:8 23:19
25:15,22 26:2,7,
10,25 27:1 29:12,
16 30:4 31:24
32:16,17 34:16
35:7 36:8,17 38:3,
9,24 39:3,10 40:8
42:12,19 43:5,6,9

**form**
14:3,4,12 15:15
23:18 24:16,18,20,

21,24 25:21 26:2,
12 27:20,25 28:11,
20 30:20 31:7,8
32:10,19 34:5
35:9,21 37:15
39:4,6,9,11,18
41:8,9,14,17,20,22
42:2,5,8,10,13,16
43:1

**format**
18:23 29:20,22

**four**
20:11

**FRCP30B6**
12:10

**from**
9:12 10:24 13:1
21:8 23:3 24:23
25:2 26:22 29:23
31:1 33:17 34:3
37:1,14,21 38:23
40:25 43:3

**front**
18:22 19:4 25:18
32:24 33:1 36:12

**FRS**
13:16

**full**
5:16

**full-time**
13:5

**functions**
29:7,9

**further**
32:1 34:14

---

**G**

**Gap**
13:15



**gave**
7:6 11:10

**general**
15:6

**generated**
19:24

**get**
14:16 21:10 27:7
40:4,25

**gets**
21:3

**getting**
20:21 30:1

**give**
5:16 6:10,14 7:7
11:6 15:8 18:12,14
21:17 25:7 31:6
34:9

**given**
7:4 20:15 22:19

**go**
12:20,24 14:24
25:10,18,23 27:4,
8,19 30:23 35:22
38:2

**goes**
19:20

**going**
12:1 21:2 29:10
35:12 38:8 39:22
40:7,24

**Good**
5:14

**got**
7:25 16:24 17:6
19:16 37:7

**great**
40:17

**guess**
39:24

**gunshot**
13:21,22

---

## H

**had**
17:19 28:1

**hand**
26:22 27:12

**handle**
29:14 35:12,25
38:3

**handled**
35:18

**happened**
8:18 30:16

**hard**
18:25 19:2,10
29:19,21

**has**
12:16 20:10 22:25
29:6 37:22 39:12
42:22 43:19

**have**
5:18,21 6:1,25 7:1,
4,14,20 8:10,22,25
9:9 10:24 14:6,16,
20,24 15:3,7,8,19
16:3,8,9 17:2,23
18:17,20,22,25
19:3,6,7,8 20:5
21:14 23:4,12,25
24:17,18,24 25:1,
8,17 26:16 27:3,
15,18 28:2,25
29:23,25 30:13
32:2,11,20,21,24
33:1,2,22 35:17
36:11 37:12,19
38:25 40:19 41:3,
8,18,20,23 42:24
43:4,7,13,15

**having**
5:5

**he**
13:5 15:2,12 23:4
25:3,6 26:15,16
30:25

**He's**
38:23

**head**
18:17

**health**
13:9,11

**held**
38:16

**her**
6:10 8:19,21 20:24
21:8 43:16

**here**
18:4 22:25 25:10,
12 31:20 32:5
33:1,2,3,12,13
39:14 40:22

**Hialeah**
9:4

**high**
9:1,2

**him**
23:25 26:2 33:18

**hiring**
29:10

**his**
13:3 14:2 15:12,25
18:8,9,12,21 25:2,
3,5 26:3,10 31:23
32:17,18,20 33:11
39:1,2,5,10,18,19

**hold**
6:7 7:11,17 10:11,
14 22:21 28:10

**home**
6:6

**hospital**
13:22

**hosting**
29:11

**how**
6:1 7:14,20 8:10
16:12 34:22 35:23
36:6,15,25 37:12

**however**
13:12 28:15 35:14
41:10,17

**HR**
6:20 8:10,11,14
16:17 20:9,14,19,
20,23,25 22:11,17
24:6,12,17 29:4,6,
9,14

**human**
8:13,23 38:10

---

## I

**I'D**
6:10

**I'LL**
12:24 21:20 31:10

**I'M**
8:4 9:13,20 10:7
12:1 14:10 15:16
16:22,24,25 17:4,
8,10,14 20:11,21
22:15 23:14,22
25:11 27:21 31:17,
18 33:11 34:20
36:3,13 38:19
40:3,14,21 41:23
42:21,22,23,24

**I'VE**
7:22 43:11



**ICMA**
10:15,17

**identify**
15:14 32:17

**if**
7:1 10:8 11:11
12:12,20,25 13:25
14:4 15:11,20,21
17:15 23:22 24:17
25:23 26:3,9 27:15
28:6,12,15 33:11,
13 36:9 38:19
40:17,18,20,22
41:23 43:4,12

**II**
20:19,21,22,25

**illness**
13:22

**in**
5:15 6:7 7:8 8:22
9:5,14 11:13 14:20
15:6,14,25 16:1
18:3,22 19:4,10,24
20:23 22:17,18
23:1,8,13,15,17,25
24:3,8 25:9,14,15,
18 26:3,22 27:12
28:7,9 29:6,19,21
30:4 31:13,23,24
32:16,18,24 33:1
34:1,19,20 35:13,
19 36:12 38:4,6,16
39:1,9,18,19,23
40:5,18 41:4,6,7,
17 42:16,19 43:9

**incident**
40:24

**includes**
25:13

**including**
15:24 31:22 39:3

**indicate**
30:13

**indicated**
8:9 16:2 20:20
25:17 26:6 31:20
32:1 36:4 40:15

**indication**
19:25 20:3

**information**
13:1 14:17,25 15:4
17:24 18:10,16,19
21:8 24:11 32:2
33:13 35:15 37:23
38:25 40:8,9,25
42:25

**informed**
30:17 35:11

**inquiring**
40:21,22

**inquiry**
12:17,18 13:2
31:21 36:4,5

**instruct**
6:10

**insurance**
13:9,11,17,19,21
14:25

**interacting**
27:5

**interim**
8:5 16:17,19 30:18

**interject**
17:15

**interviews**
29:11

**into**
12:4 15:16 20:6
21:25 26:11

**introduce**
5:8

**irate**
27:7

**is**
5:14 8:4,5 9:3,21
12:9,10,14,17
13:14,17,19,23
15:2,21,23 16:3,8,
19 17:17 18:16
19:3 20:8,16,21
21:2,9,11,20 22:13
23:15,24 24:13,24
25:5 28:11,22
29:25 30:3,8,15
32:3,6 33:13,20,23
34:1 35:5 36:3,6,
18 37:2,5,11 38:6,
11,21 39:17,22
40:7,12,13 41:6,7,
19 42:4,10,17,18,
25 43:6,8,9

**issues**
25:24 32:6,10

**it**
8:6,19,21 9:21
10:1,19,21 12:24
15:9 17:17 18:25
19:20 20:9,10,15,
21 21:3,11 22:2
23:5,22 24:5,6
25:1 26:1,3,14
27:11,18 30:3,8
32:24 33:1,2,5,12,
13,16,17 34:2,13,
21 35:5,23 36:13,
24 37:2,4,5,8,9
38:1,2,4,18 39:3,
13,23 41:10,14,19,
24 42:9,10 43:10,
11

**it's**
5:23 8:12 10:8
13:10 14:14,17,19
19:20 20:12 21:3
24:11,17 25:1,21

28:6,15 32:12 37:5
38:2 40:2 41:11,23

**Item**
25:13

**items**
17:20

**its**
5:19 33:22 35:6
36:7,15 37:12 39:9

**itself**
37:9

---

**J**

**Jenkins**
33:21

**job**
15:25 19:9,17
20:8,10,12 21:6
22:7,16 25:13,14
29:11 31:23 38:9,
13,15

**jobs**
30:10

**Johnson**
5:1,4,20

**Jon**
21:9 39:21

**Jonathan**
5:11

**just**
6:10,25 10:8 19:20
20:10,16 21:1,21
26:1 31:10 33:16
34:18 39:5,13,21
40:14

---

**K**

**K-I-E-R-R-A**



8:17

**keep**
31:7 42:24

**Kierra**
8:15

**kind**
15:13 40:2 42:25

**kinds**
25:12

**know**
7:1 10:1 12:24
13:25 14:4,9,11,15
15:9 17:16 18:5,
13,14 20:21 21:5
22:4,6,16,19,20
23:5 24:5,6,7 25:7,
19 26:19 28:1,6,
12,15,24 31:16,18
32:1 34:10,14,15,
18,22,25 35:4,5,
14,17,25 37:3,16
38:2,4,14,18 39:24
40:3,11,13,16,18,
21,23

**knowledge**
8:18 16:3,9,11
17:19 20:16 24:2
25:13 30:14 37:10,
12,24 42:18

**known**
5:21

**Krotenberg**
17:23 40:17

———— **L** ————

**last**
7:6 9:25 10:1,3,19
18:5 32:6,11 40:6

**latest**
30:16

**law**
23:11,16 42:19

**laws**
27:9

**Lawson**
5:1,4,14,17,19,22,
23 21:11 40:1,15

**lawsuit**
5:15 32:12

**learn**
16:12

**leave**
8:19,20,21

**lengthy**
39:13 40:13

**let**
7:1 12:24 25:19
28:10

**letter**
34:3 35:7 36:8,16
37:1,13,21

**Levers**
20:19 21:5 22:4,6
38:19

**license**
10:12

**licenses**
10:12,14

**lieutenant**
22:9 26:8

**life**
13:17,19

**like**
12:13 20:22 28:7
30:17 35:14 36:9

**line**
31:8

**listed**
43:10,11

**located**
9:3

**Locka**
6:2,16,22 27:17
33:22 42:7

**long**
6:1 7:14,20 8:10

**long-term**
13:14

**look**
14:20,24 25:8,9
28:25 39:20

**looked**
22:4,6

**looking**
17:25 21:22 25:23
36:13 40:8

———— **M** ————

**made**
8:22 24:5,8

**maintained**
25:3 29:19,20,21
42:11,19

**maintaining**
29:16

**make**
16:9 21:1,3 29:6

**makes**
33:23

**manager**
6:19 7:13,15,18,
19,21,24 8:1,3,4,5,
7 10:22 16:14,16,
18,20 17:5 18:6
30:18 31:15

**manager's**
6:8 7:22 35:11,23
36:19 37:1,4

**manual**
22:13

**mark**
21:20

**marked**
19:14

**master**
10:15,17

**may**
41:10 42:16

**maybe**
16:24 24:10 41:15,
16

**me**
6:22 7:1 12:21
13:1 18:18 20:15
21:10,12,17 23:19
24:23 25:7,19
28:10 31:6 33:1
35:15 37:23 41:18

**mean**
5:19 30:17 34:8
39:8 40:14,20

**meaning**
10:3 33:3 41:14

**medications**
10:24

**memory**
10:25 32:22

**mentioned**
42:16

**method**
12:22

**middle**
5:18

**might**
17:23

**miscommunicati
ons**



17:3

**modified**
20:2,7

**moment**
17:16 21:17

**month**
10:1,19

**months**
7:16 8:12,22 18:6
30:6 32:3,6,11
33:10 39:24 40:16

**more**
30:5 32:3 39:24
40:16

**morning**
5:14 21:12

**most**
16:25 17:4

**Mr**
5:10,11,13 6:7,9,
10,12,13 8:6 11:22
12:5 13:3,4,8 14:2,
3,8,12,18 15:1,11,
15,17 17:15,22,23
18:1,2,15,23 19:2
21:9,11,14,16,17,
18,19,22 22:1,21,
25 23:7,18,20,25
24:3,8,16,19,24
25:17,19,21 26:5,
9,12,18 27:20,22,
25 28:3,10,17,20,
23 29:23 30:1,4,9,
14,19,20,22,24
31:2,4,5,6,10,11,
12,14 32:10,14,15,
16,19,23 33:9
34:4,5,6,7,8,11,16
35:3,7,8,9,16,21
36:2,8,17 37:2,14,
15,18,21 38:16,21
39:4,7,10,11,12,

15,16,21,22 40:2,
14,17,20 41:2,5,9,
13,22,25 42:5,6,
13,15 43:14,16

**Ms**
5:14,22 8:18 21:5,
11 22:4,6 34:25
35:4,11,18 38:19
40:1,15

**much**
43:14

**municipal**
10:15

**my**
5:14 8:23 12:17
15:16 20:16 22:17
24:2 25:2 28:22
29:25 37:11 38:23
42:17

---

**N**

**name**
5:14,16,18 8:16
43:2

**names**
5:21

**National**
9:13,16

**need**
13:1 27:8,10

**needed**
27:18 29:13

**never**
28:8

**new**
7:25

**next**
40:6,25

**Nikia**
33:21

**nine**
7:16 18:5 30:6
32:3,6,11 33:10
39:24 40:16

**no**
5:23 8:21,25 9:8,
17 10:8 11:2,25
13:10,13 14:6
15:18 17:14 20:8,
24 22:6,20 23:10
27:21 30:16 31:3,
9,10,11 33:6 35:17
37:22

**normally**
24:14 26:22 37:5
43:8

**Norris-weeks**
34:24 35:18

**not**
6:5 8:25 10:7
14:14,17,19 16:24
17:7,10,11,14,20
20:8,12,16 22:15
23:4,14,22,23
24:2,6,11 25:1,2,
11 26:2 27:21
28:15 29:24 31:18
32:1,2,25 34:20
35:2,4,5,10,15,17
36:14 37:4,7,11,22
38:19 39:5,8,12,14
40:3,21 41:17,23
42:21,23

**nothing**
32:11

**notice**
11:23 12:9 19:12
36:12 37:7

**notices**
29:11

**now**
5:7 8:3 14:16
22:24 30:13 42:16
43:14

**Number**
12:25 15:23 17:19,
25 18:7,11,14
25:22 31:21

**numeral**
20:22,24

---

**O**

**oath**
11:3,9,10

**object**
14:3,12 15:15
23:18 24:16 25:21
26:12 27:20,25
30:20 32:10 34:5
35:21 37:15 39:4,
11 41:9,22 42:5,13

**objection**
14:3 28:11,20,21
31:2,7

**obtain**
10:17

**obtained**
14:13

**occurred**
30:5

**October**
5:25

**of**
5:1,16,24 6:1,22,
23 8:13 10:3
11:11,23 12:9,17,
18,19,22 13:2,3,6,
8,20,24,25 14:2,9,
11,21 15:1,2,5,13,
20,21 16:5,8,11,

13,21,25 17:1,4,7,
12,20 18:5,17,22
19:1,2,4,8,18,25
20:16 22:8,21
23:4,7,11,22 25:5,
11,12,13,18,22
26:7,10,13 27:17
28:12 29:7,9
30:14,24 31:8,14,
21 32:2,12,18,24
33:1,9,16,17,19,22
34:4,6,8,11,12,21,
25 35:3,7 36:4,5,7,
11,12,16,25 37:2,
7,8,12,13,14,21,23
38:16,23 39:10,17
40:2,8,23,24 42:1,
4,7,25 43:2,18

**off**
18:17

**off-**
30:9

**offer**
9:21 13:11,16

**offered**
13:7,23

**office**
6:8 15:16 22:18,19
35:11,23,24 36:19,
20 37:1,4,6,16,20,
22

**officer**
22:8 23:17 24:13,
25 25:3 26:7,11
28:9 29:1 30:11
41:12

**officers**
23:12 27:5,16,18,
24 28:4,5,13,14,16
42:20

**Often**
19:23

**Oh**
16:22

**okay**
5:7 6:6,9,12,24
8:3,9 9:11 10:11
12:9,16 13:2 15:23
16:5,12,19 17:10,
11,22 18:1 19:11
21:14 22:4,24
23:22 24:13 25:5
26:6 27:3,23 30:19
31:20 32:9,14,24
33:3 35:17 36:14
39:1,16 41:2,6,19

**old**
32:3

**on**
5:7 6:7 10:7 11:6
12:6,18,22 16:3,5,
21 17:8,12 18:5,23
19:20 20:3,10,15
22:25 25:10 26:9,
23 27:6,7 28:1,10
31:7 32:21 33:3,6,
12 34:4,6,8,11
35:3 36:9,23 37:2,
14,21 39:14,17
42:22,25 43:10

**onboarding**
29:12

**one**
6:7 12:20 13:23
17:10,14,15 19:14
20:11 21:11,17
31:7

**ones**
12:21

**only**
5:23 13:23 18:10
35:22 36:18,23

**Opa**
6:1,16,22 27:17

33:22 42:7

**or**
7:7,8,25 8:19 9:22
10:8,11,14,21,24,
25 12:16,21 14:4
15:13 16:9,13
18:8,9,13,17,23
19:17,24,25 20:1,
5,6,22 21:21 22:13
23:8,16,23 24:17
26:4 27:10,13,19
29:19,20 30:10,14
31:1,8 33:6 35:18,
22 36:14,25 37:11,
19 38:15,19 39:25
40:11 41:21 42:2,
3,10 43:9,10,12,13

**order**
14:20

**ordinance**
34:2 35:20 37:25
38:6

**other**
5:21 13:20 19:3,6
23:11

**otherwise**
25:24

**our**
10:8 14:24 15:19
20:9,19 22:11
27:3,5 34:13,18
36:19 38:2 40:6

**out**
15:19 27:8,19
34:16 39:22 40:23

**outcome**
34:21 35:14 36:1,
23

**outside**
25:21 28:11 32:12

**over**

21:10,21,22

**Overseeing**
29:5

**own**
33:22

**owners**
27:6

___

**P**

**PA**
24:18,20 42:8,10

**page**
11:21 12:11 19:13
20:1,11

**paid**
13:12,14 14:1

**paper**
19:10 20:11 29:19,
21

**part**
13:3 14:2 37:8

**particular**
37:8

**past**
8:22 33:10

**pay**
30:15 31:1 34:4,6
42:4 43:9

**pays**
13:18

**people**
27:7 43:12,13

**Perez**
5:15 8:24 13:3,4,8
14:2 15:1,11 16:5,
20 17:12 22:21,25
23:8 24:3,8,24
25:20 26:9 30:1,9,
14,24 31:14 32:16



33:9 34:8,11,16
35:3,8 37:14,21
38:16 39:10,12,16

**Perez's**
11:17,23 18:4,15,
23 19:2 23:25
25:17 29:24 30:4
38:21 39:23

**Perfect**
21:16 33:14

**performed**
26:14

**performs**
26:15

**period**
23:4

**permitted**
32:20

**person**
24:7 25:12 37:10

**personal**
7:8 16:8 24:24
39:9,17 41:14,20
42:2,10

**personnel**
11:17,23 13:24
18:21,23 19:1,2
24:21 25:9,18 26:2
29:16,24 30:1
32:17,21 33:12
39:1,5,13,18,23
40:10,12 41:7,18
42:11,18 43:1

**pertains**
40:9

**picking**
10:7

**picky**
20:21

**place**

15:14 23:6,15
26:2,3 28:10 36:22

**placed**
26:3

**Plaintiff**
5:10 36:8,17 37:2

**Plaintiff's**
12:2,3,6,9 15:24
21:24 31:22

**please**
5:15 12:14 36:10

**Police**
13:23 19:8,18,24
22:8,10 24:10,13
26:22,23 27:1,8,
10,13 28:5,16
33:17 41:10,11,12,
15,16 42:17,19,22

**policy**
42:2

**Pollock**
5:10,13 6:9,12,13
12:5 14:8,18 15:17
17:22 18:1,2 21:9,
16,18,19 22:1
23:20 24:19 26:5,
18 27:22 28:3,17,
23 30:22 31:4,10,
12 32:14,15,23
34:7 35:16 36:2
37:18 39:7,15,21
40:14 41:2,5,13,25
42:6,15 43:14

**portion**
43:16

**position**
6:18 7:11,17,20
18:12 19:21 20:4,
17 22:21 24:17
25:5 26:4 42:8

**positions**

18:9,16 20:13,17
21:6 22:8 26:7
38:17

**posted**
20:13

**posting**
20:8,12

**prefer**
12:23

**preparation**
11:14

**prepare**
21:6

**prepared**
12:18,21 20:9,14
33:5,8 36:14 38:9,
18 43:3

**pretty**
43:14

**previous**
28:22 38:19

**printed**
18:23,25 19:3

**probably**
7:7,23 8:12 40:7

**problem**
15:18 31:11

**procedure**
23:7,15,22 33:23
39:9 42:2

**procedures**
35:6 36:7,16 37:13

**process**
29:10 36:23

**processes**
29:12

**produced**
22:17

**professional**
6:11 7:8,10

**promoted**
8:6 10:21

**promotions**
15:25 25:14 31:23

**provide**
18:18,20 24:11
33:13 40:7

**provided**
13:3 14:1 22:24
26:7 35:7,15 36:8,
16

**pursuant**
12:10

**put**
36:9 43:12

___

**Q**

**question**
12:17 15:10 23:21
37:11 40:2 42:17

**questioning**
31:8

**questions**
25:12 39:25

**quite**
40:13

___

**R**

**Railey**
5:11 6:7,10 14:3,
12 15:15 17:15,23
21:11,14,17,22
23:18 24:16 25:21
26:12 27:20,25
28:10,20 30:20
31:2,6,11 32:10,19
34:5 35:9,21 37:15



39:4,11 40:2,20
41:9,22 42:5,13
43:16

**rank**
16:2 25:16 30:5
31:25 41:21 42:3

**rate**
42:3

**reach**
15:19

**reached**
34:16

**read**
21:2 43:16

**readily**
14:17,19 21:14
29:12

**reading**
43:18

**reason**
16:1 25:15 30:4
32:17 33:9 36:3
38:24 39:3 43:6,9

**reasons**
31:24

**reassign**
23:16 24:8

**reassigned**
23:8 24:3,13,25
25:20 30:10

**reassignment**
24:15 26:10 33:16

**recall**
9:25 10:19 28:25
34:10

**receipt**
34:12,25 35:7
36:7,16 37:13,20

**receive**

13:5 15:1,5,11
34:3

**receiving**
15:13

**recent**
16:25 17:4

**record**
5:8,9 12:4 15:20
21:25

**refer**
6:21 18:18,21
19:7,21

**referred**
19:11 20:4

**referring**
6:22 24:20 40:12

**reflect**
39:18

**reflects**
23:24 33:18

**regard**
36:5 39:10

**regarding**
13:1 15:24 31:22

**regards**
17:19 18:7,10

**related**
26:14,15,19,20,21
32:11

**relates**
13:2

**relayed**
35:23

**relief**
31:1

**relieved**
15:2,5,21 16:5,13,
20 17:12 30:14,24
31:14 32:18 33:9,

19 38:23 39:10,16

**rely**
11:6 26:23 27:7
36:23

**remember**
38:1,4

**removed**
29:23

**Rep**
17:18

**repeat**
6:25 33:7

**replaced**
29:24

**Reporter**
5:7 10:9

**represent**
5:15

**Representative**
32:13

**requested**
21:8

**required**
26:15,17 37:9,25
41:8 42:11

**requirement**
41:19,23

**requires**
42:2

**reserved**
43:19

**reside**
6:4

**residents**
27:6

**resources**
8:13,23 38:11

**respect**
15:23 17:24 18:3

**respective**
42:12

**responded**
35:18

**response**
15:9 28:22

**responsibilities**
19:9,17,21 20:5,17
21:7 29:3

**responsible**
29:16

**responsive**
31:21

**review**
11:13,16,19 14:23
32:20 33:11,12

**reviewed**
11:20 12:11 16:9
37:19 39:5

**right**
7:2 21:20 32:3
38:11

**Roman**
20:22,23,24

**rules**
35:13

**running**
29:7

---

**S**

**said**
17:18 26:1 28:7
30:17 35:14,22

**salary**
42:9 43:3,4

**same**



11:10 14:14 28:4,
6,15,20,22 31:2

**say**
22:10 24:20 28:18,
24 29:2 30:3,8
35:5,10 36:18,22
37:2 41:14 42:21

**saying**
14:19 27:17,21
31:7

**says**
26:14

**school**
9:1,2,14

**scope**
25:22 28:12 30:20
31:8 32:12,19

**screen**
12:7 36:9

**scroll**
12:12 26:13

**second**
6:7

**secretary**
7:23

**section**
43:6,8

**sections**
43:5

**see**
12:6 15:20 20:3
22:2 28:13,14
33:15,18 39:6,14
41:3

**seen**
28:8 37:19 41:24
43:11

**semester**
9:25 10:2,3

**send**
15:21

**Senior**
9:2

**sent**
11:21 21:10,12,17,
21,22

**separate**
42:18

**September**
16:6,21 17:1,8,12
34:4 39:17 40:23

**sergeant**
22:9 26:8,9,10,14

**sergeants**
27:13,18

**Sergio**
5:15 8:24 11:17
16:5,12,20 17:12
18:3

**service**
18:8

**Sha'mecca**
5:1,4,17,19,23

**she**
8:19 17:18,19
25:23 35:12 40:15
43:16

**she's**
6:7 20:19,20,22,
23,24 25:22

**short-term**
13:13

**should**
39:25 42:8,9

**show**
12:1

**signatures**
43:5

**signing**
43:18

**since**
18:6 41:11

**situation**
40:18

**situations**
40:23

**six**
8:12,22 11:21
12:10 19:13

**slowly**
12:12

**smoothly**
29:8

**snippet**
20:10

**so**
6:14,25 13:2 14:15
15:9 16:17 17:4,11
20:8,12 21:9 24:6
25:11,18 26:15
27:11,18 28:8 30:1
31:7 32:12,16
34:15 35:17 36:14
37:11 38:19 40:17
42:1,17,23

**some**
17:20 19:25 20:16
43:12,13

**somebody**
21:2 39:22

**someone**
15:16 24:10 25:24
33:23 40:19

**someone's**
41:20

**something**
14:13 15:20 16:11

**Sometimes**
27:7

**sorry**
8:4 14:3,10 15:16
16:22,24 20:11
31:17

**speak**
29:25 30:2 40:10,
15

**speaking**
16:25 17:4

**speaks**
33:16

**special**
7:13,19,20,22

**specialist**
20:19,21,23,25

**specifically**
40:4,11

**specifics**
36:25

**spell**
8:16

**staff**
13:24 29:5

**standing**
31:6

**start**
9:24

**started**
9:25

**statements**
15:13

**status**
16:2 25:15 30:5
31:25 32:18 38:21,
22 39:2,19 41:7,21
42:3 43:3,9



**still**
15:14 25:3

**Street**
6:16

**study**
29:1

**such**
16:1 25:15 31:24
39:6 41:17

**suffer**
10:24

**summarizing**
21:6

**summary**
22:24

**supplemental**
13:20 15:6

**supposed**
34:19 38:2

**sure**
12:24 21:2,3 22:15
29:6 33:8 34:21
38:19 40:3 41:23
42:22,24

**suspended**
15:12 30:14

**sworn**
5:6 23:11,16 28:5
42:19

---

T

**take**
7:7 9:11 11:10
23:6 26:2,3

**taken**
9:9 10:24

**taking**
9:18,20,24 11:23
12:10

**talking**
17:8 18:3,15 19:23

**tasked**
27:13

**tell**
11:4,9 12:21 13:6
30:19,25 31:5

**telling**
24:23

**tenure**
13:8 18:8

**testified**
5:6

**testify**
11:1 12:18,22
18:4,7,8,10 25:25
30:4,9 32:5 33:5,8
36:4,15 39:22
40:22

**testifying**
11:11

**testimony**
11:6

**than**
30:5 32:3 39:24
40:16

**thank**
21:18 33:14

**that**
7:8,20,25 8:9,16,
23 9:3,7 10:25
11:3,6,9,10,20
12:11,14 13:1,6
14:1,6,13,16 15:3,
7,9,14,23 16:2,3,9,
12,20 17:1,10,14,
20,25 18:9,10,16,
18 19:7,8,11,14,23
20:3,6,9,12,20
21:3,9,12,14,21,22
22:10,13 23:4,5,

19,24 24:5,7,11,14
25:7,10,17,24
26:1,6 27:9,11,17
28:2 29:7,25 30:2,
3,5,8,13,15,16,21,
24 31:20 32:1,3,6,
17,21 33:5,7,13,
14,17,18,20,23
34:1,12,18 35:1,5,
10,12,24 36:4,9,
20,22,24 37:3,19
38:9,10,11,13,15,
16,25 39:8,18
40:9,10,25 41:18
42:2,10,12,21,22,
24

**that's**
10:5 13:12,23
14:13,22 15:20
16:11 18:9,13
19:12 20:24 21:1
27:21 30:7,12 32:4
42:18 43:14

**the**
5:7,9,10,11,16 6:1,
4,7,18,19,21,22,25
7:6,11,13,19,22,25
8:3,4,9,10,13,19,
22 10:3,19 11:4,6,
7,9,10,11,20,21,23
12:4,10,14,16,19,
22 13:2,3,4,6,7,8,
9,10,12,13,14,16,
18,20,22,23,24,25
14:1,2,4,9,11,12,
14,15,16,21 15:8,
15 16:1,14,16,17,
19,24,25 17:4,17,
20,21 18:5,10,13,
17,23,25 19:1,2,3,
7,8,9,11,13,14,16,
17,18,21,25 20:1,
3,4,5,8,12,13,16,
17,18,20 21:6,11,
13,20,25 22:7,8,

10,17,21 23:7,15,
18,21,22,24 24:6,
7,8,10,14,16 25:6,
8,9,11,12,14,19,
21,22,23 26:6,7,9,
10,12,13,14,17,19,
21,23 27:17,20,25
28:4,6,9,11,15,18,
22 29:3,5,6,7,9,10,
12,19 30:4,16,17,
20 31:14,24 32:2,
6,10,12,17 33:8,9,
17,20,22 34:1,3,5,
9,12,15,16,19,20,
21,22,23 35:6,7,
10,11,13,14,19,21,
23,24,25 36:1,3,8,
9,11,15,16,18,19,
20,21,23,25 37:1,
2,4,8,9,12,13,15,
16,20,21,22,23,25
38:4,6,8,10,13,15,
16,22 39:2,3,4,8,
11,23 40:8,9,12,
23,25 41:4,9,10,
11,15,16,17,19,22
42:5,7,11,13,16,
19,22 43:2,3,5,8,9,
10,18

**the--**
9:25

**their**
19:9 29:1 42:23

**them**
12:20 15:21 38:3

**themselves**
5:8

**then**
7:12 14:15 19:7
21:15 40:17,24
43:4,5

**there**
9:19 21:9 22:7,13



23:15,24 24:14
25:5 29:5,6 39:17
40:6 41:6 42:16,18
43:6

**there's**
19:24 22:25 42:1

**thereupon**
5:3 12:3 21:24

**these**
13:25 15:1,6,14
25:11,24 38:17

**they**
13:7 15:21 22:14
26:22 27:7,8,10,
12,15 28:1,2,7,24
29:2,15,16,20
36:24 37:23 42:24
43:4,7

**they're**
22:10,11,15 29:21

**thing**
7:1 30:16 36:18

**think**
16:25 17:18 36:11
42:14 43:14

**this**
5:15 6:23 11:11
12:2,9,10 14:17
15:4,10 16:8,19
17:16 20:8,14,15,
16 21:2,8,10,12
22:5,18 28:11
29:25 30:25 31:7,8
32:12 37:7 38:14
43:15

**those**
11:22 13:8 14:11
16:3 19:10,18
22:16 32:2 38:14,
19 39:25

**thought**

21:1

**through**
12:12,20 29:10
39:13

**ticket**
27:10,19

**ticketing**
27:13

**time**
7:6 13:8 14:17
15:4,10 18:9 23:1,
4 25:6 26:9,23
28:2 30:1 33:18,20
34:17,23 35:24
36:20 38:16

**timeframe**
25:7,8

**title**
20:25 24:17 25:2,
4,5 26:4

**titled**
19:20

**titles**
18:13,16 19:18

**to**
6:10,21,22,25
7:13,19 8:6,18,19,
20,21 10:21,25
11:3,9,21 12:1,10,
17,18,21,22 13:3,
7,10,13,18,23
14:2,4,12,16,20,
21,24 15:7,11,12,
13,15,19,20,23
16:9,12 17:2,19,
20,24 18:4,7,10,
17,18,20,21 19:7,
11,20,21 20:1,4,6,
15 21:1,2,3,6,10
22:5,17,19 23:1,3,
5,8,12,16,17,18,25
24:2,3,8,16,21,24,

25 25:1,2,8,9,12,
19,20,21,25 26:7,
12,13,20,21,23
27:8,10,19,20,25
28:11,20,25 29:6,
25 30:2,3,4,8,9,20
31:6,21 32:5,6,10,
11,16,18,20 33:5,
8,11,23 34:5,16,19
35:5,12,13,15,19,
21,23 36:4,5,14,
15,19,25 37:2,8,9,
15,24,25 38:2,3,5,
8,13 39:4,10,11,
18,21,22 40:1,2,4,
7,9,10,12,15,18,
21,25 41:8,9,19,22
42:3,5,11,13,17
43:3

**today**
11:1,7,10

**today's**
11:14 12:11 19:4

**too**
20:23

**took**
11:3 36:22

**top**
18:17 19:25 20:5

**tough**
40:2

**tow**
27:10,19

**towing**
27:14

**transcribed**
21:3

**transfer**
23:16

**transferred**
25:6

**Trial**
11:11

**truth**
11:4,7,10

**truthfully**
11:1

**trying**
40:4,21

**two**
11:22

**typically**
17:16

---

**U**

**Um-hum**
10:4

**unable**
30:3,8

**unaware**
42:1

**under**
17:4 37:25

**understand**
6:21 10:10 11:3,9
14:5,6

**understanding**
25:2 38:23

**Understood**
17:2 18:15

**uniform**
27:23 28:1,2,5,6,7,
15

**uniforms**
28:18 29:1

**University**
9:13,14

**up**
36:9 38:1



**upon**
34:12,25 35:6
36:7,16 37:13,20

**us**
5:16 8:16 17:2

**used**
19:24

**utilized**
38:13

**utilizing**
38:9

---

**V**

**value**
13:25 14:9,11,21

**varies**
27:12

**vehicles**
27:10,11,14,19

**versus**
13:24 14:16

**very**
26:14 39:12

**vision**
13:15

**voluntary**
13:17

---

**W**

**want**
12:20 15:7 17:2
21:3 31:6 39:21
40:18

**wanted**
21:1

**Ward**
8:15,19

**was**
5:5 7:6,8 8:6,13,
19,21 10:1,19,21
11:10,20 12:3 13:5
16:5,13,17,20
17:1,12 20:1,6,9,
14,15 21:24 22:19
23:4,8,19 24:5,6
25:2,6,20 26:4,9
30:9,17,24,25
31:18,21 33:9,17
34:2,13,18,22
35:12,15,22,23
36:18,23 37:7,8
38:1,2,8,9,18
39:12,16

**wasn't**
33:1 37:9

**way**
21:9

**ways**
43:11

**we**
5:7 11:6 13:16
19:14 21:3 24:18
39:13 40:19

**we're**
33:12

**wear**
27:24 28:4

**Weeks**
34:25 35:4,11

**well**
21:18 22:25

**went**
20:6 39:13

**were**
10:21 13:7 14:1
15:11,14 22:17,24
26:7 31:13,20
37:24 38:13,16,19

39:14

**what**
7:11,17 8:18 9:5,
18,21 10:1,14
11:16 13:4 14:23
17:18 18:4 19:6,18
21:1,20 22:4,6,19
24:23 25:6,22
26:20,25 27:2,21,
23 28:1,24 29:2,3,
9 30:19 31:13,18
32:16 34:12,25
35:4,22,23 36:18,
22,23 37:16,20,23,
24 38:21,24 39:1,
16 40:3,4,11 42:25

**what's**
5:24 6:6,14,18

**whatever**
38:5

**when**
6:21 7:6,24,25
9:24 10:7,17 18:9,
15 19:23 20:1,6,14
21:3 23:3,4 24:13,
20,24 25:19 29:13
33:23 35:22 37:1
38:1 39:16 41:6,
14,20 42:3,8

**where**
9:1,3,11 22:15
40:19 43:8

**whether**
17:11 18:22 19:25
21:5 22:16 30:9,25
34:15 35:5,18
36:6,15,25 38:14
40:9 42:1

**which**
12:17,21 13:14,17,
21 16:8 19:3 23:7
25:13 26:10 31:21
36:6 38:8

**whichever**
12:22

**while**
13:5 15:2,12 30:10
33:12

**whistleblower**
33:24 34:10,19
35:1,12,19,20,25
36:21

**whistleblowers**
37:24

**who**
8:6,13 14:9,11
15:5 16:19 20:18
23:12 24:3,5,7
33:20 34:22

**who's**
8:3 29:5

**whole**
6:25

**why**
25:18 31:5 33:9
36:3

**will**
7:3 12:25 20:12
26:2,3 36:20,24
43:12,13,16

**Williams**
8:5,6 30:19 31:5

**with**
6:1,18 7:11,25
13:4,8 14:2 15:23
17:10,11,14,19,24
18:3,7,10,18 22:24
25:13 27:2,6,13
31:1,13 32:11 33:5
34:20 35:13,19
36:5 37:10,23
38:22 39:2,9 40:8
41:11 42:21,23
43:15



**within**
6:4 17:20 18:21
19:8,17 22:7,10,
11,14 24:7,10,11
38:10 41:10,15,16
42:11

**without**
30:15 31:1

**witness**
5:5 21:13 43:15,19

**wore**
28:2

**work**
6:15 23:1,8,12,17,
25 24:3,8,25
26:15,16,19,20,21,
22 27:12 30:9

**worked**
6:1

**would**
5:8 14:9,11,16,23,
24 15:12,19 18:20
24:7,17,18,23
25:1,8 26:16 28:25
32:3,5,20 33:14
35:10,24 38:5
42:14,21

**wound**
13:21,23

**written**
22:7 23:15

**wrong**
16:25

---

**Y**

---

**Yeah**
40:14,20

**year**
9:5 10:20

**years**
6:3 7:7,23 18:13,
16 28:9

**yes**
7:5 8:2,8 9:10
10:4,5,6,8,13 11:5,
8,12,15 12:8,14
14:22 16:4,7 18:20
19:13 21:8,11,13
22:3,23 23:2,21
24:22 29:15,18
30:16 32:8 33:4,25
34:2 36:10 38:7,12
40:24 41:10 42:9,
14

**yesterday**
20:15

**you**
5:15,18,21 6:1,4,
14,21 7:1,4,6,11,
14,17,20,24 8:6,9,
10,14,16,22 9:1,7,
9,11,15,18,24
10:7,11,14,17,21,
24 11:3,6,9,10,13,
16,19 12:1,6,11,
17,18,20,21,22,24,
25 13:6,25 14:4,
19,23 15:8 16:2,8,
9,12,15,20 17:6,
16,24 18:4,5,12,
13,14,17,22 19:3,
4,6,11,16 20:3,4,
20 21:5,12,18,21
22:2,4,16,24 23:7,
11 24:20,23 25:7,
10,17,18 26:6,7,
13,19 27:17 28:12,
24 30:3,8,13,19,25
31:5,20 32:1,2,5,
24 33:5,7,8,14
34:9,14,15,22,25
35:5,17 36:3,4,12,
14 37:3,7,11,19
38:4,5,9,14 39:24

40:3,8,12,16,17,
21,22 41:14,20
42:1,16

**you'd**
12:12 14:20 36:9,
11

**you're**
11:11 12:21 16:2
17:11,25 19:23
21:22 24:23 25:10,
12 32:5 40:4,5,8,
11,20,22,24

**you've**
28:8

**your**
5:16,24 6:6,14,18
8:18 10:17,25
11:17 12:6 18:6,17
22:19 29:3 33:3,6
37:24 41:6 42:17

