**Duties:**

# OFFICER:

Patrols in the jurisdiction of the City in a radio cruiser car to preserve law and order, to prevent and discover the commission of crime, and to enforce traffic regulations.

Answers calls and complaints involving homicide, rape, robbery, burglary, larceny and any emergencies or disturbances that arise which may require police intervention.

Administers first aid, conducts preliminary investigations, gathers evidence, obtains witnesses, and makes arrests; testifies in court.

Conducts preliminary investigations involving missing persons and juveniles.

Conducts accident investigations providing first aid for injured and taking safeguards to prevent further accidents; interviews principals and witnesses; takes written statements; examines vehicles and roadways; takes necessary street measurements; clears the scene of obstruction and wreckage.

Prepares investigative reports and maintains necessary records for presentation in court.

From specialized training in the areas of Social, Cultural and Inter-personal relationships, officer will be called upon to mediate family crisis situations to avoid destructive ends.

Works proactively to resolve neighborhood concerns by establishing partnerships with residents, merchants, schools, churches, community-based organizations, governmental agencies/offices and other groups in the designated patrol area in accordance with the Department's Community Policing mission.

Utilizes crime analysis data to address crime problems in their assigned districts or zones.

Field Training Officers have the responsibility for instructing, supervising and evaluating those novice police officers that have successfully completed their formal academy training, thereby providing them with a period of internship.
Must attend annual firearm training
Complete 40hrs mandatory training every 4 years

# Sergeant:

Plans, assigns and reviews the work of a squad of subordinate Police Officers engaged in a variety of law enforcement activities such as motorized patrol, traffic control and enforcement, accident investigation and crime scene investigation; determines proper course of action to be taken in day-to-day activities, emergencies or complex law enforcement situations.

Conducts roll call, inspects personal appearance and equipment of personnel, makes work and equipment assignments, conducts informal training sessions, discusses activities in area of assignment, and provides advice to subordinates.

Accounts for all equipment, materials, supplies and vehicles assigned to the specific operating unit to ensure proper inventory levels and operational readiness.

Performs duties of subordinates in order to supplement staff during personnel shortages, to enforce laws and ordinances and make arrests; acts in the absence of superiors as required to provide continuity of operations.

Reviews a variety of reports prepared by subordinates and other departmental personnel for adequacy and completeness, in order to comply with departmental directives, ascertain trends, detect unusual cases and identify problem areas.

Prepares various narrative and statistical reports to present findings, recommend solutions, provide information and document work activities, equipment utilization and operations.

Receives verbal and written complaints and inquiries from the public and other government agencies and provides information on departmental regulations and procedures, explains courses of action that will or have taken place, and refers complaints to other departmental authorities.

Investigates accidents, crimes and alleged criminal activities; gathers information and evidence, makes arrests, provides police protection and determines if criminal activities are or have taken place.

Serves and/or enforces a variety of writs in order to carry out specific court orders or provisions of local ordinances.

Gathers information to determine the nature and extent of individual involvement with specific criminal activities.

Testifies in court, before grand juries and hearings concerning police activities, to provide information from evidence gained through investigations and assist in case prosecutions.

Attends various training courses and reads materials pertinent to the law enforcement field to keep abreast of current.
Makes verbal presentations to schools, the media, community groups and other organizations to improve the public awareness of police activities.

Makes recommendations regarding discipline of subordinates; leave and overtime; evaluates and rates employee performance.

Works variable hours and shift schedules as needed.

Performs related work as required.


# Corporal
Supervises the work of patrol level personnel as assigned in specialized areas of responsibility within the Police Department.

Coordinates organization, staffing, and operational activities for an assigned area of responsibility within the Police Department.

Participates in the development and implementation of goals, objectives, policies, and priorities in designated areas of responsibility.

Plans, organizes, and directs the work of Departmental personnel in implementing the expressed goals, policies, and directives of the Police Department.

Participates in various aspects of personnel administration, including training, motivating, and evaluating assigned personnel.

Provides effective professional liaison between the Police Department and other City departments, divisions, outside agencies, and the general public.

Addresses complaints or concerns from the public regarding significant and/or controversial issues and takes appropriate measures to ensure an expedient resolution or citizen satisfaction as necessary.

Provides administrative assistance to superior officers, including preparing and presenting staff reports and other related correspondence as required.

Review and approve police reports.

Performs other duties as assigned.

# Lieutenant

Plans, assigns and reviews the work of a shift of police officers and sergeants, organized into groups of squads, and engaged in various law enforcement and crime prevention activities, such as motorized patrols, traffic control and enforcement, accident and crime scene investigations, and other types of investigations.

Supervises and participates in a variety of special criminal investigative units or specialized support activities including staff training, narcotics and criminal intelligence investigations, internal review functions, court service and licensing activities, communications operations, criminal investigations, and other similar duties.

Conducts roll call and inspects personal appearance and equipment of personnel; determines courses of action to be taken during shift, emergencies or complex law enforcement situations; discusses activities in area of assignment with subordinate supervisors and provides assistance and advice to subordinates.

Reviews a variety of reports, correspondence, memoranda and files prepared by subordinates and other departmental personnel for adequacy and completeness, to comply with departmental directives, ascertain trends, detect and report unusual cases, determine cases to be investigated and identify problem areas.

Prepares various narrative and statistical reports, studies and provides information, justify and projects needs, recommend solutions and document work activities, equipment utilization and operations.

Receives verbal and written complaints and inquiries from the public, other government agencies and department personnel and provides information on departmental regulations and procedures, explains courses of action that will or have taken place, and refers complaints to other departmental authorities.

Accounts for all equipment, materials, supplies and vehicles assigned to the specific operating unit to ensure proper inventory levels and operational readiness.

Performs duties of superior in order to provide continuity of operations, as necessary.

Attends various departmental and non-departmental meetings and training courses; reads materials pertinent to the law enforcement field to keep abreast of current developments; identifies training needs, prepares lesson plans and conducts formal training sessions.

Testifies in court, before grand juries and hearings concerning police activities, to provide information from evidence gained through investigations and assist in case prosecutions.

Makes recommendations regarding hiring, firing, discipline and promotion of subordinates; reviews performance reports prepared by subordinates and rates employee performance.

Must be able to work variable hours and shift schedules as needed.Performs related work as required.

# Captain

Plans, assigns and reviews the work of a shift of police officers and sergeants, organized into groups of squads, and engaged in various law enforcement and crime prevention activities, such as motorized patrols, traffic control and enforcement, accident and crime scene investigations, and other types of investigations.

Supervises and participates in a variety of special criminal investigative units or specialized support activities including staff training, narcotics and criminal intelligence investigations, internal review functions, court service and licensing activities, communications operations, criminal investigations, and other similar duties.

Conducts roll call and inspects personal appearance and equipment of personnel; determines courses of action to be taken during shift, emergencies or complex law enforcement situations; discusses activities in area of assignment with subordinate supervisors and provides assistance and advice to subordinates.

Reviews a variety of reports, correspondence, memoranda and files prepared by subordinates and other departmental personnel for adequacy and completeness, to comply with departmental directives, ascertain trends, detect and report unusual cases, determine cases to be investigated and identify problem areas.

Prepares various narrative and statistical reports, studies and provides information, justify and projects needs, recommend solutions and document work activities, equipment utilization and operations.

Receives verbal and written complaints and inquiries from the public, other government agencies and department personnel and provides information on departmental regulations and procedures, explains courses of action that will or have taken place, and refers complaints to other departmental authorities.

Accounts for all equipment, materials, supplies and vehicles assigned to the specific operating unit to ensure proper inventory levels and operational readiness.

Performs duties of superior in order to provide continuity of operations, as necessary.

Attends various departmental and non-departmental meetings and training courses; reads materials pertinent to the law enforcement field to keep abreast of current developments; identifies training needs, prepares lesson plans and conducts formal training sessions.

Testifies in court, before grand juries and hearings concerning police activities, to provide information from evidence gained through investigations and assist in case prosecutions.

Makes recommendations regarding hiring, firing, discipline and promotion of subordinates; reviews performance reports prepared by subordinates and rates employee performance.

Must be able to work variable hours and shift schedules as needed.

Performs related work as required.