UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20748-CIV-LENARD/LOUIS

**SERGIO PEREZ,**

    Plaintiff,

**v.**

**CITY OF OPA-LOCKA,**

    Defendant.
_____/

**FINAL JUDGMENT IN FAVOR OF DEFENDANT**

**THIS CAUSE** is before the Court following its Order Granting Defendant's Motion for Summary Judgment. (See D.E. 61.) Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, it is hereby **ORDERED AND ADJUDGED** that:

1. **FINAL JUDGMENT** shall be entered in favor of Defendant, City of Opa-Locka.

2. This case is now **CLOSED.**

**DONE AND ORDERED** in Chambers at Miami, Florida this 19th day of September, 2023.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**